# EXHIBIT 2

## Rental Lease Agreement

This agreement ("The Lease") is entered into on this __1st__ day of __June__  __2022__. The lease is by and between __James and Sharon Kowalzyk__ (The Landlords)

__Jesse Maupin__ (The Tenants)

## Recitals

A. The Landlords are the lessors of certain real property located at

   __1755 N. Broad Street   Globe, Arizona  85501__.

B. The Landlords wish to lease to the Tenant and Tenant wishes to lease from the Landlords said property on the following terms and conditions:

1. The term of this lease shall commence on __June 1, 2022__ and terminate on __May 31, 2023__.

2. During the term of this lease tenant agrees to pay Landlords the sum of $__800.00__ per month plus lease tax imposed by Gila County and the City of Globe of 2.5% totaling $__820.00__ per month.

3. The rent is due on the first day of each month without notice or demand. A ($25.00) per day late fee will apply if rent is not received on the first day of each month until payment is received.

4. Tenant agrees to establish separate accounts with the utility companies and to pay any and all costs/charges consumed on leased premises.

5. To save and hold Landlords harmless from and against any and all claims, actions, demands, liabilities, lawsuits and expenses, including costs and attorney's fees arising by reason of death or injury to persons or damage to property while tenant has lease on property. Tenant may not sub-lease property without written consent of Landlords.

1

6. Should Landlords need to employ an attorney to enforce the terms and conditions of the lease in addition to all relief obtained Landlords shall be entitled to attorney's fees and all costs of any litigation.

7. The Tenants must purchase and maintain Liability Insurance for the entire term of the lease and any extension thereafter.

8. This lease contains the entire agreement of both Landlords and Tenants.

Landlords: James and Sharon Kowalzyk

_____/s/ Jim Kowalzyk_____ Date: 4/7/2022

_____/s/ Sharon Kowalzyk_____ Date: 4/7/2022

Tenants: Jesse Maupin

_____ Date:

Jesse Maupin

8139 State Rt 121 S
Murray, KY 42071
Cell: 

James and Sharon Kowalzyk

9020 E McDowell Road
Mesa, Arizona 85207
Cell: 
Email: kkwesternhauling@yahoo.com

2