# EXHIBIT 3

**HORIZON PROPERTIES, LTD.**
P O Box 669
Grants, NM 87020
505-290-7325

January 21, 2022

Jessie Maupin
Consolidated Industries, LLC
P O Box 108
Paris, TN 38242

Dear Jessie:

Pursuant to our conversation, Horizon Properties, LTD agrees to lease a 50 foot by 175 foot space located on Lot 10, Section 6, T10N, R9W bordering Naomi Road for the purpose of selling portable buildings for a period of one year—February 1 2022- January 31, 2023. Rental has not increased in 10 years. The new rental rate will be $600.00 per month due and payable in advance on or before the 1st day of each month beginning February 1, 2022 and rental shall be addressed to Horizon Properties, Ltd, P O Box 669, Grants, NM 87020.

At this time a Certificate of Insurance must be delivered naming Horizon Properties, Ltd, Ronny Pynes, Cheryl Pynes, and Marianne Cooper as additional insureds with a General Liability General Aggregate and Completed Operations limit of Two Million Dollars, Personal & Adv Injury and Each Occurrence limit of One Million and Excess Liability Aggregate of Five Million Dollars. In addition, Consolidated Industries shall indemnify and hold Landlord harmless from any loss, cost, expense or claims arising out of such injury or damage arising out of the use of the premises by Consolidated Industries. Consolidated Industries also must agree to remove all its property and any debris or trash from the property upon vacating the property on the last day of the lease.

In the event either party desires to terminate this lease, a 30 day written notice be adequate notice. This notice will serve as termination of the remainder of th lease.

Please indicate your acceptance of this lease agreement by signing below and returning to me at the above address.

Best regards.

HORIZON PROPERTIES, LTD.

*Ronny Pynes*

Ronny Pynes, Vice President


Date: 3-29-22

*Jessie Maupin*

Jessie Maupin, Consolidated Industries, LLC