# EXHIBIT 5

Arizona Corporation Commission - RECEIVED: 2/16/2022
Arizona Corporation Commission - FILED: 2/16/2022

22021618130864

# ARTICLES OF ORGANIZATION

## OF LIMITED LIABILITY COMPANY

### ENTITY INFORMATION

**ENTITY NAME:** SONORAN SHEDS LLC

**ENTITY ID:** 23335474
**ENTITY TYPE:** Domestic LLC
**EFFECTIVE DATE:** 02/16/2022
**CHARACTER OF BUSINESS:** Manufacturing (32)
**MANAGEMENT STRUCTURE:** Member-Managed
**PERIOD OF DURATION:** Perpetual
**PROFESSIONAL SERVICES:** N/A

### STATUTORY AGENT INFORMATION

**STATUTORY AGENT NAME:** Dean S White
**PHYSICAL ADDRESS:** Attn: Dean White, 510 W Savage St, WICKENBURG, AZ 85390
**MAILING ADDRESS:** Attn: Dean White, 510 W Savage St, WICKENBURG, AZ 85390

### PRINCIPAL ADDRESS

Att: Daniel Hershberger, 551 N Jackson St, WICKENBURG, AZ 85390

### PRINCIPALS

Member: Brittany Hershberger - 551 N Jackson St, WICKENBURG, AZ, 85390, USA - dean@wickenburgcpa.com
- Date of Taking Office: 02/17/2022

Member: Daniel Hershberger - 551 N Jackson St, WICKENBURG, AZ, 85390, USA - dean@wickenburgcpa.com
- Date of Taking Office: 02/17/2022

### ORGANIZERS

Daniel Hershberger: 551 N Jackson St, WICKENBURG, AZ, 85390, USA, dean@wickenburgcpa.com

### SIGNATURES

Organizer: Daniel Hershberger - 02/16/2022



Home > U.S. > Arizona > Wickenburg

# SONORAN SHEDS LLC

Arizona Corporation Commission Business Registration · Updated 2/18/2022

Sponsored Ads

[ Write Review ]    [ Upgrade ]    [ Claim ]

Sonoran Sheds LLC is an Arizona Domestic LLC filed On February 16, 2022. The company's filing status is listed as Active and its File Number is 23335474.

The Registered Agent on file for this company is Dean S White and is located at 510 W Savage St, Wickenburg, AZ 85390. The company's principal address is Daniel Hershberger 551 N Jackson St, Wickenburg, AZ 85390.

The company has 2 contacts on record. The contacts are Brittany Hershberger from Wickenburg AZ and Daniel Hershberger from Wickenburg AZ.

👍 Like 33K

## Company Information

| | |
|---|---|
| Company Name: | SONORAN SHEDS LLC |
| Entity Type: | DOMESTIC LLC |
| File Number: | 23335474 |
| Filing State: | Arizona (AZ) |
| Filing Status: | Active |
| Filing Date: | February 16, 2022 |
| Company Age: | 8 Months |
| Registered Agent: |  Dean S White<br>510 W Savage St<br>Wickenburg, AZ 85390 |
| Principal Address: | Daniel Hershberger<br>551 N Jackson St<br>Wickenburg, AZ 85390 |
| Products/Services: | Manufacturing (32) |
| Governing Agency: | Arizona Corporation Commission |

## Company Contacts

**BRITTANY HERSHBERGER**
Member

551 N Jackson St
Wickenburg, AZ 85390

**DANIEL HERSHBERGER**
Member

551 N Jackson St
Wickenburg, AZ 85390

### Reviews

[ Write Review ]

There are no reviews yet for this company.



Post Question

There are no questions yet for this company.

ADDITIONAL LINKS

Post Question For This Company
Contact Us Regarding Your Company Profile
Search All Arizona Companies
Learn About Our Pro Search Subscription Service

*The information on this page is being provided for the purpose of informing the public about a matter of genuine public interest.*

Copyright © 2012 Bizapedia.com — All rights reserved    Pro Data • Pro Search • Pro API • Contact Us • Terms of Use • Privacy Policy • Sitemap

Desktop · Server 1