# EXHIBIT 6

# ARTICLES OF ORGANIZATION

## OF LIMITED LIABILITY COMPANY

### ENTITY INFORMATION

**ENTITY NAME:** ARIZONA BARN CO., LLC

**ENTITY ID:** 23366636
**ENTITY TYPE:** Domestic LLC
**EFFECTIVE DATE:** 06/06/2022
**CHARACTER OF BUSINESS:** Construction
**MANAGEMENT STRUCTURE:** Manager-Managed
**PERIOD OF DURATION:** Perpetual
**PROFESSIONAL SERVICES:** N/A

### STATUTORY AGENT INFORMATION

**STATUTORY AGENT NAME:** Aleyna Lassen
**PHYSICAL ADDRESS:** 1405 N. Fort Grant Road, WILLCOX, AZ 85643
**MAILING ADDRESS:** PO Box 953, WILLCOX, AZ 85643

### PRINCIPAL ADDRESS

Att: Aleyna Lassen, PO Box 953, WILLCOX, AZ 85643

### PRINCIPALS

Member: Brian Lassen - P.O. Box 953, WILLCOX, AZ, 85644, USA - - Date of Taking Office:
Member: Jesse Allen Maupin - 8139 State Route 121 South, MURRAY, KY, 42071, USA - - Date of Taking Office:
Member: Lassen Family Trust - Aleyna Lassen, P.O. Box 953, WILLCOX, AZ, 85644, USA - - Date of Taking Office:
Member and Manager: Aleyna Lassen - P.O. Box 953, WILLCOX, AZ, 85644, USA - - Date of Taking Office: 04/27/2022

### ORGANIZERS

Aleyna Lassen: PO Box 953, WILLCOX, AZ, 85644, USA, willcoxbuildings@protonmail.com

### SIGNATURES

Authorized Agent: Aleyna Lassen - 06/06/2022