# EXHIBIT 7



June 13, 2022

**VIA FEDERAL EXPRESS & EMAIL**

Ryan and Dawnette Brown
105 Doris Ct.
Grants, NM 87020
dawnettemb@gmail.com

Re: Breach of Legal Obligations to Consolidated Industries, LLC

Dear Mr. and Mrs. Brown:

Our firm represents Consolidated Industries, LLC, d/b/a Weather King Portable Buildings (hereinafter "Weather King"). It has become increasingly apparent that you and others have breached your legal obligations to Weather King both during and after your employment, including but not limited to breaching your fiduciary duty of loyalty as Weather King employees and conspiring with Jesse Maupin and others to form a competing enterprise using Weather King's trade secrets, interfering with Weather King's business relationships, and committing other unlawful activities.

Weather King demands that each of you and everyone acting on your behalf immediately cease and desist from further violations of your legal obligations. Specifically, this demand includes, but is not limited to, directing that you not: (1) divulge or make use in any way of any Weather King trade secrets/confidential information (including but not limited to financial information and other proprietary information related to its business operations); (2) convey any false or misleading information to anyone else about Weather King, including but not limited to suggesting that it will be going out of business or leaving a geographic market, is incapable of paying its bills, is insolvent, or is in financial distress; (3) attempt to avail yourself of any business opportunity that was made available to you by virtue of your employment with Weather King; (4) attempt to disrupt Weather King's relationships with its customers, dealers, employees, drivers, rental companies, suppliers and other business partners and others within the industry; (5) set foot or otherwise trespass on Weather King property; and (6) assist or encourage anyone else in violating their legal obligations to Weather King.

Weather King further demands that, no later than June 17, 2022, you: (a) send to me all property of Weather King (including but not limited to electronically stored information) that has been in your possession; and (b) identify in writing all such property that has been in your possession since your termination from Weather King.

Due to the anticipation of litigation, Weather King further demands that you immediately take measures to preserve and retain all documents that are potentially relevant to such litigation.

*The Pinnacle at Symphony Place*
*150 3rd Avenue South, Suite 1600*
*Nashville, TN 37201*

**DAVID L. JOHNSON**
615.651.6731
david.johnson@butlersnow.com

*T 615.651.6700*
*F 615.651.6701*
*www.butlersnow.com*

**BUTLER SNOW LLP**

June 13, 2022
Page 2

Specifically, Weather King demands that each of you and anyone acting on your behalf retain and **not discard** any documents and other information that relate, reflect or refer to the following:

1. All "Communications" (hereinafter defined to include but not be limited to emails, text messages, and other electronic communications) exchanged with any current or former Weather King employees;

2. All Communications and other "Documents" (as defined below) relating to your use of any Weather King property, including but not limited to information detailing Weather King's finances and other business operations;

3. All Communications and other "Documents" exchanged with Virgil W. Etherton;

4. All Communications and other Documents exchanged with any investors and lenders, as well as potential investors and lenders, of American Barn Co, LLC ("American Barn") or any other enterprise that competes with (or made plans to compete with) Weather King;

5. All Communications and other "Documents" exchanged with anyone retaining an ownership interest in American Barn or who is a Member of American Barn;

6. All Communications and other Documents exchanged with any current or former Weather King dealers;

7. All Communications and other Documents relating to leases;

8. All Communications and other Documents referencing Weather King or relating to Weather King's operations;

9. All Communications exchanged with any current or former Weather King customers, drivers, vendors, rental companies, or other business partners;

10. All Communications and other Documents relating to your activities in forming and/or launching American Barn or any other competing (or potentially competing) business enterprise, including but not limited to business plans; and

11. All Communications and other Documents referencing any current or former Weather King employees.

This request encompasses documents existing now as well as any documents that may be created in the future.  Please note that the "Documents" to be kept in accordance with this letter include both paper documents and electronically-stored documents and data.  The term "Documents" includes, without limitation, letters, memoranda, handwritten notes, studies and reports, emails, data spreadsheets, databases, calendar and diary entries, telephone logs, transcripts or summaries of telephone calls, voicemail messages, videotapes and any other form of record relating to the topics mentioned above, whether kept in computer files, desk files, home files or

June 13, 2022
Page 3

other informal files, or on company or home computers, laptops or other portable devices. The term "Documents" also includes all originals, copies and drafts of documents relating to the previously mentioned topics.

To minimize the risk of spoliation of relevant information, you should take the following preservation steps:

(a)  Do not destroy, modify or alter any documents in any your possession which exist as of the receipt of this letter and which meet the criteria discussed above, unless a true and correct copy of each such document has been made and steps have been taken to ensure that such copy will be preserved and accessible;

(b)  Do not modify or delete any electronic data files that are maintained in on-line storage and/or direct access storage devices which exist as of the delivery of this letter and meet the criteria discussed above, unless a true and correct copy of each such electronic data file, including all metadata, has been made and steps have been taken to ensure that such copy will be preserved and accessible;

(c)  Do not take any action on your cell phone, personal computer, or other device that would have the effect of deleting any of the information referenced above; and

(d)  Take whatever steps are appropriate to preserve relevant evidence created after the receipt of this letter.

Weather King further demands that you take no action that would have the effect of encouraging anyone else to delete categories of information that Weather King has demanded be preserved.

Weather King reserves its right to pursue all relief available to it for your unlawful activity, including but not limited to monetary damages and injunctive relief. Thank you for your prompt attention to this matter and please let me know if you have any questions about Weather King's expectations.

