AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Tennessee

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC d/b/a WEATHER KING PORTABLE BUILDINGS *Plaintiff* v. Jesse A. Maupin, et al *Defendant* | Civil Action No. 1:22-cv-01230-STA-jay |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  American Barn Co, LLC
c/o Registered Agent
Virgil W. Etherton
860 Cloverdale Trail
Murray, Kentucky 42071

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David L. Johnson, Daniel W. Van Horn and John H. Dollarhide
Butler Snow LLP
150 3rd Avenue South, Suite 1600
Nashville, TN 37201
david.johnson@butlersnow.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  10/20/2022

s/Shurlyn Chernenko
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-01230-STA-jay

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
I served the Summons on the Defendant American Barn Co. LLC via certified mail return receipt requested on October 31, 2022. The USPS Tracking is attached as proof of service.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/04/2022

/s/ David L. Johnson
*Server's signature*

David L. Johnson
*Printed name and title*

Butler Snow LLP
150 3rd Avenue South, Suite 1600
Nashville, TN 37201
david.johnson@butlersnow.com
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove X

# 70163010000099069559

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at the post office at 9:06 am on October 31, 2022 in MURRAY, KY 42071.

Feedback

## Delivered

**Delivered, Individual Picked Up at Post Office**
MURRAY, KY 42071
October 31, 2022, 9:06 am

**Reminder to Schedule Redelivery of your item**
October 31, 2022

**Notice Left (No Authorized Recipient Available)**
MURRAY, KY 42071
October 26, 2022, 9:48 am

**Out for Delivery**
MURRAY, KY 42071
October 26, 2022, 9:02 am

**Arrived at Post Office**
MURRAY, KY 42071
October 26, 2022, 8:51 am

**In Transit to Next Facility**
October 25, 2022

Case 1:22-cv-01230-STA-jay   Document 7   Filed 11/04/22   Page 4 of 5      PageID 131

**Arrived at USPS Regional Facility**
NASHVILLE TN DISTRIBUTION CENTER ANNEX
October 22, 2022, 12:06 am

Hide Tracking History

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

Feedback

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

7016 3010 0000 9906 9559

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$ 4.00

Extra Services & Fees *(check box, add fee as appropriate)*
- [x] Return Receipt (hardcopy) $ 3.25
- [ ] Return Receipt (electronic) $
- [ ] Certified Mail Restricted Delivery $
- [ ] Adult Signature Required $
- [ ] Adult Signature Restricted Delivery $

Postage

NASHVILLE, TN
Postmark
OCT 21 2022
USPS 37202-231887
SC

American Barn Co, LLC
c/o Registered Agent
Virgil W. Etherton
860 Cloverdale Trail
Murray, Kentucky 42071

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

