**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | |
|---|---|
| **CONSOLIDATED INDUSTRIES, LLC D/B/A WEATHER KING PORTABLE BUILDINGS,** | **PLAINTIFF** |
| VS. | Civil Action No. 1:22-cv-01230-STA-jay |
| **JESSE A. MAUPIN, BARRY D. HARRELL, ADRIAN S. HARROD, LOGAN C. FEAGIN, STEPHANIE L. GILLESPIE, RYAN E. BROWN, DANIEL J. HERSHBERGER, BRIAN L. LASSEN, ALEYNA LASSEN, AND AMERICAN BARN CO., LLC,** | **DEFENDANTS** |

<u>**NOTICE OF APPEARANCE**</u>

PLEASE TAKE NOTICE that John H. Dollarhide of the law firm Butler Snow LLP hereby enters his appearance for Plaintiff Consolidated Industries, LLC d/b/a Weather King Portable Buildings in the above-referenced matter and requests that he be copied on all future filings.

        **CONSOLIDATED INDUSTRIES, LLC D/B/A WEATHER KING PORTABLE BUILDINGS**

BY: <u>*/s/ John H. Dollarhide*</u>
      David L. Johnson, #18732
      John H. Dollarhide, #40041
      Y. Larry Cheng, #36707
      150 3rd Avenue South, Suite 1600
      Nashville, TN 37201
      Telephone: (615) 651-6700
      Fax:  (615) 651-6701
      David.Johnson@butlersnow.com
      John.Dollarhide@butlersnow.com
      Larry.Cheng@butlersnow.com

      Daniel W. Van Horn, #18940
      6075 Poplar Ave., Suite 500

- 2 -

        Memphis, TN 38119
        Telephone: (901) 680-7200
        Fax: (901) 680-7201
        Danny.VanHorn@butlersnow.com

66957023.v1