# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

**CONSOLIDATED INDUSTRIES, LLC**
**D/B/A WEATHER KING PORTABLE**
**BUILDINGS,**                         **PLAINTIFF**

**VS.**            **Civil Action No. 1:22-cv-01230-STA-jay**

**JESSE A. MAUPIN, BARRY D.**           **DEFENDANTS**
**HARRELL, ADRIAN S. HARROD,**
**LOGAN C. FEAGIN, STEPHANIE L.**
**GILLESPIE, RYAN E. BROWN, DANIEL**
**J. HERSHBERGER, BRIAN L. LASSEN,**
**ALEYNA LASSEN, AND AMERICAN**
**BARN CO., LLC,**

## NOTICE OF SERVICE OF INITIAL DISCLOSURES

Plaintiff Consolidated Industries, LLC d/b/a Weather King Portable Buildings hereby gives notice that it has served its Initial Disclosures upon all counsel as of March 27, 2023.

                                       BUTLER SNOW LLP

                                       */s/ John H. Dollarhide*
                                       David L. Johnson, BPR #18732
                                       John H. Dollarhide, BPR #40041
                                       Y. Larry Cheng, BPR #36707
                                       150 3rd Avenue South, Suite 1600
                                       Nashville, TN 37201
                                       Telephone: (615) 651-6700
                                       Fax: (615) 651-6701
                                       david.johnson@butlersnow.com
                                       john.dollarhide@butlersnow.com
                                       larry.cheng@butlersnow.com

                                       Daniel W. Van Horn, BPR #18940
                                       6075 Poplar Ave., Suite 500
                                       Memphis, TN 38119
                                       Telephone: (901) 680-7200
                                       Fax: (901) 680-7201
                                       Danny.VanHorn@butlersnow.com
                                       *Attorneys for Plaintiff*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 27th, 2023, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court.

*/s/ John H. Dollarhide*

68321029.v1

- 2 -