# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| **CONSOLIDATED INDUSTRIES, LLC D/B/A WEATHER KING PORTABLE BUILDINGS,** | **PLAINTIFF** |
| VS. | Civil Action No. 1:22-cv-01230-STA-jay |
| **JESSE A. MAUPIN, BARRY D. HARRELL, ADRIAN S. HARROD, LOGAN C. FEAGIN, STEPHANIE L. GILLESPIE, RYAN E. BROWN, DANIEL J. HERSHBERGER, BRIAN L. LASSEN, ALEYNA LASSEN, AND AMERICAN BARN CO., LLC,** | **DEFENDANTS** |

## NOTICE OF SERVICE OF DISCOVERY RESPONSES

Plaintiff Consolidated Industries, LLC d/b/a Weather King Portable Buildings hereby gives notice that it has served the following upon Defendants' counsel as of April 27, 2023:

1. Plaintiff's Responses to Defendants' First Set of Requests for Production of Documents; and

2. Plaintiff's Responses to Defendants' First Set of Interrogatories.

BUTLER SNOW LLP

*/s/ John H. Dollarhide*
David L. Johnson, BPR #18732
John H. Dollarhide, BPR #40041
Y. Larry Cheng, BPR #36707
150 3rd Avenue South, Suite 1600
Nashville, TN 37201
Telephone: (615) 651-6700
Fax: (615) 651-6701
david.johnson@butlersnow.com
john.dollarhide@butlersnow.com
larry.cheng@butlersnow.com

Daniel W. Van Horn, BPR #18940  
6075 Poplar Ave., Suite 500  
Memphis, TN 38119  
Telephone: (901) 680-7200  
Fax: (901) 680-7201  
Danny.VanHorn@butlersnow.com  
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 27th, 2023, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court.

*/s/ John H. Dollarhide*

68847415.v1