# EXHIBIT 5

Message received from Jesse Rto - 4/8/2022 9:02:19 AM - (SMS)
Good morning!! Will you be around today for a quick chat??

Message sent - 4/8/2022 9:37:36 AM - (SMS)
Yes sir...meetings at noon today down the road but back in the office by 2.

Message received from Jesse Rto - 4/8/2022 9:55:22 AM - (SMS)
Ok I will swing by a little
After 2

Message sent - 4/8/2022 9:56:41 AM - (SMS)
Okay

---

4/14/2022 7:37:06 AM

---

Message received from Jesse Rto - 4/14/2022 7:37:06 AM - (SMS)
Good morning! Need to holler at you before you talk to Brian Lassen and discuss a few other things if possible

---

4/19/2022 3:04:15 PM

---

Message sent - 4/19/2022 3:04:15 PM - (SMS)
I talked with Brian and Alleyna Friday.  I want to talk with you before I call them back....maybe late Thursday afternoon or Friday after 12 we can get together.

Message received from Jesse Rto - 4/19/2022 3:04:56 PM - (SMS)
Thursday will work great for me

Message received from Jesse Rto - 4/19/2022 3:05:33 PM - (SMS)
What time you thinking??

Message sent - 4/19/2022 3:06:20 PM - (SMS)
Good...I should be back to bank Thursday by 2:30.  How about 3?

Message received from Jesse Rto - 4/19/2022 3:06:47 PM - (SMS)
I will make that work.

Message sent - 4/19/2022 3:07:23 PM - (SMS)
👍

---

5/6/2022 3:52:32 PM

---

Message received from Jesse Rto - 5/6/2022 3:52:32 PM - (SMS)
Hey man need to talk to you sometime soon and phone will be fine

---

BUTTREY-SBC 000202

```
5/17/2022 11:49:41 AM
------------------------------------------

Message received from Jesse Rto - 5/17/2022 11:49:41 AM - (SMS)
Good morning!! You gonna be around in the morning??

Message sent - 5/17/2022 12:14:24 PM - (SMS)
Hey Bud...yep, stop by when you can.

Message received from Jesse Rto - 5/17/2022 12:16:56 PM - (SMS)
Be there in the morning say 9ish??

Message sent - 5/17/2022 12:21:19 PM - (SMS)
Sounds good....see you then.

------------------------------------------
5/23/2022 2:19:39 PM
------------------------------------------

Message sent - 5/23/2022 2:19:39 PM - (SMS)
Big week, signing documents for two companies and a website for ABC this
week.  I've got a couple of quick questions...call me when you can.

------------------------------------------
6/1/2022 2:52:08 PM
------------------------------------------

Message received from Jesse Rto - 6/1/2022 2:52:08 PM - (SMS)
I'm on the other line. I will call you back shortly.

------------------------------------------
6/3/2022 12:00:23 PM
------------------------------------------

Message received from Jesse Rto - 6/3/2022 12:00:23 PM - (SMS)
Hey man am
I good to come
Down now

------------------------------------------
6/4/2022 11:19:12 AM
------------------------------------------

Message received from Jesse Rto - 6/4/2022 11:19:12 AM - (SMS)
Good morning I hate to bother you on the weekend but been thinking about
something if you get a free minute and you don't mind holler at me later
today thanks man

Message sent - 6/4/2022 2:10:01 PM - (SMS)
Just got text...call you shortly

Message received from Jesse Rto - 6/4/2022 2:17:25 PM - (SMS)
👍
```

BUTTREY-SBC 000203

```
Message sent - 6/4/2022 2:31:36 PM - (SMS)
Call me when you get time.

6/9/2022 10:46:36 AM
---------------------------------------------

Message received from Jesse Rto - 6/9/2022 10:46:36 AM - (SMS)
Good morning holler when you can

---------------------------------------------
6/12/2022 4:57:57 PM
---------------------------------------------

Message received from Jesse Rto - 6/12/2022 4:57:57 PM - (SMS)
Good afternoon I can't cash that check from BPS since it's too ABCO can I
bring it back and get another one from you tomorrow??

Message sent - 6/12/2022 6:11:13 PM - (SMS)
Hey Bud, Absolutely...what name should be on the check?

Message received from Jesse Rto - 6/12/2022 6:12:05 PM - (SMS)
Wade Etherton

Message received from Jesse Rto - 6/12/2022 6:12:12 PM - (SMS)
Thanks man see you tomorrow

---------------------------------------------
6/13/2022 11:24:13 AM
---------------------------------------------

Message received from Jesse Rto - 6/13/2022 11:24:13 AM - (SMS)
Fixing to leave murray to head that way

Message sent - 6/13/2022 11:29:43 AM - (SMS)
👍

---------------------------------------------
6/15/2022 8:13:48 AM
---------------------------------------------

Message received from Jesse Rto - 6/15/2022 8:13:48 AM - (SMS)
Good morning I would like to get your lawyer to send the letter for us

Message sent - 6/15/2022 9:23:49 AM - (SMS)
He is calling and emailing you now

Message received from Jesse Rto - 6/15/2022 9:24:13 AM - (SMS)
Good deal

Message received from Jesse Rto - 6/15/2022 11:22:48 AM - (SMS)
Attorney never called or emailed

Message sent - 6/15/2022 12:19:41 PM - (SMS)
??  I'll check on it.
```

BUTTREY-SBC 000204

Message sent - 6/15/2022 12:21:15 PM - (SMS)
I just texted him. He will write the letter and he has what he needs...he just needs to get some details from you.

Message received from Jesse Rto - 6/15/2022 12:21:34 PM - (SMS)
Good deal

---
6/16/2022 10:25:24 AM
---

Message received from Jesse Rto - 6/16/2022 10:25:24 AM - (SMS)
Good morning man! Did you get a letter in Gleason? I left Adam Crider a message about the response letter

Message sent - 6/16/2022 10:27:05 AM - (SMS)
Not yesterday but they haven't checked today. Dod you talk with Adam yesterday

---
6/17/2022 7:08:48 AM
---

Message received from Jesse Rto - 6/17/2022 7:08:48 AM - (SMS)
Good morning holler at me when you can

---
6/20/2022 2:45:31 PM
---

Message received from Jesse Rto - 6/20/2022 2:45:31 PM - (SMS)
Hey man holler at me when you can

---
6/24/2022 7:43:21 AM
---

Message received from Jesse Rto - 6/24/2022 7:43:21 AM - (SMS)
Holler at me when you can

Message received from Jesse Rto - 6/24/2022 9:22:13 AM - (SMS)
Here's the best email for me now

Message received from Jesse Rto - 6/24/2022 9:22:27 AM - (SMS)
jesse@americanbarnco.com

Message sent - 6/24/2022 11:21:10 AM - (SMS)
Got it. Did you get what you need?

Message received from Jesse Rto - 6/24/2022 11:26:17 AM - (SMS)
I believe so wade said he's got to talk to you again today

Message sent - 6/24/2022 11:52:37 AM - (SMS)