# EXHIBIT 6

>>>> 295 Jim Adams Drive
>>>> P. O. Box 108
>>>> Paris, TN 38242
>>>> Phone 270-970-9453
>>>> Email jmaupin@consolidatedbuildings.com
>>>>
>>>>
>>>>>> On Mar 24, 2022, at 4:38 PM, Jim Kowalzyk <kkwesternhauling@yahoo.com> wrote:
>>>>>
>>>>> Hi Jesse,
>>>>> Yes sir I would be happy to lease to you. I'm glad you do good there.
>>>>> Would you like me to change the lease to your name.         Jim
>>>>>
>>>>> Sent from my iPhone
>>>>>
>>>>>>> On Mar 24, 2022, at 1:57 PM, Jesse Maupin <westkentuckyqdma@gmail.com> wrote:
>>>>>>
>>>>>> Good afternoon Mr. Jim I hope all is well your way. I know the lease is up May 31st and Weather King isn't really wanting to lease lots anymore but I do good sales there and you and I go way back. Would it be possible for me to lease the property so I can keep my sales lot open and continue to sell there??
>>>>>>
>>>>>> Jesse Maupin
>>>>>> Weather King Portable Buildings
>>>>>> 295 Jim Adams Drive
>>>>>> P. O. Box 108
>>>>>> Paris, TN 38242
>>>>>> Phone 270-970-9453
>>>>>> Email jmaupin@consolidatedbuildings.com
>>>>>>
>>>>>
>>>
>

KOWALZYK-0012