# EXHIBIT 8



From: ▮▮▮▮7909 Merison's (owner)
To: +▮▮▮▮0854 Freddie Rodriguez

Freddie my cell number is
▮▮▮▮7909. Thank you.
Tim Boyd

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▮▮▮0854 Freddie Rodriguez | | | |

Status: Sent

6/13/2022 4:12:50 PM(UTC+0)

---

From: +▮▮▮0854 Freddie Rodriguez
To: ▮▮▮▮7909 Merison's (owner)

Hello guys, I have included Aleyna, Freddie and Jesse in this text. This is not a text to hurt feelings or point fingers. It is an information text only. I know many or all of you have been contacted and told of weather kings grand plan. As I told you all in that meeting with Jesse they would do this very thing.  We were not worth investing in all this time but now they are scared and all of the sudden you are worth it. This is nothing but smoke and mirrors as usual. First they are offering a higher percentage to reach the 20% increase that ABC has offered and a $250 a week if you work 30 hours or more. ABC is raising the build basis not your percentage and here is why. The build basis can't be changed to go lower only higher. Anyone who goes to work for wk will be told they have to sign a non compete once that is signed you will not be able to go work for and other shed company ,this is legal to ask you to sign it but if you don't sign it you won't be able to work for them. Once they have everyone sign it they will wait some time and then the 250 will be taken away and they will lower your percentage that's why they won't raise the build basis. Weather King give and then take away. You will now be stuck working for them making the same money you made before. It's all about the build basis guys period. The drivers where given a fuel sur charge a couple months ago and they didn't change our haul chart because they plan on dropping the pay back down to where it was before. They didn't care about us before now all of the sudden since there pocket book is hurting wow they care. I'm not buying it and you shouldn't either. Now I want to make sure you all understand this as well.  ALL DEALERS are going to ABC and 95% of the drivers as well. You can build all the barns you want but if there is no one to sell or haul them then what. Freddie do you rember what happend when we all kicked butt and put 250 plus barns in the bone yard and right before Chistmas boom they shut us down to 20 a week. You and 5 other builders left because of the shit they pulled on us.  Men it's smoke and mirrors please don't be seduced by fake money and lies. Now I will also remind all of you. I have always supported you guys going out to get better jobs and then hired you back if it didn't work out this is a fact!! If this sounds like a good move and you go back to these lies once you sign the non compete I will not be able to hire you back I will sued just like you. Freddie I truly wish you all the best in the future but this isn't the best you can do bubba. They are not going to make you the manager they are using you just like they always have. I have no I'll will towards you at all but I truly believe you are making a huge mistake staying with this company.  Guys Aleyna  will have some numbers at the shop for you on Momday and we will prove this very point so you can see it your self.  If you need conformation on the dealers all leaving and the drivers just ask Jesse.  We did not leave weather King they left us years ago. We gave them our very best and they gave us scraps and now they are seeing how valuable you all are and NOW they want to pay you your worth. Don't be mislead by there lies. I am not afraid of these people.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮7909 Merison's | | 6/13/2022 4:43:41 PM(UTC+0) | |

Status: Read

6/13/2022 4:28:03 PM(UTC+0)

3



