# EXHIBIT 14

# American Barn Co, LLC
## Balance Sheet
As of May 8, 2023



Total Current Liabilities

Long-Term Liabilities
  N/P - BPS Rental Co
  N/P - Goode Holding
  N/P - Jade Rentals
  Notes Payable - EFA-Forklift
  Notes Payable - Goode Holdings
  Notes Payable - Jade Rentals
Total Long-Term Liabilities

CONFIDENTIAL                                                                                     AMERICANBARN000061

# American Barn Co, LLC
## Balance Sheet
### As of May 8, 2023

|  | TOTAL |
|---|---|
| **ASSETS** |  |
|   **Current Assets** |  |
|     **Bank Accounts** |  |
|       First Bank Account |  |
|       MISCELANEOUS |  |
|       QuickBooks Checking Account |  |
|       Reimbursement |  |
|     **Total Bank Accounts** |  |
|     **Accounts Receivable** |  |
|       Accounts Receivable (A/R) |  |
|     **Total Accounts Receivable** |  |
|     **Other Current Assets** |  |
|       Due to/from ABCo Rentals LLC |  |
|       Employee Cash Advances |  |
|       Inventory Asset |  |
|         Finished Goods Inventory |  |
|         Raw Materials |  |
|           Raw Materials - ARLINGTON |  |
|           Raw Materials - CHINO |  |
|           Raw Materials - GOLDEN VALLEY |  |
|           Raw Materials - HARRISBURG |  |
|           Raw Materials - LAS VEGAS |  |
|           Raw Materials - MILAN |  |
|           Raw Materials - SOMERTON |  |
|           Raw Materials - WILLCOX |  |
|         **Total Raw Materials** |  |
|       **Total Inventory Asset** |  |
|       Loans to others |  |
|         Note Receivable - 5225 S 43rd AVE LLC |  |
|         Note Receivable - Arizona Barn Co LLC |  |
|         Note Receivable - Benjamin T Miller |  |
|         Note Receivable - Ponderosa Portable Storage |  |
|         Note Receivable - Shed Werx LLC |  |
|         Note Receivable - Sonoran Sheds |  |
|         Notes Receivable - BRYAN HYER |  |
|       **Total Loans to others** |  |
|       Payments to deposit |  |
|       Repayment |  |
|         Advance | 0.00 |



CONFIDENTIAL AMERICANBARN000059