# EXHIBIT 16



Ryan Brown <wkmilanplant@gmail.com>

## Drivers list
1 message

**Ryan Brown <wkmilanplant@gmail.com>**	24 May 2022 at 12:03
To: westkentuckyqdma@gmail.com

--
Thank you,
Ryan Brown
Weather King Plant MGR.
3156 N Hwy 605
Milan NM, 87021
PH (505) 287-9826
FAX (505) 287-9837



Email wkmilanplant@gmail.com

📎 Copy of DRIVERS LOT LIST 12-2-21.xlsx
   20K

CONFIDENTIAL	REBROWN000347