# EXHIBIT 19

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC<br>d/b/a WEATHER KING PORTABLE<br>BUILDINGS,<br><br>    Plaintiff,<br><br>v.<br><br>JESSE A. MAUPIN, BARRY D.<br>HARRELL, ADRIAN S. HARROD,<br>LOGAN C. FEAGIN, STEPHANIE L.<br>GILLESPIE, RYAN E. BROWN, DANIEL<br>J. HERSHBERGER, BRIAN L. LASSEN,<br>ALEYNA LASSEN, and AMERICAN<br>BARN CO., LLC,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:22-cv-01230<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S FIRST SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS, AND REQUESTS FOR ADMISSION TO DEFENDANT AMERICAN BARN CO., LLC

Pursuant to Fed. R. Civ. P. 26, 33, 34, and 36, Plaintiff Consolidated Industries, Inc. d/b/a Weather King Portable Buildings ("Weather King") serves the following First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission upon Defendant American Barn Co., LLC. Each interrogatory is to be answered separately and fully in writing, under oath, and signed by you within thirty (30) days of this request. Responses to the requests for admission are due within thirty (30) days, and responsive documents are to be served with the written responses and said documents to be produced within thirty (30) days of this request.

floppy disks, hard disks, tapes, CD-ROMs, external hard drives, flash or "zip" drives, or remote or "cloud" storage locations.

(f) The terms "identify" or "identity" mean, with respect to persons, to state the full name, present or last known address, current or last known employment and position or title therein, and telephone number; and with respect to documents, said terms shall mean to state the general nature of the document (for example, letter, email, telegram, photograph or memorandum), the date, the author, the addressee, and the location and custodian of the document.

## INTERROGATORIES

1. Identify each person or entity who played a role in planning ABCO's creation or formation and, for each such person/entity: (a) set forth the role each person/entity played; and (b) set forth the dates in which the person/entity helped plan the creation/formation.

**RESPONSE:**


2. Identify each person or entity who has served as an owner or member of ABCO and, for each such person/entity : (a) set forth the position/title each person has held; (b) set forth the ownership interest each person has held; and (c) set forth the dates in which the person held such title and ownership interest.

**RESPONSE:**