# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC )<br>d/b/a WEATHER KING PORTABLE )<br>BUILDINGS, )<br> )<br>    **Plaintiff,** )<br> )<br>v. )<br> )<br>JESSE A. MAUPIN, BARRY D. )<br>HARRELL, ADRIAN S. HARROD, )<br>LOGAN C. FEAGIN, STEPHANIE L. )<br>GILLESPIE, RYAN E. BROWN, )<br>DANIEL J. HERSHBERGER, BRIAN L. )<br>LASSEN, ALEYNA LASSEN, and )<br>AMERICAN BARN CO., LLC, )<br> )<br>    **Defendants.** )<br> ) | **Civil Action No. 1:22-cv-01230-STA-jay**<br><br>**Chief Judge S. Thomas Anderson** |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants hereby move for an extension of time until June 5, 2023 to file its Opposition to Plaintiff's Motion for a Forensic Examination, currently due June 2, 2023. Plaintiff does not oppose this motion.

    AKERMAN LLP

    /s/ *Thomas G. Pasternak*
    Thomas G. Pasternak
    71 South Wacker Dr.
    Chicago, IL 60606
    Telephone: 312 870 8019
    Fax: 312 424 1900
    thomas.pasternak@akerman.com

70745319;1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2023, I filed the foregoing, **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME** with the Court using the ECF system, which will provide notice and a copy to counsel of record:

>David L. Johnson, #18732
>John H. Dollarhide, #40041
>Y. Larry Cheng, #36707
>150 3rd Avenue South, Suite 1600
>Nashville, TN 37201
>Telephone: (615) 651-6700
>Fax: (615) 651-6701
>david.johnson@butlersnow.com
>john.dollarhide@butlersnow.com
>larry.cheng@butlersnow.com

>Daniel W. Van Horn, #18940
>6075 Poplar Ave., Suite 500
>Memphis, TN 38119
>Telephone: (901) 680-7200
>Fax: (901) 680-7201
>Danny.VanHorn@butlersnow.com

>>/s/ *Thomas G. Pasternak*
>>Thomas G. Pasternak

70745319;1