# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

CONSOLIDATED INDUSTRIES, LLC
d/b/a WEATHER KING
PORTABLE BUILDINGS

    Plaintiff,

v.                                                                                        No. 1:22-cv-01230-STA-jay

MAUPIN, et al.

    Defendants.

## ORDER GRANTING EXTENSION

    Before the Court is Defendants' unopposed Motion for Extension of Time. ECF No. 77. Defendants propose their Response to Plaintiff's Motion to Compel Forensic Examination will be filed no later than June 5, 2023. ECF No. 77. The Motion is well-taken and the Court GRANTS Defendants' Motion.

    IT IS SO ORDERED this the 5th day of June, 2023.

                                                                      **s/Jon A. York**
                                                                      UNITED STATES MAGISTRATE JUDGE