IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

CONSOLIDATED INDUSTRIES, LLC
d/b/a WEATHER KING
PORTABLE BUILDINGS,

    Plaintiff,

v.                                                     No. 1:22-cv-01230-STA-jay

MAUPIN, et al.,

    Defendants.

---

## ORDER GRANTING LEAVE TO FILE REPLY

---

    Before the Court is Plaintiff's Motion for Leave to File a Reply Brief. ECF No. 82. The Court finds the Motion well-taken. Plaintiff's Motion for Leave to File a Reply is hereby GRANTED.

    IT IS SO ORDERED this the 13th day of June, 2023.

                                                     **s/Jon A. York**
                                                     UNITED STATES MAGISTRATE JUDGE