IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC d/b/a WEATHER KING PORTABLE BUILDINGS,<br><br>    Plaintiff,<br><br>v.<br><br>JESSE A. MAUPIN, BARRY D. HARRELL, ADRIAN S. HARROD, LOGAN C. FEAGIN, STEPHANIE L. GILLESPIE, RYAN E. BROWN, DANIEL J. HERSHBERGER, BRIAN L. LASSEN, ALEYNA LASSEN, and AMERICAN BARN CO., LLC,<br><br>    Defendants. | Civil Action No. 1:22-cv-01230 |

**DEFENDANTS' MOTION TO COMPEL PLAINTIFF FOR FURTHER RESPONSES TO THEIR FIRST SET OF INTERROGATORIES AND FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

Pursuant to Federal Rule of Civil Procedure 37(a)1), Defendants Jesse A. Maupin, Barry D. Harrell, Adrian S. Harrod, Logan C. Feagin, Stephanie L. Gillespie, Ryan E. Brown, Daniel J. Hershberger, Brian L. Lassen, Aleyna Lassen, and American Barn Co., LLC (collectively "Defendants" or "American Barn") move to compel Plaintiff Consolidated Industries, LLC d/b/a Weather King Portable Buildings ("Plaintiff" or "Weather King") for further responses to their First Set of Interrogatories and First Set of Requests for Production of Documents. Defendants request the Court to move to compel further interrogatory responses and documents in response to the following discovery: Interrogatories Nos. 4, 5, 12, 24, 27, 28, 29, 30, 31, 32, 33, 34 and 36 and Document Requests Nos. 9, 13, 14, 15, 16, 17 and 18. and 13.

70912675;1

| | |
|---|---|
| Date: June 14, 2023 | */s/  Thomas G. Pasternak* |
| | Thomas G. Pasternak |
| | AKERMAN LLP |
| | 71 South Wacker Drive, 47th Floor |
| | Chicago, IL 60606 |
| | Tel. 312.634.5700 |
| | thomas.pasternak@akerman.com |
| | |
| | *Attorneys for Defendants* |
| | |
| | JESSE A. MAUPIN, BARRY D. HARRELL, ADRIAN S. HARROD, LOGAN C. FEAGIN, STEPHANIE L. GILLESPIE, RYAN E. BROWN, DANIEL J. HERSHBERGER, BRIAN L. LASSEN, ALEYNA LASSEN, and AMERICAN BARN CO., LLC |

## CERTIFICATE OF SERVICE

I certify that on June 14, 2023 I filed a true and correct copy of the foregoing **DEFENDANTS' MOTION TO COMPEL PLAINTIFF FOR FURTHER RESPONSES TO THEIR FIRST SET OF INTERROGATORIES AND FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** with the Court using the ECF system, which will provide notice and a copy to counsel of record:

>David L. Johnson, #18732
>John H. Dollarhide, #40041
>Y. Larry Cheng, #36707
>BUTLER SNOW LLP
>150 3rd Avenue South, Suite 1600
>Nashville, TN 37201
>Telephone: (615) 651-6700
>Fax: (615) 651-6701
>david.johnson@butlersnow.com
>john.dollarhide@butlersnow.com
>larry.cheng@butlersnow.com
>
>Daniel W. Van Horn, #18940
>BUTLER SNOW LLP
>6075 Poplar Ave., Suite 500
>Memphis, TN 38119
>Telephone: (901) 680-7200
>Fax: (901) 680-7201
>Danny.VanHorn@butlersnow.com

>*/s/ Thomas G. Pasternak*
>Thomas G. Pasternak

70912675;1