**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CONSOLIDATED INDUSTRIES, LLC**<br>**d/b/a WEATHER KING PORTABLE**<br>**BUILDINGS,** | ) ) ) | |
| | ) | |
| **Plaintiff,** | ) ) | |
| | ) | **Civil Action No. 1:22-cv-01230** |
| **v.** | ) ) | |
| **JESSE A. MAUPIN, BARRY D.**<br>**HARRELL, ADRIAN S. HARROD,**<br>**LOGAN C. FEAGIN, STEPHANIE L.**<br>**GILLESPIE, RYAN E. BROWN, DANIEL**<br>**J. HERSHBERGER, BRIAN L. LASSEN,**<br>**ALEYNA LASSEN, and AMERICAN**<br>**BARN CO., LLC,** | ) ) ) ) ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

## [PROPOSED] ORDER

Defendants ("American Barn") have moved to compel, pursuant to Federal Rule of Civil

Procedure 37(a)1), further responses to their First Set of Interrogatories and First Set of Requests

for Production of Documents.  Having consider the motion, it is hereby granted, and Plaintiff's

("Weather King") shall provide further interrogatory responses and documents in response to the

following discovery: Interrogatories Nos. 4, 5, 12, 24, 27, 28, 29, 30, 31, 32, 33, 34 and 36  and

Document Requests Nos. 9, 13, 14, 15, 16, 17 and 18. and 13.

<br>

_____
Chief Judge S. Thomas Anderson

Dated: _____

70911582;1

## CERTIFICATE OF SERVICE

I certify that on June 14, 2023 I filed a true and correct copy of the foregoing **PROPOSED**

**ORDER** with the Court using the ECF system, which will provide notice and a copy to counsel

of record:

> David L. Johnson, #18732
> John H. Dollarhide, #40041
> Y. Larry Cheng, #36707
> BUTLER SNOW LLP
> 150 3rd Avenue South, Suite 1600
> Nashville, TN 37201
> Telephone: (615) 651-6700
> Fax: (615) 651-6701
> david.johnson@butlersnow.com
> john.dollarhide@butlersnow.com
> larry.cheng@butlersnow.com
>
> Daniel W. Van Horn, #18940
> BUTLER SNOW LLP
> 6075 Poplar Ave., Suite 500
> Memphis, TN 38119
> Telephone: (901) 680-7200
> Fax: (901) 680-7201
> Danny.VanHorn@butlersnow.com

> */s/  Thomas G. Pasternak*
> Thomas G. Pasternak

70911582;1