Case 1:22-cv-01230-STA-jay  Document 87-1  Filed 06/14/23  Page 1 of 13  PageID 1709

EXHIBIT
1

---

2/2/2022 3:59:51 PM

---

Message sent - 2/2/2022 3:59:51 PM - (SMS)
Call me when you can

Message received from Jesse Rto - 2/2/2022 4:15:23 PM - (SMS)
Can I holler at ya a little after 5?

Message sent - 2/2/2022 4:15:43 PM - (SMS)
Yes

Message received from Jesse Rto - 2/2/2022 4:16:04 PM - (SMS)
Will do be shortly after 5

Message sent - 2/2/2022 4:16:14 PM - (SMS)
Sounds good

---

2/7/2022 4:25:30 PM

---

Message received from Jesse Rto - 2/7/2022 4:25:30 PM - (SMS)
Good afternoon you gonna be around your office this week?

Message sent - 2/7/2022 4:53:13 PM - (SMS)
Yes sir...how about tomorrow?  Time?

Message received from Jesse Rto - 2/7/2022 4:56:50 PM - (SMS)
Whatever works for you would probably work for me

Message sent - 2/7/2022 5:00:26 PM - (SMS)
Anytime from 3:00 until, works for me.

Message received from Jesse Rto - 2/7/2022 5:02:48 PM - (SMS)
Ok I will swing by at 3 then

Message sent - 2/7/2022 5:04:17 PM - (SMS)
See you then

---

2/10/2022 3:28:42 PM

---

Message received from Jesse Rto - 2/10/2022 3:28:42 PM - (SMS)
What all do I need to bring you including that PFR??

Message sent - 2/10/2022 3:34:52 PM - (SMS)
Pfs, two years of tax returns, balance sheet and income statement for new company.  I do want to discuss some details about the office and processing contracts, inventory, etc.

WeatherKing-0000327

```
Message received from Jesse Rto - 2/10/2022 4:21:43 PM - (SMS)
When you want to talk??

Message sent - 2/10/2022 4:49:29 PM - (SMS)
Headed into a board meeting....out by 6:30.  Call then or tomorrow
morning.

Message received from Jesse Rto - 2/10/2022 4:51:58 PM - (SMS)
Will holler at you tonight around 7 then if that will
Work

Message sent - 2/10/2022 4:52:22 PM - (SMS)
Perfect

---------------------------------------------
2/28/2022 1:54:05 PM
---------------------------------------------

Message received from Jesse Rto - 2/28/2022 1:54:05 PM - (SMS)
What time this week would be good to swing by and catch up on things??

Message sent - 2/28/2022 2:00:45 PM - (SMS)
Tomorrow afternoon at 4 or Thursday afternoon at 3 or anytime Friday
morning.  Any of those times work for you?

Message received from Jesse Rto - 2/28/2022 2:01:13 PM - (SMS)
Tomorrow at 4 will
Work for me

Message sent - 2/28/2022 2:02:06 PM - (SMS)
Great...see you tomorrow at 4.

---------------------------------------------
3/4/2022 9:03:11 AM
---------------------------------------------

Message received from Jesse Rto - 3/4/2022 9:03:11 AM - (SMS)
Morning would you be available for a chat this afternoon after day 1:30??

Message sent - 3/4/2022 10:22:05 AM - (SMS)
Sounds good...see you at 1:30

Message received from Jesse Rto - 3/4/2022 10:23:40 AM - (SMS)
👍

Message received from Jesse Rto - 3/4/2022 1:03:54 PM - (SMS)
Running late can we do 2:30??

Message sent - 3/4/2022 1:34:41 PM - (SMS)
Sounds good

Message sent - 3/4/2022 1:35:03 PM - (SMS)
Actually...I have a 2:30, 3?
```

WeatherKing-0000328

Message received from Jesse Rto - 3/4/2022 1:41:20 PM - (SMS)
I will see you at 3

Message sent - 3/4/2022 1:41:26 PM - (SMS)
Okay

Message sent - 3/4/2022 2:53:00 PM - (SMS)
Running late...3:30?

