# DECLARATION OF THOMAS STEWART

1. I have operated a portable buildings dealership in Albuquerque, New Mexico, for many years and, until the latter part of 2022, I sold Weather King buildings.

2. My primary contact with Weather King was Logan Feagin. A few months before Mr. Feagin left Weather King, he told me that he, Jesse Maupin, Barry Harrell, and others were creating a competing business enterprise (known as American Barn) and that they had been working on doing so for many months.

3. Leading up to their departure from Weather King, Mr. Feagin encouraged me to transition from doing business with Weather King to doing business with American Barn. I understood from him that they were lining up virtually all (if not all) of Weather King's employees, dealers, builders, and drivers from its western operations and that they would leave Weather King in a lurch by terminating their relationships with Weather King around the same time. I further understood from him that, as a result of this plan, American Barn would essentially take over Weather King's western operations and that I would have no choice but to do business with American Barn (as continuing to do business with Weather King would not be an option). Mr. Feagin encouraged me not to divulge American Barn's plans.

   i. On May 10, 2022, I texted Mr. Feagin regarding continuing to work with him: "I'm on board if I can get buildings."

   ii. Mr. Feagin replied via text message: "Great. It'll be slow starting out just getting everything going but yes sir that's our main goal! Glad to have you. Just keep between us for now until we are ready to pull the trigger."

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

_____
Thomas Stewart

Date: June 13, 2023