# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC ) <br> d/b/a WEATHER KING PORTABLE ) <br> BUILDINGS, ) <br> ) <br>           Plaintiff, ) <br> v. ) <br> ) <br> JESSE A. MAUPIN, BARRY D. ) <br> HARRELL, ADRIAN S. HARROD, ) <br> LOGAN C. FEAGIN, STEPHANIE L. ) <br> GILLESPIE, RYAN E. BROWN, ) <br> DANIEL J. HERSHBERGER, BRIAN L. ) <br> LASSEN, ALEYNA LASSEN, and ) <br> AMERICAN BARN CO., LLC, ) <br> ) <br>           Defendants. ) <br> ) | Civil Action No. 1:22-cv-01230-STA-jay <br><br> Chief Judge S. Thomas Anderson |

## MOTION FOR SUMMARY JUDGMENT AND
## MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

In accordance with Fed. R. Civ. P 56, Local Rule 56.1, Fed. R. Civ. P. 12(b)(1), and Local Rule 12.1, Defendants move for an entry of an order as follows:

1. Dismissal of Count I and II of the Complaint for lack of legally-cognizable trade secrets;

2. Dismissal of the remaining Counts of the Complaint for lack of subject matter jurisdiction;

3. Dismissal of the entire case; and

4. Such as other relief as the Count deems just.

The reasons and support for this motion are laid out in the accompanying brief.

70890735;2

- 2 -

Date: June 14, 2023
/s/ Thomas G. Pasternak
Thomas G. Pasternak
AKERMAN LLP
71 South Wacker Drive, 47th Floor
Chicago, IL 60606
Tel. 312.634.5700
thomas.pasternak@akerman.com

*Attorneys for Defendants*

*JESSE A. MAUPIN, BARRY D. HARRELL, ADRIAN S. HARROD, LOGAN C. FEAGIN, STEPHANIE L. GILLESPIE, RYAN E. BROWN, DANIEL J. HERSHBERGER, BRIAN L. LASSEN, ALEYNA LASSEN, and AMERICAN BARN CO., LLC*

- 3 -

**CERTIFICATE OF SERVICE**

I certify that on June 14, 2023 I filed a true and correct copy of the foregoing **MOTION FOR SUMMARY JUDGMENT AND MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION** with the Court using the ECF system, which will provide notice and a copy to counsel of record:

    David L. Johnson, #18732
    John H. Dollarhide, #40041
    Y. Larry Cheng, #36707
    BUTLER SNOW LLP
    150 3rd Avenue South, Suite 1600
    Nashville, TN 37201
    Telephone: (615) 651-6700
    Fax: (615) 651-6701
    david.johnson@butlersnow.com
    john.dollarhide@butlersnow.com
    larry.cheng@butlersnow.com

    Daniel W. Van Horn, #18940
    BUTLER SNOW LLP
    6075 Poplar Ave., Suite 500
    Memphis, TN 38119
    Telephone: (901) 680-7200
    Fax: (901) 680-7201
    Danny.VanHorn@butlersnow.com

    */s/  Thomas G. Pasternak*
    Thomas G. Pasternak