# EXHIBIT  A

"REVISED"

Working as agent for DBPR

These Prints comply with the Florida Manufactured Bld. Act and adopted Codes and Adhere to the adopted Criteria

Construction Type ___VB___
Occupancy ___U___
Allowable # floors ___1___
Wind Velocity 160 Volt
Fire Rating of Ext Walls N/A
Plan # IRPER210076
Allow. Floor Load 40
Approval Date 3/27/23
Manf Weather King

Approval of this Document does not imply any Deviation From the requirements of applicable State Laws

Phillip E Robbins
Florida PE 49070

Phillip E Robbins
Plan # IRPER210076 Date: 03/27/2023

Approved by Phillip E Robbins

**GENERAL NOTES:**

1. STRUCTURE HAS BEEN DESIGNED IN ACCORDANCE WITH THE 2020 FLORIDA BUILDING CODE (FBC).

2. ALL MATERIALS AND CONSTRUCTION SHALL BE IN ACCORDANCE WITH THE ABOVE CODES AT THE TIME OF MANUFACTURE.

3. DRAWINGS SHALL NOT BE SCALED FOR DIMENSIONS.

4. STRUCTURES ARE CLASSIFIED AS "MINOR STORAGE FACILITIES" (RISK CATEGORY I) PER TABLE 1604.5 AND SHOULD NOT BE USED FOR HUMAN HABITATION.

5. STRUCTURES ARE DESIGNED FOR LOCATIONS THAT HAVE A 3 SECOND WIND GUST OF 160 MPH FOR RISK CATEGORY I STRUCTURES PER FIGURE 1609.3(4) OF THE 2020 FBC.

6. SIDING FASTENERS SHALL NOT BE INSTALLED IN PANEL SIDING GROOVES IN THE FIELD OF THE PANEL OR WHEN THE SIDING GROOVES OCCUR AT CUT EDGES OF THE SIDING PANEL.

7. STRUCTURES ARE DESIGNED FOR LOCATIONS THAT ARE NOT IN FLOOD HAZARD AREAS.

8. IN ACCORDANCE WITH FBC 1609.1.2, STORAGE SHEDS NOT DESIGNED FOR HUMAN HABITATION WITH A FLOOR AREA OF 720 SQUARE FEET OR LESS ARE NOT REQUIRED TO COMPLY WITH THE MANDATORY WINDBORNE DEBRIS IMPACT STANDARDS OF THE 2020 FBC.

9. IN ACCORDANCE WITH FBC 1010.1.1, BUILDINGS THAT ARE 400 SQUARE FEET OR LESS THAT ARE INTENDED FOR USE IN CONJUNCTION WITH ONE- AND TWO- FAMILY RESIDENCES ARE NOT SUBJECT TO THE DOOR HEIGHT AND WIDTH REQUIREMENTS OF THE 2020 FBC.

10. ALL ROOF DECKING IS TO BE 7/16" OSB, 15/32" PLYWOOD, 1/2" PLYWOOD, OR EQUIVALENT. FASTEN ROOF SHEATHING TO ROOF FRAMING WITH 2⅜" RING SHANK NAILS SPACED AT 6" MAX, UNLESS NOTED OTHERWISE ON SHEET S-1.6.

11. ALL SIDING IS TO BE TREATED T1-11, LP SMARTSIDE PANEL, OR 29 GA. METAL SIDING.

12. ALL FLOOR JOISTS ARE TO BE PRESSURE TREATED SYP #2, OR BETTER.

13. ALL UN-TREATED WOOD FRAMING IS TO BE TO BE SPF #2 OR BETTER, UNLESS NOTED OTHERWISE.

14. WOOD FRAMING SHALL COMPLY WITH THE ANSI/AWC "NATIONAL DESIGN SPECIFICATION (NDS) FOR WOOD CONSTRUCTION", 2018.

15. ALL FLOOR DECKING IS TO BE ⅝" TREATED PLYWOOD OR ⅝" PERFORMAX 500 FLOOR SHEATHING. FLOORING CLOSER THAN 18 INCHES TO EXPOSED GROUND SHALL BE OF NATURALLY DURABLE OR PRESERVATIVE- TREATED WOOD IN ACCORDANCE WITH 2304.12.1.1.

16. ALL SKIDS ARE TO BE 4x6 PRESSURE TREATED, RATED FOR GROUND CONTACT.

17. REFER TO THE SUPPLIED FASTENING SCHEDULE FOR FASTENING BASED ON CONNECTION AND LOCATION OF MEMBERS AS PER THE 2020 FLORIDA BUILDING CODE TABLE 2304.10.1, UNLESS NOTED OTHERWISE.

18. ALL EXTERIOR NAILS ARE TO BE ZINC COATED.

19. STRUCTURES SHOULD HAVE 30 YEAR RATED ASPHALT SHINGLES CONFORMING TO ASTM D3161 (CLASS F) OR ASTM D7158 (CLASS H) OR 29 GA METAL ROOF PANELS.

20. SECTIONS AND DETAILS SHOWN ARE INTENDED TO BE TYPICAL AND SHALL APPLY AT ALL SIMILAR LOCATIONS, UNLESS NOTED OTHERWISE.

21. ALL BUILDINGS ARE TO BE ADEQUATELY ANCHORED TO TO RESIST WIND LOADS.  ANCHORING OF THE BUILDING IS SUBJECT TO LOCAL JURISDICTION APPROVAL.

22. BUILDINGS HAVE NOT BEEN DESIGNED FOR HVHZ REQUIREMENTS AS SET FORTH IN THE 2020 FBC.

**DESIGN CRITERIA:**

1. RISK CATEGORY I

2. LIVE LOADS:
   FLOOR: 40 PSF
   LOFT: 10 PSF
   ROOF: 20 PSF

3. DEAD LOADS:
   FLOOR: 4 PSF
   ROOF: 5 PSF
   WALLS: 3 PSF

4. WIND LOADS ARE BASED ON THE FOLLOWING:
   Vult = 160 MPH  (2020 FBC Commentary)
   Vasd = 124 MPH
   RISK CATEGORY I
   EXPOSURE CATEGORY C
   INTERNAL PRESSURE COEFFICIENT:
     GCpi = ±0.18
   COMPONENTS & CLADDING:
     EFFECTIVE WIND AREA, Ae = 10 FT²
       ROOF-ZONE 1 =  19.3, -30.6 PSF
       ROOF-ZONE 2 =  19.3, -53.3 PSF
       ROOF-ZONE 3 =  19.3, -78.9 PSF
       WALL-ZONE 4 = 33.5, -36.3 PSF
       WALL-ZONE 5 = 33.5, -44.8 PSF

     EFFECTIVE WIND AREA, Ae = 20 FT²
       ROOF-ZONE 1 = 17.6, -29.8 PSF
       ROOF-ZONE 2 = 17.6, -49.0 PSF
       ROOF-ZONE 3 = 17.6, -73.7 PSF
       WALL-ZONE 4 = 32.0, -34.8 PSF
       WALL-ZONE 5 = 32.0, -41.8 PSF

NOTE: C&C WIND PRESSURES SHOWN MAY BE REDUCED FOR LARGER AREAS AS ALLOWED BY CODE.

5. CONSTRUCTION TYPE: V-B

6. OCCUPANCY GROUP U

THE FOLLOWING ITEMS MAY BE SUPPLIED AND INSTALLED BY OTHERS.  THESE ITEMS MAY BE SUBJECT TO LOCAL JURISDICTION APPROVAL.  WEATHER KING PORTABLE BUILDINGS IS NOT RESPONSIBLE FOR THESE ITEMS.

