# EXHIBIT D



# WEATHER KING PORTABLE BUILDINGS OF FLORIDA
## Serving the State since 2009

866-977-6440

**CONTACT US**



# Find A
# DEALER

### Enter Your Location To Find The Nearest Dealer!



