# EXHIBIT  E

"REVISED"

Working as agent for DBPR

These Prints comply with the
Florida Manufactured Bld.
Act and adopted Codes and
Adhere to the following Criteria

Construction Type ___ VB
Occupancy ___ U
Allowable # floors ___ 1
Wind Velocity 160 Volt
Fire Factor of Ext. Walls NTR
Plan # IRPER210076
Allow. Floor Load 40
Approval Date 3/27/23
Manf Weather King

This document does not Approved by Phillip E Robbins
constitute an Approval or any Deviation · Florida PE-49070
From the requirements of applicable Phillip E. Robbins
State Laws
Plan # IRPER210076 Date: 03/27/2023

**GENERAL NOTES:**

1. STRUCTURE HAS BEEN DESIGNED IN ACCORDANCE WITH THE 2020 FLORIDA BUILDING CODE (FBC).

2. ALL MATERIALS AND CONSTRUCTION SHALL BE IN ACCORDANCE WITH THE ABOVE CODES AT THE TIME OF MANUFACTURE.

3. DRAWINGS SHALL NOT BE SCALED FOR DIMENSIONS.

4. STRUCTURES ARE CLASSIFIED AS "MINOR STORAGE FACILITIES" (RISK CATEGORY I) PER TABLE 1604.5 AND SHOULD NOT BE USED FOR HUMAN HABITATION.

5. STRUCTURES ARE DESIGNED FOR LOCATIONS THAT HAVE A 3 SECOND WIND GUST OF 160 MPH FOR RISK CATEGORY I STRUCTURES PER FIGURE 1609.3(4) OF THE 2020 FBC.

6. SIDING FASTENERS SHALL NOT BE INSTALLED IN PANEL SIDING GROOVES IN THE FIELD OF THE PANEL OR WHEN THE SIDING GROOVES OCCUR AT CUT EDGES OF THE SIDING PANEL.

7. STRUCTURES ARE DESIGNED FOR LOCATIONS THAT ARE NOT IN FLOOD HAZARD AREAS.

8. IN ACCORDANCE WITH FBC 1609.1.2, STORAGE SHEDS NOT DESIGNED FOR HUMAN HABITATION WITH A FLOOR AREA OF 720 SQUARE FEET OR LESS ARE NOT REQUIRED TO COMPLY WITH THE MANDATORY WINDBORNE DEBRIS IMPACT STANDARDS OF THE 2020 FBC.

9. IN ACCORDANCE WITH FBC 1010.1.1, BUILDINGS THAT ARE 400 SQUARE FEET OR LESS THAT ARE INTENDED FOR USE IN CONJUNCTION WITH ONE- AND TWO- FAMILY RESIDENCES ARE NOT SUBJECT TO THE DOOR HEIGHT AND WIDTH REQUIREMENTS OF THE 2020 FBC.

10. ALL ROOF DECKING IS TO BE $^{7}/_{16}$" OSB, $^{15}/_{32}$" PLYWOOD, $^{1}/_{2}$" PLYWOOD, OR EQUIVALENT. FASTEN ROOF SHEATHING TO ROOF FRAMING WITH $2^{3}/_{8}$" RING SHANK NAILS SPACED AT 6" MAX, UNLESS NOTED OTHERWISE ON SHEET S-1.6.

11. ALL SIDING IS TO BE TREATED T1-11, LP SMARTSIDE PANEL, OR 29 GA. METAL SIDING.

12. ALL FLOOR JOISTS ARE TO BE PRESSURE TREATED SYP #2, OR BETTER.

13. ALL UN-TREATED WOOD FRAMING IS TO BE TO BE SPF #2 OR BETTER, UNLESS NOTED OTHERWISE.

14. WOOD FRAMING SHALL COMPLY WITH THE ANSI/AWC "NATIONAL DESIGN SPECIFICATION (NDS) FOR WOOD CONSTRUCTION", 2018.

15. ALL FLOOR DECKING IS TO BE $^{5}/_{8}$" TREATED PLYWOOD OR $^{5}/_{8}$" PERFORMAX 500 FLOOR SHEATHING. FLOORING CLOSER THAN 18 INCHES TO EXPOSED GROUND SHALL BE OF NATURALLY DURABLE OR PRESERVATIVE- TREATED WOOD IN ACCORDANCE WITH 2304.12.1.1.

16. ALL SKIDS ARE TO BE 4x6 PRESSURE TREATED, RATED FOR GROUND CONTACT.

17. REFER TO THE SUPPLIED FASTENING SCHEDULE FOR FASTENING BASED ON CONNECTION AND LOCATION OF MEMBERS AS PER THE 2020 FLORIDA BUILDING CODE TABLE 2304.10.1, UNLESS NOTED OTHERWISE.

18. ALL EXTERIOR NAILS ARE TO BE ZINC COATED.

19. STRUCTURES SHOULD HAVE 30 YEAR RATED ASPHALT SHINGLES CONFORMING TO ASTM D3161 (CLASS F) OR ASTM D7158 (CLASS H) OR 29 GA METAL ROOF PANELS.

20. SECTIONS AND DETAILS SHOWN ARE INTENDED TO BE TYPICAL AND SHALL APPLY AT ALL SIMILAR LOCATIONS, UNLESS NOTED OTHERWISE.

21. ALL BUILDINGS ARE TO BE ADEQUATELY ANCHORED TO TO RESIST WIND LOADS.  ANCHORING OF THE BUILDING IS SUBJECT TO LOCAL JURISDICTION APPROVAL.

22. BUILDINGS HAVE NOT BEEN DESIGNED FOR HVHZ REQUIREMENTS AS SET FORTH IN THE 2020 FBC.

**DESIGN CRITERIA:**
1. RISK CATEGORY I

2. LIVE LOADS:
   FLOOR: 40 PSF
   LOFT: 10 PSF
   ROOF: 20 PSF

3. DEAD LOADS:
   FLOOR: 4 PSF
   ROOF: 5 PSF
   WALLS: 3 PSF

4. WIND LOADS ARE BASED ON THE FOLLOWING:
   Vult = 160 MPH  (2020 FBC)
   Vasd = 124 MPH
   RISK CATEGORY I
   EXPOSURE CATEGORY C
   INTERNAL PRESSURE COEFFICIENT:
     GCpi = ±0.18
   COMPONENTS & CLADDING:
     EFFECTIVE WIND AREA, Ae = 10 FT²
       ROOF-ZONE 1 =  19.3, -30.6 PSF
       ROOF-ZONE 2 =  19.3, -53.3 PSF
       ROOF-ZONE 3 =  19.3, -78.9 PSF
       WALL-ZONE 4 = 33.5, -36.3 PSF
       WALL-ZONE 5 = 33.5, -44.8 PSF

     EFFECTIVE WIND AREA, Ae = 20 FT²
       ROOF-ZONE 1 = 17.6, -29.8 PSF
       ROOF-ZONE 2 = 17.6, -49.0 PSF
       ROOF-ZONE 3 = 17.6, -73.7 PSF
       WALL-ZONE 4 = 32.0, -34.8 PSF
       WALL-ZONE 5 = 32.0, -41.8 PSF

NOTE: C&C WIND PRESSURES SHOWN MAY BE REDUCED FOR LARGER AREAS AS ALLOWED BY CODE.

5. CONSTRUCTION TYPE: V-B

6. OCCUPANCY GROUP U



**ITEMS BY OTHERS:**
THE FOLLOWING ITEMS MAY BE SUPPLIED AND INSTALLED BY OTHERS.  THESE ITEMS MAY BE SUBJECT TO LOCAL JURISDICTION APPROVAL.  WEATHER KING PORTABLE BUILDINGS IS NOT RESPONSIBLE FOR THESE ITEMS.

