# EXHIBIT A



# WEATHER KING PORTABLE BUILDINGS OF FLORIDA
*Serving the State since 2009*

866-977-6440

**CONTACT US**



*Find A*
# DEALER

## Enter Your Location To Find The Nearest Dealer!





## OUR BUILDINGS

BARN

BARN CABIN

CABIN

GARAGE

SHED

UTILITY

866-977-6440

CONTACT US

© 2022, Weather King. All rights reserved | Website Development by **Twin Oaks Technology**