# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

CONSOLIDATED INDUSTRIES, LLC
d/b/a WEATHER KING
PORTABLE BUILDINGS,

    Plaintiff,

v.                                              No. 1:22-cv-01230-STA-jay

MAUPIN, et al.,

    Defendants.

## ORDER GRANTING LEAVE TO FILE REPLY

Before the Court is Plaintiff's Motion for Leave to File a Reply Brief. ECF No. 85. Pursuant to Local Rule 7.2(c), parties must receive Court approval prior to filing reply briefs. LR 7.2(c). The Court finds the Motion well-taken and therefore **GRANTS** Plaintiff's Motion. Plaintiff also seeks leave to exceed the five-page limitation for reply briefs. ECF No. 85. The Court will allow Plaintiff to file a reply brief that is no more than twenty-five pages in length.

IT IS SO ORDERED this the 15th day of June, 2023.

                                                  **s/Jon A. York**
                                                  UNITED STATES MAGISTRATE JUDGE