# EXHIBIT 2

## DECLARATION OF MITCH SYKES

1.     From approximately May 1, 2019, until June 1, 2022, I worked for Weather King and was based out of its Paris, Tennessee headquarters. From June 2022, until April 18, 2023, I worked for American Barn Co. ("American Barn").

2.     About a week before June 1, 2022, Barry Harrell told me that he, Jesse Maupin, and others were in the process of forming American Barn, and he encouraged and convinced me to leave Weather King and join American Barn when they transitioned.

3.     When Mr. Harrell and others resigned from Weather King on or about June 1, 2022, I also resigned from Weather King.

4.     After joining American Barn, I heard Mr. Harrell and Stephanie Gillespie talking about how they and others with American Barn had been lining up Weather King dealers, employees, builders, and drivers during the time that they were still employed by Weather King.

5.     To my knowledge, as of the time I worked at Weather King, Weather King employees owned their own cell phones. Thus, I (and others) owned our own cell phones that we used for business purposes and were on our own cell phone plan, but Weather King reimbursed me and certain others who frequently used their cell phones for company business $100 each month.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

_Mitch Sykes_
Mitch Sykes

Date:  June _16_, 2023