# EXHIBIT 4

## DECLARATION OF ANDREW RAPOLEVICH

1. My name is Andrew Rapolevich, and I am over the age of 18 and I am of sound mind. I state the following facts based on my personal knowledge.

2. I am a Digital Forensic Investigator with Frontline Managed Services in Brentwood, Tennessee.

3. Frontline was hired to conduct digital forensic investigative work for Consolidated Industries LLC regarding the departures of several employees.

4. Frontline took possession, directly from Consolidated Industries, of several computer workstations, including hard drives.

5. We were asked to locate the native files attached to several emails, including four emails from Jesse Maupin containing image file attachments. We were tasked with locating the following image files within emails:

   - IMG_2011.jpg
   - IMG_2723.jpg
   - IMG_2725.jpg
   - IMG_2726.jpg
   - IMG_2727.jpg
   - IMG_2728.jpg

6. Using Magnet AXIOM version 7.0.0.35443, I was able to locate each of the specified files within Jesse Maupin's mailbox (jmaupin@consolidatedbuildings.com). Each of these files were contained as attachments in emails sent from jmaupin@consolidatedbuildings.com to the same email address in January and March of 2022.

7. Using Exiftool version 12.62, I was able to extract metadata from the native image files. The metadata shows that each of those image files were created with an Apple iPhone X.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

_____
Andrew Rapolevich

Date:   June 16, 2023