IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC ) <br> d/b/a WEATHER KING PORTABLE ) <br> BUILDINGS, ) <br> ) <br>     Plaintiff, ) <br> v. ) <br> ) <br> JESSE A. MAUPIN, BARRY D. ) <br> HARRELL, ADRIAN S. HARROD, ) <br> LOGAN C. FEAGIN, STEPHANIE L. ) <br> GILLESPIE, RYAN E. BROWN, DANIEL ) <br> J. HERSHBERGER, BRIAN L. LASSEN, ) <br> ALEYNA LASSEN, and AMERICAN ) <br> BARN CO., LLC, ) <br> ) <br>     Defendants. ) | Civil Action No. 1:22-cv-01230-STA-jay |

## ORDER OF REFERENCE FOR DETERMINATION

Before the Court are Defendants' Motion to Compel (ECF No. 86), and Plaintiff's Motion for Sanctions (ECF No. 91). Both Motions are hereby referred to the United States Magistrate Judge for determination.

Any objections to the Magistrate Judge's order(s) shall be made within fourteen (14) days after service of that order, setting forth particularly those portions of the order objected to and the reasons for the objections. Failure to timely assign as error a defect in the Magistrate Judge's order will constitute a waiver of that objection. *See* 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a).

**IT IS SO ORDERED.**

                                                                  **s/ S. Thomas Anderson**
                                                                  S. THOMAS ANDERSON
                                                                  UNITED STATES DISTRICT JUDGE

                                                                  Date: June 22, 2023