# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC d/b/a WEATHER KING PORTABLE BUILDINGS, <br><br> Plaintiff, <br><br> v. <br><br> JESSE A. MAUPIN, BARRY D. HARRELL, ADRIAN S. HARROD, LOGAN C. FEAGIN, STEPHANIE L. GILLESPIE, RYAN E. BROWN, DANIEL J. HERSHBERGER, BRIAN L. LASSEN, ALEYNA LASSEN, and AMERICAN BARN CO., LLC, <br><br> Defendants. | Civil Action No. 1:22-cv-01230-STA-jay <br><br> Chief Judge S. Thomas Anderson |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS

Defendants Jesse A. Maupin, Barry D. Harrell, Adrian S. Harrod, Logan C. Feagin, Stephanie L Gillespie, Ryan E. Brown, Daniel J. Hershberger, Brian L. Lassen, Aleyna Lassen and American Barn Co., LLC (collectively "American Barn") by their undersigned counsel, hereby move for an extension of time to file its Opposition to Plaintiff Consolidated Industries, LLC d/b/a Weather King Portable Buildings' Motion for sanctions from July 5, 2023 to and including July 7, 2023.

Plaintiff does not oppose this motion.

The reason for the extension is to give American Barn further time to consider the issues and because the opposition currently is due the day after the July 4th holiday.

///

///

71216675;2

Date: June 28, 2023                         */s/  Thomas G. Pasternak*
                                            Thomas G. Pasternak
                                            AKERMAN LLP
                                            71 South Wacker Drive, 47th Floor
                                            Chicago, IL 60606
                                            Tel. 312.634.5700
                                            thomas.pasternak@akerman.com

                                            *Attorneys for Defendants*
                                            *JESSE A. MAUPIN, BARRY D. HARRELL, ADRIAN S.*
                                            *HARROD, LOGAN C. FEAGIN, STEPHANIE L.*
                                            *GILLESPIE, RYAN E. BROWN, DANIEL J.*
                                            *HERSHBERGER, BRIAN L. LASSEN, ALEYNA*
                                            *LASSEN, and AMERICAN BARN CO., LLC*

71216675;2

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2023, I filed the foregoing, **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS** with the Court using the ECF system, which will provide notice and a copy to counsel of record:

>David L. Johnson, #18732
>John H. Dollarhide, #40041
>Y. Larry Cheng, #36707
>150 3rd Avenue South, Suite 1600
>Nashville, TN 37201
>Telephone: (615) 651-6700
>Fax: (615) 651-6701
>david.johnson@butlersnow.com
>john.dollarhide@butlersnow.com
>larry.cheng@butlersnow.com
>
>Daniel W. Van Horn, #18940
>6075 Poplar Ave., Suite 500
>Memphis, TN 38119
>Telephone: (901) 680-7200
>Fax: (901) 680-7201
>Danny.VanHorn@butlersnow.com

>>/s/ *Thomas G. Pasternak*
>>Thomas G. Pasternak