IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

CONSOLIDATED INDUSTRIES, LLC
d/b/a WEATHER KING PORTABLE
BUILDINGS,

    Plaintiff,

v.                                                    No. 1:22-cv-01230-STA-jay

JESSE A. MAUPIN, BARRY D.
HARRELL, ADRIAN S. HARROD,
LOGAN C. FEAGIN, STEPHANIE L.
GILLESPIE, RYAN E. BROWN, DANIEL
J. HERSHBERGER, BRIAN L. LASSEN,
ALEYNA LASSEN, and AMERICAN
BARN CO., LLC,

    Defendants.

## ORDER GRANTING EXTENSION

Before the Court is Defendants' unopposed Motion for Extension of Time to File Opposition to Plaintiff's Motion for Sanctions. ECF No. 94. The unopposed Motion is well-taken and the Court **GRANTS** Defendants' Motion. The deadline for Defendants to file a response in opposition to Plaintiff's Motion to Compel is extended to July 10, 2023.

IT IS SO ORDERED this the 29th day of June, 2023.

                                                              <u>s/Jon A. York</u>
                                                               UNITED STATES MAGISTRATE JUDGE