IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC d/b/a WEATHER KING PORTABLE BUILDINGS,<br><br>    Plaintiff,<br><br>v.<br><br>JESSE A. MAUPIN, *et al.*,<br><br>    Defendants. | No. 1:22-cv-01230-STA-jay |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION**

Plaintiff respectfully requests a one-week extension of the deadline in which to respond to Defendants' Motion for Summary Judgment (Doc. 88) such that its response is due on July 19, 2023, rather than July 12, 2023. As grounds for this motion, Plaintiff submits that additional time is needed in which to respond to the motion and that Defendants would not be prejudiced by the brief extension.

Plaintiff further requests leave to exceed the 20-page response brief limitation by five pages. As grounds, Plaintiff submits that the arguments presented by Defendants warrant a fulsome response that would be difficult to limit to 20 pages and that Plaintiff also intends to include objections to the Rule 56 evidence submitted by Defendants in accordance with Local Rule 56.1(e).

Plaintiff has conferred with Defendants, through counsel, who have indicated that they do not oppose the relief requested in this motion.

Respectfully submitted,

BUTLER SNOW LLP

*/s/ David L. Johnson*
David L. Johnson, BPR #18732
John H. Dollarhide, BPR #40041
150 3rd Avenue South, Suite 1600
Nashville, TN 37201
(615) 651-6700
david.johnson@butlersnow.com
john.dollarhide@butlersnow.com

Daniel W. Van Horn, BPR #18940
6075 Poplar Ave., Suite 500
Memphis, TN 38119
(901) 680-7200
Danny.VanHorn@butlersnow.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2023, I filed the foregoing with the Court using the ECF system, which will provide notice and a copy to counsel of record:

Thomas G. Pasternak
AKERMAN LLP
71 South Wacker Drive, 47th Floor
Chicago, IL 60606
thomas.pasternak@akerman.com
Attorneys for Defendants

*/s/ David L. Johnson*
David L. Johnson

80689247.v1