# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC ) <br> d/b/a WEATHER KING PORTABLE ) <br> BUILDINGS, ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> JESSE A. MAUPIN, BARRY D. ) <br> HARRELL, ADRIAN S. HARROD, ) <br> LOGAN C. FEAGIN, STEPHANIE L. ) <br> GILLESPIE, RYAN E. BROWN, DANIEL ) <br> J. HERSHBERGER, BRIAN L. LASSEN, ) <br> ALEYNA LASSEN, and AMERICAN ) <br> BARN CO., LLC, ) <br> ) <br> **Defendants.** ) | No. 1:22-cv-01230-STA-jay <br><br> Chief Judge S. Thomas Anderson |

---

### ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION AND MOTION TO EXCEED PAGE LIMIT

---

For good cause shown, Plaintiff's Motion for Extension (Doc. 97) is GRANTED. Accordingly, it is hereby ORDERED that the deadline for Plaintiff to respond to Defendants' motion for summary judgment (Doc. 88) is extended until July 19, 2023, and that Plaintiff is afforded leave to file a response of up to 25 pages.

**IT IS SO ORDERED**.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: July 7, 2023