IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC )<br>d/b/a WEATHER KING PORTABLE )<br>BUILDINGS, )<br>     )<br>   Plaintiff, )<br>     )<br> v.  )<br>     )<br>JESSE A. MAUPIN, BARRY D. )<br>HARRELL, ADRIAN S. HARROD, )<br>LOGAN C. FEAGIN, STEPHANIE L. )<br>GILLESPIE, RYAN E. BROWN, DANIEL )<br>J. HERSHBERGER, BRIAN L. LASSEN, )<br>ALEYNA LASSEN, and AMERICAN )<br>BARN CO., LLC, )<br>     )<br>   Defendants. ) | Civil Action No. 1:22-cv-01230 |

**REQUEST TO CORRECT THE RECORD
REGARDING DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL
SUPPLEMENTATION OF DISCOVERY RESPONSES**

Defendants respectfully request permission from the Court to correct a statement made in its Response to Plaintiff's Motion to Compel Supplementation of Discovery Responses.

In that Response, Defendants stated:

> "the cell phones and laptops Defendants used when working at Weather King were owned by Weather King and therefore returned to Weather King upon each Defendants discharge."

DI 83 at 10.

This was incorrect. The facts as corrected are that Defendants did not have company phones or computers that were turned in.

Defendants apologize to the Court for this error, which was made as a result of a miscommunication.

71380442;2

- 2 -

Date: July 7, 2023      /s/ *Thomas G. Pasternak*
Thomas G. Pasternak
AKERMAN LLP
71 South Wacker Drive, 47th Floor
Chicago, IL 60606
Tel. 312.634.5700
thomas.pasternak@akerman.com

*Attorneys for Defendants*

*JESSE A. MAUPIN, BARRY D. HARRELL, ADRIAN S. HARROD, LOGAN C. FEAGIN, STEPHANIE L. GILLESPIE, RYAN E. BROWN, DANIEL J. HERSHBERGER, BRIAN L. LASSEN, ALEYNA LASSEN, and AMERICAN BARN CO., LLC*

## CERTIFICATE OF SERVICE

I certify that on July 7, 2023 I filed a true and correct copy of the foregoing **REQUEST TO CORRECT THE RECORD REGARDING DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL SUPPLEMENTATION OF DISCOVERY RESPONSES** with the Court using the ECF system, which will provide notice and a copy to counsel of record:

>David L. Johnson, #18732
>John H. Dollarhide, #40041
>Y. Larry Cheng, #36707
>BUTLER SNOW LLP
>150 3rd Avenue South, Suite 1600
>Nashville, TN 37201
>Telephone: (615) 651-6700
>Fax: (615) 651-6701
>david.johnson@butlersnow.com
>john.dollarhide@butlersnow.com
>larry.cheng@butlersnow.com
>
>Daniel W. Van Horn, #18940
>BUTLER SNOW LLP
>6075 Poplar Ave., Suite 500
>Memphis, TN 38119
>Telephone: (901) 680-7200
>Fax: (901) 680-7201
>Danny.VanHorn@butlersnow.com

>>*/s/ Thomas G. Pasternak*
>>Thomas G. Pasternak