# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC d/b/a WEATHER KING PORTABLE BUILDINGS,<br><br>    Plaintiff,<br><br>v.<br><br>JESSE A. MAUPIN, BARRY D. HARRELL, ADRIAN S. HARROD, LOGAN C. FEAGIN, STEPHANIE L. GILLESPIE, RYAN E. BROWN, DANIEL J. HERSHBERGER, BRIAN L. LASSEN, ALEYNA LASSEN, and AMERICAN BARN CO., LLC,<br><br>    Defendants. | Civil Action No. 1:22-cv-01230-STA-jay<br><br>Chief Judge S. Thomas Anderson |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY**

Pursuant to Local Rule 7.2(c), Plaintiff respectfully requests leave to file a succinct reply in further support of its motion for sanctions (Doc. 91). As grounds for this motion, Plaintiff submits that, on July 13, 2023, it received documents from a third-party that offer additional support to its motion and that also demonstrate that Defendants' response (Doc. 99) contains at least one more false representation. It is in the interest of justice that Plaintiff be afforded leave to draw these issues to the Court's attention, as well as provide other arguments in reply to Defendants' response.

The parties have conferred through counsel, and Defendants advise that they do not oppose this motion.

Respectfully submitted,

BUTLER SNOW LLP

*/s/ David L. Johnson*
David L. Johnson,  BPR #18732
John H. Dollarhide, BPR #40041
150 3rd Avenue South, Suite 1600
Nashville, TN 37201
(615) 651-6700
david.johnson@butlersnow.com
john.dollarhide@butlersnow.com

Daniel W. Van Horn, BPR #18940
6075 Poplar Ave., Suite 500
Memphis, TN 38119
(901) 680-7200
Danny.VanHorn@butlersnow.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2023, I filed the foregoing Motion with the Court using the ECF system, which will provide notice and a copy to counsel of record:

Thomas G. Pasternak
AKERMAN LLP
71 South Wacker Drive, 47th Floor
Chicago, IL 60606
thomas.pasternak@akerman.com
Attorneys for Defendants

*/s/  David L. Johnson*
David L. Johnson

80200265.v1