IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC )<br>d/b/a WEATHER KING PORTABLE )<br>BUILDINGS, )<br>  )<br>  Plaintiff, )<br>  )<br>v. )<br>  )<br>JESSE A. MAUPIN, BARRY D. )<br>HARRELL, ADRIAN S. HARROD, )<br>LOGAN C. FEAGIN, STEPHANIE L. )<br>GILLESPIE, RYAN E. BROWN, DANIEL )<br>J. HERSHBERGER, BRIAN L. LASSEN, )<br>ALEYNA LASSEN, and AMERICAN )<br>BARN CO., LLC, )<br>  )<br>  Defendants. ) | Civil Action No. 1:22-cv-01230-STA-jay |

**ORDER**

Before the Court is Plaintiff's Unopposed Motion for Leave to File Reply. ECF No. 101. Plaintiff's Motion is well-taken, and the Court GRANTS Plaintiff's Motion. Plaintiff's Reply shall not exceed ten pages.

IT IS SO ORDERED this the 14th day of July, 2023.

/s/ Jon A. York
Jon A. York
United States Magistrate Judge