EXHIBIT 1

## DECLARATION OF JILL COKER

1.      Since 2012, I have served as Controller for Consolidated Industries, LLC, d/b/a Weather King Portable Buildings ("Weather King").

2.      I have reviewed Defendants' Motion for Summary Judgment and supporting documents.

3.      Upon Jesse Maupin's termination and the other Defendants' resignation from Weather King, Weather King examined devices and accounts used by the Defendants for Weather King work.

4.      One laptop device was left behind at the company's Paris, Tennessee headquarters. We were unable to identify who used the device, among other reasons, because it had been factory reset, such that Weather King could not retrieve any data from the device. The hard drive on the computer used by Barry Harrell appeared to have been intentionally crashed in that the computer was fully functional immediately prior to him leaving Weather King, was not used at all after his departure, and was not functional when an attempt was made to extract data from the device. The computer that was used by Ryan Brown is missing the hard drive.

5.      A search of the computer used by Mr. Maupin revealed concerning activity, including that he had emailed himself photographs of:

> a.  A Weather King profit and loss statement, a copy of which (as redacted) is attached hereto as Exhibit A;
>
> b.  A Weather King balance sheet, a copy of which (as redacted) is attached hereto as Exhibit B; and
>
> c.  A spreadsheet revealing Weather King's finished building inventory counts by state, a copy of which (as redacted) is attached hereto as Exhibit C;[1]

6.      Neither Mr. Maupin nor any of the other Defendants had authorized access to any of Weather King's financial statements, including its profit and loss statements and balance sheets. Weather King maintained those documents on its QuickBooks software, and they have been segregated on the software such that Jennifer Hollingsworth (in accounting), Steve Perry (in purchasing/accounting), Kelli Chipman (in accounting) and I are the only Weather King employees who have had access to the financial statements. The financial statements are only shared with Weather King's owners.

7.      The financial statements attached as Exhibits A and B were intended for Mr. Boyd, and Mr. Maupin was not authorized to view them, and certainly not to take photos of them and email them to himself. Ordinarily, I have delivered Weather King's financial statements to Mr. Boyd by hand. However, on the day that Mr. Maupin took photographs of the statements, I had to leave the office early in the afternoon and travel out of town. I knew that Mr. Boyd would be coming by the office the following day, and therefore, I printed them out, placed them in a sealed

---

[1] Certain information set forth in exhibits to this declaration was confidential at one time but no longer has value to Weather King now that the Defendants squeezed Weather King out of the western U.S. market. Therefore, only information that Weather King *currently* considers to be confidential is redacted.

manila envelope with Mr. Boyd's name on it, and left them in a cubicle used by Tim Boyd each week (and that was not used by Mr. Maupin).

8.      Weather King's financial statements (including those reflected in Exhibits A and B) are very valuable to the company. They demonstrate how the company has performed, reflect its assets and liabilities, and help its owners posture the company for sustainability and growth. Weather King does not want this information to be in the hands of competitors who could use it to their advantage. Nor does it want the information in the hands of a *potential* competitor (such as Defendants), who could use the information to accurately gauge startup investment requirements and establish a competing business. The company's financial information could not be obtained or duplicated by third parties. The financial statements are created in the normal course of Weather King's business by its accounting personnel and are expensive and time-consuming to compile. The accounting personnel with access to the financial statements have a total monthly payroll of approximately $25,000.

9.      The inventory count spreadsheet attached as Exhibit C shows Weather King's end-of-the-month inventory counts for each month in 2021. This information was confidential and proprietary, and it is not generally known within the business and not known at all by third parties. Although each dealer knows the Weather King inventory on the lots they operate, Weather King does not share its inventory information related to inventory that is located elsewhere.

10.     The information in this inventory count document was important to Weather King because we use it to gauge our inventory of buildings and to gauge the supply both for future pricing as well as the next month's manufacturing needs. It is time-consuming to compile the information that is set forth within this document. This document was generated in the normal course of business by Ms. Hollingsworth based on information provided to her by sales representatives and production managers. She is paid for her work, and it takes a considerable amount of time to compile the information that is set forth in this document. The consolidation of this information into one, easy-to-view spreadsheet enhances its value. Obtaining and using this document affords an unfair advantage to a new competitor in the Defendants' position, because they knew how much inventory was available and that Weather King would be forced to part ways with (such as being forced to sell to ABCO) when the Defendants' scheme came to fruition. This, like the other information taken, enhanced the Defendants' ability to replicate the manufacturing and distribution operations accurately, minimizing the waste and inefficiency that a startup without this information would experience.

11.     After inspecting Mr. Maupin's computer, Weather King also discovered that the Defendants surreptitiously took over one of Weather King's lease relationships. Weather King has rented property from third parties and used the property as sales lots for its portable buildings. It retains information relating to those arrangements, including the lease documents and other information showing the lessors, location, and rent amount. These agreements are not stored on Weather King's server and are not distributed among Weather King personnel. Weather King considers the terms of those documents to be proprietary because Weather King negotiates those terms through its paid employees and senior management. This information is valuable to Weather King as it works to keep the costs of doing business to a minimum while maintaining prime locations for its sales lot operations and manufacturing shops, and it is harmed if this information were in the hands of a competitor or potential competitor. For instance, a competitor or potential competitor, armed with the knowledge of the lessor of property, the monetary terms of the lease, and the expiration date of the lease, could convince a lessor not to extend the lease or cause

Weather King to pay a higher rent. Weather King does not disclose the lease terms to anyone other than the lessor. We also act under the assumption that the lessors do not want the lease terms disclosed either.

12.      Mr. Maupin made false statements to a lessor of a sales lot property in Globe, Arizona, Mr. James Kowalzyk. The lease was set to expire on May 31, 2022, and one of Mr. Maupin's responsibilities was to keep track of this and other leases and let the company know when a lease needed to be renewed. To my knowledge, Mr. Maupin never alerted Weather King's senior management that the Globe lease would be expiring. Contrary to Mr. Maupin's false statements to Mr. Kowalzyk in March of 2022, Weather King fully intended on renewing the lease with the Kowalzyks. Doing so was a mechanism of supporting and growing its ongoing operations in Arizona.

13.      The Defendants' suggestion that Weather King publicly distributed sales lot lease information through "dealers settle sheets" is untrue. Any given dealer who operates on a leased sales lot only knows what amount *that specific dealer* pays in rent. No other lease terms are disclosed to the dealer, and no other dealers' rent amounts are shared with other dealers. To be clear, Weather King's dealer settle sheets do not contain the other lease terms and conditions such as the duration of the lease. While the location of the sales lots is not confidential, the terms of the leases of those sales lots are confidential. As noted above, only certain employees have access to the lease terms on a need-to-know basis, and the leases are not stored on the server.

14.      Weather King also has reason to suspect that Defendants have misappropriated cost estimates developed by Weather King and used related to its western U.S. operations. An example of cost estimate (as redacted) is attached hereto as Exhibit D. It contains confidential and proprietary information about the costs and profits for portable buildings manufactured by Weather King. This and other cost estimates are created by Weather King senior management, and the cost information data is updated as materials costs change. While the information changes based on costs of raw materials, even older information is useful and any version of this document contains valuable information relating to Weather King's pricing model. These documents analyze the costs of goods sold for each of our buildings, incorporates every piece of material that goes into the building to arrive at a total price. We include the retail price, which then allows for computation of profit for each unit sold. The material costs are updated monthly so that retail pricing can be adjusted accordingly.

