# EXHIBIT 2

Message

**From:** Troy Buttrey [tbuttrey@firstbankonline.com]
**Sent:** 6/9/2022 11:25:30 AM
**To:** Kristy Buttrey [kbuttrey@bpsrentals.net]
**Subject:** RE: Borrowing Base Report-Newest Version

We may have contracts from ABCO and BPS within a week...maybe two but sales are coming in quickly every day.  Just talked with Jessie.

Is everything good to go...to manage ABCO contracts?

**From:** Kristy Buttrey <kbuttrey@bpsrentals.net>
**Sent:** Thursday, June 9, 2022 10:10 AM
**To:** Troy Buttrey <tbuttrey@firstbankonline.com>
**Subject:** RE: Borrowing Base Report-Newest Version

---
**CAUTION - EXTERNAL EMAIL**
---

I included the reports with the BBC

On Jun 9, 2022 10:03 AM, Troy Buttrey <tbuttrey@firstbankonline.com> wrote:

I need the most recent bbc that indicates $211K availability and supporting reports.  Thanks,

**From:** Kristina Buttrey <kbuttrey@bpsrentals.net>
**Sent:** Tuesday, June 7, 2022 2:05 PM
**To:** Troy Buttrey <tbuttrey@firstbankonline.com>
**Subject:** Borrowing Base Report-Newest Version

---
**CAUTION - EXTERNAL EMAIL**
---