# EXHIBIT 3

# American Barn Co, LLC
## Balance Sheet
### As of May 8, 2023



Total Current Liabilities

Long-Term Liabilities
- N/P - BPS Rental Co
- N/P - Goode Holding
- N/P - Jade Rentals
- Notes Payable - EFA-Forklift
- Notes Payable - Goode Holdings
- Notes Payable - Jade Rentals

Total Long-Term Liabilities

CONFIDENTIAL                                                    AMERICANBARN000061

# American Barn Co, LLC
## Balance Sheet
### As of May 8, 2023

|  | TOTAL |
|---|---|
| **ASSETS** | |
|   Current Assets | |
|     Bank Accounts | |
|       First Bank Account | |
|       MISCELANEOUS | |
|       QuickBooks Checking Account | |
|       Reimbursement | |
|     Total Bank Accounts | |
|     Accounts Receivable | |
|       Accounts Receivable (A/R) | |
|     Total Accounts Receivable | |
|     Other Current Assets | |
|       Due to/from ABCo Rentals LLC | |
|       Employee Cash Advances | |
|       Inventory Asset | |
|         Finished Goods Inventory | |
|         Raw Materials | |
|           Raw Materials - ARLINGTON | |
|           Raw Materials - CHINO | |
|           Raw Materials - GOLDEN VALLEY | |
|           Raw Materials - HARRISBURG | |
|           Raw Materials - LAS VEGAS | |
|           Raw Materials - MILAN | |
|           Raw Materials - SOMERTON | |
|           Raw Materials - WILLCOX | |
|         Total Raw Materials | |
|       Total Inventory Asset | |
|       Loans to others | |
|         Note Receivable - 5225 S 43rd AVE LLC | |
|         Note Receivable - Arizona Barn Co LLC | |
|         Note Receivable - Benjamin T Miller | |
|         Note Receivable - Ponderosa Portable Storage | |
|         Note Receivable - Shed Werx LLC | |
|         Note Receivable - Sónoran Sheds | |
|         Notes Receivable - BRYAN HYER | |
|       Total Loans to others | |
|       Payments to deposit | |
|       Repayment | |
|       Advance | 0.00 |



CONFIDENTIAL                                                                                                  AMERICANBARN000059