# EXHIBIT 4

----- Forwarded Message -----
**From:** Jim Kowalzyk <kkwesternhauling@yahoo.com>
**To:** Jesse Maupin <westkentuckyqdma@gmail.com>
**Sent:** Thursday, April 7, 2022 at 04:22:55 PM MST
**Subject:** Re: Globe lease

I have attached the new Lease.

Thank you!

On Thursday, April 7, 2022, 03:39:43 PM MST, Jesse Maupin <westkentuckyqdma@gmail.com> wrote:

That's fine with me Mr. Jim!!

> On Apr 7, 2022, at 5:09 PM, Jim Kowalzyk <kkwesternhauling@yahoo.com> wrote:
>
> Hi Jesse,
> I have your lease ready, but I want to let you know that I have to charge you
> A state tax of 2.5% equals $20
> Dollars per month. I hope that's ok with you.
>
> Thank you Jim
> Sent from my iPhone
>
>> On Mar 30, 2022, at 4:29 PM, Jesse Maupin <westkentuckyqdma@gmail.com> wrote:
>>
>> That would be Perfect!! Thank you so much!!
>>
>> Jesse Maupin
>>
>>
>>>> On Mar 30, 2022, at 6:20 PM, Jim Kowalzyk <kkwesternhauling@yahoo.com> wrote:
>>>
>>> Hi jesse,
>>> No I haven't had a chance to get the lease done yet but I will.
>>> Do you want it to start June 1st when the other lease ends?
>>>
>>> Sent from my iPhone
>>>
>>>>> On Mar 29, 2022, at 3:18 PM, Jesse Maupin <westkentuckyqdma@gmail.com> wrote:
>>>>
>>>> Good afternoon!! Have you been able to get me a Lease written up for the lot in globe yet??
>>>>
>>>> Jesse Maupin
>>>> Weather King Portable Buildings

KOWALZYK-0011

```
>>>> 295 Jim Adams Drive
>>>> P. O. Box 108
>>>> Paris, TN 38242
>>>> Phone 270-970-9453
>>>> Email jmaupin@consolidatedbuildings.com
>>>>
>>>>
>>>>>> On Mar 24, 2022, at 4:38 PM, Jim Kowalzyk <kkwesternhauling@yahoo.com> wrote:
>>>>>
>>>>> Hi Jesse,
>>>>> Yes sir I would be happy to lease to you. I'm glad you do good there.
>>>>> Would you like me to change the lease to your name.         Jim
>>>>>
>>>>> Sent from my iPhone
>>>>>
>>>>>>> On Mar 24, 2022, at 1:57 PM, Jesse Maupin <westkentuckyqdma@gmail.com> wrote:
>>>>>>
>>>>>> Good afternoon Mr. Jim I hope all is well your way. I know the lease is up May 31st and Weather King isn't really wanting to lease lots anymore but I do good sales there and you and I go way back. Would it be possible for me to lease the property so I can keep my sales lot open and continue to sell there??
>>>>>>
>>>>>> Jesse Maupin
>>>>>> Weather King Portable Buildings
>>>>>> 295 Jim Adams Drive
>>>>>> P. O. Box 108
>>>>>> Paris, TN 38242
>>>>>> Phone 270-970-9453
>>>>>> Email jmaupin@consolidatedbuildings.com
>>>>>>
>>>>>
>>>
>
```

KOWALZYK-0012