# EXHIBIT 1



**Jesse**

Ok sounds good and will not say anything.

Feb 8, 2022 at 2:04 PM

Hey brother who is your banker that you deal with most??

I deal with a small community bank is Bardwell where I grew up. His name is Ricky.

What's the name of it??

Citizens Deposit Bank. They don't keep in house they participate it with another bank. Can't remember the name of that one.

Ok just curious thanks man!! And... keep that line open your gonna need it!!

Awesome! Thanks!

Thu, Mar 3 at 8:24 AM

HAPPY BIRTHDAY BROTHER!! I hope you have a great day and a wonderful time while



DLF Bates No. 000196



2:45

**Jesse**

Mon, Mar 28 at 3:44 PM

Good afternoon brother! When would be a good time to meet up with you to go over a few things about some business??

Hey man. I'm good tues, wed, thurs. Whichever works best for you. I can meet you wherever so u don't have to come all way to Paducah.

Let ok let's me try to come up with a plan Thursday might end up being good

Ok...first of the month gets hairy for me, lol. So anything before Friday is great.

I will try and make Thursday work then

Wed, Mar 30 at 10:41 AM

It's hard for me to get away from here during the week what would

iMessage

Cash



**Jesse**

Wed, Mar 30 at 10:41 AM

It's hard for me to get away from here during the week what would you think about me and the family
Coming to your house this weekend so we can talk and Molly can kick it with MIMI

> Yeah sure! That sounds good.

Awesome we will try and make it happen

Mon, Apr 4 at 10:50 AM

Good morning!! We had to come to Paducah to get our star license would it possible to swing by and talk to you at your office today

> Since the office is so small I don't really like to talk in front of employees, lol. Little ears are listening. It's terrible I just don't like talking in front of them....can I meet you somewhere else? Lunch?

DLF Bates No. 000198



**2:45**

**Jesse**

> I meet you somewhere else?
> Lunch?

Sure we can meet anywhere toots likes the goodwill we just pulled in here to get our license I will text when we get out

> If eating don't work. Or if y'all wanna go to the house that's fine too.

The line for this license BS is long as shit and no walk ins

> I think u have to do apt, don't u?

Yep!! You want to come down to the good will store??

> Yeah sure
> In lone oak?

Yes

We just got here

Wed, Apr 6 at 11:04 AM

DLF Bates No. 000199



DLF Bates No. 000200



DLF Bates No. 000201



DLF Bates No. 000202



**Jesse**

Yes I've already purchased the web domain
americanbarnco.com

Gotcha! I was just messing around and googled and that one I sent popped up, ha! I didn't think that was it but figured u might've already had something going with other ppl.

Mon, May 2 at 4:06 PM

Sorry to hear about the passing of your stepmom. Be thinking about you. 🙏

It was actually her daughter but I really appreciate it man. Pretty bad deal

Well I hate to hear that. How old?

REDACTED - HIPPA



2:46

**Jesse**

REDACTED - HIPPA



Yes brother it does and I've known her since she was 12

Mon, Jun 13 at 2:00 PM

 AMERICAN_BARN_CO_PRICE SHEET_JUNE_202...
PDF Document · 187 KB

 Thanks

Tue, Jun 14 at 9:56 AM



DLF Bates No. 000204

2:46



<      **Jesse**      🎥



Tue, Jun 14 at 9:56 AM



Yes we all got one I will call you shortly on it. It's a scare letter.

Sat, Jun 18 at 8:34 AM

Good morning brother give me a holler when you can.

Tue, Jun 21 at 2:47 PM

I'm on the other line. I will call you back shortly.



DLF Bates No. 000205

2:46 

&lt; **Jesse** 🎥

Tue, Jun 21 at 2:47 PM

I'm on the other line. I will call you back shortly.



Thu, Jun 30 at 9:41 AM



Sent as Text Message

Hey man I just landed with Scott I will look into it

Call my office and ask Stephanie what she did

270-917-1534



Thu, Jun 30 at 1:02 PM

Did Stephanie get you taken care of??

       



2:46

< **Jesse**

Thu, Jun 30 at 1:02 PM

Did Stephanie get you taken care of??

> Yeah. She said she couldn't get it to work online either and had to print and mail it in. Which is what I'm doing now, lol

Oh man I'm sorry about the trouble with it.

> No it's no biggie. It just kept getting rejected and I couldn't figure out why. She said she spent 1:30 on phone with dept one day and they finally told her just to mail it in and she said it was fine after that.

Tue, Jul 5 at 10:40 AM

> Do you know if your office has paperwork ready for us? If so I can meet you somewhere. If not I'm gonna be gone until next Wednesday, 7/13

Adrian doesn't go out to settle until the next week of this month



DLF Bates No. 000207

2:46

**Jesse**

Adrian doesn't go out to settle until the next week of this month so it will be a 6 week settle and should be a good batch of paper!

> Ok awesome. Didn't want u to have to wait on me if it was ready! Thanks.

Tue, Jul 5 at 12:35 PM

You bet!!!

Tue, Jul 19 at 4:42 PM

Good afternoon brother got about  worth of contracts coming to you tomorrow?? Would it be possible to get a check on those when we bring them??

> Yeah if u wanna have them text me the total I can have it written and meet whoever somewhere if they wish

Amber is gonna have me a total in the morning and I will text then I really appreciate it!



**Jesse**

in the morning and I will text then I really appreciate it!

> Yes sir. Things go good so far for ya?

Yes they are man it's easing right along I will holler at ya in the morning and give you details as far as everything and what's up

> Sounds good

*Wed, Jul 20 at 9:43 AM*

Goode ▇▇▇▇

> 👍 will write check now.
>
> I don't mind coming to pick them up. We r slow.

That would be ok too I won't be back until after lunch if that's ok??

> Sure. You want me to plan on being there at 1:00?

1:30 or 2 would work better if

DLF Bates No. 000209



DLF Bates No. 000210



DLF Bates No. 000211

2:46

**Jesse**

It was hot as hell!! And yes from what I hear they had fun!!

For sure.

Tue, Aug 16 at 3:56 PM

Hey man! Hope all is well! I've got more contracts if your gonna be around Thursday.

Yes sir. I will be around.

Ok I will probably run up and see ya you doing ok??

Ok I can meet you somewhere if u wanna. Do u know ballpark how much we are looking at this time?

Yep doing good. Y'all doing ok?

Be about like last time

I can just run there we are doing good just busy as shit

That's a good thing, lol.

DLF Bates No. 000212