# EXHIBIT 2

DLF Bates No. 000007

CONFIDENTIAL
PROTECTED INFORMATION

CONFIDENTIAL
PROTECTED INFORMATION

12.23 PM
02/28/23
Accrual Basis

**Goode Holdings, LLC**
**Transactions by Account**
As of February 28, 2023

| Type | Date | Num | Name | Memo | Debit | Balance |
|------|------|-----|------|------|-------|---------|
| **Accounts Receivable (ABCO)** | | | | | | |
| Check | 10/24/2022 | ACH | ABCO | Short-Term Note | | |
| Check | 11/15/2022 | ACH | ABCO | Short-Term Note | | |
| Check | 12/22/2022 | ACH | ABCO | Loan for 2 Trailers | | |
| Total Accounts Receivable (ABCO) | | | | | | |
| TOTAL | | | | | | |

Page 1

CONFIDENTIAL
PROTECTED INFORMATION

12:56 PM

02/28/23

Accrual Basis

## Goode Holdings, LLC
### Transactions by Account
#### As of February 28, 2023

| Type | Date | Num | Name | Memo | Class | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| Prepaid Premium | | | | | | | | |
| Check | 04/04/2022 | 1255 | American Bam Co. | Prepaid Premium | AZ | | | |
| General Journal | 07/31/2022 | DWG | | Record July Premium | AZ | | | |
| General Journal | 08/31/2022 | DWG | | Record August Premium | AZ | | | |
| General Journal | 09/30/2022 | DWG | | Record September - Premium | AZ | | | |
| General Journal | 10/31/2022 | DWG | | Adjust Premium for Cancellatie | AZ | | | |
| General Journal | 10/31/2022 | DWG | | Record October Premium | AZ | | | |
| General Journal | 11/30/2022 | DWG | | Adjust Premium - Cancellations | AZ | | | |
| General Journal | 11/30/2022 | DWG | | Record Premium - November | AZ | | | |
| General Journal | 12/31/2022 | DWG | | Record Premium - December | AZ | | | |
| General Journal | 01/31/2023 | DWG | | Record January Premium | AZ | | | |

