# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC<br>d/b/a WEATHER KING PORTABLE<br>BUILDINGS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JESSE A. MAUPIN, BARRY D.<br>HARRELL, ADRIAN S. HARROD,<br>LOGAN C. FEAGIN, STEPHANIE L.<br>GILLESPIE, RYAN E. BROWN,<br>DANIEL J. HERSHBERGER, BRIAN L.<br>LASSEN, ALEYNA LASSEN, and<br>AMERICAN BARN CO., LLC,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:22-cv-01230-STA-jay<br>)<br>)  Chief Judge S. Thomas Anderson<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME AND FOR PERMISSION TO FILE AN OVER-LENGTH REPLY BRIEF

Defendants Jesse A. Maupin, Barry D. Harrell, Adrian S. Harrod, Logan C. Feagin, Stephanie L Gillespie, Ryan E. Brown, Daniel J. Hershberger, Brian L. Lassen, Aleyna Lassen and American Barn Co., LLC (collectively "Defendants") hereby move for an extension of time to file their Reply Brief in Support of their Motion for Summary Judgment and Motion to Dismiss for Lack of Subject Matter Jurisdiction, from August 2, 2023 to **August 9, 2023**. Plaintiff does not oppose this motion. Defendants also move the Court for permission to file an over-length Reply Brief in support of that motion. Plaintiff also does not oppose that motion.

Dated: July 27, 2023　　　　　　　　　　　　**AKERMAN LLP**

　　　　　　　　　　　　　　　　　　　　　　/s/ *Thomas G. Pasternak*
　　　　　　　　　　　　　　　　　　　　　　Thomas G. Pasternak
　　　　　　　　　　　　　　　　　　　　　　71 South Wacker Dr.
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　　　Telephone: 312 870 8019
　　　　　　　　　　　　　　　　　　　　　　thomas.pasternak@akerman.com

71934479;1

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2023, I filed the foregoing, **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME AND FOR PERMISSION TO FILE AN OVER-LENGTH REPLY BRIEF** with the Court using the ECF system, which will provide notice and a copy to counsel of record:

> David L. Johnson, #18732
> John H. Dollarhide, #40041
> Y. Larry Cheng, #36707
> 150 3rd Avenue South, Suite 1600
> Nashville, TN 37201
> Telephone: (615) 651-6700
> Fax: (615) 651-6701
> david.johnson@butlersnow.com
> john.dollarhide@butlersnow.com
> larry.cheng@butlersnow.com
>
> Daniel W. Van Horn, #18940
> 6075 Poplar Ave., Suite 500
> Memphis, TN 38119
> Telephone: (901) 680-7200
> Fax: (901) 680-7201
> Danny.VanHorn@butlersnow.com

/s/ *Thomas G. Pasternak*
Thomas G. Pasternak
