# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC d/b/a WEATHER KING PORTABLE BUILDINGS,<br><br>Plaintiff,<br><br>v.<br><br>JESSE A. MAUPIN, BARRY D. HARRELL, ADRIAN S. HARROD, LOGAN C. FEAGIN, STEPHANIE L. GILLESPIE, RYAN E. BROWN, DANIEL J. HERSHBERGER, BRIAN L. LASSEN, ALEYNA LASSEN, and AMERICAN BARN CO., LLC,<br><br>Defendants. | Civil Action No. 1:22-cv-01230-STA-jay |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME AND FOR PERMISSION TO FILE AN OVER-LENGTH REPLY BRIEF

The Court having considered Defendants' Unopposed Motion for Extension of Time and for Permission to File an Over-Length Reply Brief in support of its Motion for Summary Judgment and Motion to Dismiss for Lack of Subject Matter Jurisdiction (ECF No. 105), hereby **GRANTS** the motion. Defendants' Reply Brief will be due **August 9, 2023**, and Defendants may file a Reply Brief with an additional ten (10) pages in support of that motion.

IT IS SO ORDERED.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

DATE: July 27, 2023