Very truly yours,

Butler Snow, LLP

David L. Johnson

DLJ/sc
cc:   Tim Boyd
      Steve Greer
      Jamie Thompson
64681451.v1



June 13, 2022

**VIA FEDEX & EMAIL**

Logan C Feagin
1131 Beech Grove Rd
Farmington, KY 42040
logan@americanbarnco.com

          Re: Breach of Legal Obligations to Consolidated Industries, LLC

Dear Mr. Feagin:

          Our firm represents Consolidated Industries, LLC, d/b/a Weather King Portable Buildings (hereinafter "Weather King").  It has become increasingly apparent that you and others have breached your legal obligations to Weather King both during and after your employment, including but not limited to breaching your fiduciary duty of loyalty as a Weather King employee and conspiring with Jesse Maupin and others to form a competing enterprise using Weather King's trade secrets, interfering with Weather King's business relationships, and committing other unlawful activities.

          Weather King demands that you and everyone acting on your behalf immediately cease and desist from further violations of your legal obligations.  Specifically, this demand includes, but is not limited to, directing that you not: (1) divulge or make use in any way of any Weather King trade secrets/confidential information (including but not limited to financial information and other proprietary information related to its business operations); (2) convey any false or misleading information to anyone else about Weather King, including but not limited to suggesting that it will be going out of business or leaving a geographic market, is incapable of paying its bills, is insolvent, or is in financial distress; (3) attempt to avail yourself of any business opportunity that was made available to you by virtue of your employment with Weather King; (4) attempt to disrupt Weather King's relationships with its customers, dealers, employees, drivers, rental companies, suppliers and other business partners and others within the industry; (5) set foot or otherwise trespass on Weather King property; and (6) assist or encourage anyone else in violating their legal obligations to Weather King.

          Weather King further demands that, no later than June 17, 2022, you: (a) send to me all property of Weather King (including but not limited to electronically stored information) that has been in your possession; and (b) identify in writing all such property that has been in your possession since your termination from Weather King.

          Due to the anticipation of litigation, Weather King further demands that you immediately take measures to preserve and retain all documents that are potentially relevant to such litigation.

*The Pinnacle at Symphony Place*
*150 3rd Avenue South, Suite 1600*
*Nashville, TN 37201*

**DAVID L. JOHNSON**
615.651.6731
david.johnson@butlersnow.com

*T 615.651.6700*
*F 615.651.6701*
*www.butlersnow.com*

**BUTLER SNOW LLP**

June 13, 2022
Page 2

Specifically, Weather King demands that you and anyone acting on your behalf retain and **not discard** any documents and other information that relate, reflect or refer to the following:

1. All "Communications" (hereinafter defined to include but not be limited to emails, text messages, and other electronic communications) exchanged with any current or former Weather King employees;

2. All Communications and other "Documents" (as defined below) relating to your use of any Weather King property, including but not limited to information detailing Weather King's finances and other business operations;

3. All Communications and other "Documents" exchanged with Virgil W. Etherton;

4. All Communications and other Documents exchanged with any investors and lenders, as well as potential investors and lenders, of American Barn Co, LLC ("American Barn") or any other enterprise that competes with (or made plans to compete with) Weather King;

5. All Communications and other "Documents" exchanged with anyone retaining an ownership interest in American Barn or who is a Member of American Barn;

6. All Communications and other Documents exchanged with any current or former Weather King dealers;

7. All Communications and other Documents relating to leases;

8. All Communications and other Documents referencing Weather King or relating to Weather King's operations;

9. All Communications exchanged with any current or former Weather King customers, drivers, vendors, rental companies, or other business partners;

10. All Communications and other Documents relating to your activities in forming and/or launching American Barn or any other competing (or potentially competing) business enterprise, including but not limited to business plans; and

11. All Communications and other Documents referencing any current or former Weather King employees.

This request encompasses documents existing now as well as any documents that may be created in the future. Please note that the "Documents" to be kept in accordance with this letter include both paper documents and electronically-stored documents and data. The term "Documents" includes, without limitation, letters, memoranda, handwritten notes, studies and reports, emails, data spreadsheets, databases, calendar and diary entries, telephone logs, transcripts or summaries of telephone calls, voicemail messages, videotapes and any other form of record relating to the topics mentioned above, whether kept in computer files, desk files, home files or

June 13, 2022
Page 3

other informal files, or on company or home computers, laptops or other portable devices. The term "Documents" also includes all originals, copies and drafts of documents relating to the previously mentioned topics.

To minimize the risk of spoliation of relevant information, you should take the following preservation steps:

(a)     Do not destroy, modify or alter any documents in any your possession which exist as of the receipt of this letter and which meet the criteria discussed above, unless a true and correct copy of each such document has been made and steps have been taken to ensure that such copy will be preserved and accessible;

(b)     Do not modify or delete any electronic data files that are maintained in on-line storage and/or direct access storage devices which exist as of the delivery of this letter and meet the criteria discussed above, unless a true and correct copy of each such electronic data file, including all metadata, has been made and steps have been taken to ensure that such copy will be preserved and accessible;

(c)     Do not take any action on your cell phone, personal computer, or other device that would have the effect of deleting any of the information referenced above; and

(d)     Take whatever steps are appropriate to preserve relevant evidence created after the receipt of this letter.

Weather King further demands that you take no action that would have the effect of encouraging anyone else to delete categories of information that Weather King has demanded be preserved.

Weather King reserves its right to pursue all relief available to it for your unlawful activity, including but not limited to monetary damages and injunctive relief. Thank you for your prompt attention to this matter and please let me know if you have any questions about Weather King's expectations.