Message received from Jesse Rto - 3/4/2022 2:53:36 PM - (SMS)
Sure

Message received from Jesse Rto - 3/4/2022 2:54:08 PM - (SMS)
See you then

Message received from Jesse Rto - 3/4/2022 3:09:28 PM - (SMS)
Wife just called shes running a fever and I'm headed home to watch the kids. I'm sorry man I will have to get with you next week.

Message received from Jesse Rto - 3/4/2022 3:17:19 PM - (SMS)
Maybe a phone call later or we can get together next week.

Message sent - 3/4/2022 3:32:54 PM - (SMS)
Hope she gets to feeling better soon...have fun with the kids!  As always, call anytine or I will be in the office all next week.  Enjoy the weekend.

-------------------------------------------
3/8/2022 2:17:58 PM
-------------------------------------------

Message received from Jesse Rto - 3/8/2022 2:17:58 PM - (SMS)
Good afternoon What time would be good to come by and chat with you this week??

Message sent - 3/8/2022 4:41:35 PM - (SMS)
Thursday morning at 10 or Friday at 11 or Friday at 3 or anytime thereafter

Message received from Jesse Rto - 3/8/2022 4:54:05 PM - (SMS)
Let's go for Friday at 11 then

Message sent - 3/8/2022 5:54:27 PM - (SMS)
Sounds good

-------------------------------------------
3/21/2022 2:34:44 PM
-------------------------------------------

Message received from Jesse Rto - 3/21/2022 2:34:44 PM - (SMS)
Good afternoon! How would a Thursday midday meeting work for Wade and I to discuss the LOC and things??

Message sent - 3/21/2022 3:59:22 PM - (SMS)
Good Afternoon! I've got meetings all Thursday afternoon and evening. Does Wednesday or Friday afternoon work?

Message received from Jesse Rto - 3/21/2022 4:08:17 PM - (SMS)
Let me see what works best his practice is closed on Thursday so that's why I had chose that day

Message sent - 3/21/2022 4:23:49 PM - (SMS)
Sorry...my Thursdays are full of hospital stuff these days...I'm ready to retire that job.

Message received from Jesse Rto - 3/21/2022 4:25:14 PM - (SMS)
I will get something figured out and make it happen I just found out you were visiting the grandkids in Chattanooga I'm sorry to bother you on family time we can talk tomorrow

Message sent - 3/21/2022 4:25:56 PM - (SMS)
No bother ever...sounds good.

---
3/22/2022 9:48:03 AM
---

Message received from Jesse Rto - 3/22/2022 9:48:03 AM - (SMS)
What about next Tuesday

Message sent - 3/22/2022 10:27:43 AM - (SMS)
That works. Time?

Message received from Jesse Rto - 3/22/2022 10:42:03 AM - (SMS)
1:00 Tuesday the 29th

Message sent - 3/22/2022 11:17:56 AM - (SMS)
Got it down

Message received from Jesse Rto - 3/22/2022 11:18:17 AM - (SMS)
Awesome we will see you then!!!

Message sent - 3/22/2022 11:18:39 AM - (SMS)
👍

---
3/25/2022 9:21:01 AM
---

Message received from Jesse Rto - 3/25/2022 9:21:01 AM - (SMS)
Good morning you gonna be around your office today??

Message sent - 3/25/2022 10:30:09 AM - (SMS)
Yes sir

Message received from Jesse Rto - 3/25/2022 10:45:58 AM - (SMS)

WeatherKing-0000330

Ok I've gotta run by to make a deposit and was gonna say hi to ya we are still on for Tuesday at 1:00

Message sent - 3/25/2022 11:17:46 AM - (SMS)
Sounds good.

Message received from Jesse Rto - 3/25/2022 12:28:41 PM - (SMS)
You must have been at lunch if it's ok I will just call you a little later

Message sent - 3/25/2022 12:41:18 PM - (SMS)
Sorry...had to run out for a minute.  Call when you can

Message received from Jesse Rto - 3/25/2022 12:51:42 PM - (SMS)
I know how it is will do

------------------------------------------
3/29/2022 3:47:58 PM
------------------------------------------

Message received from Jesse Rto - 3/29/2022 3:47:58 PM - (SMS)
Man I'm sorry about the confusion today he's not up to speed with the lingo that we talk but I will train him up right we will have that money to put in there asap.