1. THE FOUNDATION AND TIE-DOWN SYSTEM

2. RAMPS, STAIRS, AND GENERAL ACCESS

3. ELECTRICAL SERVICE HOOKUP

NDI "APPROVED" DOCUMENT

**WEATHER KING**
P.O. BOX 108
PARIS, TN 38242

# LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020



KEVIN L. NOLAN
LICENSE
No.77209
STATE OF FLORIDA
PROFESSIONAL ENGINEER

Digitally signed by Kevin Nolan
DN:
0.9.2342.19200300.100.1.1=A01410C000
00179D834EF80000196AF, cn=Kevin
Nolan, c=US
Date: 2023.03.22 13:44:27 -05'00'

1. This item has been electronically signed and sealed by Kevin L. Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.

**Weather King**
PORTABLE BUILDINGS

| PROJECT NO: | | SHEET NUMBER |
|---|---|---|
| DATE: 09-28-2021 | | |
| DRAWN BY: KLN | | **S-0-LB** |
| CHECKED BY: KLN | | |
| REVISION: 03-22-2023 | | SCALE: NONE |

NL
"APPROVED"
DOCUMENT

Approved by Phillip E Robbins
Florida PE-49070
*Phillip E Robbins*
Plan No. RPER210076  Date: 03/27/2023

# FASTENING SCHEDULE

| DESCRIPTION OF BUILDING ELEMENT | NUMBER AND TYPE OF FASTENER | SPACING AND LOCATION |
|---|---|---|
| **ROOF FRAMING** | | |
| 1. BLOCKING BETWEEN CEILING JOISTS OR RAFTERS TO TOP PLATE OR OTHER FRAMING. | 3 - 8d COMMON (2½" x 0.131")<br>3 - 10d BOX (3" x 0.128")<br>3 - 3" x 0.131" NAILS<br>3 - 3" 14 GAGE STAPLES, ⅞₆" CROWN | EACH END, TOENAIL |
| 2. BLOCKING BETWEEN RAFTERS NOT AT THE WALL TOP PLATE, TO RAFTER. | 2 - 8d COMMON (2½" x 0.131")<br>2 - 3" x 0.131" NAILS<br>2 - 3" 14 GAGE STAPLES | EACH END, TOENAIL |
| | 2 - 16d COMMON (3½" x 0.162")<br>3 - 3" x 0.131" NAILS<br>3 - 3" 14 GAGE STAPLES | END NAIL |
| COLLAR TIE TO RAFTER | REFERENCE SHEETS S-2.4 AND S-2.5 | |
| RAFTER OR ROOF TRUSS TO TOP PLATE | 3 - 10d COMMON (3" x 0.148")<br>3 - 10d BOX (3½" x 0.135")<br>4 - 10d BOX (3" x 0.128")<br>4 - 3" x 0.131" NAILS<br>4 - 3" 14 GAGE STAPLES, ⅞₆" CROWN | TOENAIL ᵇ |
| CEILING JOISTS TO TOP PLATE | 3 - 8d COMMON (2½" x 0.131")<br>3 - 10d BOX (3" x 0.128")<br>3 - 3" x 0.131" NAILS<br>3 - 3" 14 GAGE STAPLES, ⅞₆" CROWN | EACH JOIST, TOENAIL |
| **WALL FRAMING** | | |
| STUD TO STUD (NOT AT BRACED WALL PANELS) | 16d COMMON (3½" x 0.162") | 24" O.C. FACE NAIL |
| | 10d BOX (3" x 0.128")<br>3" x 0.131" NAILS<br>3 - 3" 14 GAGE STAPLES | 16" O.C. FACE NAIL |
| STUD TO STUD AND ABUTTING STUDS AT INTERSECTING WALL CORNERS (AT BRACED WALL PANELS) | 16d COMMON (3½" x 0.162") | 16" O.C. FACE NAIL |
| | 16d BOX (3½" x 0.135") | 12" O.C. FACE NAIL |
| | 3" x 0.131" NAILS<br>3 - 3" 14 GAGE STAPLES, ⅞₆" CROWN | 12" O.C. FACE NAIL |
| CONTINUOUS HEADER TO STUD | 4 - 8d COMMON (2½" x 0.131")<br>4 - 10d BOX (3" x 0.128") | TOENAIL |
| TOP PLATE TO TOP PLATE | 16d COMMON (3½" x 0.162") | 16" O.C. FACE NAIL |
| | 10d BOX (3" x 0.128")<br>3" x 0.131" NAILS<br>3" 14 GAGE STAPLES, ⅞₆" CROWN | 12" O.C. FACE NAIL |

| DESCRIPTION OF BUILDING ELEMENT | NUMBER AND TYPE OF FASTENER | SPACING AND LOCATION |
|---|---|---|
| **WALL FRAMING (CONT.)** | | |
| TOP PLATE TO TOP PLATE, AT END JOINTS | 8 - 16d COMMON (3½" x 0.162")<br>12 - 10d BOX (3" x 0.128")<br>12 - 3" x 0.131" NAILS<br>12 - 3" 14 GAGE STAPLES, ⅞₆" CROWN | EACH SIDE OF END JOINT, FACE NAIL (MINIMUM 24" LAP SPLICE LENGTH EACH SIDE OF END JOINT) |
| BOTTOM PLATE TO JOIST, RIM JOIST, BAND JOIST, OR BLOCKING (NOT AT BRACED WALL PANELS) | 16d COMMON (3½" x 0.162") | 16" O.C. FACE NAIL |
| | 16d BOX (3½" x 0.135")<br>3" x 0.131" NAILS<br>3" 14 GAGE STAPLES, ⅞₆" CROWN | 12" O.C. FACE NAIL |
| BOTTOM PLATE TO JOIST, RIM JOIST, BAND JOIST, OR BLOCKING (AT BRACED WALL PANELS) | 2 - 16d COMMON (3½" x 0.162")<br>3 - 16d BOX (3½" x 0.135")<br>4 - 3" x 0.131" NAILS<br>4 - 3" 14 GAGE STAPLES, ⅞₆" CROWN | 16" O.C. FACE NAIL |
| STUD TO TOP OR BOTTOM PLATE | 4 - 8d COMMON (2½" x 0.131")<br>4 - 10d BOX (3" x 0.128")<br>4 - 3" x 0.131" NAILS<br>4 - 3" 14 GAGE STAPLES, ⅞₆" CROWN | TOENAIL |
| | 2 - 16d COMMON (3½" x 0.162")<br>3 - 10d BOX (3" x 0.128")<br>3 - 3" x 0.131" NAILS<br>3 - 3" 14 GAGE STAPLES, ⅞₆" CROWN | END NAIL |
| TOP PLATES, LAPS AT CORNERS AND INTERSECTIONS | 2 - 16d COMMON (3½" x 0.162")<br>3 - 10d BOX (3" x 0.128")<br>3 - 3" x 0.131" NAILS<br>3 - 3" 14 GAGE STAPLES, ⅞₆" CROWN | FACE NAIL |
| **FLOOR FRAMING** | | |
| JOIST TO SKID | 3 - 8d COMMON (2½" x 0.131")<br>3 - 10d BOX (3" x 0.128")<br>3 - 3" x 0.131" NAILS<br>3 - 3" 14 GAGE STAPLES, ⅞₆" CROWN | TOENAIL |
| BUILT-UP BEAMS | 10d BOX (3" x 0.128")<br>3" x 0.131" NAILS<br>3" 14 GAGE STAPLES, ⅞₆" CROWN | 24" O.C. FACE NAIL AT TOP AND BOTTOM STAGGERED ON OPPOSITE SIDES |
| | AND:<br>3 - 10d BOX (3" x 0.128")<br>3 - 3" x 0.131" NAILS<br>3 - 3" 14 GAGE STAPLES, ⅞₆" CROWN | ENDS AND AT EACH SPLICE, FACE NAIL |
| JOIST TO BAND JOIST OR RIM JOIST | 3 - 16d COMMON (3½" x 0.162")<br>4 - 10d BOX (3" x 0.128")<br>4 - 3" x 0.131" NAILS<br>4 - 3" 14 GAGE STAPLES, ⅞₆" CROWN | END NAIL |

# LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020



KEVIN L. NOLAN
LICENSE
No.77209
STATE OF FLORIDA
PROFESSIONAL ENGINEER

*K Nolan*

Digitally signed by Kevin Nolan
DN:
0.9.2342.19200300.100.1.1=A01410C0000
0179D834EF80000196AF, cn=Kevin
Nolan, c=US
Date: 2023.03.22 13:44:53 -05'00'



| PROJECT NO: | | SHEET NUMBER |
|---|---|---|
| DATE: | 09-28-2021 | **S-0.1-LB** |
| DRAWN BY: | KLN | |
| CHECKED BY: | KLN | |
| REVISION: | | SCALE: NONE |

1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.