1. THE FOUNDATION AND TIE-DOWN SYSTEM

2. RAMPS, STAIRS, AND GENERAL ACCESS

3. ELECTRICAL SERVICE HOOKUP

NDI
"APPROVED"
DOCUMENT

**WEATHER KING**
P.O. BOX 108
PARIS, TN 38242

# LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020

KEVIN L. NOLAN
LICENSE
No.77209
STATE OF FLORIDA
PROFESSIONAL ENGINEER

Digitally signed by Kevin Nolan
DN:
0.9.2342.19200300.100.1.1=A01410C000
00179D834EF80000196AF, cn=Kevin
Nolan, c=US
Date: 2023.03.22 13:44:27 -05'00'

1. This item has been electronically signed and sealed by Kevin L. Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.

**Weather King**
PORTABLE BUILDINGS

| PROJECT NO: | | SHEET NUMBER |
|---|---|---|
| DATE: | 09-28-2021 | |
| DRAWN BY: | KLN | **S-0-LB** |
| CHECKED BY: | KLN | |
| REVISION: | 03-22-2023 | SCALE: NONE |

Approved by Phillip E Robbins
Florida PE-49070
*Phillip E Robbins*
NO. 1RPER210076 Date: 03/27/2023

NO. "APPROVED" DOCUMENT

# FASTENING SCHEDULE

| DESCRIPTION OF BUILDING ELEMENT | NUMBER AND TYPE OF FASTENER | SPACING AND LOCATION |
|---|---|---|
| **ROOF FRAMING** | | |
| 1. BLOCKING BETWEEN CEILING JOISTS OR RAFTERS TO TOP PLATE OR OTHER FRAMING. | 3 - 8d COMMON (2½" x 0.131")<br>3 - 10d BOX (3" x 0.128")<br>3 - 3" x 0.131" NAILS<br>3 - 3" 14 GAGE STAPLES, ⅞" CROWN | EACH END, TOENAIL |
| 2. BLOCKING BETWEEN RAFTERS NOT AT THE WALL TOP PLATE, TO RAFTER. | 2 - 8d COMMON (2½" x 0.131")<br>2 - 3" x 0.131" NAILS<br>2 - 3" 14 GAGE STAPLES | EACH END, TOENAIL |
| | 2 - 16d COMMON (3½" x 0.162")<br>3 - 3" x 0.131" NAILS<br>3 - 3" 14 GAGE STAPLES | END NAIL |
| COLLAR TIE TO RAFTER | REFERENCE SHEETS S-2.4 AND S-2.5 | |
| RAFTER OR ROOF TRUSS TO TOP PLATE | 3 - 10d COMMON (3" x 0.148")<br>3 - 10d BOX (3½" x 0.135")<br>4 - 10d BOX (3" x 0.128")<br>4 - 3" x 0.131" NAILS<br>4 - 3" 14 GAGE STAPLES, ⅞" CROWN | TOENAIL ᵇ |
| CEILING JOISTS TO TOP PLATE | 3 - 8d COMMON (2½" x 0.131")<br>3 - 10d BOX (3" x 0.128")<br>3 - 3" x 0.131" NAILS<br>3 - 3" 14 GAGE STAPLES, ⅞" CROWN | EACH JOIST, TOENAIL |
| **WALL FRAMING** | | |
| STUD TO STUD (NOT AT BRACED WALL PANELS) | 16d COMMON (3½" x 0.162") | 24" O.C. FACE NAIL |
| | 10d BOX (3" x 0.128")<br>3" x 0.131" NAILS<br>3 - 3" 14 GAGE STAPLES | 16" O.C. FACE NAIL |
| STUD TO STUD AND ABUTTING STUDS AT INTERSECTING WALL CORNERS (AT BRACED WALL PANELS) | 16d COMMON (3½" x 0.162") | 16" O.C. FACE NAIL |
| | 16d BOX (3½" x 0.135") | 12" O.C. FACE NAIL |
| | 3" x 0.131" NAILS<br>3 - 3" 14 GAGE STAPLES, ⅞" CROWN | 12" O.C. FACE NAIL |
| CONTINUOUS HEADER TO STUD | 4 - 8d COMMON (2½" x 0.131")<br>4 - 10d BOX (3" x 0.128") | TOENAIL |
| TOP PLATE TO TOP PLATE | 16d COMMON (3½" x 0.162") | 16" O.C. FACE NAIL |
| | 10d BOX (3" x 0.128")<br>3" x 0.131" NAILS<br>3" 14 GAGE STAPLES, ⅞" CROWN | 12" O.C. FACE NAIL |

| DESCRIPTION OF BUILDING ELEMENT | NUMBER AND TYPE OF FASTENER | SPACING AND LOCATION |
|---|---|---|
| **WALL FRAMING (CONT.)** | | |
| TOP PLATE TO TOP PLATE, AT END JOINTS | 8 - 16d COMMON (3½" x 0.162")<br>12 - 10d BOX (3" x 0.128")<br>12 - 3" x 0.131" NAILS<br>12 - 3" 14 GAGE STAPLES, ⅞" CROWN | EACH SIDE OF END JOINT, FACE NAIL (MINIMUM 24" LAP SPLICE LENGTH EACH SIDE OF END JOINT) |
| BOTTOM PLATE TO JOIST, RIM JOIST, BAND JOIST, OR BLOCKING (NOT AT BRACED WALL PANELS) | 16d COMMON (3½" x 0.162") | 16" O.C. FACE NAIL |
| | 16d BOX (3½" x 0.135")<br>3" x 0.131" NAILS<br>3" 14 GAGE STAPLES, ⅞" CROWN | 12" O.C. FACE NAIL |
| BOTTOM PLATE TO JOIST, RIM JOIST, BAND JOIST, OR BLOCKING (AT BRACED WALL PANELS) | 2 - 16d COMMON (3½" x 0.162")<br>3 - 16d BOX (3½" x 0.135")<br>4 - 3" x 0.131" NAILS<br>4 - 3" 14 GAGE STAPLES, ⅞" CROWN | 16" O.C. FACE NAIL |
| STUD TO TOP OR BOTTOM PLATE | 4 - 8d COMMON (2½" x 0.131")<br>4 - 10d BOX (3" x 0.128")<br>4 - 3" x 0.131" NAILS<br>4 - 3" 14 GAGE STAPLES, ⅞" CROWN | TOENAIL |
| | 2 - 16d COMMON (3½" x 0.162")<br>3 - 10d BOX (3" x 0.128")<br>3 - 3" x 0.131" NAILS<br>3 - 3" 14 GAGE STAPLES, ⅞" CROWN | END NAIL |
| TOP PLATES, LAPS AT CORNERS AND INTERSECTIONS | 2 - 16d COMMON (3½" x 0.162")<br>3 - 10d BOX (3" x 0.128")<br>3 - 3" x 0.131" NAILS<br>3 - 3" 14 GAGE STAPLES, ⅞" CROWN | FACE NAIL |
| **FLOOR FRAMING** | | |
| JOIST TO SKID | 3 - 8d COMMON (2½" x 0.131")<br>3 - 10d BOX (3" x 0.128")<br>3 - 3" x 0.131" NAILS<br>3 - 3" 14 GAGE STAPLES, ⅞" CROWN | TOENAIL |
| BUILT-UP BEAMS | 10d BOX (3" x 0.128")<br>3" x 0.131" NAILS<br>3" 14 GAGE STAPLES, ⅞" CROWN | 24" O.C. FACE NAIL AT TOP AND BOTTOM STAGGERED ON OPPOSITE SIDES |
| | AND:<br>3 - 10d BOX (3" x 0.128")<br>3 - 3" x 0.131" NAILS<br>3 - 3" 14 GAGE STAPLES, ⅞" CROWN | ENDS AND AT EACH SPLICE, FACE NAIL |
| JOIST TO BAND JOIST OR RIM JOIST | 2 - 16d COMMON (3½" x 0.162")<br>4 - 10d BOX (3" x 0.128")<br>4 - 3" x 0.131" NAILS<br>4 - 3" 14 GAGE STAPLES, ⅞" CROWN | END NAIL |



LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020

KEVIN L. NOLAN
LICENSE
No. 77209
STATE OF FLORIDA
PROFESSIONAL ENGINEER

K Nolan

Digitally signed by Kevin Nolan
DN:
0.9.2342.19200300.100.1.1=A01410C0000
0179D834EF80000196AF, cn=Kevin
Nolan, c=US
Date: 2023.03.22 13:44:53 -05'00'

1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.