15.      Weather King has expended countless time and money over the years to compile the information that is set forth in these cost estimates. They are very valuable to Weather King because they detail what it costs to manufacture each of its buildings and the profits it makes to sell each building. These estimates are valuable to a competitor or potential competitor because they would not need to expend the time and effort to figure out how much it costs to manufacture a specific building or the profit margin. The cost and retail pricing information contained in these reports reveals intricate details of Weather King's financial model. Dissemination of this information is incredibly harmful to Weather King and incredibly valuable for a competitor as it would enable them to minimally underprice Weather King. Defendants' claim that "cost estimates are available for every employee to see and use to work with dealers on the possibilities of discounts and sales" is untrue. Weather King has stored on this information on its server, and employees outside of the company's Paris, Tennessee headquarters do not have access to the sever as explained below.

16.     A search of the hard drive on the computer used by Defendant Stephanie Gillespie revealed that she had deleted photographs of Weather King raw materials inventory documents. Copies of these documents (as redacted) are attached hereto as Exhibit E. It was not part of Ms. Gillespie's job to have or use this information. These documents detail inventories and other information related to raw materials used for Weather King's buildings. Weather King relies on this information to keep up with what materials needs to be purchased to meet projected demand. This information takes a great of time and effort – by employees who are on payroll – to produce, and they information set forth in these documents took many months to compile.

17.     We also discovered that Ms. Gillespie's hard drive contained an export of Weather King's manufacturing software information from NumberCruncher which included item numbers, group assignment (type of building), part type (e.g., assembly vs. service), description of the item, price, and cost. There were around 100 pages of manufacturing documents, reflecting a complete export of Weather King's manufacturing information. Ms. Gillespie had no reason in her job duties to have exported all this information to her desktop. This information was used by Weather King on a daily basis as part of its manufacturing. The value of this information to Defendants is that, again, they could replicate Weather King's operations quickly, easily, and cheaply. By taking this data, the Defendants were in a position to set up American Barn Co.'s software to mirror what Weather King uses, so that all that they had to do was buy manufacturing software (and, thereafter, plug data into the software).

18.     During discovery and investigation, Weather King also learned of the Defendants' improper use of other Weather King proprietary information. I have reviewed the documents produced by Defendant Ryan Brown in discovery attached hereto as Exhibit F containing an email and accompanying spreadsheet that Mr. Brown sent to Mr. Maupin's personal email address, westkentuckyqdma@gmail.com, on May 24, 2022. The spreadsheet includes the identity and contact information for each independent contractor driver that Weather King retained in its Western U.S. operations followed by a listing (with contact information) for each Weather King dealer that each respective driver serviced.

19.     This spreadsheet was valuable to Weather King because it compiled and integrated all of the pertinent information into one easy-to-view spreadsheet. The driver listing and contact information as organized by dealer was particularly valuable to Weather King. Combined with the other information taken, this document helped the Defendants to take for themselves Weather King's entire western U.S. operations. To my knowledge, the compiled information was not shared outside Weather King employees and perhaps the drivers, and a competitor would not have been in a position to obtain or duplicate the information without taking meaningful time and effort (if at all). This document was created by Mr. Maupin, who was paid a salary for this work.

20.     Weather King also has reason to believe that the Defendants have used engineering drawings that Weather King used in the western U.S. for their competing business enterprise. Weather King paid engineers, including Kevin Nolan, tens of thousands of dollars to prepare those drawings. Those drawings had significant value to Weather King. Not only were the drawings necessary to ensure that the portable buildings were manufactured in conformance with the specifications, many state and local governmental authorities require approved drawings from a licensed engineer.

21.     The Defendants have suggested that these drawings were publicly available because they are posted on a website operated by the State of Florida. However, the buildings depicted on that website and that are sold in Florida are different than the buildings Weather King

sold in the western U.S. Weather King has manufactured its portable buildings consistent with respective state regulations, and each state has different regulations. Florida's regulations, for instance, are designed around the portable buildings being built to withstand certain wind/hurricane damage. By contrast, in a state such as Colorado, regulations are designed so as to ensure that the buildings may withstand snow and other conditions.

22.     Thus, the drawings for the buildings sold in Florida are virtually useless for anyone outside of Florida, and obtaining publicly-available engineering drawings for Florida buildings would not provide the same information for buildings that Weather King sold in the western U.S. Although drawings for certain buildings that Weather King sold in the West may be a matter of public record because the drawings for one specific building are posted with a customer's permit application, to my knowledge, there is no central publicly-available depository (whether on a state-run website or otherwise) in which the integration of Weather King's western U.S. building engineering drawings could be collectively accessed.

23.     While certain individual customers are provided engineering drawings for the specific building the customer purchased in order to obtain permitting (where required), Weather King would not have provided any customer with *all* of its drawings. Similarly, it was Weather King's practice to provide dealers with drawings only applicable to the specific buildings that they sold rather than *all* of its drawings. To recreate these drawings, it would be necessary to spend tens of thousands of dollars hiring another engineer.

24.     After Weather King dealers in the Western U.S. announced that they were ending their business relationship with Weather King, Weather King's counsel demanded that those dealers no longer return or destroy the engineering drawings that they possessed. A copy of one letter that Weather King's counsel submitted to one such dealer is attached hereto as Exhibit G.

25.     As referenced above, Weather King possesses proprietary information revealing the vendors from whom it purchases raw materials, the types and amounts of materials purchased, and the pricing for those materials. The underlying information is based on many years of doing business and with the help of many personnel. The vendor relationships and the terms of procurement are confidential between the company and the vendor. The Defendants appeared to have typed this information up for their own use in one easy-access document that is akin to a retail company's customer list.

26.     Defendants claim that "Shed Builder" magazine contains all this information. Shed Builder is a trade advertisement publication that allows raw materials suppliers to place advertisements. The pricing that vendors advertise is different than the special pricing that Weather King was able to negotiate. Prices that vendors charge Weather King are not publicly available. "Anyone in the business" cannot obtain longstanding relationships and preferred pricing simply by looking through a copy of this publication.

27.     Headquartered in Paris, Tennessee (a small town), Weather King has only been in existence for about 15 years. Before 2017, there were about 15 Weather King employees crammed in a basement with one door. I believed it felt like a family and that we could trust one another.

28.     The company grew and we moved into a new office in 2017. Leading up to the Defendants' departures, Weather King had approximately 20 employees working from its Paris office (with other employees in Florida and the western United States).

29.     To my knowledge and based on my involvement and interactions within the community, no employer in Henry County, Tennessee, has ever had the level of security that Defendants suggest in their Motion for Summary Judgment should have been implemented. I believe the measures undertaken by Weather King, as set forth below, to be normal and customary in Henry County for a business of our size, tenure and type.

30.     Many statements made in Mr. Maupin and Mr. Harrell's declarations about the measures taken by Weather King to safeguard its proprietary information are false and misleading.

31.     Weather King has kept its Paris, TN office locked after business hours and protected by a security alarm system. We rarely have visitors come to the office and, when they do, there is always someone there and they would not be in a position to be privy to company documents. Outside of Paris, Weather King has operated manufacturing shops, which have locks and a varying combination of gates and security cameras at different locations.