Total Prepaid Premium

**TOTAL**

CONFIDENTIAL
PROTECTED INFORMATION

DLF Bates No. 000008

Page 1

CONFIDENTIAL
PROTECTED INFORMATION

DLF Bates No. 000009

CONFIDENTIAL
PROTECTED INFORMATION



CONFIDENTIAL
PROTECTED INFORMATION

DLF Bates No. 000010

CONFIDENTIAL
PROTECTED INFORMATION

12:32 PM
02/28/23
Accrual Basis

**Goode Holdings, LLC**
**Find Report**
All Transactions

| Type | Date | Num | Name | Memo | Account | Clr | Split | Debit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 11/30/2022 | ACH | American Bam Co | | | | | | |
| Check | 11/30/2022 | ACH | American Bam Co | | | | | | |
| Check | 11/30/2022 | ACH | American Bam Co | | | | | | |
| Check | 11/30/2022 | ACH | American Bam Co | | | | | | |
| Check | 11/30/2022 | ACH | American Bam Co | | | | | | |
| Check | 11/30/2022 | ACH | American Bam Co | | | | | | |
| Check | 11/30/2022 | ACH | American Bam Co | | | | | | |
| Check | 11/30/2022 | ACH | American Bam Co | | | | | | |
| Check | 11/30/2022 | ACH | American Bam Co | | | | | | |
| Check | 11/30/2022 | ACH | American Bam Co | | | | | | |
| Check | 11/30/2022 | ACH | American Bam Co | | | | | | |
| Check | 11/30/2022 | ACH | American Bam Co | | | | | | |
| Check | 11/30/2022 | ACH | American Bam Co | | | | | | |
| Check | 11/15/2022 | ACH | American Bam Co | | | | | | |
| Check | 11/15/2022 | ACH | American Bam Co | Short-Term Note | Accounts Receivable (11010) | | | | |
| Check | 10/24/2022 | ACH | American Bam Co | Short-Term Note | Checking | | | | |
| Check | 10/24/2022 | ACH | American Bam Co | Short-Term Note | Accounts Receivable (11010) | | | | |
| Check | 10/18/2022 | ACH | American Bam Co | Equipment and Plant Pr No | Checking | | | | |
| Check | 10/19/2022 | ACH | American Bam Co | | | | | | |
| Check | 10/18/2022 | ACH | American Bam Co | | | | | | |
| Check | 10/19/2022 | ACH | American Bam Co | | | | | | |
| Check | 10/18/2022 | ACH | American Bam Co | | | | | | |
| Check | 10/18/2022 | ACH | American Bam Co | | | | | | |
| Check | 10/19/2022 | ACH | American Bam Co | | | | | | |
| Deposit | 10/18/2022 | 1251 | American Bam Co | | | | | | |
| Deposit | 10/18/2022 | 1255 | American Bam Co | | | | | | |
| Deposit | 10/18/2022 | 1249 | American Bam Co | | | | | | |
| Check | 10/17/2022 | ACH | American Bam Co | | | | | | |
| Check | 10/17/2022 | ACH | American Bam Co | | | | | | |
| Check | 10/17/2022 | ACH | American Bam Co | | | | | | |
| Check | 10/17/2022 | ACH | American Bam Co | | | | | | |
| Check | 10/17/2022 | ACH | American Bam Co | | | | | | |
| Check | 10/17/2022 | ACH | American Bam Co | | | | | | |
| Check | 10/17/2022 | ACH | American Bam Co | | | | | | |
| Check | 10/17/2022 | ACH | American Bam Co | | | | | | |
| Check | 10/17/2022 | ACH | American Bam Co | | | | | | |
| Check | 10/17/2022 | ACH | American Bam Co | | | | | | |
| Check | 10/17/2022 | ACH | American Bam Co | | | | | | |

Page 2 of 4

# CONFIDENTIAL
# PROTECTED INFORMATION

Citizens Deposit Bank

Report Date **02/28/2023 at 4:14pm**

Transaction Report

Page 1

| ACCOUNT Goode Holdings - Checking *8152 | CATEGORY | TRANSACTION DATE 10/25/2022 | AMOUNT |
|---|---|---|---|

DESCRIPTION
GOODE HOLDINGS CONTRACTS

*Loan*

# CONFIDENTIAL
# PROTECTED INFORMATION

DLF Bates No. 000013

# CONFIDENTIAL
## PROTECTED INFORMATION

Citizens Deposit Bank

Report Date 02/28/2023 at 4:14pm

Transaction Report

Page 1

| ACCOUNT Goods Holdings - Checking *8162 | CATEGORY | TRANSACTION DATE 11/16/2022 | AMOUNT |
|---|---|---|---|

DESCRIPTION
TFR TO CHECKING AMERICAN BARN CO LLC

Loan

# CONFIDENTIAL
## PROTECTED INFORMATION

DLF Bates No. 000014

## CONFIDENTIAL
## PROTECTED INFORMATION



## CONFIDENTIAL
## PROTECTED INFORMATION

DLF Bates No. 000015

# GOODE HOLDINGS, LLC

PO BOX 55
WEST PADUCAH, KY 42086
270-933-1123

**DATE:**     December 19, 2022

**FOR:**     December 2022 -
             Interest

**BILL TO:**
AMERICAN BARN CO.
PO BOX 1600
MURRAY, KY 42071
270-933-1123

| DESCRIPTION | AMOUNT |
|---|---|
| Loan - December 2022 Monthly Interest | $ |
| | |
| Loan Balance - ▮ @ 7% annual interest | |
| (Paid Monthly) | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | $ |

DLF Bates No. 000082