Very truly yours,

Butler Snow LLP

David L. Johnson

DLJ/sc
cc:     Tim Boyd
        Steve Greer
        Jamie Thompson
64680344.v1



June 13, 2022

**VIA FEDEX & EMAIL**

Stephanie L Gillespie
1308 E Blythe St
Paris, TN  38242
stephanie@americanbarnco.com

Re: Breach of Legal Obligations to Consolidated Industries, LLC

Dear Ms. Gillespie:

Our firm represents Consolidated Industries, LLC, d/b/a Weather King Portable Buildings (hereinafter "Weather King").  It has become increasingly apparent that you and others have breached your legal obligations to Weather King both during and after your employment, including but not limited to breaching your fiduciary duty of loyalty as a Weather King employee and conspiring with Jesse Maupin and others to form a competing enterprise using Weather King's trade secrets, interfering with Weather King's business relationships, and committing other unlawful activities.

Weather King demands that you and everyone acting on your behalf immediately cease and desist from further violations of your legal obligations.  Specifically, this demand includes, but is not limited to, directing that you not: (1) divulge or make use in any way of any Weather King trade secrets/confidential information (including but not limited to financial information and other proprietary information related to its business operations); (2) convey any false or misleading information to anyone else about Weather King, including but not limited to suggesting that it will be going out of business or leaving a geographic market, is incapable of paying its bills, is insolvent, or is in financial distress; (3) attempt to avail yourself of any business opportunity that was made available to you by virtue of your employment with Weather King; (4) attempt to disrupt Weather King's relationships with its customers, dealers, employees, drivers, rental companies, suppliers and other business partners and others within the industry; (5) set foot or otherwise trespass on Weather King property; and (6) assist or encourage anyone else in violating their legal obligations to Weather King.

Weather King further demands that, no later than June 17, 2022, you: (a) send to me all property of Weather King (including but not limited to electronically stored information) that has been in your possession; and (b) identify in writing all such property that has been in your possession since your termination from Weather King.

Due to the anticipation of litigation, Weather King further demands that you immediately take measures to preserve and retain all documents that are potentially relevant to such litigation.

*The Pinnacle at Symphony Place*
*150 3rd Avenue South, Suite 1600*
*Nashville, TN 37201*

**DAVID L. JOHNSON**
615.651.6731
david.johnson@butlersnow.com

*T 615.651.6700*
*F 615.651.6701*
*www.butlersnow.com*

**BUTLER SNOW LLP**

June 13, 2022
Page 2

Specifically, Weather King demands that you and anyone acting on your behalf retain and **not discard** any documents and other information that relate, reflect or refer to the following:

1. All "Communications" (hereinafter defined to include but not be limited to emails, text messages, and other electronic communications) exchanged with any current or former Weather King employees;

2. All Communications and other "Documents" (as defined below) relating to your use of any Weather King property, including but not limited to information detailing Weather King's finances and other business operations;

3. All Communications and other "Documents" exchanged with Virgil W. Etherton;

4. All Communications and other Documents exchanged with any investors and lenders, as well as potential investors and lenders, of American Barn Co, LLC ("American Barn") or any other enterprise that competes with (or made plans to compete with) Weather King;

5. All Communications and other "Documents" exchanged with anyone retaining an ownership interest in American Barn or who is a Member of American Barn;

6. All Communications and other Documents exchanged with any current or former Weather King dealers;

7. All Communications and other Documents relating to leases;

8. All Communications and other Documents referencing Weather King or relating to Weather King's operations;

9. All Communications exchanged with any current or former Weather King customers, drivers, vendors, rental companies, or other business partners;

10. All Communications and other Documents relating to your activities in forming and/or launching American Barn or any other competing (or potentially competing) business enterprise, including but not limited to business plans; and

11. All Communications and other Documents referencing any current or former Weather King employees.

This request encompasses documents existing now as well as any documents that may be created in the future. Please note that the "Documents" to be kept in accordance with this letter include both paper documents and electronically-stored documents and data. The term "Documents" includes, without limitation, letters, memoranda, handwritten notes, studies and reports, emails, data spreadsheets, databases, calendar and diary entries, telephone logs, transcripts or summaries of telephone calls, voicemail messages, videotapes and any other form of record relating to the topics mentioned above, whether kept in computer files, desk files, home files or

June 13, 2022
Page 3

other informal files, or on company or home computers, laptops or other portable devices. The term "Documents" also includes all originals, copies and drafts of documents relating to the previously mentioned topics.

To minimize the risk of spoliation of relevant information, you should take the following preservation steps:

(a)     Do not destroy, modify or alter any documents in any your possession which exist as of the receipt of this letter and which meet the criteria discussed above, unless a true and correct copy of each such document has been made and steps have been taken to ensure that such copy will be preserved and accessible;

(b)     Do not modify or delete any electronic data files that are maintained in on-line storage and/or direct access storage devices which exist as of the delivery of this letter and meet the criteria discussed above, unless a true and correct copy of each such electronic data file, including all metadata, has been made and steps have been taken to ensure that such copy will be preserved and accessible;

(c)     Do not take any action on your cell phone, personal computer, or other device that would have the effect of deleting any of the information referenced above; and

(d)     Take whatever steps are appropriate to preserve relevant evidence created after the receipt of this letter.

Weather King further demands that you take no action that would have the effect of encouraging anyone else to delete categories of information that Weather King has demanded be preserved.

Weather King reserves its right to pursue all relief available to it for your unlawful activity, including but not limited to monetary damages and injunctive relief. Thank you for your prompt attention to this matter and please let me know if you have any questions about Weather King's expectations.