Message sent - 3/29/2022 3:49:42 PM - (SMS)
No confusion, just options!  Let me know if anything changes and we will adjust.

Message received from Jesse Rto - 3/29/2022 4:07:38 PM - (SMS)
Not gonna change I've got a meeting with Dustin tomorrow afternoon

------------------------------------------
3/30/2022 11:47:03 AM
------------------------------------------

Message received from Jesse Rto - 3/30/2022 11:47:03 AM - (SMS)
I meant to make a copy
Of that PFS that I gave you yesterday can I swing by and get a copy

Message sent - 3/30/2022 12:01:54 PM - (SMS)
Yes sir...Beth will have your copy.

Message received from Jesse Rto - 3/30/2022 12:03:49 PM - (SMS)
Thank you man!!!

------------------------------------------
3/31/2022 4:17:25 PM
------------------------------------------

Message received from Jesse Rto - 3/31/2022 4:17:25 PM - (SMS)
Good afternoon can I get a copy of my 2020 tax returns i left the only Copy I had with you

Message sent - 3/31/2022 4:45:36 PM - (SMS)
Yes sir...Haley or Beth will have it

Message received from Jesse Rto - 3/31/2022 4:46:38 PM - (SMS)
Thank you kindly

Message sent - 3/31/2022 4:47:16 PM - (SMS)
👍

---
4/8/2022 9:02:19 AM
---

Message received from Jesse Rto - 4/8/2022 9:02:19 AM - (SMS)
Good morning!! Will you be around today for a quick chat??

Message sent - 4/8/2022 9:37:36 AM - (SMS)
Yes sir...meetings at noon today down the road but back in the office by 2.

Message received from Jesse Rto - 4/8/2022 9:55:22 AM - (SMS)
Ok I will swing by a little
After 2

Message sent - 4/8/2022 9:56:41 AM - (SMS)
Okay

---
4/14/2022 10:27:50 AM
---

Message received from Jesse Rto - 4/14/2022 10:27:50 AM - (SMS)
I'm on the other line. I will call you back shortly.

Message sent - 4/14/2022 10:27:57 AM - (SMS)
Okay

Message received from Jesse Rto - 4/14/2022 10:29:22 AM - (SMS)
Are you at your office

Message sent - 4/14/2022 10:29:30 AM - (SMS)
Yes

Message received from Jesse Rto - 4/14/2022 10:34:59 AM - (SMS)
Be right there

Message sent - 4/14/2022 10:43:08 AM - (SMS)
Sounds good

---
4/21/2022 3:24:06 PM
---

WeatherKing-0000332

```
Message received from Jesse Rto - 4/21/2022 3:24:06 PM - (SMS)
At my office what's up??

Message sent - 4/21/2022 3:25:05 PM - (SMS)
Sorry I missed you...I was here but Haley didn't know it.

Message received from Jesse Rto - 4/21/2022 3:25:30 PM - (SMS)
Ok how late you gonna be around

Message sent - 4/21/2022 3:29:22 PM - (SMS)
Until about 4:30 today...got another hcmc thing this evening.  I will be
here all of tomorrow afternoon.

Message received from Jesse Rto - 4/21/2022 3:29:54 PM - (SMS)
Is it something we can go over on the phone

Message received from Jesse Rto - 4/21/2022 3:30:08 PM - (SMS)
I'm not
Gonna be here tomorrow or next week

Message received from Jesse Rto - 4/21/2022 3:37:32 PM - (SMS)
If your available now I will head up there

-------------------------------------------
5/6/2022 3:52:32 PM
-------------------------------------------

Message received from Jesse Rto - 5/6/2022 3:52:32 PM - (SMS)
Hey man need to talk to you sometime soon and phone will be fine

-------------------------------------------
5/17/2022 11:49:41 AM
-------------------------------------------

Message received from Jesse Rto - 5/17/2022 11:49:41 AM - (SMS)
Good morning!! You gonna be around in the morning??

Message sent - 5/17/2022 12:14:24 PM - (SMS)
Hey Bud...yep, stop by when you can.

Message received from Jesse Rto - 5/17/2022 12:16:56 PM - (SMS)
Be there in the morning say 9ish??

Message sent - 5/17/2022 12:21:19 PM - (SMS)
Sounds good....see you then.

-------------------------------------------
5/26/2022 11:16:07 AM
-------------------------------------------

Message received from Jesse Rto - 5/26/2022 11:16:07 AM - (SMS)
ABCO Rentals,LLC

Message sent - 5/26/2022 11:40:39 AM - (SMS)
```

WeatherKing-0000333

Got it...have your attorney email Hayley or me legal documents,i.e. articles of incorporation, ss 4 or ein number(hopefully the same) and operating agreement.