## FASTENING SCHEDULE (CONT.)

Approved by Phillip E Robbins
Florida PE-49070

*Phillip E Robbins*

Plan No.: RPER210076   Date: 03/27/2023

NDI
"APPROVED"
DOCUMENT

| DESCRIPTION OF BUILDING ELEMENT | NUMBER AND TYPE OF FASTENER | SPACING AND LOCATION | | |
|---|---|---|---|---|
| SUBFLOOR, ROOF AND INTERIOR WALL SHEATHING [a] | | | | |
| | | | EDGES (INCHES) | INTERMEDIATE SUPPORTS (INCHES) |
| $\frac{1}{2}$" TO $\frac{1}{2}$" | 6d COMMON OR DEFORMED (2" x 0.113") (SUBFLOOR AND WALL) | | 6 | 12 |
| | 8d COMMON OR DEFORMED (2$\frac{1}{2}$" x 0.131") (ROOF) | | 6 | 12 |
| | 2$\frac{3}{8}$" x 0.113" NAIL (SUBFLOOR AND WALL) | | 6 | 12 |
| | 1$\frac{3}{4}$" 16 GAGE STAPLE, $\frac{7}{16}$" CROWN (SUBFLOOR AND WALL) | | 4 | 8 |
| | 2$\frac{3}{8}$" x 0.113" RING SHANK NAIL (ROOF) | | 6 | 12 |
| | 1$\frac{3}{4}$" 16 GAGE STAPLE, $\frac{7}{16}$" CROWN (ROOF) | | 3 | 6 |
| $\frac{19}{32}$" TO $\frac{3}{4}$" | 8d COMMON (2$\frac{1}{2}$" x 0.131") 6d DEFORMED (2" x 0.113")  (SUBFLOOR AND WALL) | | 6 | 12 |
| | 2$\frac{3}{8}$" x 0.113" RING SHANK NAIL | | 6 | 12 |
| EXTERIOR WALL SIDING | | | | |
| $\frac{3}{8}$" LP SMARTSIDE PRECISION PANEL OR $\frac{1}{2}$" TREATED T1-11 SIDING | 2$\frac{3}{8}$" x 0.113" RING SHANK NAIL | | 6 (SIDE WALL) | 6 |
| | 2$\frac{3}{8}$" x 0.113" RING SHANK NAIL | | 3 (END WALL) | 6 |

a. NAILS SPACED AT 6 INCHES AT INTERMEDIATE SUPPORTS WHERE SPANS ARE 48 INCHES OR MORE.  NAILS FOR WALL SHEATHING ARE PERMITTED TO BE COMMON, BOX, OR CASING.
b. WHERE A RAFTER IS FASTENED TO AN ADJACENT PARALLEL CEILING JOIST IN ACCORDANCE WITH THIS SCHEDULE AND THE CEILING JOIST IS FASTENED TO THE TOP PLATE IN ACCORDANCE WITH THIS SCHEDULE, THE NUMBER OF TOENAILS IN THE RAFTER SHALL BE PERMITTED TO BE REDUCED BY ONE NAIL.

KEVIN L. NOLAN
LICENSE
No. 77209
STATE OF
FLORIDA
PROFESSIONAL ENGINEER

*K Nolan*

Digitally signed by Kevin Nolan
DN:
0.9.2342.19200300.100.1.1=A01410C000
00179D834EF80000196AF, cn=Kevin
Nolan, c=US
Date: 2023.03.22 13:45:13 -05'00'

1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.

# LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020

**Weather King®**
PORTABLE BUILDINGS

| PROJECT NO: | | SHEET NUMBER |
|---|---|---|
| DATE: | 09-28-2021 | |
| DRAWN BY: | KLN | **S-0.2-LB** |
| CHECKED BY: | KLN | |
| REVISION: | | SCALE: NONE |



TYPICAL FLOOR FRAMING PLAN

LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020



Approved by Phillip E Robbins
Florida PE-49070

Plan No. TRPER210076  Date: 03/27/2023

**NDI "APPROVED" DOCUMENT**

32'-0" MAX LENGTH (11'-2" WIDE)

30'-0" MAX LENGTH (10'-0" WIDE)

1'-0" MAX (TYP)

4'-0" OR 6'-0" PORCH

2x4 STUD WALL ABOVE

TREATED RIM JOIST (TYP)

10'-0" OR 11'-2"

± 5'-4"

3
S-3.2

OUTSIDE 4x6 TRTD SKID (REQ'D FOR 11'-2" WIDE BUILDINGS ONLY)

INSIDE 4x6 TRTD SKID

OUTSIDE 4x6 TRTD SKID (REQ'D FOR 11'-2" WIDE BUILDINGS ONLY)

SPAN OF TRTD PORCH DECKING

4x6 TRTD POST ABOVE (TYP)

1
S-3.2

TYP

CONT. 2x4 TREATED FLOOR JOISTS @ 16" O.C. MAX. (8' WIDE)
CONT. 2x6 TREATED FLOOR JOISTS @ 16" O.C. MAX (10' & 11'-2" WIDE)
(SPLICED JOISTS ARE NOT PERMITTED)

**LOFTED BARN CABIN FLOOR FRAMING PLAN (OPTIONAL)**

# LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020

KEVIN L. NOLAN
LICENSE
No. 77209
STATE OF
FLORIDA
PROFESSIONAL ENGINEER

Digitally signed by Kevin Nolan
DN:
0.9.2342.19200300.100.1.1=A01410C0000
0172D834EF80000196AF, cn=Kevin Nolan,
c=US
Date: 2023.03.22 13:45:55 -05'00'

1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.

**Weather King®**
PORTABLE BUILDINGS

| PROJECT NO: | | SHEET NUMBER |
|---|---|---|
| DATE: | 09-28-2021 | **S-1.1-LB** |
| DRAWN BY: | KLN | |
| CHECKED BY: | KLN | |
| REVISION: | | SCALE: NOT TO SCALE |



SIDE LOFTED BARN CABIN FLOOR FRAMING PLAN (OPTIONAL)

LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020

Weather King®
PORTABLE BUILDINGS

| PROJECT NO: | |
| --- | --- |
| DATE: | 09-28-2021 |
| DRAWN BY: | KLN |
| CHECKED BY: | KLN |
| REVISION: | |

SHEET NUMBER

S-1.2-LB

SCALE: NOT TO SCALE

Digitally signed by Kevin Nolan
DN:
0.9.2342.19200300.100.1.1=A01410C000
00179D834EF80000196AF, cn=Kevin
Nolan, c=US
Date: 2023.03.22 13:46:31 -05'00'

KEVIN L. NOLAN
LICENSE
No.77209
★
STATE
OF
FLORIDA
PROFESSIONAL ENGINEER

1. This item has been electronically signed and sealed by Kevin L. Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.

Approved by Phillip E Robbins
Florida PE-49070
Phillip E. Robbins
Plan No.: RPER210076 Date: 03/27/2023

NDI
"APPROVED"
DOCUMENT



DELUXE LOFTED BARN CABIN FLOOR FRAMING PLAN (OPTIONAL)

Approved by Phillip E Robbins
Florida PE-49070

Plan No. RPER210076 Date: 03/27/2023

NDI
"APPROVED"
DOCUMENT

32'-0" MAX LENGTH

1'-0" MAX (TYP)

4'-0"

2x4 STUD WALL ABOVE (TYP)

3
S-3.2

11'-2"

± 5'-4"

OUTSIDE 4x6 TRTD SKID

INSIDE 4x6 TRTD SKID

OUTSIDE 4x6 TRTD SKID

SPAN OF TRTD PORCH DECKING

4x6 TRTD POST ABOVE (TYP)

1
S-3.2

2
S-3.2

12'-0"

TREATED RIM JOIST (TYP)

CONT. 2x6 TREATED FLOOR JOISTS @ 16" O.C. MAX. (SPLICED JOISTS ARE NOT PERMITTED)

# LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020



KEVIN L. NOLAN
LICENSE
No.77209
STATE OF FLORIDA
PROFESSIONAL ENGINEER

Digitally signed by Kevin Nolan
DN:
0.9.2342.19200300.100.1.1=A01410C0000
0179D834EF80000196AF, cn=Kevin Nolan,
c=US
Date: 2023.03.22 13:47:01 -05'00'

1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.



Weather King®
PORTABLE BUILDINGS

| PROJECT NO: | |
| --- | --- |
| DATE: | 09-28-2021 |
| DRAWN BY: | KLN |
| CHECKED BY: | KLN |
| REVISION: | |

SHEET NUMBER

S-1.3-LB

SCALE: NOT TO SCALE



CENTER PORCH CABIN FLOOR FRAMING PLAN (OPTIONAL)

LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020

Weather King®
PORTABLE BUILDINGS

| PROJECT NO: | |
|---|---|
| DATE: | 09-28-2021 |
| DRAWN BY: | KLN |
| CHECKED BY: | KLN |
| REVISION: | 03-22-2023 |

SHEET NUMBER

S-1.4-LB

SCALE: NOT TO SCALE

1. This item has been electronically signed and sealed by Kevin L. Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.



LOFTED BARN w/ ROLL-UP DOOR FLOOR FRAMING PLAN (OPTIONAL)

LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020



ROOF FRAMING PLAN

ROOF SHEATHING DIAGRAM

LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020



**8' WIDE**

REFER TO NOTE 10 ON SHEET S-0 FOR ROOF SHEATHING

ROOF TRUSS. REFER TO SHEETS S-2.4 AND S-2.5

ASTM D3161 CLASS F OR ASTM D7158 CLASS H ASPHALT SHINGLES OR 29-GAGE METAL ROOFING

$\frac{7}{16}$" OSB OR $\frac{1}{2}$" PLYWOOD DECKING @ LOFT AREAS

PROVIDE CONT. METAL DRIP EDGE AT EAVES AND GABLE ENDS. REF. DETAIL 3/S-3.0 (TYP)

2x4 STUDS @ 16" O.C. PROVIDE DOUBLE STUDS AT WALL SIDING VERTICAL SEAMS

$\frac{5}{8}$" T1-11 SIDING, $\frac{3}{8}$" LP SMARTSIDE PRECISION SERIES 190 SIDING, OR 29 GA METAL SIDING (REF NOTES)

2x4 LOFT JOIST @ 24" O.C.