Weather King®
PORTABLE BUILDINGS

| PROJECT NO: | | SHEET NUMBER |
|---|---|---|
| DATE: | 09-28-2021 | **S-0.1-LB** |
| DRAWN BY: | KLN | |
| CHECKED BY: | KLN | |
| REVISION: | | SCALE: NONE |

## FASTENING SCHEDULE (CONT.)

Approved by Phillip E Robbins
Florida PE-49070
*Phillip E Robbin*
Plan No.: RPER210076 Date: 03/27/2023

NDI
"APPROVED"
DOCUMENT

| DESCRIPTION OF BUILDING ELEMENT | NUMBER AND TYPE OF FASTENER | SPACING AND LOCATION | | |
|---|---|---|---|---|
| | | | EDGES (INCHES) | INTERMEDIATE SUPPORTS (INCHES) |
| SUBFLOOR, ROOF AND INTERIOR WALL SHEATHING [a] | | | | |
| ⅜" TO ½" | 6d COMMON OR DEFORMED (2" x 0.113") (SUBFLOOR AND WALL) | | 6 | 12 |
| | 8d COMMON OR DEFORMED (2½" x 0.131") (ROOF) | | 6 | 12 |
| | 2⅜" x 0.113" NAIL (SUBFLOOR AND WALL) | | 6 | 12 |
| | 1¾" 16 GAGE STAPLE, ⅜" CROWN (SUBFLOOR AND WALL) | | 4 | 8 |
| | 2⅜" x 0.113" RING SHANK NAIL (ROOF) | | 6 | 12 |
| | 1¾" 16 GAGE STAPLE, ⅜" CROWN (ROOF) | | 3 | 6 |
| ¹⁹₃₂" TO ¾" | 8d COMMON (2½" x 0.131")<br>6d DEFORMED (2" x 0.113")  (SUBFLOOR AND WALL) | | 6 | 12 |
| | 2⅜" x 0.113" RING SHANK NAIL | | 6 | 12 |
| EXTERIOR WALL SIDING | | | | |
| ⅜" LP SMARTSIDE PRECISION PANEL OR ⅝" TREATED T1-11 SIDING | 2⅜" x 0.113" RING SHANK NAIL | | 6 (SIDE WALL) | 6 |
| | 2⅜" x 0.113" RING SHANK NAIL | | 3 (END WALL) | 6 |

a. NAILS SPACED AT 6 INCHES AT INTERMEDIATE SUPPORTS WHERE SPANS ARE 48 INCHES OR MORE.  NAILS FOR WALL SHEATHING ARE PERMITTED TO BE COMMON, BOX, OR CASING.
b. WHERE A RAFTER IS FASTENED TO AN ADJACENT PARALLEL CEILING JOIST IN ACCORDANCE WITH THIS SCHEDULE AND THE CEILING JOIST IS FASTENED TO THE TOP PLATE IN ACCORDANCE WITH THIS SCHEDULE, THE NUMBER OF TOENAILS IN THE RAFTER SHALL BE PERMITTED TO BE REDUCED BY ONE NAIL.

# LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020

KEVIN L. NOLAN
LICENSE
No.77209
STATE
OF
FLORIDA
PROFESSIONAL ENGINEER

*K Nolan*

Digitally signed by Kevin Nolan
DN:
0.9.2342.19200300.100.1.1=A01410C000
00179D834EF80000196AF, cn=Kevin
Nolan, c=US
Date: 2023.03.22 13:45:13 -05'00'

1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.



Weather King®
PORTABLE BUILDINGS

| PROJECT NO: | | SHEET NUMBER |
|---|---|---|
| DATE: | 09-28-2021 | |
| DRAWN BY: | KLN | S-0.2-LB |
| CHECKED BY: | KLN | |
| REVISION: | | SCALE: NONE |



Approved by Phillip E Robbins
Florida PE-49070

Plan No.:RPER210076 Date:03/27/2023

NDI
"APPROVED"
DOCUMENT

32'-0" MAX LENGTH (11'-2" WIDE)
30'-0" MAX LENGTH (10'-0" WIDE)
20'-0" MAX LENGTH (8'-0" WIDE)

1'-0" MAX (TYP)

11'-2" MAX WIDTH

± 5'-4"

OUTSIDE 4x6 TRTD SKID
(REQ'D FOR 11'-2" WIDE
BUILDINGS ONLY)

INSIDE 4x6 TRTD SKID

OUTSIDE 4x6 TRTD SKID
(REQ'D FOR 11'-2" WIDE
BUILDINGS ONLY)

TREATED RIM JOIST
(TYP)

CONT. 2x4 TREATED FLOOR JOISTS @ 16" O.C. MAX. (8' WIDE)
CONT. 2x6 TREATED FLOOR JOISTS @ 16" O.C. MAX (10' & 11'-2" WIDE)
(SPLICED JOISTS ARE NOT PERMITTED)

TYPICAL FLOOR FRAMING PLAN

KEVIN L. NOLAN
LICENSE
No.77209
STATE OF FLORIDA
PROFESSIONAL ENGINEER

Digitally signed by Kevin Nolan
DN:
0.9.2342.19200300.100.1.1=A01410C00
000179D834EF80000196AF, cn=Kevin
Nolan, c=US
Date: 2023.03.22 13:45:32 -05'00'

1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.

# LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020

**Weather King**
PORTABLE BUILDINGS

| PROJECT NO: | |
|---|---|
| DATE: | 09-28-2021 |
| DRAWN BY: | KLN |
| CHECKED BY: | KLN |
| REVISION: | |

SHEET NUMBER

S-1.0-LB

SCALE: NOT TO SCALE



LOFTED BARN CABIN FLOOR FRAMING PLAN (OPTIONAL)

LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020

Approved by Phillip E Robbins
Florida PE-49070
Plan No. RPER210076 Date: 03/27/2023

NDI "APPROVED" DOCUMENT

32'-0" MAX LENGTH (11'-2" WIDE)
30'-0" MAX LENGTH (10'-0" WIDE)

1'-0" MAX (TYP)

4'-0" OR 6'-0" PORCH

2x4 STUD WALL ABOVE

TREATED RIM JOIST (TYP)

OUTSIDE 4x6 TRTD SKID (REQ'D FOR 11'-2" WIDE BUILDINGS ONLY)

INSIDE 4x6 TRTD SKID

OUTSIDE 4x6 TRTD SKID (REQ'D FOR 11'-2" WIDE BUILDINGS ONLY)

10'-0" OR 11'-2"
± 5'-4"

3 S-3.2

SPAN OF TRTD PORCH DECKING

4x6 TRTD POST ABOVE (TYP)

1 S-3.2 TYP

CONT. 2x4 TREATED FLOOR JOISTS @ 16" O.C. MAX. (8' WIDE)
CONT. 2x6 TREATED FLOOR JOISTS @ 16" O.C. MAX (10' & 11'-2" WIDE)
(SPLICED JOISTS ARE NOT PERMITTED)

KEVIN L. NOLAN
LICENSE
No. 77209
STATE OF FLORIDA
PROFESSIONAL ENGINEER

Digitally signed by Kevin Nolan
DN:
0.9.2342.19200300.100.1.1=A01410C0000
0172D834EF80000196AF, cn=Kevin Nolan,
c=US
Date: 2023.03.22 13:45:55 -05'00'

1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.

Weather King®
PORTABLE BUILDINGS

| PROJECT NO: | | SHEET NUMBER |
| --- | --- | --- |
| DATE: | 09-28-2021 | |
| DRAWN BY: | KLN | S-11-LB |
| CHECKED BY: | KLN | |
| REVISION: | | SCALE: NOT TO SCALE |



SIDE LOFTED BARN CABIN FLOOR FRAMING PLAN (OPTIONAL)

LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020

Weather King®
PORTABLE BUILDINGS

| PROJECT NO: | |
|---|---|
| DATE: | 09-28-2021 |
| DRAWN BY: | KLN |
| CHECKED BY: | KLN |
| REVISION: | |

SHEET NUMBER

S-1.2-LB

SCALE: NOT TO SCALE

Digitally signed by Kevin Nolan
DN:
0.9.2342.19200300.100.1.1=A01410C000
00179D834EF80000196AF, cn=Kevin
Nolan, c=US
Date:2023.03.22 13:46:31 -05'00'

1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.