32.     Each Weather King office work computer requires a user ID and password, issued uniquely to each employee and not shared company-wide.

33.     Weather King keeps its accounting and financial data as well as its manufacturing software data on a firewall-protected server at its Paris office. Weather King does not allow remote access to its server without permission and, to my knowledge, no one ever asked for permission other than our IT vendor, T.S. Micro. The server itself also requires a user ID and password. Weather King does not provide for access to server documents to its manufacturing shops. Physical access to the server has been secured with a lock, and only three employees Jennifer Hollingsworth, Denver Rhodes, and I) and T.S. Micro have had physical access to the server.

34.     The accounting and financial data is stored on the server in QuickBooks. Weather King only provides QuickBooks access to nine employees, and the only Defendant that had QuickBooks access was Stephanie Gillespie. Gillespie only had access within QuickBooks to accounts payable and accounts receivable. Weather King has not kept its tax returns in the office or on its computer server.

35.     The manufacturing data is stored in NumberCruncher. NumberCruncher also requires a user ID and password. No one at Weather King would have had any legitimate reason to export the data from NumberCruncher to their desktop as was found on Ms. Gillespie's computer.

36.     If confidential information is printed, it has been our practice for it to be shredded after use.

37.     Defendants claim that "employees are encouraged and allowed to store information on personal laptops and phones." This is not true. To my knowledge, this has never been encouraged. While company email is accessible on employee personal devices, this was not a license to use the phone for photographing and sending sensitive documents that they had no business looking at or sharing.

38.     As a small business, Weather King may not have had formal written policies or meetings about confidentiality, but it certainly has been the company's expectation that proprietary information not be shared publicly, and there have been verbal discussions about keeping such information on a need-to-know basis and not sharing any sensitive information outside the

company. Generally, the Defendants (and others) were long-term employees, and Weather King trusted that these employees would exercise basic common sense (such as understanding when certain information is confidential) and do the right thing (such as not misappropriating confidential information). For instance, I did not think that Jesse Maupin (who had been with the company since 2010) or anyone else needed be told that it was company policy that he refrain from taking financial statements that were left in a sealed envelope addressed to someone else and left in a cubicle he did not use.

39.    Weather King does not conduct background checks as we know our employees and have very low turnover.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

_Jill Coker_
JILL COKER

Date:    July 19, 2023

# EXHIBIT A

3:55 PM
03/01/22
Accrual Basis

## Consolidated Industries, LLC
## Profit & Loss
### January through December 2021

Jan - Dec 21

**Ordinary Income/Expense**
  **Income**
    **301000 · Sales**
      301002 · SALES-MONTEZUMA,GA
      301007 · SALES-SEMINOLE, TX
      301008 · SALES-MILAN, NM
      301009 · SALES-AMARILLO,TX(EASTCO)
      301010 · SALES-PEORIA, AZ
      301011 · SALES-ARCADIA, FL
      301012 · SALES-LAS VEGAS, NM
      301013 · SALES-WILLCOX, AZ
      301014 · SALES-BUSHNELL, FL
      301015 · SALES-BONIFAY, FL
      301016 · SALES-KINGMAN, AZ
      301000 · Sales - Other

    **Total 301000 · Sales**

    330000 · DISCOUNTS/CHARGEBACKS

  **Total Income**

  **Cost of Goods Sold**
    **440000 · MATERIAL PURCHASES**
      440002 · MATERIAL PURCHASES-MONTEZUMA,GA
      440008 · MATERIAL PURCHASES-MILAN, NM
      440009 · MATERIAL PURCHASES-PEORIA, AZ
      440010 · MATERIAL PURCHASES-ARCADIA,FL
      440011 · MATERIAL PURCHASES-LAS VEGAS,NM
      440013 · MATERIAL PURCHASES-WILLCOX, AZ
      440014 · MATERIAL PURCHASES-BUSHNELL, FL
      440015 · MATERIAL PURCHASES-BONIFAY, FL
      440016 · MATERIAL PURCHASES - KINGMAN AZ

    **Total 440000 · MATERIAL PURCHASES**

    **441000 · MATERIAL PURCHASE DISCOUNTS**
      441002 · PURCHASE DISCOUNT-MONTEZUMA,GA
      441008 · PURCHASE DISCOUNTS - MILAN, NM
      441009 · PURCHASE DISCOUNT-PEORIA, AZ
      441010 · PURCHASE DISCOUNT-ARCADIA,FL
      441011 · PURCHASE DISCOUNT-LAS VEGAS,NM
      441013 · PURCHASE DISCOUNT-WILLCOX, AZ
      441014 · PURCHASE DISCOUNT-BUSHNELL, FL
      441015 · PURCHASE DISCOUNT-BONIFAY, FL
      441016 · PURCHASE DISCOUNT-KINGMAN AZ

    **Total 441000 · MATERIAL PURCHASE DISCOUNTS**

    **442000 · CONTRACT BUILDERS**
      442002 · CONTRACT BUILD.-MONTEZUMA,GA
      442008 · CONTRACT BUILDERS - MILAN,NM
      442009 · CONTRACT BUILDERS - PEORIA, AZ
      442010 · CONTRACT BUILDERS-ARCADIA,FL
      442011 · CONTRACT BUILDERS-LAS VEGAS,NM
      442013 · CONTRACT BUILDERS - WILLCOX, AZ
      442014 · CONTRACT BUILDERS-BUSHNELL, FL
      442015 · CONTRACT BUILDERS - BONIFAY, FL
      442016 · CONTRACT BUILDERS - KINGMAN, AZ

    **Total 442000 · CONTRACT BUILDERS**

    **443000 · PURCHASES FINISHED BUILDINGS**
      443003 · BUILDINGS PURCHASED-SEMINOLE,TX

    **Total 443000 · PURCHASES FINISHED BUILDINGS**

Page 1

CONFIDENTIAL - ATTORNEYS EYES ONLY
WK-000029



## Consolidated Industries, LLC
### Profit & Loss
January through December 2021

Jan - Dec 21

**499000 · CHANGE IN INVENTORY<INC>DEC**
   499998 · AD CHANGE IN INVENTORY<INC>DEC
   499999 · CHANGE IN INVENTORY<INC> DEC

Total 499000 · CHANGE IN INVENTORY<INC>DEC

**Total COGS**

**Gross Profit**

**Expense**
   702 · WAGES
   711 · SALES COMMISSIONS-NON EMPLOYEE
     71001 · ADVERTISING REIMBURSEMENT
     71002 · LOT ASSISTANCE
     711 · SALES COMMISSIONS-NON EMPLOYEE - Other

Total 711 · SALES COMMISSIONS-NON EMPLOYEE

   721 · DUES AND SUBSCRIPTIONS
   722 · SALES TAX EXPENSE
   723 · TAXES AND LICENSE
   724 · STATE INCOME TAXES
   725 · STATE FILING FEES
   727 · FL BUILDING EXPENSES
     727001 · FL INSIGNIA FEES
     727002 · FL INSPECTION FEES
     727003 · FL ENGINEERING/PLANS

Total 727 · FL BUILDING EXPENSES

   728 · MERCHANT CREDIT CARD FEES
   729 · MERCHANT CHECK FEES
   730 · REPAIRS-FORKLIFTS
   731 · REPAIRS, MAINT. & WARRANTY
     731001 · REPAIR/DRIVE TIME
     731002 · REPAIR MILAGE
     731 · REPAIRS, MAINT. & WARRANTY - Other