Very truly yours,

Butler Snow LLP

David L. Johnson

DLJ/sc
cc:     Tim Boyd
        Steve Greer
        Jamie Thompson
64680470.v1



June 13, 2022

**VIA FEDEX & EMAIL**

Barry D. Harrell
3582 Old Newburg Rd.
Murray, KY 42071
barry@americanbarnco.com

Re: Breach of Legal Obligations to Consolidated Industries, LLC

Dear Mr. Harrell:

Our firm represents Consolidated Industries, LLC, d/b/a Weather King Portable Buildings (hereinafter "Weather King"). It has become increasingly apparent that you and others have breached your legal obligations to Weather King both during and after your employment, including but not limited to breaching your fiduciary duty of loyalty as a Weather King employee and conspiring with Jesse Maupin and others to form a competing enterprise using Weather King's trade secrets, interfering with Weather King's business relationships, and committing other unlawful activities.

Weather King demands that you and everyone acting on your behalf immediately cease and desist from further violations of your legal obligations. Specifically, this demand includes, but is not limited to, directing that you not: (1) divulge or make use in any way of any Weather King trade secrets/confidential information (including but not limited to financial information and other proprietary information related to its business operations); (2) convey any false or misleading information to anyone else about Weather King, including but not limited to suggesting that it will be going out of business or leaving a geographic market, is incapable of paying its bills, is insolvent, or is in financial distress; (3) attempt to avail yourself of any business opportunity that was made available to you by virtue of your employment with Weather King; (4) attempt to disrupt Weather King's relationships with its customers, dealers, employees, drivers, rental companies, suppliers and other business partners and others within the industry; (5) set foot or otherwise trespass on Weather King property; and (6) assist or encourage anyone else in violating their legal obligations to Weather King.

Weather King further demands that, no later than June 17, 2022, you: (a) send to me all property of Weather King (including but not limited to electronically stored information) that has been in your possession; and (b) identify in writing all such property that has been in your possession since your termination from Weather King.

Due to the anticipation of litigation, Weather King further demands that you immediately take measures to preserve and retain all documents that are potentially relevant to such litigation.

*The Pinnacle at Symphony Place*
*150 3rd Avenue South, Suite 1600*
*Nashville, TN 37201*

**DAVID L. JOHNSON**
615.651.6731
david.johnson@butlersnow.com

*T 615.651.6700*
*F 615.651.6701*
*www.butlersnow.com*

**BUTLER SNOW LLP**

June 13, 2022
Page 2

Specifically, Weather King demands that you and anyone acting on your behalf retain and **not discard** any documents and other information that relate, reflect or refer to the following:

1. All "Communications" (hereinafter defined to include but not be limited to emails, text messages, and other electronic communications) exchanged with any current or former Weather King employees;

2. All Communications and other "Documents" (as defined below) relating to your use of any Weather King property, including but not limited to information detailing Weather King's finances and other business operations;

3. All Communications and other "Documents" exchanged with Virgil W. Etherton;

4. All Communications and other Documents exchanged with any investors and lenders, as well as potential investors and lenders, of American Barn Co, LLC ("American Barn") or any other enterprise that competes with (or made plans to compete with) Weather King;

5. All Communications and other "Documents" exchanged with anyone retaining an ownership interest in American Barn or who is a Member of American Barn;

6. All Communications and other Documents exchanged with any current or former Weather King dealers;

7. All Communications and other Documents relating to leases;

8. All Communications and other Documents referencing Weather King or relating to Weather King's operations;

9. All Communications exchanged with any current or former Weather King customers, drivers, vendors, rental companies, or other business partners;

10. All Communications and other Documents relating to your activities in forming and/or launching American Barn or any other competing (or potentially competing) business enterprise, including but not limited to business plans; and

11. All Communications and other Documents referencing any current or former Weather King employees.

This request encompasses documents existing now as well as any documents that may be created in the future. Please note that the "Documents" to be kept in accordance with this letter include both paper documents and electronically-stored documents and data. The term "Documents" includes, without limitation, letters, memoranda, handwritten notes, studies and reports, emails, data spreadsheets, databases, calendar and diary entries, telephone logs, transcripts or summaries of telephone calls, voicemail messages, videotapes and any other form of record relating to the topics mentioned above, whether kept in computer files, desk files, home files or

June 13, 2022
Page 3

other informal files, or on company or home computers, laptops or other portable devices. The term "Documents" also includes all originals, copies and drafts of documents relating to the previously mentioned topics.

To minimize the risk of spoliation of relevant information, you should take the following preservation steps:

(a)  Do not destroy, modify or alter any documents in any your possession which exist as of the receipt of this letter and which meet the criteria discussed above, unless a true and correct copy of each such document has been made and steps have been taken to ensure that such copy will be preserved and accessible;

(b)  Do not modify or delete any electronic data files that are maintained in on-line storage and/or direct access storage devices which exist as of the delivery of this letter and meet the criteria discussed above, unless a true and correct copy of each such electronic data file, including all metadata, has been made and steps have been taken to ensure that such copy will be preserved and accessible;

(c)  Do not take any action on your cell phone, personal computer, or other device that would have the effect of deleting any of the information referenced above; and

(d)  Take whatever steps are appropriate to preserve relevant evidence created after the receipt of this letter.

Weather King further demands that you take no action that would have the effect of encouraging anyone else to delete categories of information that Weather King has demanded be preserved.

Weather King reserves its right to pursue all relief available to it for your unlawful activity, including but not limited to monetary damages and injunctive relief. Thank you for your prompt attention to this matter and please let me know if you have any questions about Weather King's expectations.