Message received from Jesse Rto - 5/26/2022 11:41:14 AM - (SMS)
Will do thanks man!!!

Message sent - 5/26/2022 11:45:09 AM - (SMS)
👍

Message sent - 5/26/2022 1:39:51 PM - (SMS)
ABCO Rentals, LLC.  Exactly, correct?

Message received from Jesse Rto - 5/26/2022 1:41:39 PM - (SMS)
Yes sir

Message sent - 5/26/2022 1:42:08 PM - (SMS)
Thanks

Message received from Jesse Rto - 5/26/2022 1:51:31 PM - (SMS)
Thank you!!

---
6/1/2022 2:52:08 PM
---

Message received from Jesse Rto - 6/1/2022 2:52:08 PM - (SMS)
I'm on the other line. I will call you back shortly.

---
6/3/2022 12:00:23 PM
---

Message received from Jesse Rto - 6/3/2022 12:00:23 PM - (SMS)
Hey man am
I good to come
Down now

---
6/6/2022 2:15:40 PM
---

Message received from Jesse Rto - 6/6/2022 2:15:40 PM - (SMS)
What was the name of the person at the back in murray

Message received from Jesse Rto - 6/6/2022 2:15:44 PM - (SMS)
Bank

Message sent - 6/6/2022 2:17:08 PM - (SMS)
Brian Overby at First Financial Bank.

Message received from Jesse Rto - 6/6/2022 3:01:53 PM - (SMS)
Tanks man

Message received from Jesse Rto - 6/6/2022 3:01:56 PM - (SMS)
Thanks

Message sent - 6/6/2022 3:14:13 PM - (SMS)
👍

------------------------------------------
6/7/2022 8:06:39 AM
------------------------------------------

Message sent - 6/7/2022 8:06:39 AM - (SMS)
Ty Holtgrewe at Murray Bank

------------------------------------------
6/9/2022 10:46:36 AM
------------------------------------------

Message received from Jesse Rto - 6/9/2022 10:46:36 AM - (SMS)
Good morning holler when you can

------------------------------------------
6/10/2022 2:34:33 PM
------------------------------------------

Message received from Jesse Rto - 6/10/2022 2:34:33 PM - (SMS)
You at the office??

Message sent - 6/10/2022 2:48:25 PM - (SMS)
No...on the road.  Call me if you can

Message received from Jesse Rto - 6/10/2022 2:52:37 PM - (SMS)
Might be a couple hours that ok

Message sent - 6/10/2022 2:59:35 PM - (SMS)
Yep...anytime

------------------------------------------
6/24/2022 7:43:21 AM
------------------------------------------

Message received from Jesse Rto - 6/24/2022 7:43:21 AM - (SMS)
Holler at me when you can

Message received from Jesse Rto - 6/24/2022 9:22:13 AM - (SMS)
Here's the best email for me now

Message received from Jesse Rto - 6/24/2022 9:22:27 AM - (SMS)
jesse@americanbarnco.com

Message sent - 6/24/2022 11:21:10 AM - (SMS)
Got it.  Did you get what you need?