DOUBLE TOP PLATE

$\frac{3}{4}$" TREATED PLYWOOD OR PERFORMAX 500 FLOOR DECKING.

(2) 4x6 TRTD SKID

± 5'-4"

8'-0"

2x4 TRTD FLOOR JOISTS @ 16" O.C. MAX

**10' WIDE**

REFER TO NOTE 10 ON SHEET S-0 FOR ROOF SHEATHING

ROOF TRUSS. REFER TO SHEETS S-2.4 AND S-2.5

ASTM D3161 CLASS F OR ASTM D7158 CLASS H ASPHALT SHINGLES OR 29-GAGE METAL ROOFING

$\frac{7}{16}$" OSB OR $\frac{1}{2}$" PLYWOOD DECKING @ LOFT AREAS

PROVIDE CONT. METAL DRIP EDGE AT EAVES AND GABLE ENDS. REF. DETAIL 3/S-3.0 (TYP)

2x4 STUDS @ 16" O.C. PROVIDE DOUBLE STUDS AT WALL SIDING VERTICAL SEAMS

$\frac{5}{8}$" T1-11 SIDING, $\frac{3}{8}$" LP SMARTSIDE PRECISION SERIES 190 SIDING, OR 29 GA METAL SIDING (REF NOTES)

2x6 LOFT JOIST @ 24" O.C.

DOUBLE TOP PLATE

$\frac{3}{4}$" TREATED PLYWOOD OR PERFORMAX 500 FLOOR DECKING.

(2) 4x6 TRTD SKID

± 5'-4"

10'-0"

2x6 TRTD FLOOR JOISTS @ 16" O.C. MAX

NOTES FOR METAL WALL/ROOF PANELS:
1) METAL WALL PANELS WITH THE RIBS RUNNING HORIZONTALLY SHALL BE ATTACHED TO WALL SHEATHING PER DETAIL 4 ON SHEET S-3.3 AND DETAIL 1 ON SHEET S-3.4.
2) METAL WALL PANELS WITH THE RIBS RUNNING VERTICALLY SHALL BE ATTACHED TO 2x4 GIRTS IN ACCORDANCE WITH DETAILS 2 AND 3 ON SHEET S-3.3.
3) METAL PANELS ATTACHED DIRECTLY TO WOOD FRAMING SHALL BE ATTACHED IN ACCORDANCE WITH DETAIL 3 ON SHEET S-3.3
4) METAL PANELS ATTACHED TO DECKING SHALL BE ATTACHED IN ACCORDANCE WITH DETAIL 4 ON SHEET S-3.3

NOTE: REFER TO FASTENING SCHEDULE ON SHEETS S-0.1 & S-0.2 FOR MEMBER ATTACHMENTS UNLESS NOTED OTHERWISE.

**BUILDING SECTIONS**

Approved by Phillip E Robbins
Florida PE-49070

*Phillip E. Robbins*

Plan No. RPER210076   Date: 03/27/2023

NOI "APPROVED" DOCUMENT

**LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020**

KEVIN L. NOLAN LICENSE No. 77209 STATE OF FLORIDA PROFESSIONAL ENGINEER

Digitally signed by Kevin Nolan
DN:
0.9.2342.19200300.100.1.1=A01410
C00000179D834EF80000196AF,
cn=Kevin Nolan, c=US
Date: 2023.03.22 13:49:58 -05'00'

1. This item has been electronically signed and sealed by Kevin L. Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.

**Weather King®**
**PORTABLE BUILDINGS**

| PROJECT NO: | |
| --- | --- |
| DATE: | 09-28-2021 |
| DRAWN BY: | KLN |
| CHECKED BY: | KLN |
| REVISION: | |

SHEET NUMBER

**S-2.0-LB**

SCALE: 1/4" = 1'-0"



REFER TO NOTE 10 ON
SHEET S-0 FOR ROOF SHEATHING

ROOF TRUSS. REFER TO
SHEETS S-2.4 AND S-2.5

ASTM D3161 CLASS F OR
ASTM D7158 CLASS H
ASPHALT SHINGLES OR
29-GAGE METAL ROOFING

$\frac{7}{16}$" OSB OR $\frac{1}{2}$" PLYWOOD
DECKING @ LOFT AREAS

PROVIDE CONT. METAL
DRIP EDGE AT EAVES
AND GABLE ENDS.
REF. DETAIL 3/S-3.0 (TYP)

2x4 STUDS @ 16" O.C.
PROVIDE DOUBLE
STUDS AT WALL SIDING
VERTICAL SEAMS

2x6 LOFT JOIST
@ 24" O.C.

$\frac{5}{8}$" T1-11 SIDING,
$\frac{3}{8}$" LP SMARTSIDE
PRECISION SERIES
190 SIDING, OR
29 GA METAL SIDING
(REF NOTES)

DOUBLE
TOP PLATE

$\frac{5}{8}$" TREATED PLYWOOD OR
PERFORMAX 500 FLOOR
DECKING.

(4) 4x6 TRTD SKID

± 5'-4"

11'-2"

2x6 TRTD FLOOR
JOISTS @ 16" O.C. MAX

20°

60°

11'-5"

6'-3"

10$\frac{5}{8}$"

**11'-2" WIDE**

NOTES FOR METAL WALL/ROOF PANELS:
1) METAL WALL PANELS WITH THE RIBS RUNNING HORIZONTALLY
   SHALL BE ATTACHED TO WALL SHEATHING PER DETAIL 4 ON
   SHEET S-3.3 AND DETAIL 1 ON SHEET S-3.4.
2) METAL WALL PANELS WITH THE RIBS RUNNING VERTICALLY
   SHALL BE ATTACHED TO 2x4 GIRTS IN ACCORDANCE WITH
   DETAILS 2 AND 3 ON SHEET S-3.3.
3) METAL PANELS ATTACHED DIRECTLY TO WOOD FRAMING
   SHALL BE ATTACHED IN ACCORDANCE WITH DETAIL 3 ON SHEET S-3.3
4) METAL PANELS ATTACHED TO DECKING SHALL BE ATTACHED
   IN ACCORDANCE WITH DETAIL 4 ON SHEET S-3.3

Approved by Phillip E Robbins
Florida PE-49070

*Phillip E Robbins*

Plan No. FRPER210076 Date: 03/27/2023

NDI
"APPROVED"
DOCUMENT

NOTE: REFER TO FASTENING SCHEDULE ON SHEETS S-0.1 & S-0.2
FOR MEMBER ATTACHMENTS UNLESS NOTED OTHERWISE.

**BUILDING SECTION**

# LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020



KEVIN L. NOLAN
LICENSE
No.77209
STATE
OF
FLORIDA
PROFESSIONAL ENGINEER

*K Nolan*

Digitally signed by Kevin Nolan
DN:
0.9.2342.19200300.100.1.1=A01410C0
0000179D834EF80000196AF,
cn=Kevin Nolan, c=US
Date: 2023.03.22 13:50:28 -05'00'

1. This item has been electronically signed and sealed by Kevin L. Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.



Weather King®
PORTABLE BUILDINGS

| PROJECT NO: | |
|---|---|
| DATE: | 09-28-2021 |
| DRAWN BY: | KLN |
| CHECKED BY: | KLN |
| REVISION: | |

SHEET NUMBER

**S-2.1-LB**

SCALE: 1/4" = 1'-0"



**8' WIDE FRONT ENDWALL**

REFER TO DETAIL 5 ON SHEET S3.1 FOR STRAP ATTACHMENT. (TYP)

ROOF TRUSS

2x4 STUDS @ 16" O.C.

LAP THE TOP PLATE FROM THE SIDE WALL OVER THE END WALL PLATE AT EACH CORNER.

1¼" - 16 GA METAL BRACING STRAP (SEE NOTE, TYP)

4'-0" MAX OPENING

DOUBLE TOP PLATE

REFER TO DETAIL 4 ON SHEET S3.1 FOR STRAP ATTACHMENT. (TYP)

**10'-0" WIDE FRONT ENDWALL**

REFER TO DETAIL 5 ON SHEET S3.1 FOR STRAP ATTACHMENT. (TYP)

ROOF TRUSS

2x4 STUDS @ 16" O.C.

DOUBLE TOP PLATE

LAP THE TOP PLATE FROM THE SIDE WALL OVER THE END WALL PLATE AT EACH CORNER.