KEVIN L. NOLAN
LICENSE
No.77209
STATE
OF
FLORIDA
PROFESSIONAL ENGINEER



Approved by Phillip E Robbins
Florida PE-49070

Plan No. RPER210076 Date: 03/27/2023

NDI
"APPROVED"
DOCUMENT

32'-0" MAX LENGTH

1'-0" MAX (TYP)

4'-0"

2x4 STUD WALL ABOVE (TYP)

3
S-3.2

11'-2"

± 5'-4"

SPAN OF TRTD PORCH DECKING

4x6 TRTD POST ABOVE (TYP)

1
S-3.2

2
S-3.2

12'-0"

OUTSIDE 4x6 TRTD SKID

INSIDE 4x6 TRTD SKID

OUTSIDE 4x6 TRTD SKID

TREATED RIM JOIST (TYP)

CONT. 2x6 TREATED FLOOR JOISTS @ 16" O.C. MAX. (SPLICED JOISTS ARE NOT PERMITTED)

**DELUXE LOFTED BARN CABIN FLOOR FRAMING PLAN (OPTIONAL)**

# LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020



KEVIN L. NOLAN
LICENSE
No.77209
STATE OF FLORIDA
PROFESSIONAL ENGINEER

Digitally signed by Kevin Nolan
DN:
0.9.2342.19200300.100.1.1=A01410C0000
0179D834EF80000196AF, cn=Kevin Nolan,
c=US
Date: 2023.03.22 13:47:01 -05'00'

1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.



| PROJECT NO: | | SHEET NUMBER |
|---|---|---|
| DATE: | 09-28-2021 | |
| DRAWN BY: | KLN | **S-1.3-LB** |
| CHECKED BY: | KLN | |
| REVISION: | | SCALE: NOT TO SCALE |



CENTER PORCH CABIN FLOOR FRAMING PLAN (OPTIONAL)

# LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020



Approved by Phillip E Robbins
Florida PE-49070

*Phillip E. Robbins*

Plan No. RPER210076 Date: 03/27/2023

NDI
"APPROVED"
DOCUMENT

32'-0" MAX LENGTH

1'-0" MAX (TYP)

11'-2"

± 5'-4"

OUTSIDE 4x6 TRTD SKID

INSIDE 4x6 TRTD SKID

OUTSIDE 4x6 TRTD SKID

TREATED RIM JOIST (TYP)

CONT. 2x6 TREATED FLOOR JOISTS @ 12" O.C.
(SPLICED JOISTS ARE NOT PERMITTED)

LOFTED BARN w/ ROLL-UP DOOR FLOOR FRAMING PLAN (OPTIONAL)



# LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020

Digitally signed by Kevin Nolan
DN:
0.9.2342.19200300.100.1.1=A01410C0000
0179DB34EF80000196AF, cn=Kevin Nolan,
c=US
Date: 2023.03.22 13:48:25 -05'00'

| | |
|---|---|
| PROJECT NO: | |
| DATE: | 09-28-2021 |
| DRAWN BY: | KLN |
| CHECKED BY: | KLN |
| REVISION: | 03-22-2023 |

**Weather King**
PORTABLE BUILDINGS

SHEET NUMBER

**S-1.5-LB**

SCALE: NOT TO SCALE

1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.



ROOF FRAMING PLAN

ROOF SHEATHING DIAGRAM

LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020



**8' WIDE** building section:
- REFER TO NOTE 10 ON SHEET S-0 FOR ROOF SHEATHING
- ROOF TRUSS. REFER TO SHEETS S-2.4 AND S-2.5
- ASTM D3161 CLASS F OR ASTM D7158 CLASS H ASPHALT SHINGLES OR 29-GAGE METAL ROOFING
- 7/16" OSB OR 1/2" PLYWOOD DECKING @ LOFT AREAS
- PROVIDE CONT. METAL DRIP EDGE AT EAVES AND GABLE ENDS. REF. DETAIL 3/S-3.0 (TYP)
- 2x4 STUDS @ 16" O.C. PROVIDE DOUBLE STUDS AT WALL SIDING VERTICAL SEAMS
- 2x4 LOFT JOIST @ 24" O.C.
- 5/8" T1-11 SIDING, 3/8" LP SMARTSIDE PRECISION SERIES 190 SIDING, OR 29 GA METAL SIDING (REF NOTES)
- DOUBLE TOP PLATE
- 3/4" TREATED PLYWOOD OR PERFORMAX 500 FLOOR DECKING.
- (2) 4x6 TRTD SKID
- 2x4 TRTD FLOOR JOISTS @ 16" O.C. MAX
- ± 5'-4"
- 8'-0"

**10' WIDE** building section:
- REFER TO NOTE 10 ON SHEET S-0 FOR ROOF SHEATHING
- ROOF TRUSS. REFER TO SHEETS S-2.4 AND S-2.5
- ASTM D3161 CLASS F OR ASTM D7158 CLASS H ASPHALT SHINGLES OR 29-GAGE METAL ROOFING
- 7/16" OSB OR 1/2" PLYWOOD DECKING @ LOFT AREAS
- PROVIDE CONT. METAL DRIP EDGE AT EAVES AND GABLE ENDS. REF. DETAIL 3/S-3.0 (TYP)
- 2x4 STUDS @ 16" O.C. PROVIDE DOUBLE STUDS AT WALL SIDING VERTICAL SEAMS
- 2x6 LOFT JOIST @ 24" O.C.
- 5/8" T1-11 SIDING, 3/8" LP SMARTSIDE PRECISION SERIES 190 SIDING, OR 29 GA METAL SIDING (REF NOTES)
- DOUBLE TOP PLATE
- 3/4" TREATED PLYWOOD OR PERFORMAX 500 FLOOR DECKING.
- (2) 4x6 TRTD SKID
- 2x6 TRTD FLOOR JOISTS @ 16" O.C. MAX
- ± 5'-4"
- 10'-0"

NOTES FOR METAL WALL/ROOF PANELS:
1) METAL WALL PANELS WITH THE RIBS RUNNING HORIZONTALLY SHALL BE ATTACHED TO WALL SHEATHING PER DETAIL 4 ON SHEET S-3.3 AND DETAIL 1 ON SHEET S-3.4.
2) METAL WALL PANELS WITH THE RIBS RUNNING VERTICALLY SHALL BE ATTACHED TO 2x4 GIRTS IN ACCORDANCE WITH DETAILS 2 AND 3 ON SHEET S-3.3.
3) METAL PANELS ATTACHED DIRECTLY TO WOOD FRAMING SHALL BE ATTACHED IN ACCORDANCE WITH DETAIL 3 ON SHEET S-3.3
4) METAL PANELS ATTACHED TO DECKING SHALL BE ATTACHED IN ACCORDANCE WITH DETAIL 4 ON SHEET S-3.3

NOTE: REFER TO FASTENING SCHEDULE ON SHEETS S-0.1 & S-0.2 FOR MEMBER ATTACHMENTS UNLESS NOTED OTHERWISE.

BUILDING SECTIONS

Approved by Phillip E Robbins
Florida PE-49070
Plan No. [ ]RPER210076 Date: 03/27/2023
NOI "APPROVED" DOCUMENT

KEVIN L. NOLAN
LICENSE
No.77209
STATE OF FLORIDA
PROFESSIONAL ENGINEER

Digitally signed by Kevin Nolan
DN:
0.9.2342.19200300.100.1.1=A01410
C00000179D834EF80000196AF,
cn=Kevin Nolan, c=US
Date: 2023.03.22 13:49:58 -05'00'

1. This item has been electronically signed and sealed by Kevin L. Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.

# LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020


Weather King
PORTABLE BUILDINGS

| PROJECT NO: | | SHEET NUMBER |
|---|---|---|
| DATE: | 09-28-2021 | |
| DRAWN BY: | KLN | **S-2.0-LB** |
| CHECKED BY: | KLN | |
| REVISION: | | SCALE: 1/4" = 1'-0" |



REFER TO NOTE 10 ON
SHEET S-0 FOR ROOF SHEATHING

ROOF TRUSS. REFER TO
SHEETS S-2.4 AND S-2.5

ASTM D3161 CLASS F OR
ASTM D7158 CLASS H
ASPHALT SHINGLES OR
29-GAGE METAL ROOFING

7/16" OSB OR 1/2" PLYWOOD
DECKING @ LOFT AREAS

PROVIDE CONT. METAL
DRIP EDGE AT EAVES
AND GABLE ENDS.
REF. DETAIL 3/S-3.0 (TYP)

2x4 STUDS @ 16" O.C.
PROVIDE DOUBLE
STUDS AT WALL SIDING
VERTICAL SEAMS

2x6 LOFT JOIST
@ 24" O.C.

5/8" T1-11 SIDING,
3/8" LP SMARTSIDE
PRECISION SERIES
190 SIDING, OR
29 GA METAL SIDING
(REF NOTES)

DOUBLE
TOP PLATE

5/8" TREATED PLYWOOD OR
PERFORMAX 500 FLOOR
DECKING.