Total 731 · REPAIRS, MAINT. & WARRANTY

   732 · GENERAL REPAIRS
   733 · AZ BUILDING EXPENSE
     733002 · AZ ENGINEERING/PLANS

Total 733 · AZ BUILDING EXPENSE

   734 · NM BUILDING EXPENSE
     734002 · NM ENGINEERING/PLANS

Total 734 · NM BUILDING EXPENSE

   735 · WASTE DISPOSAL
   740 · SECURITY AND PROTECTION EXPENSE
   744 · SHOP SUPPLIES
   746 · SMALL TOOLS
   747 · GENERAL SUPPLIES
   748 · OFFICE SUPPLIES
   751 · OFFICE RENT
   752 · LOT RENT
   755 · SHOP BUILDING LEASE
   756 · SHOP BUILDING LEASE RENTAL TAX
   758 · FILE SHARE/SECURE EMAIL
     759 · FILE SHARE/EMAIL FROM DEALERS
     758 · FILE SHARE/SECURE EMAIL - Other

Total 758 · FILE SHARE/SECURE EMAIL

CONFIDENTIAL - ATTORNEYS EYES ONLY                                 WK-000030

6/4/22, 4:44 PM                                                roundcube (3024×4032)



**Consolidated Industries, LLC**
**Profit & Loss**
January through December 2021

Basis

|                                                    | Jan - Dec 21 |
|----------------------------------------------------|--------------|
| 780 · TELEPHONE                                    |              |
| 781 · UTILITIES EXPENSE                            |              |
| 765 · ACC & MGT SERVICES                           |              |
| 767 · LEGAL EXPENSES                               |              |
| 769 · COMPUTER EXPENSE                             |              |
| 770 · INSURANCE                                    |              |
| 771 · ADVERTISING EXPENSE                          |              |
| 772 · CONTRACT LABOR                               |              |
| 773 · DRUG TESTING                                 |              |
| 774 · MEALS & ENTERTAINMENT EXPENSE                |              |
| 775 · TRAVEL EXP                                   |              |
| 776 · LODGING EXPENSE                              |              |
| 778 · BANK CHARGES/ANALYSIS FEES                   |              |
| 781 · FUEL EXPENSE                                 |              |
| 783 · POSTAGE EXPENSE                              |              |
| 784000 · FREIGHT/DELIVERY                          |              |
| 704815 · FREIGHT- BONIFAY, FL                      |              |
| 784002 · FREIGHT-MONTEZUMA,GA                      |              |
| 784007 · FREIGHT-ARCADIA, FL                       |              |
| 784008 · FREIGHT-SEMINOLE (NM)                     |              |
| 784009 · FREIGHT-AMARILLO, TX                      |              |
| 784010 · FREIGHT-MILAN,NM                          |              |
| 784011 · FREIGHT-PEORIA,AZ                         |              |
| 784012 · FREIGHT-LAS VEGAS,NM                      |              |
| 784013 · FREIGHT-WILLCOX, AZ                       |              |
| 784014 · FREIGHT-BUSHNELL, FL                      |              |
| 784015 · FREIGHT - KINGMAN, AZ                     |              |
| Total 784000 · FREIGHT/DELIVERY                    |              |
| 786 · BAD DEBTS                                    |              |
| 789 · MISC. EXPENSE                                |              |
| **Total Expense**                                  |              |
| **Net Ordinary Income**                            |              |
| Other Income/Expense                               |              |
| Other Income                                       |              |
| 890 · SALES TAX COMMISSION                         |              |
| 892 · INTEREST INCOME                              |              |
| 895 · OVER/SHORTAGE                                |              |
| 896 · MISCELLANEOUS INCOME                         |              |
| 897 · DEALER OFFICE RENTAL INCOME                  |              |
| 899 · CREDIT CARD REWARDS                          |              |
| 902 · REBATES FROM VENDORS                         |              |
| Total 896 · MISCELLANEOUS INCOME                   |              |
| **Total Other Income**                             |              |
| Other Expense                                      |              |
| 83500 · DEPRECIATION EXPENSE                       |              |
| 83600 · AMORTIZATION EXPENSE                       |              |
| 898000 · GUARANTEED PAYMENTS                       |              |
| 898001 · GUARANTEED PMTS-BERRYMAN,LLC              |              |
| 898004 · GUARANTEED PMTS-SULLIVAN                  |              |
| Total 898000 · GUARANTEED PAYMENTS                 |              |
| **Total Other Expense**                            |              |
| **Net Other Income**                               |              |
| **Net Income**                                     |              |

Page

CONFIDENTIAL - ATTORNEYS EYES ONLY

WK-000031

# EXHIBIT B

6/4/22, 4:45 PM                                                roundcube (3024×4032)



4:00 PM                          **Consolidated Industries, LLC**
03/01/22                                 **Balance Sheet**
Accrual Basis                        **As of December 31, 2021**

                                                                    Dec 31, 21

ASSETS
  Current Assets
    Checking/Savings
      104 · REGIONS
      105 · CASH IN BANK-FIRST BANK
      106 · FIRST BANK- MONEY MARKET

    Total Checking/Savings

    Accounts Receivable
      11000 · ACCOUNTS RECEIVABLE

    Total Accounts Receivable

    Other Current Assets
      129000 · OTHER CURRENT ASSETS
        129018 · DUE FROM CHECK BY PHONE RETURNS
        129031 · PREPAID TAXES
        12912 · DUE FOM
        12914 · PREPAID RENT
        129999 · DUE FROM VENDORS
        30023 · DUE FROM
        30025 · DUE FROM
        30026 · DUE FROM
        30027 · DUE FROM

      Total 129000 · OTHER CURRENT ASSETS

      131000 · RAW MATERIALS
        131002 · RAW MATERIALS-MONTEZUMA, GA
        131008 · RAW MATERIALS-MILAN, NM
        131009 · RAW MATERIALS - ARCADIA, FL
        131010 · RAW MATERIALS-PEORIA, AZ
        131011 · RAW MATERIALS-LAS VEGAS, NM
        131012 · RAW MATERIALS - WILLCOX, AZ
        131014 · RAW MATERIALS-BUSHNELL, FL
        131015 · RAW MATERIALS - BONIFAY, FL
        131016 · RAW MATERIALS - KINGMAN, AZ

      Total 131000 · RAW MATERIALS

        133001 · IRC SECTION 263A INVENTORY
        13301 · AO FINISHED GOODS

    Total Other Current Assets

    Total Current Assets

  Fixed Assets
    15100 · FURNITURE & EQUIPMENT
    15200 · Buildings and Improvements
    15400 · CUSTOM SOFTWARE/WEBSITE
    15500 · LEASEHOLD IMPROVEMENTS
    17000 · ACCUMULATED DEPRECIATION
    17001 · ACCUMULATED AMORTIZATION

  Total Fixed Assets

                                                                         Page

CONFIDENTIAL - ATTORNEYS EYES ONLY                                        WK-000026

6/4/22, 4:45 PM             roundcube (3024×4032)