Very truly yours,

Butler Snow LLP

David L. Johnson

DLJ/sc
cc:   Tim Boyd
      Steve Greer
      Jamie Thompson
64680371.v1



June 13, 2022

**VIA FEDEX & EMAIL**

Adrian S Harrod
55 Nalonna Dr.
Paris, TN 38242
adrian@americanbarnco.com

Re: Breach of Legal Obligations to Consolidated Industries, LLC

Dear Ms. Harrod:

Our firm represents Consolidated Industries, LLC, d/b/a Weather King Portable Buildings (hereinafter "Weather King"). It has become increasingly apparent that you and others have breached your legal obligations to Weather King both during and after your employment, including but not limited to breaching your fiduciary duty of loyalty as a Weather King employee and conspiring with Jesse Maupin and others to form a competing enterprise using Weather King's trade secrets, interfering with Weather King's business relationships, and committing other unlawful activities.

Weather King demands that you and everyone acting on your behalf immediately cease and desist from further violations of your legal obligations. Specifically, this demand includes, but is not limited to, directing that you not: (1) divulge or make use in any way of any Weather King trade secrets/confidential information (including but not limited to financial information and other proprietary information related to its business operations); (2) convey any false or misleading information to anyone else about Weather King, including but not limited to suggesting that it will be going out of business or leaving a geographic market, is incapable of paying its bills, is insolvent, or is in financial distress; (3) attempt to avail yourself of any business opportunity that was made available to you by virtue of your employment with Weather King; (4) attempt to disrupt Weather King's relationships with its customers, dealers, employees, drivers, rental companies, suppliers and other business partners and others within the industry; (5) set foot or otherwise trespass on Weather King property; and (6) assist or encourage anyone else in violating their legal obligations to Weather King.

Weather King further demands that, no later than June 17, 2022, you: (a) send to me all property of Weather King (including but not limited to electronically stored information) that has been in your possession; and (b) identify in writing all such property that has been in your possession since your termination from Weather King.

Due to the anticipation of litigation, Weather King further demands that you immediately take measures to preserve and retain all documents that are potentially relevant to such litigation.

*The Pinnacle at Symphony Place*
*150 3rd Avenue South, Suite 1600*
*Nashville, TN 37201*

**DAVID L. JOHNSON**
615.651.6731
david.johnson@butlersnow.com

*T 615.651.6700*
*F 615.651.6701*
*www.butlersnow.com*

**BUTLER SNOW LLP**

June 13, 2022
Page 2

Specifically, Weather King demands that you and anyone acting on your behalf retain and **not discard** any documents and other information that relate, reflect or refer to the following:

1. All "Communications" (hereinafter defined to include but not be limited to emails, text messages, and other electronic communications) exchanged with any current or former Weather King employees;

2. All Communications and other "Documents" (as defined below) relating to your use of any Weather King property, including but not limited to information detailing Weather King's finances and other business operations;

3. All Communications and other "Documents" exchanged with Virgil W. Etherton;

4. All Communications and other Documents exchanged with any investors and lenders, as well as potential investors and lenders, of American Barn Co, LLC ("American Barn") or any other enterprise that competes with (or made plans to compete with) Weather King;

5. All Communications and other "Documents" exchanged with anyone retaining an ownership interest in American Barn or who is a Member of American Barn;

6. All Communications and other Documents exchanged with any current or former Weather King dealers;

7. All Communications and other Documents relating to leases;

8. All Communications and other Documents referencing Weather King or relating to Weather King's operations;

9. All Communications exchanged with any current or former Weather King customers, drivers, vendors, rental companies, or other business partners;

10. All Communications and other Documents relating to your activities in forming and/or launching American Barn or any other competing (or potentially competing) business enterprise, including but not limited to business plans; and

11. All Communications and other Documents referencing any current or former Weather King employees.

This request encompasses documents existing now as well as any documents that may be created in the future. Please note that the "Documents" to be kept in accordance with this letter include both paper documents and electronically-stored documents and data. The term "Documents" includes, without limitation, letters, memoranda, handwritten notes, studies and reports, emails, data spreadsheets, databases, calendar and diary entries, telephone logs, transcripts or summaries of telephone calls, voicemail messages, videotapes and any other form of record relating to the topics mentioned above, whether kept in computer files, desk files, home files or

June 13, 2022
Page 3

other informal files, or on company or home computers, laptops or other portable devices.  The term "Documents" also includes all originals, copies and drafts of documents relating to the previously mentioned topics.

To minimize the risk of spoliation of relevant information, you should take the following preservation steps:

(a)     Do not destroy, modify or alter any documents in any your possession which exist as of the receipt of this letter and which meet the criteria discussed above, unless a true and correct copy of each such document has been made and steps have been taken to ensure that such copy will be preserved and accessible;

(b)     Do not modify or delete any electronic data files that are maintained in on-line storage and/or direct access storage devices which exist as of the delivery of this letter and meet the criteria discussed above, unless a true and correct copy of each such electronic data file, including all metadata, has been made and steps have been taken to ensure that such copy will be preserved and accessible;

(c)     Do not take any action on your cell phone, personal computer, or other device that would have the effect of deleting any of the information referenced above; and

(d)     Take whatever steps are appropriate to preserve relevant evidence created after the receipt of this letter.

Weather King further demands that you take no action that would have the effect of encouraging anyone else to delete categories of information that Weather King has demanded be preserved.

Weather King reserves its right to pursue all relief available to it for your unlawful activity, including but not limited to monetary damages and injunctive relief.  Thank you for your prompt attention to this matter and please let me know if you have any questions about Weather King's expectations.