Message received from Jesse Rto - 6/24/2022 11:26:17 AM - (SMS)
I believe so wade said he's got to talk to you again today

WeatherKing-0000335

SMS Conversation with Wade E                                                    Page 1 of 1

FB

## Conversation with Wade E

SMS Message received from Wade E 6/23/2022 4:44:07 PM Message ID 18259

**WE**  Hey Troy, this is Wade Etherton.. Jesse gave me your number and asked me to call you. You can call or text back at your convenience.

```
Message sent - 6/24/2022 11:52:37 AM - (SMS)
Ok
```

---

7/11/2022 1:34:48 PM

---

```
Message sent - 7/11/2022 1:34:48 PM - (SMS)
I'll call you back.

Message received from Jesse Rto - 7/11/2022 1:35:08 PM - (SMS)
👍

Message received from Jesse Rto - 7/11/2022 2:55:52 PM - (SMS)
I'm on the other line. I will call you back shortly.

Message sent - 7/11/2022 2:55:59 PM - (SMS)
Okay
```

---

7/20/2022 9:54:49 AM

---

```
Message received from Jesse Rto - 7/20/2022 9:54:49 AM - (SMS)
Running a little behind fixing to be leaving murray now

Message sent - 7/20/2022 9:56:22 AM - (SMS)
Ok...see you shortly.
```

---

7/27/2022 1:29:01 PM

---

```
Message sent - 7/27/2022 1:29:01 PM - (SMS)
Please send me Aleynas mobile number and let her know Megan Wilson from
FirstBank is giving her a call.  Thanks, Troy

Message received from Jesse Rto - 7/27/2022 1:35:45 PM - (SMS)
Her you go thanks man!!

Message received from Jesse Rto - 7/27/2022 1:35:47 PM - (SMS)
(520) 987-0111

Message sent - 7/27/2022 1:41:57 PM - (SMS)
Thanks!
```

---

11/14/2022 3:11:06 PM

---

```
Message received from Jesse Rto - 11/14/2022 3:11:06 PM - (SMS)
Holler when you can
```

WeatherKing-0000337

Message sent - 11/14/2022 3:13:11 PM - (SMS)
Will do!

Message received from Jesse Rto - 11/14/2022 3:46:33 PM - (SMS)
I'm on the other line. I will call you back shortly.

Message sent - 11/14/2022 3:46:46 PM - (SMS)
Okay

------------------------------------------
11/22/2022 9:10:15 AM
------------------------------------------

Message received from Jesse Rto - 11/22/2022 9:10:15 AM - (SMS)
Good morning Holler when you can

------------------------------------------
12/21/2022 9:30:36 AM
------------------------------------------

Message received from Jesse Rto - 12/21/2022 9:30:36 AM - (SMS)
Hey man call when you can

Message received from Jesse Rto - 12/21/2022 9:59:49 AM - (SMS)
I'm on the other line. I will call you back shortly.

Message sent - 12/21/2022 10:00:00 AM - (SMS)
Okay

------------------------------------------
12/29/2022 5:40:52 PM
------------------------------------------

Message received from Jesse Rto - 12/29/2022 5:40:52 PM - (SMS)
I am working on getting that issue remedied it's far beyond embarrassing but I will get it fixed asap

Message sent - 12/29/2022 9:48:11 PM - (SMS)
I know you will.  Thanks for keeping me updated.

Message received from Jesse Rto - 12/29/2022 9:48:36 PM - (SMS)
👍

------------------------------------------
12/30/2022 12:27:36 PM
------------------------------------------

Message received from Jesse Rto - 12/30/2022 12:27:36 PM - (SMS)
It looks like there will be over 100k that'll be deposited in there today and the rest plus more I will have on Tuesday morning. I'm sorry to have put you in a bind or bad spot.

Message sent - 12/30/2022 12:30:19 PM - (SMS)

No worries...that's great to know.  Thanks for the update!  Happy New Year!!

Message received from Jesse Rto - 12/30/2022 2:04:27 PM - (SMS)
Happy New Year to
You too!!

------------------------------------------
1/4/2023 8:08:28 AM
------------------------------------------

Message received from Jesse Rto - 1/4/2023 8:08:28 AM - (SMS)
Good morning that wire didn't get done yesterday but it will get done today. Holler at me when you got a minute

Message received from Jesse Rto - 1/4/2023 8:22:22 AM - (SMS)
I'm on the other line. I will call you back shortly.

Message sent - 1/4/2023 8:22:36 AM - (SMS)
Okay

Message received from Jesse Rto - 1/4/2023 1:37:38 PM - (SMS)
Wire for 350
Went through

Message sent - 1/4/2023 2:39:33 PM - (SMS)
Great, Thank you!