1¼" - 16 GA METAL BRACING STRAP (SEE NOTE, TYP)

6'-0" MAX OPENING

REFER TO DETAIL 4 ON SHEET S3.1 FOR STRAP ATTACHMENT. (TYP)

ATTACH STRAP TO EACH STUD W/ (2) 8d NAILS MIN. (TYP)

ADDITIONAL 1¼" - 16 GA STRAP FOR BUILDINGS 22'-0" TO 30'-0" LONG (SEE NOTE, TYP)

**8' WIDE REAR ENDWALL**

2x4 STUDS @ 16" O.C.

ROOF TRUSS

REFER TO DETAIL 5 ON SHEET S3.1 FOR STRAP ATTACHMENT. (TYP)

DOUBLE TOP PLATE

OPTIONAL WINDOW 36" WIDE MAX (TYP)

LAP THE TOP PLATE FROM THE SIDE WALL OVER THE END WALL PLATE AT EACH CORNER.

1¼" - 16 GA METAL BRACING STRAP (SEE NOTE, TYP)

REFER TO DETAIL 4 ON SHEET S3.1 FOR STRAP ATTACHMENT. (TYP)

ATTACH STRAP TO EACH STUD W/ (2) 8d NAILS MIN. (TYP)

**10'-0" WIDE REAR ENDWALL**

2x4 STUDS @ 16" O.C.

ROOF TRUSS

REFER TO DETAIL 5 ON SHEET S3.1 FOR STRAP ATTACHMENT. (TYP)

DOUBLE TOP PLATE

LAP THE TOP PLATE FROM THE SIDE WALL OVER THE END WALL PLATE AT EACH CORNER.

1¼" - 16 GA METAL BRACING STRAP (SEE NOTE, TYP)

REFER TO DETAIL 4 ON SHEET S3.1 FOR STRAP ATTACHMENT. (TYP)

ATTACH STRAP TO EACH STUD W/ (2) 8d NAILS MIN. (TYP)

NDI "APPROVED" DOCUMENT

NOTE: METAL STRAP BRACING IS NOT REQUIRED FOR WALLS SHEATHED WITH WOOD SIDING, PLYWOOD, OR OSB

Approved by Phillip E Robbins
Florida PE-49070

Plan No.: RPER210076   Date: 03/27/2023

# LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020

KEVIN L. NOLAN
LICENSE
No.77209
STATE OF FLORIDA
PROFESSIONAL ENGINEER

Digitally signed by Kevin Nolan
DN:
0.9.2342.19200300.100.1.1=A01410C000001
79D834EF80000196AF, cn=Kevin Nolan,
c=US
Date: 2023.03.22 13:51:05 -05'00'

1. This item has been electronically signed and sealed by Kevin L. Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.

**Weather King**
PORTABLE BUILDINGS

| PROJECT NO: | | SHEET NUMBER |
|---|---|---|
| DATE: | 09-28-2021 | |
| DRAWN BY: | KLN | **S-22-LB** |
| CHECKED BY: | KLN | |
| REVISION: | | SCALE: NOT TO SCALE |



REFER TO DETAIL 5 ON SHEET S3.1 FOR STRAP ATTACHMENT. (TYP)

ROOF TRUSS

2x4 STUDS @ 16" O.C.

DOUBLE TOP PLATE

1⅛" - 16 GA METAL BRACING STRAP (SEE NOTE, TYP)

6'-0" OPENING

LAP THE TOP PLATE FROM THE SIDE WALL OVER THE END WALL PLATE AT EACH CORNER.

REFER TO DETAIL 4 ON SHEET S3.1 FOR STRAP ATTACHMENT. (TYP)

ATTACH STRAP TO EACH STUD W/ (2) 8d NAILS MIN. (TYP)

**11'-2" WIDE FRONT ENDWALL**

ATTACH EACH JAMB STUD TO ROOF TRUSS w/ (3) 3" x 0.131" RING SHANK NAILS

ROOF TRUSS

LAP THE TOP PLATE FROM THE SIDE WALL OVER THE END WALL PLATE AT EACH CORNER.

2x4 FLAT w/ 2x4 ON EDGE OVER THE DOOR. REF DETAIL 6/S-3.0

2x4 KNEE BRACE EACH SIDE OF DOOR

(2) 2x4 FULL HEIGHT STUDS EACH SIDE OF DOOR. NOTCH THE STUDS AT THE ROOF TRUSS.

9'-0" OPENING

NDI "APPROVED" DOCUMENT

Approved by Phillip E Robbins
Florida PE-49070
Plan No. RPER210076 Date: 03/27/2023

*Phillip E Robbins*

**11'-2" WIDE FRONT ENDWALL W/ ROLL-UP DOOR (OPTIONAL)**

REFER TO DETAIL 5 ON SHEET S3.1 FOR STRAP ATTACHMENT. (TYP)

2x4 STUDS @ 16" O.C.

ROOF TRUSS

DOUBLE TOP PLATE

1⅛" - 16 GA METAL BRACING STRAP (SEE NOTE, TYP)

LAP THE TOP PLATE FROM THE SIDE WALL OVER THE END WALL PLATE AT EACH CORNER.

REFER TO DETAIL 4 ON SHEET S3.1 FOR STRAP ATTACHMENT. (TYP)

ATTACH STRAP TO EACH STUD W/ (2) 8d NAILS MIN. (TYP)

**11'-2" WIDE REAR ENDWALL**

NOTES FOR ROLL-UP DOOR OPTION:

1. FOR BUILDINGS SHEATHED WITH T1-11 OR LP SIDING, PROVIDE FULL HEIGHT ⅞" OSB OR PLYWOOD WALL SHEATHING ON THE INTERIOR FACE OF THE WALL. ATTACH THE SHEATHING TO THE WALL FRAMING WITH 2⅜" x 0.113" RING SHANK NAILS SPACED AT 3" MAX.

2. FOR BUILDINGS SHEATHED WITH METAL SIDING, PROVIDE ⅞" OSB OR PLYWOOD WALL SHEATHING ON THE INTERIOR FACE PLUS THE EXTERIOR FACE OF THE WALL. THE EXTERIOR METAL SIDING SHALL BE ATTACHED TO SHEATHING PER DETAIL 1 ON SHEET S-3.3. ATTACH THE SHEATHING TO THE WALL FRAMING WITH 2⅜" x 0.113" RING SHANK NAILS SPACED AT 3" MAX.

NOTE: METAL STRAP BRACING IS NOT REQUIRED FOR WALLS SHEATHED WITH WOOD SIDING, PLYWOOD, OR OSB

**LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020**

KEVIN L. NOLAN LICENSE No.77209 STATE OF FLORIDA PROFESSIONAL ENGINEER

*K Nolan*

Digitally signed by Kevin Nolan
DN:
0.9.2342.19200300.100.1.1=A01410C00
000179D834EF80000196AF, cn=Kevin Nolan, c=US
Date: 2023.03.22 13:52:40 -05'00'

1. This item has been electronically signed and sealed by Kevin L. Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.



**Weather King®**
PORTABLE BUILDINGS

| PROJECT NO: | | SHEET NUMBER |
|---|---|---|
| DATE: 09-28-2021 | | **S-2.3-LB** |
| DRAWN BY: KLN | | |
| CHECKED BY: KLN | | |
| REVISION: | | SCALE: NOT TO SCALE |

GENERAL NOTES:

1. REFER TO SHEET S-0 FOR DESIGN LOADS.

2. MAXIMUM TRUSS SPACING = 24" O.C. UNLESS NOTED OTHERWISE.

3. TRUSS TOP CHORD SHALL BE BRACED W/ STRUCTURAL WOOD SHEATHING ATTACHED DIRECTLY TO TRUSS MEMBERS.

4. ALL TRUSS MEMBERS ARE TO BE SPF #2 OR BETTER.

5. TRUSS PLATES ARE TO BE A MINIMUM OF 20 GAGE (MT20) HYDRAULICALLY PRESSED IN PLACE EACH SIDE OF TRUSS.

6. REACTIONS DUE TO WIND ARE BASED ON MWFRS END ZONE PRESSURES. INDIVIDUAL MEMBERS DESIGNED FOR COMPONENTS AND CLADDING WIND PRESSURE.

7. DEFLECTION MEETS L/240 LIVE LOAD AND L/180 TOTAL LOAD.

8. LOAD DURATION ADJUSTMENT FACTORS:
   ROOF LIVE: 1.25
   WIND:  1.60

9. REPETITIVE MEMBER INCREASE: 1.15

10. HORIZONTAL THRUST IS TO BE RESISTED BY LOFT JOISTS. REFER TO SHEETS S-2.0, S-2.1, AND S-3.0 FOR LOFT JOIST SIZE, AND ATTACHMENT INFORMATION.