(4) 4x6 TRTD SKID

± 5'-4"

11'-2"

2x6 TRTD FLOOR
JOISTS @ 16" O.C. MAX

11'-2" WIDE

**NOTES FOR METAL WALL/ROOF PANELS:**
1) METAL WALL PANELS WITH THE RIBS RUNNING HORIZONTALLY
   SHALL BE ATTACHED TO WALL SHEATHING PER DETAIL 4 ON
   SHEET S-3.3 AND DETAIL 1 ON SHEET S-3.4.
2) METAL WALL PANELS WITH THE RIBS RUNNING VERTICALLY
   SHALL BE ATTACHED TO 2x4 GIRTS IN ACCORDANCE WITH
   DETAILS 2 AND 3 ON SHEET S-3.3.
3) METAL PANELS ATTACHED DIRECTLY TO WOOD FRAMING
   SHALL BE ATTACHED IN ACCORDANCE WITH DETAIL 3 ON SHEET S-3.3
4) METAL PANELS ATTACHED TO DECKING SHALL BE ATTACHED
   IN ACCORDANCE WITH DETAIL 4 ON SHEET S-3.3

Approved by Phillip E Robbins
Florida PE-49070

Phillip E Robbins

Plan No. 1RPER210076 Date: 03/27/2023

NDI
"APPROVED"
DOCUMENT

NOTE: REFER TO FASTENING SCHEDULE ON SHEETS S-0.1 & S-0.2
FOR MEMBER ATTACHMENTS UNLESS NOTED OTHERWISE.

BUILDING SECTION

# LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020



KEVIN L. NOLAN
LICENSE
No.77209
STATE OF FLORIDA
PROFESSIONAL ENGINEER

K Nolan

Digitally signed by Kevin Nolan
DN:
0.9.2342.19200300.100.1.1=A01410C0
0000179D834EF80000196AF,
cn=Kevin Nolan, c=US
Date: 2023.03.22 13:50:28 -05'00'


Weather King®
PORTABLE BUILDINGS

| PROJECT NO: | | SHEET NUMBER |
|---|---|---|
| DATE: | 09-28-2021 | |
| DRAWN BY: | KLN | **S-2.1-LB** |
| CHECKED BY: | KLN | |
| REVISION: | | SCALE: 1/4" = 1'-0" |

1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.



8' WIDE FRONT ENDWALL

10'-0" WIDE FRONT ENDWALL

8' WIDE REAR ENDWALL

10'-0" WIDE REAR ENDWALL

NDI "APPROVED" DOCUMENT

NOTE: METAL STRAP BRACING IS NOT REQUIRED FOR WALLS
SHEATHED WITH WOOD SIDING, PLYWOOD, OR OSB

Approved by Phillip E Robbins
Florida PE-49070
Plan No. IRPER210076 Date: 03/27/2023

LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020

KEVIN L. NOLAN
LICENSE
No.77209
STATE OF FLORIDA
PROFESSIONAL ENGINEER

Digitally signed by Kevin Nolan
DN:
0.9.2342.19200300.100.1.1=A01410C000001
79D834EF80000196AF, cn=Kevin Nolan,
c=US
Date: 2023.03.22 13:51:05 -05'00'

1. This item has been electronically signed and sealed by Kevin L. Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.

Weather King
PORTABLE BUILDINGS

| PROJECT NO: | | SHEET NUMBER |
| DATE: | 09-28-2021 | |
| DRAWN BY: | KLN | S-22-LB |
| CHECKED BY: | KLN | |
| REVISION: | | SCALE: NOT TO SCALE |



REFER TO DETAIL 5 ON SHEET S3.1 FOR STRAP ATTACHMENT. (TYP)

ROOF TRUSS

2x4 STUDS @ 16" O.C.

DOUBLE TOP PLATE

1¼" - 16 GA METAL BRACING STRAP (SEE NOTE, TYP)

6'-0" OPENING

LAP THE TOP PLATE FROM THE SIDE WALL OVER THE END WALL PLATE AT EACH CORNER.

REFER TO DETAIL 4 ON SHEET S3.1 FOR STRAP ATTACHMENT. (TYP)

ATTACH STRAP TO EACH STUD W/ (2) 8d NAILS MIN. (TYP)

**11'-2" WIDE FRONT ENDWALL**

ATTACH EACH JAMB STUD TO ROOF TRUSS w/ (3) 3" x 0.131" RING SHANK NAILS

ROOF TRUSS

LAP THE TOP PLATE FROM THE SIDE WALL OVER THE END WALL PLATE AT EACH CORNER.

2x4 FLAT w/ 2x4 ON EDGE OVER THE DOOR. REF DETAIL 6/S-3.0

2x4 KNEE BRACE EACH SIDE OF DOOR

(2) 2x4 FULL HEIGHT STUDS EACH SIDE OF DOOR. NOTCH THE STUDS AT THE ROOF TRUSS.

9'-0" OPENING

**11'-2" WIDE FRONT ENDWALL W/ ROLL-UP DOOR (OPTIONAL)**

NDI "APPROVED" DOCUMENT

REFER TO DETAIL 5 ON SHEET S3.1 FOR STRAP ATTACHMENT. (TYP)

2x4 STUDS @ 16" O.C.

ROOF TRUSS

DOUBLE TOP PLATE

1¼" - 16 GA METAL BRACING STRAP (SEE NOTE, TYP)

LAP THE TOP PLATE FROM THE SIDE WALL OVER THE END WALL PLATE AT EACH CORNER.

REFER TO DETAIL 4 ON SHEET S3.1 FOR STRAP ATTACHMENT. (TYP)

ATTACH STRAP TO EACH STUD W/ (2) 8d NAILS MIN. (TYP)

**11'-2" WIDE REAR ENDWALL**

NOTE: METAL STRAP BRACING IS NOT REQUIRED FOR WALLS SHEATHED WITH WOOD SIDING, PLYWOOD,OR OSB

Approved by Phillip E Robbins
Florida PE-49070

*Phillip E Robbins*

Plan No. RPER210076 Date: 03/27/2023

NOTES FOR ROLL-UP DOOR OPTION:

1. FOR BUILDINGS SHEATHED WITH T1-11 OR LP SIDING, PROVIDE FULL HEIGHT ⅞" OSB OR PLYWOOD WALL SHEATHING ON THE INTERIOR FACE OF THE WALL. ATTACH THE SHEATHING TO THE WALL FRAMING WITH 2⅜" x 0.113" RING SHANK NAILS SPACED AT 3" MAX.

2. FOR BUILDINGS SHEATHED WITH METAL SIDING, PROVIDE ⅞" OSB OR PLYWOOD WALL SHEATHING ON THE INTERIOR FACE PLUS THE EXTERIOR FACE OF THE WALL. THE EXTERIOR METAL SIDING SHALL BE ATTACHED TO SHEATHING PER DETAIL 1 ON SHEET S-3.3. ATTACH THE SHEATHING TO THE WALL FRAMING WITH 2⅜" x 0.113" RING SHANK NAILS SPACED AT 3" MAX.

# LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020

KEVIN L NOLAN
LICENSE
No. 77209
STATE OF FLORIDA
PROFESSIONAL ENGINEER

*K Nolan*

Digitally signed by Kevin Nolan
DN:
0.9.2342.19200300.100.1.1=A01410C00
000179D834EF80000196AF, cn=Kevin
Nolan, c=US
Date: 2023.03.22 13:52:40 -05'00'

1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature can be verified on any electronic copy.



**Weather King**
**PORTABLE BUILDINGS**

| PROJECT NO: | | SHEET NUMBER |
|---|---|---|
| DATE: 09-28-2021 | | |
| DRAWN BY: KLN | | **S-2.3-LB** |
| CHECKED BY: KLN | | |
| REVISION: | | SCALE: NOT TO SCALE |

GENERAL NOTES:

1. REFER TO SHEET S-0 FOR DESIGN LOADS.

2. MAXIMUM TRUSS SPACING = 24" O.C. UNLESS NOTED OTHERWISE.

3. TRUSS TOP CHORD SHALL BE BRACED W/ STRUCTURAL WOOD SHEATHING ATTACHED DIRECTLY TO TRUSS MEMBERS.

4. ALL TRUSS MEMBERS ARE TO BE SPF #2 OR BETTER.

5. TRUSS PLATES ARE TO BE A MINIMUM OF 20 GAGE (MT20) HYDRAULICALLY PRESSED IN PLACE EACH SIDE OF TRUSS.

6. REACTIONS DUE TO WIND ARE BASED ON MWFRS END ZONE PRESSURES. INDIVIDUAL MEMBERS DESIGNED FOR COMPONENTS AND CLADDING WIND PRESSURE.