# Consolidated Industries, LLC
## Balance Sheet
### As of December 31, 2021

|  | Dec 31, 21 |
|---|---|
| **Other Assets** | |
| 191 · SECURITY DEPOSIT | |
| 19200 · NON COMPETE | |
| 19201 · NONCOMPETE | |
| 19401 · GOODWILL | |
| 19501 · START UP COSTS LAS VEGAS NM | |
| 19502 · START UP COSTS WILLCOX AZ | |
| 19503 · START UP COSTS BUSHNELL, FL | |
| **Total Other Assets** | |
| **TOTAL ASSETS** | |
| **LIABILITIES & EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 20000 · ACCOUNTS PAYABLE | |
| **Total Accounts Payable** | |
| Other Current Liabilities | |
| 247001 · DUE TO VENDORS | |
| 247018 · DUE TO RENTAL COMPANIES-Checks | |
| 247019 · DUE TO RENTAL COMPANIES-CASH | |
| 247020 · DUE TO RENTAL COMPANIES-VISA | |
| Total 247001 · DUE TO VENDORS | |
| 247045 · DUE TO | |
| 25500 · Sales Tax Payable | |
| **Total Other Current Liabilities** | |
| **Total Current Liabilities** | |
| **Total Liabilities** | |
| Equity | |
| 28099 · MEMBERS' EQUITY | |
| 282 · BERRYMAN, LLC-BEGINNING EQUITY | |
| 28201 · BERRYMAN, LLC-CPTL DISTRIBUTED | |
| 28202 · BERRYMAN, LLC-CPTL CONTRIBUTED | |
| 283 · HAM. INV. GROUP-BEG. EQUITY | |
| 28301 · HAMM. INV. GROUP-CAPL DISTR | |
| 28302 · HAMM. INV. GROUP-CPTL CONTRIB. | |
| 284 · PMB INV.-BEGINNING EQUITY | |
| 28401 · PMB INV.-CAPITAL DISTRIBUTED | |
| 28402 · PMB INV.-CAPITAL CONTRIBUTED | |
| 285 · DAVID SULLIVAN-BEGINNING EQUITY | |
| 28501 · D. SULLIVAN-CAPITAL DISTRIBUTED | |
| 28502 · D. SULLIVAN-CAPITAL CONTRIBUTED | |
| Total 28099 · MEMBERS' EQUITY | |
| 32000 · Members Equity | |
| Net Income | |
| **Total Equity** | |
| **TOTAL LIABILITIES & EQUITY** | |

Page 2

https://gator4122.hostgator.com:2096/cpsess4764050455/3rdparty/roundcube/?_task=mail&_frame=1&_mbox=INBOX.Sent&_uid=4993&_part=4&_ac... 1/1

CONFIDENTIAL - ATTORNEYS EYES ONLY             WK-000027

# EXHIBIT C

6/13/22, 10:40 AM                                                                roundcube (4032×3024)



END OF MONTH INVENTORY COUNT 2021

| DATE | ARIZONA | COLORADO | NEW MEXICO | FLORIDA | TEXAS | TOTAL |
|------|---------|----------|------------|---------|-------|-------|
| 2021 | | | | | | |
| JANUARY | 387 | 56 | 387 | | 41 | |
| FEBRUARY | 439 | 60 | 417 | | 38 | |
| MARCH | 409 | 68 | 445 | | 40 | |
| APRIL | 355 | 81 | 428 | | 43 | |
| MAY | 318 | 84 | 420 | | 33 | |
| JUNE | 317 | 85 | 437 | | 35 | |
| JULY | 324 | 87 | 408 | | 31 | |
| AUGUST | 321 | 95 | 452 | | 36 | |
| SEPTEMBER | 374 | 95 | 483 | | 52 | |
| OCTOBER | 368 | 91 | 467 | | 50 | |
| NOVEMBER | 316 | 93 | 472 | | 46 | |
| DECEMBER | 307 | 95 | 488 | | 50 | |

CONFIDENTIAL - ATTORNEYS EYES ONLY                                    WK-000024

# EXHIBIT D

## WESTERN AREA DOLLAR BUILDING PROFIT

**BUILDING STYLE**          4/15/20

**Painted Barn**

| SIZE | COST | RETAIL | COST % RETAIL | $ PROFIT | COST | RETAIL | COST % RETAIL | $ PROFIT | $ PROFIT CHANGE |
|---|---|---|---|---|---|---|---|---|---|
| 8X12 | | | | | | | | | |
| 10X12 | | | | | | | | | |

**Painted Side Cabin**

| SIZE | COST | RETAIL | COST % RETAIL | $ PROFIT | COST | RETAIL | COST % RETAIL | $ PROFIT | $ PROFIT CHANGE |
|---|---|---|---|---|---|---|---|---|---|
| 12x24 | | | | | | | | | |
| 12x30 | | | | | | | | | |
| 12x32 | | | | | | | | | |

**Painted Cabin**

| SIZE | COST | RETAIL | COST % RETAIL | $ PROFIT | COST | RETAIL | COST % RETAIL | $ PROFIT | $ PROFIT CHANGE |
|---|---|---|---|---|---|---|---|---|---|
| 8x12 | | | | | | | | | |
| 8x16 | | | | | | | | | |
| 10x18 | | | | | | | | | |
| 10x20 | | | | | | | | | |
| 12x24 | | | | | | | | | |
| 12x30 | | | | | | | | | |
| 12x32 | | | | | | | | | |

**Painted Deluxe Side Cabin**

| SIZE | COST | RETAIL | COST % RETAIL | $ PROFIT | COST | RETAIL | COST % RETAIL | $ PROFIT | $ PROFIT CHANGE |
|---|---|---|---|---|---|---|---|---|---|
| 12x24 | | | | | | | | | |
| 12x30 | | | | | | | | | |
| 12x32 | | | | | | | | | |

## WESTERN AREA DOLLAR BUILDING PROFIT

**Painted Utility**

| SIZE | COST | RETAIL | COST % RETAIL | $ PROFIT | ˙COST | RETAIL | COST % RETAIL | $ PROFIT | $ PROFIT CHANGE |
|------|------|--------|---------------|----------|-------|--------|---------------|----------|-----------------|
| 8x12 | | | | | | | | | |
| 10x12 | | | | | | | | | |
| 10x16 | | | | | | | | | |
| 10x20 | | | | | | | | | |
| 12x16 | | | | | | | | | |
| 12x20 | | | | | | | | | |
| 12x24 | | | | | | | | | |
| 12x30 | | | | | | | | | |
| 12x32 | | | | | | | | | |

**Painted Side Utility**

| SIZE | COST | RETAIL | COST % RETAIL | $ PROFIT | COST | RETAIL˙ | COST % RETAIL | $ PROFIT | $ PROFIT. CHANGE ˙ |
|------|------|--------|---------------|----------|------|---------|---------------|----------|---------------------|
| 8x12 | | | | | | | | | |
| 10x12 | | | | | | | | | |
| 10x16 | | | | | | | | | |
| 10x20 | | | | | | | | | |
| 12x16 | | | | | | | | | |
| 12x20 | | | | | | | | | |
| 12x24 | | | | | | | | | |
| 12x30 | | | | | | | | | |
| 12x32 | | | | | | | | | |