Very truly yours,

Butler Snow LLP

David L. Johnson

DLJ/sc
cc:     Tim Boyd
        Steve Greer
        Jamie Thompson
64680426.v1



June 13, 2022

**VIA FEDEX & EMAIL**

Daniel J. Hershberger
551 N. Jackson
Wickenburg, AZ 85390
danhersh85@gmail.com

      Re: Breach of Legal Obligations to Consolidated Industries, LLC

Dear Mr. Hershberger:

   Our firm represents Consolidated Industries, LLC, d/b/a Weather King Portable Buildings (hereinafter "Weather King"). It has become increasingly apparent that you and others have breached your legal obligations to Weather King both during and after your employment, including but not limited to breaching your fiduciary duty of loyalty as a Weather King employee and conspiring with Jesse Maupin and others to form a competing enterprise using Weather King's trade secrets, interfering with Weather King's business relationships, and committing other unlawful activities.

   Weather King demands that you and everyone acting on your behalf immediately cease and desist from further violations of your legal obligations. Specifically, this demand includes, but is not limited to, directing that you not: (1) divulge or make use in any way of any Weather King trade secrets/confidential information (including but not limited to financial information and other proprietary information related to its business operations); (2) convey any false or misleading information to anyone else about Weather King, including but not limited to suggesting that it will be going out of business or leaving a geographic market, is incapable of paying its bills, is insolvent, or is in financial distress; (3) attempt to avail yourself of any business opportunity that was made available to you by virtue of your employment with Weather King; (4) attempt to disrupt Weather King's relationships with its customers, dealers, employees, drivers, rental companies, suppliers and other business partners and others within the industry; (5) set foot or otherwise trespass on Weather King property; and (6) assist or encourage anyone else in violating their legal obligations to Weather King.

   Weather King further demands that, no later than June 17, 2022, you: (a) send to me all property of Weather King (including but not limited to electronically stored information) that has been in your possession; and (b) identify in writing all such property that has been in your possession since your termination from Weather King.

   Due to the anticipation of litigation, Weather King further demands that you immediately take measures to preserve and retain all documents that are potentially relevant to such litigation.

*The Pinnacle at Symphony Place*
*150 3rd Avenue South, Suite 1600*
*Nashville, TN 37201*

**DAVID L. JOHNSON**
615.651.6731
david.johnson@butlersnow.com

*T 615.651.6700*
*F 615.651.6701*
*www.butlersnow.com*

**BUTLER SNOW LLP**

June 13, 2022
Page 2

Specifically, Weather King demands that you and anyone acting on your behalf retain and **not discard** any documents and other information that relate, reflect or refer to the following:

1. All "Communications" (hereinafter defined to include but not be limited to emails, text messages, and other electronic communications) exchanged with any current or former Weather King employees;

2. All Communications and other "Documents" (as defined below) relating to your use of any Weather King property, including but not limited to information detailing Weather King's finances and other business operations;

3. All Communications and other "Documents" exchanged with Virgil W. Etherton;

4. All Communications and other Documents exchanged with any investors and lenders, as well as potential investors and lenders, of American Barn Co, LLC ("American Barn") or any other enterprise that competes with (or made plans to compete with) Weather King;

5. All Communications and other "Documents" exchanged with anyone retaining an ownership interest in American Barn or who is a Member of American Barn;

6. All Communications and other Documents exchanged with any current or former Weather King dealers;

7. All Communications and other Documents relating to leases;

8. All Communications and other Documents referencing Weather King or relating to Weather King's operations;

9. All Communications exchanged with any current or former Weather King customers, drivers, vendors, rental companies, or other business partners;

10. All Communications and other Documents relating to your activities in forming and/or launching American Barn or any other competing (or potentially competing) business enterprise, including but not limited to business plans; and

11. All Communications and other Documents referencing any current or former Weather King employees.

This request encompasses documents existing now as well as any documents that may be created in the future. Please note that the "Documents" to be kept in accordance with this letter include both paper documents and electronically-stored documents and data. The term "Documents" includes, without limitation, letters, memoranda, handwritten notes, studies and reports, emails, data spreadsheets, databases, calendar and diary entries, telephone logs, transcripts or summaries of telephone calls, voicemail messages, videotapes and any other form of record relating to the topics mentioned above, whether kept in computer files, desk files, home files or

June 13, 2022
Page 3

other informal files, or on company or home computers, laptops or other portable devices. The term "Documents" also includes all originals, copies and drafts of documents relating to the previously mentioned topics.

     To minimize the risk of spoliation of relevant information, you should take the following preservation steps:

     (a)    Do not destroy, modify or alter any documents in any your possession which exist as of the receipt of this letter and which meet the criteria discussed above, unless a true and correct copy of each such document has been made and steps have been taken to ensure that such copy will be preserved and accessible;

     (b)    Do not modify or delete any electronic data files that are maintained in on-line storage and/or direct access storage devices which exist as of the delivery of this letter and meet the criteria discussed above, unless a true and correct copy of each such electronic data file, including all metadata, has been made and steps have been taken to ensure that such copy will be preserved and accessible;

     (c)    Do not take any action on your cell phone, personal computer, or other device that would have the effect of deleting any of the information referenced above; and

     (d)    Take whatever steps are appropriate to preserve relevant evidence created after the receipt of this letter.

     Weather King further demands that you take no action that would have the effect of encouraging anyone else to delete categories of information that Weather King has demanded be preserved.

     Weather King reserves its right to pursue all relief available to it for your unlawful activity, including but not limited to monetary damages and injunctive relief. Thank you for your prompt attention to this matter and please let me know if you have any questions about Weather King's expectations.