**MAX REACTIONS**
HORIZ: 108 LBS.
NET UPLIFT: -175 LBS.
GRAVITY: 269 LBS.

<u>8' WIDE  LOFTED BARN TRUSS</u>

NDI "APPROVED" DOCUMENT



**MAX REACTIONS**
HORIZ: 121 LBS.
NET UPLIFT: -227 LBS.
GRAVITY: 333 LBS.

<u>10' WIDE  LOFTED BARN TRUSS</u>

Approved by Phillip E Robbins
Florida PE-49070

*Phillip E Robbins*

Plan No. RPER210076 Date: 03/27/2023



**MAX REACTIONS**
HORIZ: 108 LBS.
NET UPLIFT: -179 LBS.
GRAVITY: 250 LBS.

<u>8' WIDE  LOFTED BARN TRUSS (OPTIONAL)</u>



**MAX REACTIONS**
HORIZ: 121 LBS.
NET UPLIFT: -231 LBS.
GRAVITY: 314 LBS.

<u>10' WIDE  LOFTED BARN TRUSS (OPTIONAL)</u>

# LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020

KEVIN L. NOLAN
LICENSE
No.77209
STATE OF FLORIDA
PROFESSIONAL ENGINEER

Digitally signed by Kevin Nolan
DN:
0.9.2342.19200300.100.1.1=A01410C000
00179D834EF80000196AF, c=Kevin
Nolan, c=US
Date: 2023.03.22 13:53:18 -05'00'

1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.



**Weather King®**
PORTABLE BUILDINGS

| PROJECT NO: | SHEET NUMBER |
| --- | --- |
| DATE: 09-28-2021 | **S-2.4-LB** |
| DRAWN BY: KLN | |
| CHECKED BY: KLN | |
| REVISION: | SCALE: 1/4" = 1'-0" |



**MAX REACTIONS**
HORIZ: 125 LBS.
NET UPLIFT: -258 LBS.
GRAVITY: 370 LBS.

**11'-2" WIDE  LOFTED BARN TRUSS**



**MAX REACTIONS**
HORIZ: 125 LBS.
NET UPLIFT: -262 LBS.
GRAVITY: 351 LBS.

**11'-2" WIDE  LOFTED BARN TRUSS (OPTIONAL)**

Approved by Phillip E Robbins
Florida PE-49070

Plan No.: RPER210076  Date: 03/27/2023

NDI
"APPROVED"
DOCUMENT

# LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020

KEVIN L NOLAN
LICENSE
No.77209
STATE OF FLORIDA
PROFESSIONAL ENGINEER

Digitally signed by Kevin L Nolan
DN:
09.9.2342.19200300.100.1.1=A01410C
000000179D834EF80000196AF,
cn=Kevin Nolan, c=US
Date: 2023.03.22 13:53:54 -05'00'



1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.

| PROJECT NO: | | SHEET NUMBER |
|---|---|---|
| DATE: | 09-28-2021 | |
| DRAWN BY: | KLN | **S-2.5-LB** |
| CHECKED BY: | KLN | |
| REVISION: | | SCALE: 1/4" = 1'-0" |



**1-TYPICAL DETAIL**

ATTACH SIDING TO WALL FRAMING W/ 2⅜" x 0.113" RING SHANK NAILS @ 6" O.C. IN FIELD & ALONG EDGES. (SPACE NAILS AT 3" O.C. ALONG PANEL EDGES AT ENDWALLS)

(3) 3" NAILS THROUGH BOTTOM PLATE INTO EACH STUD

(3) 3" NAILS

**2-FLOOR JST TO SKID DETAIL**

CONT. 2x TREATED RIM BOARD W/ 3" NAILS @ 6" INTO BRIDGING & (3) 3" NAILS TOENAILED INTO SKID

FLOOR JOIST

(4) 3" x 0.131" RING SHANK TOE NAILS INTO SKID

CONT. 2x4 TRTD BRIDGING W/ (5) 3" NAILS IN EACH SKID

1" MAX NOTCH IN SKID

SKID

Approved by Phillip E Robbins
Florida PE-49070
Plan No.FRPER210076 Date:03/27/2023

NDI "APPROVED" DOCUMENT

**3-LOFT EAVE DETAIL**

ATTACH LOFT JOIST TO TRUSS W/ (5) 10d NAILS MIN

7/16" OSB OR ½" PLYWOOD DECKING

METAL DRIP EDGE. ATTACH TO ROOF W/ 1"x¾" STAPLES @ 12" O.C.

LOFT JOIST

SIMPSON MTS16 STRAP w/ (7) 10d x 1½" NAILS (MIN) IN EACH END OF THE STRAP AT EACH TRUSS. WRAP AROUND AND NAIL TO WALL TOP PLATE WHEN TRUSS DOES NOT LINE UP WITH A WALL STUD BELOW. REF DETAIL 4/S-3.0 FOR AN ALTERNATE HOLD DOWN OPTION IN LIEU OF THE METAL STRAP.

DOUBLE TOP PLATE

TOE NAIL TRUSS/JOIST TO TOP PLATE W/ (4) 10d NAILS MIN

**4-ALTERNATE TRUSS HOLD DOWN DETAIL**

ROOF TRUSS

LOFT JOIST

IN LIEU OF MTS16 STRAP, PROVIDE A SIMPSON 0.152 x 6" SDWC TRUSS SCREW (SDWC15600) OR EQUIVALENT AT EACH ROOF TRUSS.

NOTE: REFER TO 3/S3.0 FOR INFO NOT SHOWN.

**5-TYP WINDOW FRAMING**

DETAIL @ ENDWALL

(1) 2x4, FLAT

NOTE: ALL MEMBERS ARE 2x4

38" MAX

(3) 3" NAILS (TYP)

DETAIL @ SIDEWALL

DOUBLE TOP PLATE

NOTE: ALL MEMBERS ARE 2x4, UNO

38" MAX

STUD

**6-DOOR HEADER SCHEDULE**

2x4 (TYP) 3" NAILS @ 8" O.C.

ENDWALL HEADER FOR OPENINGS UP TO 6'-0". SIDEWALL HEADER FOR OPENINGS UP TO 4'-0".

(2) 2x4 w/ 7/16" OSB FLITCH PLATE

SIDEWALL HEADER FOR OPENINGS UP TO 6'-0".

(2) 2x6 w/ 7/16" OSB FLITCH PLATE

SIDEWALL HEADER FOR OPENINGS UP TO 8'-0"

NOTES:
1. PROVIDE 2x4 JACK STUD UNDER EACH END OF LOAD BEARING HEADERS. NAIL TO ADJACENT STUD PER FASTENING SCHEDULE. NOT REQUIRED AT END WALL OPENINGS.

# LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020

KEVIN L. NOLAN LICENSE No.77209 STATE OF FLORIDA PROFESSIONAL ENGINEER

NOTE:  REFER TO FASTENING SCHEDULE ON SHEETS S-0.1 AND S-0.2 FOR ATTACHMENT INFORMATION NOT NOTED ON THIS SHEET.

Digitally signed by Kevin Nolan
DN:
0.9.2342.19200300.100.1.1=A01410C0000017
9D834EF80000190AF, cn=Kevin Nolan, c=US
Date:2023.03.22 13:54:36 -05'00'

1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.

**Weather King** PORTABLE BUILDINGS

| PROJECT NO: | | SHEET NUMBER |
| --- | --- | --- |
| DATE: 09-28-2021 | | |
| DRAWN BY: KLN | | **S-3.0-LB** |
| CHECKED BY: KLN | | |
| REVISION: | | SCALE: 1"=1'-0 |



ROOF TRUSS (TYP)

TOP PLATE JOINT

CONT. DOUBLE TOP PLATE

BOTTOM PLATE JOINT OVER A STUD

STUD (TYP)

24" MIN

VARIES (SEE PLAN)

TREATED 2x4 x 6'-0" LONG SPLICE PLATE CENTERED ON SPLICE, EACH SIDE OF SKID w/ 2 ROWS 10d NAILS @ 4" O.C. STAGGERED

Approved by Phillip E Robbins
Florida PE-49070
Plan No. RPER210076 Date: 03/27/2023

TREATED 4x6 SKID

**1- WALL TOP PLATE SPLICE DETAIL**

**2- SKID SPLICE DETAIL**

NDI "APPROVED" DOCUMENT

SIMPSON MTS16 STRAP w/ (7) 10d x 1½" NAILS (MIN) IN EACH END OF THE STRAP AT EACH TRUSS. WRAP AROUND TOP PLATE. REF DETAIL 4/S-3.0 FOR AN ALTERNATE HOLD DOWN OPTION IN LIEU OF THE METAL STRAP.

⅞₆" OSB OR ½" PLYWOOD DECKING

LOFT JOIST

⅝" P.T. PLYWOOD CEILING AT PORCH ONLY.

DOUBLE TOP PLATE EXTENDED FROM BUILDING

PORCH POST BEYOND. REF DETAILS ON SHEET S3.2 FOR ADD'L INFO.

NOTE: REFER TO 3/S3.0 FOR INFO NOT SHOWN.