7. DEFLECTION MEETS L/240 LIVE LOAD AND L/180 TOTAL LOAD.

8. LOAD DURATION ADJUSTMENT FACTORS:
   ROOF LIVE: 1.25
   WIND:  1.60

9. REPETITIVE MEMBER INCREASE: 1.15

10. HORIZONTAL THRUST IS TO BE RESISTED BY LOFT JOISTS. REFER TO SHEETS S-2.0, S-2.1, AND S-3.0 FOR LOFT JOIST SIZE, AND ATTACHMENT INFORMATION.



MAX REACTIONS
HORIZ: 108 LBS.
NET UPLIFT: -175 LBS.
GRAVITY: 269 LBS.

8' WIDE  LOFTED BARN TRUSS

NDI "APPROVED" DOCUMENT

MAX REACTIONS
HORIZ: 121 LBS.
NET UPLIFT: -227 LBS.
GRAVITY: 333 LBS.

10' WIDE  LOFTED BARN TRUSS

Approved by Phillip E Robbins
, Florida PE-49070
*Phillip E. Robbins*
Plan No.: RPER210076  Date: 03/27/2023



MAX REACTIONS
HORIZ: 108 LBS.
NET UPLIFT: -179 LBS.
GRAVITY: 250 LBS.

8' WIDE  LOFTED BARN TRUSS (OPTIONAL)



MAX REACTIONS
HORIZ: 121 LBS.
NET UPLIFT: -231 LBS.
GRAVITY: 314 LBS.

10' WIDE  LOFTED BARN TRUSS (OPTIONAL)

# LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020



KEVIN L. NOLAN
LICENSE
No.77209
STATE OF FLORIDA
PROFESSIONAL ENGINEER

*K Nolan*

Digitally signed by Kevin Nolan
DN:
0.9.2342.19200300.100.1.1=A01410C000
00179D834EF80000196AF, cn=Kevin
Nolan, c=US
Date: 2023.03.22 13:53:18 -05'00'

1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.



Weather King®
PORTABLE BUILDINGS

| PROJECT NO: | | SHEET NUMBER |
|---|---|---|
| DATE: | 09-28-2021 | |
| DRAWN BY: | KLN | **S-2.4-LB** |
| CHECKED BY: | KLN | |
| REVISION: | | SCALE: 1/4" = 1'-0" |



2x4 TRUSS MEMBER (TYP)
2x4 TRUSS PLATE (TYP)
4'-6½"
20°
4'-3⅛"
3'-7¼"
60°
SEE NOTE 10
11'-2"

**MAX REACTIONS**
HORIZ: 125 LBS.
NET UPLIFT: -258 LBS.
GRAVITY: 370 LBS.

**11'-2" WIDE  LOFTED BARN TRUSS**



Approved by Phillip E Robbins
Florida PE-49070
Plan No.: RPER210076  Date: 03/27/2023

NDI
"APPROVED"
DOCUMENT



2x4 TRUSS MEMBER (TYP)
2x4 TRUSS PLATE (TYP)
4'-6½"
20°
4'-9½"
3'-7¼"
60°
SEE NOTE 10
1'-5" MAX
11'-2"

**MAX REACTIONS**
HORIZ: 125 LBS.
NET UPLIFT: -262 LBS.
GRAVITY: 351 LBS.

**11'-2" WIDE  LOFTED BARN TRUSS (OPTIONAL)**

# LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020

KEVIN L. NOLAN
LICENSE
No.77209
★ STATE ★
OF
FLORIDA
PROFESSIONAL ENGINEER

Digitally signed by Kevin L Nolan
DN:
09.2342.19200300.100.1.1=A01410C
000001790B34EF80000196AF,
cn=Kevin Nolan, c=US
Date: 2023.03.22 13:53:54 -05'00'

1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.



| PROJECT NO: | | SHEET NUMBER |
|---|---|---|
| DATE: | 09-28-2021 | |
| DRAWN BY: | KLN | **S-2.5-LB** |
| CHECKED BY: | KLN | |
| REVISION: | | SCALE: 1/4" = 1'-0" |



**1-TYPICAL DETAIL**

ATTACH SIDING TO WALL FRAMING W/ 2⅜" x 0.113" RING SHANK NAILS @ 6" O.C. IN FIELD & ALONG EDGES. (SPACE NAILS AT 3" O.C. ALONG PANEL EDGES AT ENDWALLS)

(3) 3" NAILS THROUGH BOTTOM PLATE INTO EACH STUD

(3) 3" NAILS

**2-FLOOR JST TO SKID DETAIL**

CONT. 2x TREATED RIM BOARD W/ 3" NAILS @ 6" INTO BRIDGING & (3) 3" NAILS TOENAILED INTO SKID

FLOOR JOIST

(4) 3" x 0.131" RING SHANK TOE NAILS INTO SKID

CONT. 2x4 TRTD BRIDGING W/ (5) 3" NAILS IN EACH SKID

1" MAX NOTCH IN SKID

SKID

Approved by Phillip E Robbins
Florida PE-49070
Plan No. RPER210076  Date: 03/27/2023

NDI "APPROVED" DOCUMENT

**3-LOFT EAVE DETAIL**

ATTACH LOFT JOIST TO TRUSS w/ (5) 10d NAILS MIN

METAL DRIP EDGE. ATTACH TO ROOF w/ 1"x¾" STAPLES @ 12" O.C.

⁷⁄₁₆" OSB OR ½" PLYWOOD DECKING

LOFT JOIST

SIMPSON MTS16 STRAP w/ (7) 10d x 1½" NAILS (MIN) IN EACH END OF THE STRAP AT EACH TRUSS. WRAP AROUND AND NAIL TO WALL TOP PLATE WHEN TRUSS DOES NOT LINE UP WITH A WALL STUD BELOW. REF DETAIL 4/S-3.0 FOR AN ALTERNATE HOLD DOWN OPTION IN LIEU OF THE METAL STRAP.

TOE NAIL TRUSS/JOIST TO TOP PLATE W/ (4) 10d NAILS MIN

DOUBLE TOP PLATE

**4-ALTERNATE TRUSS HOLD DOWN DETAIL**

ROOF TRUSS

LOFT JOIST

IN LIEU OF MTS16 STRAP, PROVIDE A SIMPSON 0.152 x 6" SDWC TRUSS SCREW (SDWC15600) OR EQUIVALENT AT EACH ROOF TRUSS.

NOTE: REFER TO 3/S3.0 FOR INFO NOT SHOWN.

**5-TYP WINDOW FRAMING**

DETAIL @ ENDWALL

NOTE: ALL MEMBERS ARE 2x4

(1) 2x4, FLAT

(3) 3" NAILS (TYP)

38" MAX

DETAIL @ SIDEWALL

DOUBLE TOP PLATE

NOTE: ALL MEMBERS ARE 2x4, UNO

38" MAX

STUD

**6-DOOR HEADER SCHEDULE**

2x4 (TYP) 3" NAILS @ 8" O.C.

ENDWALL HEADER FOR OPENINGS UP TO 6'-0". SIDEWALL HEADER FOR OPENINGS UP TO 4'-0".

(2) 2x4 w/ ⁷⁄₁₆" OSB FLITCH PLATE

SIDEWALL HEADER FOR OPENINGS UP TO 6'-0".

(2) 2x6 w/ ⁷⁄₁₆" OSB FLITCH PLATE

SIDEWALL HEADER FOR OPENINGS UP TO 8'-0"

NOTES:
1. PROVIDE 2x4 JACK STUD UNDER EACH END OF LOAD BEARING HEADERS. NAIL TO ADJACENT STUD PER FASTENING SCHEDULE.  NOT REQUIRED AT END WALL OPENINGS.

# LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020

KEVIN L. NOLAN
LICENSE
No.77209
STATE
OF
FLORIDA
PROFESSIONAL ENGINEER

NOTE:  REFER TO FASTENING SCHEDULE ON SHEETS S-0.1 AND S-0.2 FOR ATTACHMENT INFORMATION NOT NOTED ON THIS SHEET.

Digitally signed by Kevin Nolan
DN: 0.9.2342.19200300.100.1.1=A01410C0000017
9D834EF80000190AF, cn=Kevin Nolan, c=US
Date: 2023.03.22 13:54:36 -05'00'

1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.

**Weather King®** PORTABLE BUILDINGS

| PROJECT NO: | | SHEET NUMBER |
| --- | --- | --- |
| DATE:    09-28-2021 | | **S-3.0-LB** |
| DRAWN BY:    KLN | | |
| CHECKED BY:    KLN | | |
| REVISION: | | SCALE: 1"=1'-0 |



1- WALL TOP PLATE SPLICE DETAIL

2- SKID SPLICE DETAIL

3- PORCH EAVE DETAIL

4-STRAP ATTACHMENT
SCALE = 1½" = 1'-0"

5-STRAP ATTACHMENT
SCALE = 1½" = 1'-0"

6-TYPICAL CORNER DETAIL

NOTE: REFER TO 3/S3.0 FOR INFO NOT SHOWN.

# LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020

NOTE: REFER TO FASTENING SCHEDULE ON SHEETS S-0.1 AND S-0.2 FOR ATTACHMENT INFORMATION NOT NOTED ON THIS SHEET.

Weather King®
PORTABLE BUILDINGS

| PROJECT NO: | | SHEET NUMBER |
| --- | --- | --- |
| DATE: | 09-28-2021 | |
| DRAWN BY: | KLN | S-3.1-LB |
| CHECKED BY: | KLN | |
| REVISION: | | SCALE: 1"=1'-0 |

1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.



REF DETAILS 3/S-3.1 & 4/S-3.0 FOR ROOF TRUSS HOLD-DOWN INFORMATION NOT SHOWN FOR CLARITY (TYP)

REF DETAILS 3 & 4/S-3.0 FOR ROOF TRUSS HOLD-DOWN INFORMATION NOT SHOWN FOR CLARITY (TYP)

Approved by Phillip E Robbins
Florida PE-49070
Plan No. RPER210076 Date: 03/27/2023

(2) ⁵⁄₁₆" x 6" LAG SCREWS THROUGH TOP PLATES INTO 4x6 P.T. POST

⅝" P.T. PLYWOOD CEILING AT PORCH ONLY.

4x6 P.T. POST

P.T. 1x PORCH BOARDS w/ (2) 3" NAILS INTO EACH FLOOR JOIST

CONT. 2x P.T. RIM JOIST

(6) 3" x 0.131" RING SHANK NAILS (MIN) FROM END JOIST INTO CORNER POST

4x6 P.T. SKID

**1- CORNER PORCH POST DETAIL**

4x6 P.T. POST

P.T. 1x PORCH BOARDS w/ (2) 3" NAILS INTO EACH FLOOR JOIST

CONT. 2x P.T. RIM JOIST

(9) 3" x 0.131" RING SHANK NAILS (MIN) FROM JOIST INTO POST

4x6 P.T. SKID

NOTE: REFER TO 1/S3.2 FOR INFO NOT SHOWN.

**2- INTERMEDIATE PORCH POST DETAIL**

ROOF TRUSS (TYP)

LOFT JOIST (TYP)

(2) ⁵⁄₁₆" x 6" LAG SCREWS THROUGH TOP PLATES INTO 4x6 P.T. POST

4x6 P.T. POST

7'-8" TALL END WALL

DOUBLE TOP PLATE EXTENDED TO PORCH POST

P.T. 1x PORCH BOARDS w/ (2) 3" NAILS INTO EACH FLOOR JOIST

BOTTOM PLATE (TYP)

REF DETAILS 1 & 2/S3.2 FOR POST BASE ATTACHMENT

4x6 P.T. SKID

FLOOR JOIST (TYP)

PORCH VARIES (SEE PLAN)

NOTE: REFER TO DETAILS 1/S3.2 AND 2/S3.2 FOR INFO NOT SHOWN.

**3- OPTIONAL PORCH SECTION**

NOT TO SCALE

NDI "APPROVED" DOCUMENT

# LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020

NOTE: REFER TO FASTENING SCHEDULE ON SHEETS S-0.1 AND S-0.2 FOR ATTACHMENT INFORMATION NOT NOTED ON THIS SHEET.

KEVIN L. NOLAN
LICENSE
No.77209
STATE OF FLORIDA
PROFESSIONAL ENGINEER

Digitally signed by Kevin Nolan
DN:
0.9.2342.19200300.100.1.1=A01410C0000179
D034EF00000196AF, cn=Kevin Nolan, c=US
Date: 2023.03.22 13:56:13 -05'00'

1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.

**Weather King**
PORTABLE BUILDINGS

| PROJECT NO: | | SHEET NUMBER |
|---|---|---|
| DATE: | 09-28-2021 | |
| DRAWN BY: | KLN | **S-3.2-LB** |
| CHECKED BY: | KLN | |
| REVISION: | | SCALE: 1"=1'-0 |



Approved by Phillip E Robbins
Florida PE-49070
Plan No. RPER210076 Date: 03/27/2023

**1-TYPICAL END WALL DETAIL**

ROOF TRUSS

ROOF DECKING

2x4 STUDS (FLAT) @ 16" O.C. TOENAIL TO TRUSS T.C. w/ (2) 3" NAILS

LOFT DECKING

CONTINUOUS ALUMINUM Z-BAR FLASHING AT HORIZONTAL SIDING JOINT. ATTACH TO FRAMING w/ 1"x¾" STAPLES @ 12" O.C.

LOFT JOIST

DOUBLE TOP PLATE

2x4 STUDS @ 16" O.C.

SIDING (TYP)

**2-TYPICAL VERT METAL SIDING DETAIL**

REFER TO DETAIL 4/S-3.3 FOR ATTACHMENT OF METAL ROOFING TO THE ROOF DECK

2x10 TOP PLATE (2x4 BOT PLATE)

LOFT JOIST

29 GA. METAL SIDING. ATTACH TO GIRTS PER DETAIL 3/S.3.3

SIMPSON MTS16 STRAP w/ (7) 10d x 1½" NAILS (MIN) IN EACH END OF THE STRAP AT EACH TRUSS. WRAP AROUND AND NAIL TO WALL TOP PLATE WHEN TRUSS DOES NOT LINE UP WITH A WALL STUD BELOW. REF DETAIL 4/S-3.0 FOR AN ALTERNATE HOLD DOWN OPTION IN LIEU OF THE METAL STRAP.

2x4 WALL GIRT. ATTACH TO EACH STUD w/ (3) 3" x 0.131" RING SHANK NAILS (TYP)

CLEAR SPAN BETWEEN GIRTS = 30" MAX

2x4 STUDS @ 16" O.C.

NOTE: REFER TO DETAILS 1/S3.0 AND 3/S3.0 FOR INFO NOT SHOWN.

**4-METAL PANEL FASTENING TO SHEATHING**

29 GA METAL PANEL

#10-15 x 1½" WOOD SCREW w/ WASHER @ 9" O.C. (ONE SIDE OF EVERY MAJOR RIB) SPACE SCREWS AT 16" O.C. MAX ALONG PANEL LENGTH.

9"

ROOF DECKING

2x FRAMING SPACED AT 24" O.C. MAX

29 GA METAL PANEL

¼"-14 SELF DRILLING SCREW w/ WASHER SPACED @ 24" O.C. ALONG EA SIDELAP

#10-14 x 1½" WOOD SCREW w/ WASHER @ 3.5"-5.5"-3.5" O.C. (EACH SIDE OF EVERY MAJOR RIB)

3½"   5½"   3½"

2x FRAMING

**FASTENING PATTERN AT PANEL ENDLAP**

29 GA METAL PANEL

¼"-14 SELF DRILLING SCREW w/ WASHER SPACED @ 24" O.C. ALONG EA SIDELAP

#10-14 x 1½" WOOD SCREW w/ WASHER @ 9" O.C. (ONE SIDE OF EVERY MAJOR RIB)

9" TYP

2x FRAMING

**FASTENING PATTERN AT INTERIOR PANEL SUPPORT**

**3-METAL PANEL FASTENING TO WOOD FRAMING**

SCALE = 1½" = 1'-0"

NDI "APPROVED" DOCUMENT

# LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020

NOTE: REFER TO FASTENING SCHEDULE ON SHEETS S-0.1 AND S-0.2 FOR ATTACHMENT INFORMATION NOT NOTED ON THIS SHEET.