**Painted Portable Garage**

| SIZE | COST | RETAIL | COST % RETAIL | $ PROFIT | COST | RETAIL | COST % RETAIL | $ PROFIT | $ PROFIT CHANGE |
|------|------|--------|---------------|----------|------|--------|---------------|----------|-----------------|
| 10x20 | | | | | | | | | |
| 12x16 | | | | | | | | | |
| 12x20 | | | | | | | | | |
| 12x24 | | | | | | | | | |
| 12x30 | | | | | | | | | |
| 12x32 | | | | | | | | | |
| 12x36 | | | | | | | | | |
| 12x40 | | | | | | | | | |

## WESTERN AREA DOLLAR BUILDING PROFIT

**Painted Lofted Barn Garage**

| SIZE | COST | RETAIL | COST % RETAIL | $ PROFIT | | COST | RETAIL | COST % RETAIL | $ PROFIT | | $ PROFIT CHANGE |
|------|------|--------|---------------|----------|---|------|--------|---------------|----------|---|-----------------|
| 12x20 | | | | | | | | | | | |
| 12x24 | | | | | | | | | | | |
| 12x30 | | | | | | | | | | | |
| 12x32 | | | | | | | | | | | |
| 12x36 | | | | | | | | | | | |
| 12x40 | | | | | | | | | | | |

**Painted Lofted Barn**

| SIZE | COST | RETAIL | COST % RETAIL | $ PROFIT | | COST | RETAIL | COST % RETAIL | $ PROFIT | | $ PROFIT CHANGE |
|------|------|--------|---------------|----------|---|------|--------|---------------|----------|---|-----------------|
| 8x12 | | | | | | | | | | | |
| 8x14 | | | | | | | | | | | |
| 8x16 | | | | | | | | | | | |
| 8x18 | | | | | | | | | | | |
| 8x20 | | | | | | | | | | | |
| 10x10 | | | | | | | | | | | |
| 10x12 | | | | | | | | | | | |
| 10x14 | | | | | | | | | | | |
| 10x16 | | | | | | | | | | | |
| 10x18 | | | | | | | | | | | |
| 10x20 | | | | | | | | | | | |
| 12x16 | | | | | | | | | | | |
| 12x20 | | | | | | | | | | | |
| 12x24 | | | | | | | | | | | |
| 12x30 | | | | | | | | | | | |
| 12x32 | | | | | | | | | | | |

**Painted Side Lofted Barn**

| SIZE | COST | RETAIL | COST % RETAIL | $ PROFIT | | COST | RETAIL | COST % RETAIL | $ PROFIT | | $ PROFIT CHANGE |
|------|------|--------|---------------|----------|---|------|--------|---------------|----------|---|-----------------|
| 8x12 | | | | | | | | | | | |
| 10x10 | | | | | | | | | | | |
| 10x12 | | | | | | | | | | | |
| 10x16 | | | | | | | | | | | |
| 10x20 | | | | | | | | | | | |
| 12x16 | | | | | | | | | | | |
| 12x20 | | | | | | | | | | | |
| 12x24 | | | | | | | | | | | |
| 12x30 | | | | | | | | | | | |
| 12x32 | | | | | | | | | | | |

| Painted Side Lofted Barn Cabin | SIZE | COST | RETAIL | COST %  RETAIL | $ PROFIT | | COST | RETAIL | COST %  RETAIL | $ PROFIT | $ PROFIT  CHANGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10x18 | | | | | | | | | | |
| | 10x20 | | | | | | | | | | |
| | 12x20 | | | | | | | | | | |
| | 12x24 | | | | | | | | | | |
| | 12x30 | | | | | | | | | | |
| | 12x32 | | | | | | | | | | |

| Painted Lofted Barn Cabin | SIZE | COST | RETAIL | COST %  RETAIL | $ PROFIT | | COST | RETAIL | COST %  RETAIL | $ PROFIT | $ PROFIT  CHANGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8x16 | | | | | | | | | | |
| | 10x18 | | | | | | | | | | |
| | 10x20 | | | | | | | | | | |
| | 12x20 | | | | | | | | | | |
| | 12x24 | | | | | | | | | | |
| | 12x30 | | | | | | | | | | |
| | 12x32 | | | | | | | | | | |

| Painted Deluxe Side Lofted  Barn Cabin | SIZE | COST | RETAIL | COST %  RETAIL | $ PROFIT | | COST. | RETAIL | COST %  RETAIL | $ PROFIT | $ PROFIT  CHANGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12x24 | | | | | | | | | | |
| | 12x30 | | | | | | | | | | |
| | 12x32 | | | | | | | | | | |

| Painted Horse Barn | SIZE | COST | RETAIL | COST %  RETAIL | $ PROFIT | | COST | RETAIL | COST %  RETAIL | $ PROFIT | $ PROFIT  CHANGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12x20 | | | | | | | | | | |
| | 12x32 | | | | | | | | | | |

| EMUTS | SIZE | COST | RETAIL | COST %  RETAIL | $ PROFIT | | COST | RETAIL | COST %  RETAIL | $ PROFIT | $ PROFIT  CHANGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8x12 | | | | | | | | | | |
| | 10x12 | | | | | | | | | | |

File Name: N 4-Cost Estimates\Wester Cost Estimates\David Sullivan Profit Analysis.xlsx

# EXHIBIT E



Do you sell in foreign currency?

ASUS VivoBook

| STAPLES | Last Wk OH | Actual OH | On Order | Order |
|---------|-----------|-----------|----------|-------|
|         |           |           |          |       |
|         |           |           |          |       |
|         |           |           |          |       |

| SCREWS | Last Wk OH | Actual OH | On Order | Order |
|--------|-----------|-----------|----------|-------|
|        |           |           |          |       |
|        |           |           |          |       |





# EXHIBIT F

 Gmail

Dawnette Brown <shedwerxmilan@gmail.com>

## Re: 4th quote

1 message

**JESSE MAUPIN** <jesse@americanbarnco.com>                          Mon, Jun 27, 2022 at 3:25 PM
To: Eric Schauers <emaniam@icloud.com>
Cc: "shedwerxmilan@gmail.com" <shedwerxmilan@gmail.com>

The Denver gable price on this one is incorrect for the polar white the count should have been 120 not 1220
so that price should be reduced other than that please ship! Thanks

Jesse Maupin
American Barn Co.
P. O. Box 1600
Phone (270) 917-1534
Fax (270) 917-1537
Cell (270) 970-9453
Email jesse@americanbarnco.com



**From:** Eric Schauers <emaniam@icloud.com>
**Sent:** Monday, June 27, 2022 2:38 PM
**To:** JESSE MAUPIN <jesse@americanbarnco.com>
**Subject:** 4th quote