                Very truly yours,

                Butler Snow LLP

                David L. Johnson

DLJ/sc
cc:    Tim Boyd
       Steve Greer
       Jamie Thompson
64681372.v1



June 13, 2022

**VIA CERTIFIED MAIL/RETURN RECEIPT & EMAIL**

Brian and Alayna Lassen
P.O. Box 953
Willcox, AZ 85644
yournewbarn@gmail.com

Re: Breach of Legal Obligations to Consolidated Industries, LLC

Dear Mr. and Mrs. Lassen:

Our firm represents Consolidated Industries, LLC, d/b/a Weather King Portable Buildings (hereinafter "Weather King"). It has become increasingly apparent that you and others have breached your legal obligations to Weather King both during and after your employment, including but not limited to breaching your fiduciary duty of loyalty as Weather King employees and conspiring with Jesse Maupin and others to form a competing enterprise using Weather King's trade secrets, interfering with Weather King's business relationships, and committing other unlawful activities.

Weather King demands that each of you and everyone acting on your behalf immediately cease and desist from further violations of your legal obligations. Specifically, this demand includes, but is not limited to, directing that you not: (1) divulge or make use in any way of any Weather King trade secrets/confidential information (including but not limited to financial information and other proprietary information related to its business operations); (2) convey any false or misleading information to anyone else about Weather King, including but not limited to suggesting that it will be going out of business or leaving a geographic market, is incapable of paying its bills, is insolvent, or is in financial distress; (3) attempt to avail yourself of any business opportunity that was made available to you by virtue of your employment with Weather King; (4) attempt to disrupt Weather King's relationships with its customers, dealers, employees, drivers, rental companies, suppliers and other business partners and others within the industry; (5) set foot or otherwise trespass on Weather King property; and (6) assist or encourage anyone else in violating their legal obligations to Weather King.

Weather King further demands that, no later than June 17, 2022, you: (a) send to me all property of Weather King (including but not limited to electronically stored information) that has been in your possession; and (b) identify in writing all such property that has been in your possession since your termination from Weather King.

Due to the anticipation of litigation, Weather King further demands that you immediately take measures to preserve and retain all documents that are potentially relevant to such litigation.

*The Pinnacle at Symphony Place*
*150 3rd Avenue South, Suite 1600*
*Nashville, TN 37201*

**DAVID L. JOHNSON**
615.651.6731
david.johnson@butlersnow.com

T 615.651.6700
F 615.651.6701
*www.butlersnow.com*

**BUTLER SNOW LLP**

June 13, 2022
Page 2

Specifically, Weather King demands that each of you and anyone acting on your behalf retain and **not discard** any documents and other information that relate, reflect or refer to the following:

1. All "Communications" (hereinafter defined to include but not be limited to emails, text messages, and other electronic communications) exchanged with any current or former Weather King employees;

2. All Communications and other "Documents" (as defined below) relating to your use of any Weather King property, including but not limited to information detailing Weather King's finances and other business operations;

3. All Communications and other "Documents" exchanged with Virgil W. Etherton;

4. All Communications and other Documents exchanged with any investors and lenders, as well as potential investors and lenders, of American Barn Co, LLC ("American Barn") or any other enterprise that competes with (or made plans to compete with) Weather King;

5. All Communications and other "Documents" exchanged with anyone retaining an ownership interest in American Barn or who is a Member of American Barn;

6. All Communications and other Documents exchanged with any current or former Weather King dealers;

7. All Communications and other Documents relating to leases;

8. All Communications and other Documents referencing Weather King or relating to Weather King's operations;

9. All Communications exchanged with any current or former Weather King customers, drivers, vendors, rental companies, or other business partners;

10. All Communications and other Documents relating to your activities in forming and/or launching American Barn or any other competing (or potentially competing) business enterprise, including but not limited to business plans; and

11. All Communications and other Documents referencing any current or former Weather King employees.

This request encompasses documents existing now as well as any documents that may be created in the future. Please note that the "Documents" to be kept in accordance with this letter include both paper documents and electronically-stored documents and data. The term "Documents" includes, without limitation, letters, memoranda, handwritten notes, studies and reports, emails, data spreadsheets, databases, calendar and diary entries, telephone logs, transcripts or summaries of telephone calls, voicemail messages, videotapes and any other form of record relating to the topics mentioned above, whether kept in computer files, desk files, home files or

June 13, 2022
Page 3

other informal files, or on company or home computers, laptops or other portable devices. The term "Documents" also includes all originals, copies and drafts of documents relating to the previously mentioned topics.

To minimize the risk of spoliation of relevant information, you should take the following preservation steps:

(a)     Do not destroy, modify or alter any documents in any your possession which exist as of the receipt of this letter and which meet the criteria discussed above, unless a true and correct copy of each such document has been made and steps have been taken to ensure that such copy will be preserved and accessible;

(b)     Do not modify or delete any electronic data files that are maintained in on-line storage and/or direct access storage devices which exist as of the delivery of this letter and meet the criteria discussed above, unless a true and correct copy of each such electronic data file, including all metadata, has been made and steps have been taken to ensure that such copy will be preserved and accessible;

(c)     Do not take any action on your cell phone, personal computer, or other device that would have the effect of deleting any of the information referenced above; and

(d)     Take whatever steps are appropriate to preserve relevant evidence created after the receipt of this letter.

Weather King further demands that you take no action that would have the effect of encouraging anyone else to delete categories of information that Weather King has demanded be preserved.

Weather King reserves its right to pursue all relief available to it for your unlawful activity, including but not limited to monetary damages and injunctive relief. Thank you for your prompt attention to this matter and please let me know if you have any questions about Weather King's expectations.