**3- PORCH EAVE DETAIL**

1½" - 16 GA STEEL STRAP. WRAP AROUND JOIST & ATTACH TO JOIST W/ (4) 10d X 1½" NAILS EACH SIDE OF JOIST.

**4-STRAP ATTACHMENT**
SCALE = 1½" = 1'-0"

1¼" - 16 GA STEEL STRAP. WRAP OVER WALL TOP PLATE. PROVIDE (3) 8d NAILS INTO TOP OF PLATE. PROVIDE (5) 10d NAILS MIN INTO STUD/ SIDE OF PLATE.

DOUBLE TOP PLATE

STUD

**5-STRAP ATTACHMENT**
SCALE = 1½" = 1'-0"

3" NAILS @ 12" O.C.

2x4 STUD (END WALL)

(2) 2x4 STUDS (SIDE WALL)

3" NAILS @ 12" O.C. STAGGERED

**6-TYPICAL CORNER DETAIL**

# LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020

KEVIN L. NOLAN
LICENSE
No. 77209
STATE OF FLORIDA
PROFESSIONAL ENGINEER

1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.

NOTE:  REFER TO FASTENING SCHEDULE ON SHEETS S-0.1 AND S-0.2 FOR ATTACHMENT INFORMATION NOT NOTED ON THIS SHEET.

Digitally signed by Kevin Nolan
DN:
0.9.2342.19200300.100.1.1=A01410C0000017
9D834EF8000019GAF, cn=Kevin Nolan, c=US
Date: 2023.03.22 13:55:27 -05'00'

**Weather King®**
PORTABLE BUILDINGS

| PROJECT NO: | | SHEET NUMBER |
|---|---|---|
| DATE: | 09-28-2021 | |
| DRAWN BY: | KLN | **S-3.1-LB** |
| CHECKED BY: | KLN | |
| REVISION: | | SCALE: 1"=1'-0 |



Approved by Phillip E Robbins
Florida PE-49070
Plan No. RPER210076  Date: 03/27/2023

(2) 5/16" x 6" LAG SCREWS THROUGH TOP PLATES INTO 4x6 P.T. POST

5/8" P.T. PLYWOOD CEILING AT PORCH ONLY.

4x6 P.T. POST

P.T. 1x PORCH BOARDS w/ (2) 3" NAILS INTO EACH FLOOR JOIST

CONT. 2x P.T. RIM JOIST

(6) 3" x 0.131" RING SHANK NAILS (MIN) FROM END JOIST INTO CORNER POST

4x6 P.T. SKID

**1- CORNER PORCH POST DETAIL**

4x6 P.T. POST

P.T. 1x PORCH BOARDS w/ (2) 3" NAILS INTO EACH FLOOR JOIST

CONT. 2x P.T. RIM JOIST

(9) 3" x 0.131" RING SHANK NAILS (MIN) FROM JOIST INTO POST

4x6 P.T. SKID

NOTE: REFER TO 1/S3.2 FOR INFO NOT SHOWN.

**2- INTERMEDIATE PORCH POST DETAIL**

REF DETAILS 3/S-3.1 & 4/S-3.0 FOR ROOF TRUSS HOLD-DOWN INFORMATION NOT SHOWN FOR CLARITY (TYP)

REF DETAILS 3 & 4/S-3.0 FOR ROOF TRUSS HOLD-DOWN INFORMATION NOT SHOWN FOR CLARITY (TYP)

ROOF TRUSS (TYP)

LOFT JOIST (TYP)

(2) 5/16" x 6" LAG SCREWS THROUGH TOP PLATES INTO 4x6 P.T. POST

DOUBLE TOP PLATE EXTENDED TO PORCH POST

4x6 P.T. POST

7'-8" TALL END WALL

BOTTOM PLATE (TYP)

P.T. 1x PORCH BOARDS w/ (2) 3" NAILS INTO EACH FLOOR JOIST

REF DETAILS 1 & 2/S3.2 FOR POST BASE ATTACHMENT

4x6 P.T. SKID

FLOOR JOIST (TYP)

PORCH VARIES (SEE PLAN)

NOTE: REFER TO DETAILS 1/S3.2 AND 2/S3.2 FOR INFO NOT SHOWN.

**3- OPTIONAL PORCH SECTION**

NOT TO SCALE

NDI "APPROVED" DOCUMENT

# LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020

KEVIN L. NOLAN
LICENSE
No. 77209
STATE OF FLORIDA
PROFESSIONAL ENGINEER

NOTE: REFER TO FASTENING SCHEDULE ON SHEETS S-0.1 AND S-0.2 FOR ATTACHMENT INFORMATION NOT NOTED ON THIS SHEET.

Digitally signed by Kevin Nolan
DN: 0.9.2342.19200300.100.1.1=A0141OC00000179
D034EF00000196AF, cn=Kevin Nolan, c=US
Date: 2023.03.22 13:56:13 -05'00'

1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.

**Weather King**
PORTABLE BUILDINGS

| PROJECT NO: | | SHEET NUMBER |
|---|---|---|
| DATE: | 09-28-2021 | |
| DRAWN BY: | KLN | S-3.2-LB |
| CHECKED BY: | KLN | |
| REVISION: | | SCALE: 1"=1'-0 |



Approved by Phillip E Robbins
Florida PE-49070
Plan No. RPER210076 Date: 03/27/2023

**1-TYPICAL END WALL DETAIL**

ROOF TRUSS
ROOF DECKING
2x4 STUDS (FLAT) @ 16" O.C. TOENAIL TO TRUSS T.C. w/ (2) 3" NAILS
LOFT DECKING
CONTINUOUS ALUMINUM Z-BAR FLASHING AT HORIZONTAL SIDING JOINT. ATTACH TO FRAMING w/ 1"x¾" STAPLES @ 12" O.C.
LOFT JOIST
DOUBLE TOP PLATE
2x4 STUDS @ 16" O.C.
SIDING (TYP)

**2-TYPICAL VERT METAL SIDING DETAIL**

REFER TO DETAIL 4/S-3.3 FOR ATTACHMENT OF METAL ROOFING TO THE ROOF DECK
2x10 TOP PLATE (2x4 BOT PLATE)
LOFT JOIST
29 GA. METAL SIDING. ATTACH TO GIRTS PER DETAIL 3/S-3.3
SIMPSON MTS16 STRAP w/ (7) 10d x 1½" NAILS (MIN) IN EACH END OF THE STRAP AT EACH TRUSS. WRAP AROUND AND NAIL TO WALL TOP PLATE WHEN TRUSS DOES NOT LINE UP WITH A WALL STUD BELOW. REF DETAIL 4/S-3.0 FOR AN ALTERNATE HOLD DOWN OPTION IN LIEU OF THE METAL STRAP.
2x4 WALL GIRT. ATTACH TO EACH STUD w/ (3) 3" x 0.131" RING SHANK NAILS (TYP)
CLEAR SPAN BETWEEN GIRTS = 30" MAX
2x4 STUDS @ 16" O.C.

NOTE: REFER TO DETAILS 1/S3.0 AND 3/S3.0 FOR INFO NOT SHOWN.

**4-METAL PANEL FASTENING TO SHEATHING**

29 GA METAL PANEL
#10-15 x 1½" WOOD SCREW w/ WASHER @ 9" O.C. (ONE SIDE OF EVERY MAJOR RIB) SPACE SCREWS AT 16" O.C. MAX ALONG PANEL LENGTH.
9"
ROOF DECKING
2x FRAMING SPACED AT 24" O.C. MAX

**FASTENING PATTERN AT PANEL ENDLAP**

29 GA METAL PANEL
¼"-14 SELF DRILLING SCREW w/ WASHER SPACED @ 24" O.C. ALONG EA SIDELAP
#10-14 x 1½" WOOD SCREW w/ WASHER @ 3.5"-5.5"-3.5" O.C. (EACH SIDE OF EVERY MAJOR RIB)
3½"  5½"  3½"
2x FRAMING

**FASTENING PATTERN AT INTERIOR PANEL SUPPORT**

29 GA METAL PANEL
¼"-14 SELF DRILLING SCREW w/ WASHER SPACED @ 24" O.C. ALONG EA SIDELAP
#10-14 x 1½" WOOD SCREW w/ WASHER @ 9" O.C. (ONE SIDE OF EVERY MAJOR RIB)
9" TYP
2x FRAMING

**3-METAL PANEL FASTENING TO WOOD FRAMING**

SCALE = 1½" = 1'-0"

NDI "APPROVED" DOCUMENT

# LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020

KEVIN L. NOLAN
LICENSE
No.77209
STATE OF FLORIDA
PROFESSIONAL ENGINEER

Digitally signed by Kevin Nolan
DN: 0.9.2342.19200300.100.1.1=A01410C00000179 D834EF0000010GAF, cn=Kevin Nolan, c=US
Date: 2023.03.22 13:57:06 -05'00'

1. This item has been electronically signed and sealed by Kevin L. Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.

NOTE:  REFER TO FASTENING SCHEDULE ON SHEETS S-0.1 AND S-0.2 FOR ATTACHMENT INFORMATION NOT NOTED ON THIS SHEET.