Digitally signed by Kevin Nolan
DN: 0.9.2342.19200300.100.1.1=A01410C00000179
D834EF00000106AF, cn=Kevin Nolan, c=US
Date: 2023.03.22 13:57:06 -05'00'

1. This item has been electronically signed and sealed by Kevin L. Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.

KEVIN L. NOLAN
LICENSE
No.77209
STATE OF FLORIDA
PROFESSIONAL ENGINEER

**Weather King®**
PORTABLE BUILDINGS

| | |
|---|---|
| PROJECT NO: | |
| DATE: 09-28-2021 | **SHEET NUMBER** |
| DRAWN BY: KLN | **S-3.3-LB** |
| CHECKED BY: KLN | |
| REVISION: | SCALE: 1"=1'-0 |



REFER TO DETAIL 4/S-3.3
FOR ATTACHMENT OF
METAL ROOFING TO
THE ROOF DECK

LOFT JOIST

29 GA. METAL SIDING OVER
$\frac{7}{16}$" OSB OR PLYWOOD
WALL SHEATHING.
REFER TO DETAIL 4/S-3.3
FOR SIDING ATTACHMENT

SIMPSON MTS16 STRAP
w/ (7) 10d x 1½" NAILS (MIN) IN
EACH END OF THE STRAP
AT EACH TRUSS. WRAP AROUND
AND NAIL TO WALL TOP PLATE
WHEN TRUSS DOES NOT LINE
UP WITH A WALL STUD BELOW.
REF DETAIL 4/S-3.0 FOR AN
ALTERNATE HOLD DOWN OPTION
IN LIEU OF THE METAL STRAP.

ATTACH SHEATHING TO
WALL FRAMING
W/ 2⅜" x 0.113" RING
SHANK NAILS @ 6" O.C.
IN FIELD & ALONG
EDGES. (SPACE NAILS
AT 3" O.C. ALONG
PANEL EDGES AT
ENDWALLS)

2x4 STUDS @
16" O.C.

**1-TYPICAL HORIZ METAL SIDING DETAIL**

NOTE: REFER TO DETAILS 1/S3.0 AND 3/S3.0 FOR INFO NOT SHOWN.

Approved by Phillip E Robbins
Florida PE-49070
*Phillip E Robbins*
Plan No. RPER210076 Date: 03/27/2023

NDI
"APPROVED"
DOCUMENT

# LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020

KEVIN L. NOLAN
LICENSE
No. 77209
STATE
OF
FLORIDA
PROFESSIONAL ENGINEER

NOTE:  REFER TO FASTENING SCHEDULE ON SHEETS S-0.1 AND S-0.2 FOR
ATTACHMENT INFORMATION NOT NOTED ON THIS SHEET.

Digitally signed by Kevin Nolan
DN:
0.9.2342.19200300.100.1.1=0314100C00001179
D03AEF20000196AF, cn=Kevin Nolan, c=US
Date: 2023.03.22 13:58:01-05'00'

1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.



Weather King®
PORTABLE BUILDINGS

| PROJECT NO: | | SHEET NUMBER |
|---|---|---|
| DATE: | 09-28-2021 | |
| DRAWN BY: | KLN | **S-3.4-LB** |
| CHECKED BY: | KLN | |
| REVISION: | | SCALE: 1"=1'-0 |



EXTERIOR WOOD SIDING.
REF DETAIL 1/S-3.0 FOR
NAILING REQUIREMENTS

⅝" TRTD
PLYWOOD
TRIM

ROLL-UP DOOR GUIDE.
ATTACH TO WOOD JAMB
w/ ¼" x 1.75" LONG LAG
SCREWS @ 12" O.C. PER
MANUF. SPECS. BOTTOM
SCREW TO BE 6" MAX
ABOVE FINISHED FLOOR.
LOCATE GUIDE FOR LAG
SCREW TO BE CENTERED
ON JAMB STUD CLOSEST
TO DOOR OPENING

1.96"   0.79"

(2) 2x4 SP #2 (OR BETTER)
JAMB STUD. REFER TO
FASTENING SCHEDULE
FOR NAILING REQUIREMENTS

1-ROLL-UP DOOR JAMB DETAIL
(WOOD SIDING)

2x4 WALL GIRT. REFER
TO DETAIL 2/S3.3 FOR
SPACING AND NAILING
REQUIREMENTS

METAL WALL SIDING w/
RIBS RUNNING VERTICALLY.
ATTACH TO WALL GIRT PER
DETAIL 3/S-3.3

⅝" TRTD
PLYWOOD
TRIM

ROLL-UP DOOR GUIDE.
ATTACH TO WOOD JAMB
w/ ¼" x 1.75" LONG LAG
SCREWS @ 12" O.C. PER
MANUF. SPECS. BOTTOM
SCREW TO BE 6" MAX
ABOVE FINISHED FLOOR.
LOCATE GUIDE FOR LAG
SCREW TO BE CENTERED
ON JAMB STUD CLOSEST
TO DOOR OPENING

1.96"   0.79"

(2) 2x4 SP #2 (OR BETTER)
JAMB STUD. REFER TO
FASTENING SCHEDULE
FOR NAILING REQUIREMENTS

Approved by Phillip E Robbins
Florida PE-49070

Phillip E Robbins

Plan No. FRPER21007&Date:03/27/2023

3-ROLL-UP DOOR JAMB DETAIL
(VERT METAL SIDING)

METAL WALL SIDING OVER
⁷⁄₁₆" OSB OR PLYWOOD
WALL SHEATHING.
REF DETAIL 1/S-3.0 FOR
NAILING REQUIREMENTS

⅝" TRTD
PLYWOOD
TRIM

ROLL-UP DOOR GUIDE.
ATTACH TO WOOD JAMB
w/ ¼" x 1.75" LONG LAG
SCREWS @ 12" O.C. PER
MANUF. SPECS. BOTTOM
SCREW TO BE 6" MAX
ABOVE FINISHED FLOOR.
LOCATE GUIDE FOR LAG
SCREW TO BE CENTERED
ON JAMB STUD CLOSEST
TO DOOR OPENING

1.96"   0.79"

(2) 2x4 SP #2 (OR BETTER)
JAMB STUD. REFER TO
FASTENING SCHEDULE
FOR NAILING REQUIREMENTS

2-ROLL-UP DOOR JAMB DETAIL
(HORIZ METAL SIDING)

NDI
"APPROVED"
DOCUMENT

# LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020

KEVIN L. NOLAN
LICENSE
No.77209
STATE
OF
FLORIDA
PROFESSIONAL ENGINEER

NOTE:  REFER TO FASTENING SCHEDULE ON SHEETS S-0.1 AND S-0.2 FOR
ATTACHMENT INFORMATION NOT NOTED ON THIS SHEET.

Digitally signed by Kevin Nolan
DN:
0.9.2342.19200300.100.1.1=A01410C0000017
9D834EFE0000019GAF, cn=Kevin Nolan, c=US
Date: 2023.03.22 13:58:47-05'00'

1. This item has been electronically signed and sealed by Kevin L. Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.

**Weather King®**
PORTABLE BUILDINGS

| PROJECT NO: | | SHEET NUMBER |
|---|---|---|
| DATE: | 09-28-2021 | |
| DRAWN BY: | KLN | S-3.5-LB |
| CHECKED BY: | KLN | |
| REVISION: | | SCALE: 1 1/2"=1'-0 |



DECORATIVE TRIM

FRONT ELEVATION

PROVIDE CONTINUOUS
ALUMINUM Z-BAR FLASHING
AT SIDING HORIZONTAL JOINTS.
ATTACH TO FRAMING w/ 1"x¾"
STAPLES AT 12" O.C. (TYP)

SIDE ELEVATION

DOOR AND WINDOW LOCATIONS
VARY PER CUSTOMER.

Approved by Phillip E Robbins
Florida PE-49070

Plan No.: IRPER210076   Date: 03/27/2023

NDI
"APPROVED"
DOCUMENT

REAR ELEVATION

PROVIDE CONTINUOUS
ALUMINUM Z-BAR FLASHING
AT SIDING HORIZONTAL JOINTS.
ATTACH TO FRAMING w/ 1"x¾"
STAPLES AT 12" O.C. (TYP)

OPTIONAL DOOR OR WINDOW.
LOCATIONS VARY PER CUSTOMER.

NOTE:
WINDOWS, DOORS, AND TRIM SHOWN ARE CONCEPTUAL.  ACTUAL WINDOW, DOOR, AND TRIM
MAY VARY PER CUSTOMER REQUEST.

KEVIN L. NOLAN
LICENSE
No.77209
STATE
OF
FLORIDA
PROFESSIONAL ENGINEER

Digitally signed by Kevin Nolan
DN:
0.9.2342.19200300.100.1.1=A01410C00
000179D834EF60000196AF, cn=Kevin
Nolan, c=US
Date: 2023.03.22 14:00:02 -05'00'

1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.

# LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020

**Weather King®**
PORTABLE BUILDINGS

| PROJECT NO: | | SHEET NUMBER |
| --- | --- | --- |
| DATE: | 09-28-2021 | |
| DRAWN BY: | KLN | S-4-LB |
| CHECKED BY: | KLN | |
| REVISION: | | SCALE: NOT TO SCALE |