Sent from my iPhone

CONFIDENTIAL                                                              REBROWN000348

# Weather King Arizona, Colorado, & New Mexico Driver Dealer List

| Drivers Name | Phone # | Lot Name | Lot Address | City, State | Dealer Name | Phone Number |
|---|---|---|---|---|---|---|
| Oscar Rascon | 505- | | | | | |
| @gmail.com | | Ponderosa Portables | 2 Frontage Rd. 2146 | Las Vegas, NM | Annette Ratzlaff | 505 |
| | | Rocky Mountain Storage | 2502 7th st | Las Vegas, NM | Jose Trujillo | 505 |
| | | WK of Santa Rosa | 256 Historic Route 66 | Santa Rosa, NM | Lou Chavez | 575 |
| | | WK of Ft. Sumner | 26450 US Hwy 60 | Ft. Sumner, NM | Darrin Burns | 575 |
| | | Tucumcari Ranch Sup. | 502 S. Lake Street | Tucumcari, NM | Stella Watson | 575 |
| | | The Veggie Shack | 42609 US Hwy 70 | Portales, NM | Marc Balco | 575 |
| | | | | | | |
| | | | | | | |
| Ever Anchondo | 505 | | | | | |
| @gmail.com | | WK of Gallup | 1315 US Hwy 491 | Grants, NM | Joe Athens | 505 |
| | | American Outdoors | 2851 White Sands Blvd | Alamogordo, NM | Jim Coble | 575 |
| | | West Side WeatherKing | 9400 Central SW | ABQ, NM | Joe Montoya | 505 |
| | | Circle A Farms | 125 Pine Lodge | Capitan, NM | Penny Almond | 575 |
| | | Lotza Stuff | 226 Hwy 70 | Ruidoso Downs, NM | Shamie Mills | 575 |
| | | WK of Ganado | Hwy 264/191 | Ganado, AZ | Sherry Barnall | 928 |
| Orlando Anchondo | 505- | | | | | |
| @gmail.com | | Chama Valley Sheds | 498 Hwy 84/64 | Chama, NM | Leon Beier | 575 |
| | | WK of Cuba | 6388 Highway 50 | Cuba, NM | Aparcio Herrera | 505 |
| | | Bldgs, Cabins & Sheds | 1602 S Broadway | Cortez, CO | Boyd Hurford | 970 |
| | | Pagosa Mtn. Durango | 907 Camino Del Rio | Durango, Co. | David Wegher | 928- |
| | | Pagosa Mtn. Outdoor | 2901 Cornerstone Dr. | Pagosa Sprngs, CO | Ann Ellerman | 928- |
| Ray Merwin | 719- | | | | | |
| @gmail.com | | Candelario's | 600 Kiowa Ave. | Raton, NM | Rita Martinez | 575- |
| | | WK of Lamar | 1712 S. Main St. | Lamar, CO | Jeff Hernandez | 719- |
| | | WK of Springfield | Main St. | Springfield, CO | Darrell Mackey | 719- |
| | | Darling Portables | 43492 St. Rt. Hwy 71 | Limon, CO | Vonnie Darling | 719- |
| | | WK of Falcon | 9025 Chicago Ave. | Peyton, CO | Shana Potts | 719- |
| | | Rocky Mtn. Bldg. Mat | 26990 E. Hwy 96 | Pueblo, CO | Paul Carter | 719- |
| | | JS Service & Repair | 41 Greenhorn Dr. | Pueblo, CO | Chelene Summers | 719- |
| | | WK of Pueblo | 4107 W Northern Ave | Pueblo, CO | Bob Hobson | 719- |

REBROWN000353

| Drivers Name | Phone # | Lot Name | Lot Address | City, State | Dealer Name | Phone Number |
|---|---|---|---|---|---|---|
| | | WK of San Luis Valley | 1403 Tremont Ave | Alamosa, CO | Ann Ellerman | 928- |
| | | WK of Walsenburg | 1100 W 7th St | Walsenburg, CO | Jessica Andreatta | 719 |
| | | | | | | |
| Chuck Heald | 719- | | | | | |
| @healdworks.com | | Healdworks | 15451 West Hwy 60 | Del Norte, CO | Joni Fernholdtz | 719 |
| | | | | | | |
| Henry Peters | 432- | | | | | |
| @gmail.com | | Anchondo Portables | 605 E. Marland Dr. | Hobbs, NM | Mario Anchondo | 432- |
| | | Rob's Trailers | 6487 Seven Rivers Hwy | Artesia, NM | Janet Livingston | 575- |
| | | Security Key & Safe | 1607 W. 2nd St. | Roswell, NM | Colt Gipson | 575- |
| | | Hobbs Storage | 5220 A Lovington Highway | Hobbs, NM | Kristy Cabderon | 432- |
| | | Cowboy's Corner | 1002 N. Main St. | Lovington, NM | Alex Banks | 575- |
| Estevan Martínez | 915- | | | | | |
| | | | | | | |
| Manuel Rascon | 505 | | | | | |
| @gmail.com | | WK of Bernalillo | 223 W. Highway 550 | Bernalillo, NM | Bob Atler | 505- |
| | | Tom's Portables | 2617 Coors Blvd SW | Albuquerque, NM | Tom Stewart | 505- |
| | | Portable Bldg. of NM | US Route 66 | Moriarty, NM | Jeanne Dvorak | 505- |
| | | WK of Peralta | 1665 Bosque Farms Blvd | Peralta, NM | Daniel Zamora | 505- |
| | | Southwest Emporium | 1422 Frontage Road | Belen, NM | Robert Gabalderon | 505- |
| | | Lemitar Auctions | 34 S.E. Frontage Rd. | Lemitar, NM | Rene Burns | 575- |
| | | Weather King on Brdwy | 8226 Broadway SE | ABQ, NM | Tom Richardson | 505- |
| Marcus Broom | 915- | | | | | |
| | | WK of Las Cruces | 1501 S. Valley Dr. | Las Cruces, NM | Ron Pelzel | 575- |
| | | WK of Truth or Conseq | 1409 Date St. | T or C, NM | Cheryl McKinney | 575- |
| | | Priscilla's Sheds | 12429 Alameda | Clint, TX | Priscilla Gaona | 915- |
| | | WK of Socorro | 100 Settler | El Paso, TX | Jose Cortez | 915- |
| Renea Chivira | 575- | | | | | |
| | | Classy Sheds | 10175 Dyer Street | El Paso, TX | Janelle Rocca | 915- |
| | | Finns Portables | 8020 Alameda | El Pas, TX | Hilda Finn | 915- |
| | | WK of Deming | 1020 E. Pine | Deming, NM | Ron Pelzel | 575- |
| Bryan Hyer | 970- | | | | | |
| @gmail.com | | AZ Port. White Mtn. | 2201 E. Duece of Clubs | Show Low, AZ | Brandon Perkins | 928- |