Very truly yours,

Butler Snow LLP

David L. Johnson

DLJ/sc
cc:     Tim Boyd
        Steve Greer
        Jamie Thompson
64681403.v1



June 13, 2022

**VIA FEDEX & EMAIL**

Jesse A. Maupin
8139 State Route 121 S
Murray, KY 42071
**jesse@americanbarnco.com**

Re: Breach of Legal Obligations to Consolidated Industries, LLC

Dear Mr. Maupin:

Our firm represents Consolidated Industries, LLC, d/b/a Weather King Portable Buildings (hereinafter "Weather King"). It has become increasingly apparent that you and others have breached your legal obligations to Weather King both during and after your employment, including but not limited to breaching your fiduciary duty of loyalty as a Weather King employee and manager, usurping opportunities made available to you by virtue of your employment with Weather King, misappropriating trade secrets, intentionally interfering with Weather King's business relationships, defaming Weather King, trespassing on Weather King property, and conspiring with others to harm Weather King.

Weather King demands that you and everyone acting on your behalf immediately cease and desist from further violations of your legal obligations. Specifically, this demand includes, but is not limited to, directing that you not: (1) divulge or make use in any way of any Weather King trade secrets/confidential information (including but not limited to financial information and other proprietary information related to its business operations); (2) convey any false or misleading information to anyone else about Weather King, including but not limited to suggesting that it will be going out of business or leaving a geographic market, is incapable of paying its bills, is insolvent, or is in financial distress; (3) attempt to avail yourself of any business opportunity that was made available to you by virtue of your employment with Weather King; (4) attempt to disrupt Weather King's relationships with its customers, dealers, employees, drivers, rental companies, suppliers and other business partners and others within the industry; (5) set foot or otherwise trespass on Weather King property; and (6) assist or encourage anyone else in violating their legal obligations to Weather King.

Weather King further demands that, no later than June 17, 2022, you: (a) send to me all property of Weather King (including but not limited to electronically stored information) that has been in your possession; and (b) identify in writing all such property that has been in your possession since your termination from Weather King.

Due to the anticipation of litigation, Weather King further demands that you immediately take measures to preserve and retain all documents that are potentially relevant to such litigation.

*The Pinnacle at Symphony Place*
*150 3rd Avenue South, Suite 1600*
*Nashville, TN 37201*

**DAVID L. JOHNSON**
615.651.6731
david.johnson@butlersnow.com

*T 615.651.6700*
*F 615.651.6701*
*www.butlersnow.com*

**BUTLER SNOW LLP**

June 13, 2022
Page 2

Specifically, Weather King demands that you and anyone acting on your behalf retain and **not discard** any documents and other information that relate, reflect or refer to the following:

1. All "Communications" (hereinafter defined to include but not be limited to emails, text messages, and other electronic communications) exchanged with any current or former Weather King employees;

2. All Communications and other "Documents" (as defined below) relating to your use of any Weather King property, including but not limited to information detailing Weather King's finances and other business operations;

3. All Communications and other "Documents" exchanged with Virgil W. Etherton;

4. All Communications and other Documents exchanged with any investors and lenders, as well as potential investors and lenders, of American Barn Co, LLC ("American Barn") or any other enterprise that competes with (or made plans to compete with) Weather King;

5. All Communications and other "Documents" exchanged with anyone retaining an ownership interest in American Barn or who is a Member of American Barn;

6. All Communications and other Documents exchanged with any current or former Weather King dealers;

7. All Communications and other Documents relating to leases;

8. All Communications and other Documents referencing Weather King or relating to Weather King's operations;

9. All Communications exchanged with any current or former Weather King customers, drivers, vendors, rental companies, or other business partners;

10. All Communications and other Documents relating to your activities in forming and/or luanching American Barn or any other competing (or potentially competing) business enterprise, including but not limited to business plans; and

11. All Communications and other Documents referencing any current or former Weather King employees.

This request encompasses documents existing now as well as any documents that may be created in the future. Please note that the "Documents" to be kept in accordance with this letter include both paper documents and electronically-stored documents and data. The term "Documents" includes, without limitation, letters, memoranda, handwritten notes, studies and reports, emails, data spreadsheets, databases, calendar and diary entries, telephone logs, transcripts or summaries of telephone calls, voicemail messages, videotapes and any other form of record relating to the topics mentioned above, whether kept in computer files, desk files, home files or

June 13, 2022
Page 3

other informal files, or on company or home computers, laptops or other portable devices. The term "Documents" also includes all originals, copies and drafts of documents relating to the previously mentioned topics.

To minimize the risk of spoliation of relevant information, you should take the following preservation steps:

(a)    Do not destroy, modify or alter any documents in any your possession which exist as of the receipt of this letter and which meet the criteria discussed above, unless a true and correct copy of each such document has been made and steps have been taken to ensure that such copy will be preserved and accessible;

(b)    Do not modify or delete any electronic data files that are maintained in on-line storage and/or direct access storage devices which exist as of the delivery of this letter and meet the criteria discussed above, unless a true and correct copy of each such electronic data file, including all metadata, has been made and steps have been taken to ensure that such copy will be preserved and accessible;

(c)    Do not take any action on your cell phone, personal computer, or other device that would have the effect of deleting any of the information referenced above; and

(d)    Take whatever steps are appropriate to preserve relevant evidence created after the receipt of this letter.

Weather King further demands that you take no action that would have the effect of encouraging anyone else to delete categories of information that Weather King has demanded be preserved.

Weather King reserves its right to pursue all relief available to it for your unlawful activity, including but not limited to monetary damages and injunctive relief. Thank you for your prompt attention to this matter and please let me know if you have any questions about Weather King's expectations.

Very truly yours,

Butler Snow LLP

David L. Johnson

DLJ/sc
cc:    Tim Boyd
       Steve Greer
       Jamie Thompson
64666268.v1