**Weather King®**
PORTABLE BUILDINGS

PROJECT NO:
DATE: 09-28-2021
DRAWN BY: KLN
CHECKED BY: KLN
REVISION:

SHEET NUMBER
**S-3.3-LB**
SCALE: 1"=1'-0



REFER TO DETAIL 4/S-3.3
FOR ATTACHMENT OF
METAL ROOFING TO
THE ROOF DECK

LOFT JOIST

29 GA. METAL SIDING OVER
$\frac{7}{16}$" OSB OR PLYWOOD
WALL SHEATHING.
REFER TO DETAIL 4/S-3.3
FOR SIDING ATTACHMENT

SIMPSON MTS16 STRAP
w/ (7) 10d x 1½" NAILS (MIN) IN
EACH END OF THE STRAP
AT EACH TRUSS. WRAP AROUND
AND NAIL TO WALL TOP PLATE
WHEN TRUSS DOES NOT LINE
UP WITH A WALL STUD BELOW.
REF DETAIL 4/S-3.0 FOR AN
ALTERNATE HOLD DOWN OPTION
IN LIEU OF THE METAL STRAP.

ATTACH SHEATHING TO
WALL FRAMING
W/ 2⅜" x 0.113" RING
SHANK NAILS @ 6" O.C.
IN FIELD & ALONG
EDGES. (SPACE NAILS
AT 3" O.C. ALONG
PANEL EDGES AT
ENDWALLS).

2x4 STUDS @
16" O.C.

## 1-TYPICAL HORIZ METAL SIDING DETAIL

NOTE: REFER TO DETAILS 1/S3.0 AND 3/S3.0 FOR INFO NOT SHOWN.

Approved by Philip E Robbins
Florida PE-49070
Plan No. RPER210076 Date: 03/27/2023

NDI
"APPROVED"
DOCUMENT

# LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020



NOTE:  REFER TO FASTENING SCHEDULE ON SHEETS S-0.1 AND S-0.2 FOR
ATTACHMENT INFORMATION NOT NOTED ON THIS SHEET.

Digitally signed by Kevin Nolan
DN:
0.9.2342.19200300.100.1.1=A01410C00000179
D034EF0000019EAF, cn=Kevin Nolan, c=US
Date: 2023.03.22 13:58:01 -05'00'

1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.



| PROJECT NO: | |
|---|---|
| DATE: | 09-28-2021 |
| DRAWN BY: | KLN |
| CHECKED BY: | KLN |
| REVISION: | |

SHEET NUMBER

## S-3.4-LB

SCALE: 1"=1'-0



EXTERIOR WOOD SIDING.
REF DETAIL 1/S-3.0 FOR
NAILING REQUIREMENTS

⅝" TRTD
PLYWOOD
TRIM

ROLL-UP DOOR GUIDE.
ATTACH TO WOOD JAMB
w/ ¼" x 1.75" LONG LAG
SCREWS @ 12" O.C. PER
MANUF. SPECS. BOTTOM
SCREW TO BE 6" MAX
ABOVE FINISHED FLOOR.
LOCATE GUIDE FOR LAG
SCREW TO BE CENTERED
ON JAMB STUD CLOSEST
TO DOOR OPENING

0.79"

1.96"

(2) 2x4 SP #2 (OR BETTER)
JAMB STUD. REFER TO
FASTENING SCHEDULE
FOR NAILING REQUIREMENTS

**1-ROLL-UP DOOR JAMB DETAIL**
(WOOD SIDING)

2x4 WALL GIRT. REFER
TO DETAIL 2/S3.3 FOR
SPACING AND NAILING
REQUIREMENTS

METAL WALL SIDING w/
RIBS RUNNING VERTICALLY.
ATTACH TO WALL GIRT PER
DETAIL 3/S-3.3

⅝" TRTD
PLYWOOD
TRIM

ROLL-UP DOOR GUIDE.
ATTACH TO WOOD JAMB
w/ ¼" x 1.75" LONG LAG
SCREWS @ 12" O.C. PER
MANUF. SPECS. BOTTOM
SCREW TO BE 6" MAX
ABOVE FINISHED FLOOR.
LOCATE GUIDE FOR LAG
SCREW TO BE CENTERED
ON JAMB STUD CLOSEST
TO DOOR OPENING

1.96"

0.79"

(2) 2x4 SP #2 (OR BETTER)
JAMB STUD. REFER TO
FASTENING SCHEDULE
FOR NAILING REQUIREMENTS

Approved by Phillip E Robbins
Florida PE-49070

Plan No.: FRPER210076 Date: 03/27/2023

**3-ROLL-UP DOOR JAMB DETAIL**
(VERT METAL SIDING)

NDI
"APPROVED"
DOCUMENT

METAL WALL SIDING OVER
⁷⁄₁₆" OSB OR PLYWOOD
WALL SHEATHING.
REF DETAIL 1/S-3.0 FOR
NAILING REQUIREMENTS

⅝" TRTD
PLYWOOD
TRIM

ROLL-UP DOOR GUIDE.
ATTACH TO WOOD JAMB
w/ ¼" x 1.75" LONG LAG
SCREWS @ 12" O.C. PER
MANUF. SPECS. BOTTOM
SCREW TO BE 6" MAX
ABOVE FINISHED FLOOR.
LOCATE GUIDE FOR LAG
SCREW TO BE CENTERED
ON JAMB STUD CLOSEST
TO DOOR OPENING

1.96"

0.79"

(2) 2x4 SP #2 (OR BETTER)
JAMB STUD. REFER TO
FASTENING SCHEDULE
FOR NAILING REQUIREMENTS

**2-ROLL-UP DOOR JAMB DETAIL**
(HORIZ METAL SIDING)

# LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020

KEVIN L. NOLAN
LICENSE
No.77209
STATE
OF
FLORIDA
PROFESSIONAL ENGINEER

NOTE: REFER TO FASTENING SCHEDULE ON SHEETS S-0.1 AND S-0.2 FOR
ATTACHMENT INFORMATION NOT NOTED ON THIS SHEET.

Digitally signed by Kevin Nolan
DN:
c=0.2342.19200300.100.1.1=A01410C0000017
9D8348EE000019GA?, o=Kevin Nolan, e=US
Date: 2023.03.22 13.58:47-05'00'

1. This item has been electronically signed and sealed by Kevin L. Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.

**Weather King®**
PORTABLE BUILDINGS

| PROJECT NO: | | SHEET NUMBER |
|---|---|---|
| DATE: | 09-28-2021 | |
| DRAWN BY: | KLN | **S-3.5-LB** |
| CHECKED BY: | KLN | |
| REVISION: | | SCALE: 1 1/2"=1'-0 |



DECORATIVE TRIM

PROVIDE CONTINUOUS
ALUMINUM Z-BAR FLASHING
AT SIDING HORIZONTAL JOINTS.
ATTACH TO FRAMING w/ 1"x¾"
STAPLES AT 12" O.C. (TYP)

FRONT ELEVATION

DOOR AND WINDOW LOCATIONS
VARY PER CUSTOMER.

SIDE ELEVATION

PROVIDE CONTINUOUS
ALUMINUM Z-BAR FLASHING
AT SIDING HORIZONTAL JOINTS.
ATTACH TO FRAMING w/ 1"x¾"
STAPLES AT 12" O.C. (TYP)

OPTIONAL DOOR OR WINDOW.
LOCATIONS VARY PER CUSTOMER.

REAR ELEVATION

Approved by Phillip E Robbins
Florida PE-49070
Plan No.-TRPER210076 Date:03/27/2023

NDI
"APPROVED"
DOCUMENT

NOTE:
WINDOWS, DOORS, AND TRIM SHOWN ARE CONCEPTUAL.  ACTUAL WINDOW, DOOR, AND TRIM
MAY VARY PER CUSTOMER REQUEST.

KEVIN L. NOLAN
LICENSE
No.77209
STATE
OF
FLORIDA
PROFESSIONAL ENGINEER

# LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020

Digitally signed by Kevin Nolan
DN:
0.9.2342.19200300.100.1.1=A01410C00
000179D834EF60000196AF, cn=Kevin
Nolan, c=US
Date: 2023.03.22 14:00:02 -05'00'

1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.

**Weather King®**
PORTABLE BUILDINGS

| PROJECT NO: | | SHEET NUMBER |
|---|---|---|
| DATE: | 09-28-2021 | |
| DRAWN BY: | KLN | **S-4-LB** |
| CHECKED BY: | KLN | |
| REVISION: | | SCALE: NOT TO SCALE |