REBROWN000354

| Drivers Name | Phone # | Lot Name | Lot Address | City, State | Dealer Name | Phone Number |
|---|---|---|---|---|---|---|
| | | WK of St. Johns | 895 W. Cleveland | St. Johns, AZ | Tim Smith | 928 |
| | | Triple 7 Eagar | 777 N. Main St. | Eagar, AZ | Jim Finch | 928 |
| | | WK of Hollbrook | 1101 Hopi Dr. | Hollbrook, AZ | Paul Ortega | 928 |
| | | Black Barns | 402 W. Second St. | Winslow, AZ | Caryna Johnson | 928 |
| | | Big G's | 380 N. Haskall Ave. | Wilcox, AZ | Garrett Douglas | 520 |
| | | WK of Safford | 870 US Hwy 70 E. | Safford, AZ | Rob Lomax | 928 |
| | | WK of Silver City | 2800 Hwy 180 E. | Silver City, NM | Dan Alexander | 575 |
| | | | | | | |
| Brian Lassen | 520- | | | | | |
| @gmail.com | | Firehouse Rillito | 11601 N. Casa Grande Hwy | Rillito, AZ | Kathy Holly | 520 |
| | | West Ajo Feed | 4602 W. Ajo Hwy | Tucson, AZ | Vinnie Aqualina | 520 |
| | | WK of Sahuarita | 16115 S. Three Wells Court | Sahuarita, AZ | Colby Fryar | 520 |
| | | Firehouse Whetstone | 2265 Arizona 90 | Huachuca City, AZ | Cherie Austin | 520 |
| | | Firehouse Sierra Vista | 1800 S. Hwy 92 | Sierra Vista, AZ | Cherie Austin | 520 |
| | | Firehouse Pearce | 101 N. Frontage Rd. | Pearce, AZ | Cherie Austin | 520 |
| | | Triple L Feed | 13700 N. Sandario Road | Marana, AZ | Deanna Lamoreaux | 520 |
| | | WK of Catalina | 16181 N. Oracle Rd. | Catalina, AZ | Joe Pate | 520 |
| Rueben Smith | 623- | | | | | |
| @gmail.com | | Stockton Hill | 4518 Stockton Hill Rd. | Kingman, AZ | Levi Reed | 928 |
| | | Portable Wood Shed | 5101 Hwy 68 | Golden Valley, AZ | Scott Rice | 928 |
| | | Acme Storage | 406 E. Historic Route 66 | Seligman, Az | Ken Dobson | 928 |
| | | Bromm Auto | 655 E. Wickenburg Way | Wickenburg, AZ | Ed Hunt | 928 |
| | | WK of Arizona | 9221 W. Cactus Blvd | Peoria, AZ | Daniel Herschberger | 623 |
| | | | | | | |
| Kyron Koehn | 623- | | | | | |
| @gmail.com | | Baize LLC | 2665 S. State Route 89 | Chino Valley, AZ | Pat Baize | 928 |
| | | Richard's Garden Cntr | 26840 N. Black Canyon Hwy | Phoenix, AZ | Paul Pingatore | 623 |
| | | WK of Cottonwood | 4151 E. Western Drive | Cottonwood, AZ | Melissa Favrow | 928 |
| | | WK of Winona | 13673 Townsend Dr. | Winona, AZ | Chris Baze | 928 |
| | | | | | | |
| Louis Romero | 623- | | | | | |
| @gmail.com | | Portable Bldg Ideas | 10179 E. South Frontage Rd. | Yuma, AZ | Carl Johnson | 928 |
| | | Finishing Touches | 1700 N. 2nd Avenue | Ajo, AZ | Mike George | 602 |

REBROWN000355

| Drivers Name | Phone # | Lot Name | Lot Address | City, State | Dealer Name | Phone Number |
|---|---|---|---|---|---|---|
| | | Allbrite Fencing | 18421 W. McDowell Rd. | Goodyear, AZ | Lauri | 623- |
| | | WK of Casa Grande | 1740 N. Pinal Ave | Casa Grande, AZ | Robin Keeling | 520- |
| Wes Ennz | 623- | | | | | |
| @gmail.com | | AZ Port. Apache Jnct | 10838 E. Apache Trail | Apache Jct, AZ | Brandon Perkins | 928- |
| | | WK of Parker | 1204 S. Kofa Rd. | Parker, AZ | Scott Rice | 928- |
| | | WK of Globe | 1755 N. Broad St. | Globe, AZ | Lavecka Bade | 928- |
| | | WK of Baseline | 4228 E. Baseline Rd. | Phoenix, AZ | Robbie Mathers | 480- |
| | | | | | | |
| | | | | | | |
| Desert Rose Trking | 575- | | | | | |
| Larry Jaramillo | 575- | WK of Pojoaque | 94 Cities of Gold | Santa Fe, NM | Larry Jaramillo | 575- |
| @gmail.com | | WK of Taos | 1411 Paseo Del Puebli Sir | Taos, NM | Larry Jaramillo | 575- |
| | | | | | | |
| Scott Curtis | 719- | 4 Corners Farmington | 7939 E. Main Street | Farmington, NM | Dawnette Brown | 719- |
| @gmail.com | | 4 Corners Kirtland | 4194 Highway 64 | Kirtland, NM | Dawnette Brown | 719- |
| | | WK of Grants | 5 Naomi Drive | Grants, NM | Dawnette Brown | 719- |
| | | | | | | |
| | | | | | | |
| | | | | | | |

REBROWN000356

# EXHIBIT G

# BUTLER | SNOW

November 16, 2022

**VIA FEDERAL EXPRESS**

Allbrite Fencing
ATTN: Lauri
18421 W. McDowell Rd.
Goodyear, AZ 85395
allbritematerials@gmail.com

Re: Consolidated Industries, LLC d/b/a Weather King Portable Buildings

Dear Lauri:

Recently, our client, Consolidated Industries, LLC d/b/a Weather King Portable Buildings ("Weather King") has encountered evidence in which building permit applications have been submitted by third-parties using Weather King's plans/drawings and listing Weather King as the contractor, even though Weather King was not the contractor and Weather King did not authorize the use of its plans.

For example, enclosed herewith is a permit application submitted on or about October 14, 2022. The "Contractor Information" identifies Jesse Maupin of "Consolidated Industries d/b/a Weather King Portable Buildings" as the "Qualifying Party" and his signature is affixed as "Permit Holder." Mr. Maupin, however, has not been affiliated with Weather King since the termination of his employment on June 1, 2022. The application also designates Kevin Nolan, P.E. as the "Project Architect." Mr. Nolan, however, has only prepared plans for Weather King and did not prepare any plans for use by the owner, nor the dealer or builder who built the unit for the owner's use. The plans submitted with the application were indeed prepared by Mr. Nolan on behalf of Weather King and specify Weather King's name.

After Weather King brought this issue to Mr. Maupin's attention, Mr. Maupin (through counsel) responded, *inter alia*, that "American Barn's dealers all possess drawings previously belonging to Weather King" and that "[a]t times those dealers affix Mr. Maupin's signature to permit applications."

Weather King has never authorized its drawings to be used in furtherance of any business other than Weather King business. To the extent that your company has been using any of Weather King's drawings/plans/blueprints prepared by Mr. Nolan, Weather King demands that you immediately cease and desist from doing so. Weather King further demands that none of its drawings/plans/blueprints be used in connection with any building permit applications and that

---

*The Pinnacle at Symphony Place*
*150 3rd Avenue South, Suite 1600*
*Nashville, TN 37201*

**DAVID L. JOHNSON**
615.651.6731
david.johnson@butlersnow.com

*T 615.651.6700*
*F 615.651.6701*
*www.butlersnow.com*

**BUTLER SNOW LLP**

November 16, 2022
Page 2

Weather King's name not otherwise be used in connection with any such applications in the absence of Weather King's written permission. Nor should Weather King's insignia be used in connection with the sale, distribution, marketing, or promotion of any non-Weather King products.

In addition, Weather King demands that, no later than Wednesday, November 23, 2022, your company respond in writing to this letter by: (a) returning all Weather King drawings/plans/blueprints or any other Weather King property in your possession; (b) confirming that any electronically-stored copies of such Weather King property have been destroyed; (c) assuring that your company will not make use of any Weather King property in the future; and (d) explaining the circumstances in which your company has made use of any Weather King property in furtherance of any business other than Weather King business.

Thank you for your immediate attention to this matter, and please let me know if you have any questions about Weather King's expectations.

Very truly yours,

Butler Snow LLP

David L. Johnson

DLJ:sc
Enc.
cc:    John Dollarhide
66494792.v1