**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CONSOLIDATED INDUSTRIES, LLC d/b/a WEATHER KING PORTABLE BUILDINGS,** <br><br> **Plaintiff,** <br> **v.** <br><br> **JESSE A. MAUPIN, BARRY D. HARRELL, ADRIAN S. HARROD, LOGAN C. FEAGIN, STEPHANIE L. GILLESPIE, RYAN E. BROWN, DANIEL J. HERSHBERGER, BRIAN L. LASSEN, ALEYNA LASSEN, and AMERICAN BARN CO., LLC,** <br><br> **Defendants.** | ) | **Civil Action No. 1:22-cv-01230-STA-jay** <br><br> **Chief Judge S. Thomas Anderson** |

**SUPPLEMENTAL DECLARATION OF JESSE MAUPIN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

I, Jesse Maupin, submit this Declaration in support of Defendants' Summary Judgment Motion. I, Jesse Maupin under penalty of perjury, and pursuant to 28 U.S.C. §1746, declare as follows:

1. I am acting Vice-President of American Barn Co., LLC ("American Barn") and have held that title since June 2, 2022.

2. I worked at Weather King Portable Buildings ("Weather King") from February 2010 – June 2022.

3. I have personal knowledge of the lack of reasonable precautions taken by Weather King to protect its alleged trade secrets.

4.      In June, 2022, I and Barry Harrell were fired by Weather King and started our own company, American Barn.

5.      Both companies' primary product is producing barns – manufacturing and assembling them.

6.      Several other Weather King employees, including the other named Defendants, subsequently were fired by Weather King and joined American Barn.

7.      I have personal knowledge that none of the departing persons misappropriated any Weather King's trade secrets (of which Weather King has alleged none that are valid) or confidential information, or committed any other inappropriate actions.

8.      The Weather King Tennessee headquarters has no restrictions on access; anyone can come and go as they please.

9.      At Weather King, the alleged trade secret information is not kept in physically secure locations.

10.     At Weather King, access to the alleged trade secret information is not restricted to only certain employees.

11.     At Weather King, the alleged trade secret information is not kept under lock and key.

12.     At Weather King, Defendants had no confidentiality or non-disclosure obligations.

13.     At Weather King, there are no security levels on clearance to the alleged trade secrets.

14.     At Weather King, the alleged trade secrets are not designated as Confidential.

15.     At Weather King, no heightened protections are present to protect the alleged trade secrets.

16.     At Weather King, access to the alleged trade secrets is not allowed only on a need-to-know basis

17.     At Weather King, access to the alleged trade secrets is not prohibited on personal devices.

18.     At Weather King, no training is given to personnel regarding data security and confidentiality obligations.

19.     At Weather King, there are no audit or inspection rights for the alleged trade secrets.

20.     At Weather King, there are no facility security measures.

21.     At Weather King, there are no obligations on employees, dealers, or drivers regarding post-employment obligations to return the alleged trade secrets.

22.     At Weather King, employees are encouraged and allowed to store information on personal laptops and phones.

23.     At Weather King, there is not a limited number of individuals having access to the alleged trade secrets.

24.     At Weather King, the alleged trade secrets are not segregated.

25.     At Weather King, the defendants were not informed that the alleged trade secrets were trade secrets.

26.     At Weather King, there is no written trade secret policy addressing the identification, classification, protection, and valuation of the trade secrets.

27.     At Weather King, there are no oversight policies and procedures to prevent the inadvertent disclosure of trade secrets by employees in written publications, seminars, speaking engagements, trade shows, technical conferences, and other public forums.

28.     At Weather King, there are no barriers surrounding secure locations, entrance/exit limitations, alarmed or self-locking doors, security cameras, or restricted access areas.

29.     At Weather King, there are no employee IDs, visitor IDs, or visitor escort procedures.

30.     At Weather King, there is no access to the alleged trade secrets on a need-to-know basis only.

31.     At Weather King, there is no separation of components of trade secrets between or among departments and/or company personnel.

32.     At Weather King, there are no physical barriers to prevent viewing the alleged trade secrets and proprietary and confidential information.

33.     At Weather King, there are no written rules and regulations prohibiting employees, without express permission, from remaining in the Weather King headquarters after hours.

34.     At Weather King, there are no rules and regulations requiring employees to stay at their original work stations.

35.     At Weather King, there are no rules and regulations prohibiting unauthorized acquisition or possession of company property containing or relating to the alleged trade secrets.

36.     At Weather King, there are no sign-out/sign-in procedures for access to and return of the alleged trade secrets.

37.     At Weather King, there are no rules regarding reproduction of only a limited number of sensitive documents and procedures for collecting all copies after use.

38.     At Weather King, there are no authorized codes or passwords for access for copying machines.

39.     At Weather King, there are no policies and procedures for destruction of documents such as locked waste bins and on-site document destruction services, although there is a paper shredder.

40.     At Weather King, there are no references and background checks for all managers, key employees, and persons who had regular access to the alleged trade secrets.

41.     At Weather King, there is no Employee Handbook regarding trade secrets.

42.     At Weather King, there is no Off-Boarding – Trade Secret Exit Interview that would:

(a)  Identify all the trade secrets that the departing employee had access to during his or her employment and catalogue these trade secrets;

(b)  Remind the employee of his or her continued confidentiality obligations;

(c)  Collect all company devices and media from the departing employee;

(d)  Obtain from the employee all access credentials (such as account information, user names, and passcodes); and

(e)  Require the departing employee to sign a trade secret exit interview certification; and

43.     At Weather King, the use of smartphone cameras is not prohibited but is encouraged.

44.     I have personal knowledge that at Weather King the inventory counts were no secret; every dealer knows their inventory on their sales lots and the lots of the other dealers. The dealers are required to compute their inventories each month and send them to the Weather

King headquarters. Every person in the Weather King headquarters has and uses the inventory counts to turn in requisitions to get inventory built for their dealers.  Moreover, I was allowed to and was encouraged to take pictures of the lot inventories each month for the past three years and to email them to myself, as I do not have a scanner.

45.    The dealers contact information is on Weather King's website and is not a secret. An organized list of dealers does not in any case constitute a trade secret, as it is merely an assembly of publicly available information.

46.    Vendors advertise in "Shed Builder Monthly," which is a free publication, including their pricing.  Moreover, anyone can call the vendors and ask for their pricing. Everyone in the business uses this information and is easily ascertainable.

47.    The Weather King cost estimates are available for every employee to see and use on the N drive to work with dealers on the possibilities of discounts and sales, and are used by employees for guidelines for selling knowledge with the dealers and for that reason are and not maintained secret or confidential.

48.    Weather King's profit and loss statements and balance sheets are not kept trade secrets.  For example, Mr. Maupin found them in a folder in an unoccupied cubicle, showing that Weather King does not treat them as trade secrets.

49.    Sales lot lease information and lease amounts aren't a secret at Weather King as every lot that Weather King leases is reclaimed out of the dealer's commission each month, and this was shown on the dealers settle sheet each month, and was not kept secret.

50.    I have personal knowledge that Weather King's engineering drawings are not trade secrets.  They are publicly available on the state of various websites such as www.floridabuilding.org/mb/mb_default.aspx.                                        and

https//floridabuilding.org/Upload/Plans/PlanID_40373_Weather%20King%20Sheds%20plan%201RPER210076-47b3856e.pdf, copies of which are attached as **Exhibit A** to this declaration, and are in the hands of thousands of individuals, including dealers and customers. The drawings are freely distributed.

51. Weather King's office is not locked during the day and anyone may freely enter and exit. Most employees have keys and access codes to enter freely at night.

52. As to personal computers, personnel sign in the morning and after that anyone can access these computers.

53. The door to the server room at Weather King is kept open due to heat issues.

54. I have personal knowledge of what dealers know due to ongoing personal conversations with multiple dealers.

55. Driver contact information is available to anyone who asks.

56. The profit and loss statements were in a manila folder in an unoccupied cubicle for a week before it was picked up.

57. We did not replicate any Weather King System. Our system was built from the ground up.

58. Dealers have access to all drawings for the sale of buildings, not just a limited number of drawings.

59. Most personnel at Weather King have their password taped to the backs of their computers or under their keyboards.

I understand that the following statements in this Declaration are made subject to the penalties of 28 U.S.C. §1746.

Date: August 8, 2023.

**Jesse Maupin**

# EXHIBIT  A

"REVISED"

Working as agent for DBPR
These Prints comply with the Florida Manufactured Bld. Act and adopted Codes and Adhere to the following Criteria
Construction Type VB
Occupancy U
Allowable # floors 1
Wind Velocity 160 Vult
Fire Rating of Ext Walls N/A
Plan # 1RPER210076
Allow. Floor Load 40
Approval Date 3/27/23
Manf Weather King
Approval of this Document does not Authorize or Approve any Deviation From the requirements of applicable State Laws

GENERAL NOTES:

1. STRUCTURE HAS BEEN DESIGNED IN ACCORDANCE WITH THE 2020 FLORIDA BUILDING CODE (FBC).
2. ALL MATERIALS AND CONSTRUCTION SHALL BE IN ACCORDANCE WITH THE ABOVE CODES AT THE TIME OF MANUFACTURE.
3. DRAWINGS SHALL NOT BE SCALED FOR DIMENSIONS.
4. STRUCTURES ARE CLASSIFIED AS "MINOR STORAGE FACILITIES" (RISK CATEGORY I) PER TABLE 1604.5 AND SHOULD NOT BE USED FOR HUMAN HABITATION.
5. STRUCTURES ARE DESIGNED FOR LOCATIONS THAT HAVE A 3 SECOND WIND GUST OF 160 MPH FOR RISK CATEGORY I STRUCTURES PER FIGURE 1609.3(4) OF THE 2020 FBC.
6. SIDING FASTENERS SHALL NOT BE INSTALLED IN PANEL SIDING GROOVES IN THE FIELD OF THE PANEL OR WHEN THE SIDING GROOVES OCCUR AT CUT EDGES OF THE SIDING PANEL.
7. STRUCTURES ARE DESIGNED FOR LOCATIONS THAT ARE NOT IN FLOOD HAZARD AREAS.
8. IN ACCORDANCE WITH FBC 1609.1.2, STORAGE SHEDS NOT DESIGNED FOR HUMAN HABITATION WITH A FLOOR AREA OF 720 SQUARE FEET OR LESS ARE NOT REQUIRED TO COMPLY WITH THE MANDATORY WINDBORNE DEBRIS IMPACT STANDARDS OF THE 2020 FBC.
9. IN ACCORDANCE WITH FBC 1010.1.1, BUILDINGS THAT ARE 400 SQUARE FEET OR LESS THAT ARE INTENDED FOR USE IN CONJUNCTION WITH ONE- AND TWO- FAMILY RESIDENCES ARE NOT SUBJECT TO THE DOOR HEIGHT AND WIDTH REQUIREMENTS OF THE 2020 FBC.
10. ALL ROOF DECKING IS TO BE 7/16" OSB, 15/32" PLYWOOD, 1/2" PLYWOOD, OR EQUIVALENT. FASTEN ROOF SHEATHING TO ROOF FRAMING WITH 2 3/8" RING SHANK NAILS SPACED AT 6" MAX, UNLESS NOTED OTHERWISE ON SHEET S-1.6.
11. ALL SIDING IS TO BE TREATED T1-11, LP SMARTSIDE PANEL, OR 29 GA. METAL SIDING.
12. ALL FLOOR JOISTS ARE TO BE PRESSURE TREATED SYP #2, OR BETTER.
13. ALL UN-TREATED WOOD FRAMING IS TO BE TO BE SPF #2 OR BETTER, UNLESS NOTED OTHERWISE.
14. WOOD FRAMING SHALL COMPLY WITH THE ANSI/AWC "NATIONAL DESIGN SPECIFICATION (NDS) FOR WOOD CONSTRUCTION", 2018.
15. ALL FLOOR DECKING IS TO BE 5/8" TREATED PLYWOOD OR 5/8" PERFORMAX 500 FLOOR SHEATHING. FLOORING CLOSER THAN 18 INCHES TO EXPOSED GROUND SHALL BE OF NATURALLY DURABLE OR PRESERVATIVE- TREATED WOOD IN ACCORDANCE WITH 2304.12.1.1.
16. ALL SKIDS ARE TO BE 4x6 PRESSURE TREATED, RATED FOR GROUND CONTACT.
17. REFER TO THE SUPPLIED FASTENING SCHEDULE FOR FASTENING BASED ON CONNECTION AND LOCATION OF MEMBERS AS PER THE 2020 FLORIDA BUILDING CODE TABLE 2304.10.1, UNLESS NOTED OTHERWISE.
18. ALL EXTERIOR NAILS ARE TO BE ZINC COATED.
19. STRUCTURES SHOULD HAVE 30 YEAR RATED ASPHALT SHINGLES CONFORMING TO ASTM D3161 (CLASS F) OR ASTM D7158 (CLASS H) OR 29 GA METAL ROOF PANELS.
20. SECTIONS AND DETAILS SHOWN ARE INTENDED TO BE TYPICAL AND SHALL APPLY AT ALL SIMILAR LOCATIONS, UNLESS NOTED OTHERWISE.
21. ALL BUILDINGS ARE TO BE ADEQUATELY ANCHORED TO TO RESIST WIND LOADS. ANCHORING OF THE BUILDING IS SUBJECT TO LOCAL JURISDICTION APPROVAL.
22. BUILDINGS HAVE NOT BEEN DESIGNED FOR HVHZ REQUIREMENTS AS SET FORTH IN THE 2020 FBC.

DESIGN CRITERIA:

1. RISK CATEGORY I
2. LIVE LOADS:
   - FLOOR: 40 PSF
   - LOFT: 10 PSF
   - ROOF: 20 PSF
3. DEAD LOADS:
   - FLOOR: 4 PSF
   - ROOF: 5 PSF
   - WALLS: 3 PSF
4. WIND LOADS ARE BASED ON: (2020 FBC FIGURE 1609.3(4))
   - Vult = 160 MPH
   - Vasd = 124 MPH
   - RISK CATEGORY I
   - EXPOSURE CATEGORY C
   - INTERNAL PRESSURE COEFFICIENT: GCpi = ±0.18
   - COMPONENTS & CLADDING:
     - EFFECTIVE WIND AREA, Ae = 10 FT²
       - ROOF-ZONE 1 = 19.3, -30.6 PSF
       - ROOF-ZONE 2 = 19.3, -53.3 PSF
       - ROOF-ZONE 3 = 19.3, -78.9 PSF
       - WALL-ZONE 4 = 33.5, -36.3 PSF
       - WALL-ZONE 5 = 33.5, -44.8 PSF
     - EFFECTIVE WIND AREA, Ae = 20 FT²
       - ROOF-ZONE 1 = 17.6, -29.8 PSF
       - ROOF-ZONE 2 = 17.6, -49.0 PSF
       - ROOF-ZONE 3 = 17.6, -73.7 PSF
       - WALL-ZONE 4 = 32.0, -34.8 PSF
       - WALL-ZONE 5 = 32.0, -41.8 PSF

   NOTE: C&C WIND PRESSURES SHOWN MAY BE REDUCED FOR LARGER AREAS AS ALLOWED BY CODE.
5. CONSTRUCTION TYPE: V-B
6. OCCUPANCY GROUP U

ITEMS BY OTHERS:

THE FOLLOWING ITEMS MAY BE SUPPLIED AND INSTALLED BY OTHERS. THESE ITEMS MAY BE SUBJECT TO LOCAL JURISDICTION APPROVAL. WEATHER KING PORTABLE BUILDINGS IS NOT RESPONSIBLE FOR THESE ITEMS.

1. THE FOUNDATION AND TIE-DOWN SYSTEM
2. RAMPS, STAIRS, AND GENERAL ACCESS
3. ELECTRICAL SERVICE HOOKUP

Approved by Phillip E Robbins
Florida PE-49070
Phillip E Robbins
Plan No. 1RPER210076 Date: 03/27/2023

NDI "APPROVED" DOCUMENT

WEATHER KING
P.O. BOX 108
PARIS, TN 38242

# LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020

KEVIN L. NOLAN
LICENSE
No.77209
STATE OF FLORIDA
PROFESSIONAL ENGINEER

Digitally signed by Kevin Nolan
DN: 0.9.2342.19200300.100.1.1=A01410C00000179D834EF80000196AF, cn=Kevin Nolan, c=US
Date: 2023.03.22 13:44:27 -05'00'

1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.

Weather King® PORTABLE BUILDINGS

| | |
|---|---|
| PROJECT NO: | |
| DATE: | 09-28-2021 |
| DRAWN BY: | KLN |
| CHECKED BY: | KLN |
| REVISION: | 03-22-2023 |

SHEET NUMBER
S-0-LB
SCALE: NONE



NOT "APPROVED" DOCUMENT

Approved by Phillip E Robbins
Florida PE-49070
Plan No. IRPER210076 Date: 03/27/2023

# FASTENING SCHEDULE

| DESCRIPTION OF BUILDING ELEMENT | NUMBER AND TYPE OF FASTENER | SPACING AND LOCATION |
|---|---|---|
| **ROOF FRAMING** | | |
| 1. BLOCKING BETWEEN CEILING JOISTS OR RAFTERS TO TOP PLATE OR OTHER FRAMING. | 3 - 8d COMMON (2½" x 0.131")<br>3 - 10d BOX (3" x 0.128")<br>3 - 3" x 0.131" NAILS<br>3 - 3" 14 GAGE STAPLES, 7/16" CROWN | EACH END, TOENAIL |
| 2. BLOCKING BETWEEN RAFTERS NOT AT THE WALL TOP PLATE, TO RAFTER. | 2 - 8d COMMON (2½" x 0.131")<br>2 - 3" x 0.131" NAILS<br>2 - 3" 14 GAGE STAPLES | EACH END, TOENAIL |
| | 2 - 16d COMMON (3½" x 0.162")<br>3 - 3" x 0.131" NAILS<br>3 - 3" 14 GAGE STAPLES | END NAIL |
| COLLAR TIE TO RAFTER | REFERENCE SHEETS S-2.4 AND S-2.5 | |
| RAFTER OR ROOF TRUSS TO TOP PLATE | 3 - 10d COMMON (3" x 0.148")<br>3 - 16d BOX (3½" x 0.135")<br>4 - 10d BOX (3" x 0.128")<br>4 - 3" x 0.131" NAILS<br>4 - 3" 14 GAGE STAPLES, 7/16" CROWN | TOENAIL[b] |
| CEILING JOISTS TO TOP PLATE | 3 - 8d COMMON (2½" x 0.131")<br>3 - 10d BOX (3" x 0.128")<br>3 - 3" x 0.131" NAILS<br>3 - 3" 14 GAGE STAPLES, 7/16" CROWN | EACH JOIST, TOENAIL |
| **WALL FRAMING** | | |
| STUD TO STUD (NOT AT BRACED WALL PANELS) | 16d COMMON (3½" x 0.162") | 24" O.C. FACE NAIL |
| | 10d BOX (3" x 0.128")<br>3" x 0.131" NAILS<br>3 - 3" 14 GAGE STAPLES | 16" O.C. FACE NAIL |
| STUD TO STUD AND ABUTTING STUDS AT INTERSECTING WALL CORNERS (AT BRACED WALL PANELS) | 16d COMMON (3½" x 0.162") | 16" O.C. FACE NAIL |
| | 16d BOX (3½" x 0.135") | 12" O.C. FACE NAIL |
| | 3" x 0.131" NAILS<br>3 - 3" 14 GAGE STAPLES, 7/16" CROWN | 12" O.C. FACE NAIL |
| CONTINUOUS HEADER TO STUD | 4 - 8d COMMON (2½" x 0.131")<br>4 - 10d BOX (3" x 0.128") | TOENAIL |
| TOP PLATE TO TOP PLATE | 16d COMMON (3½" x 0.162") | 16" O.C. FACE NAIL |
| | 10d BOX (3" x 0.128")<br>3" x 0.131" NAILS<br>3" 14 GAGE STAPLES, 7/16" CROWN | 12" O.C. FACE NAIL |

| DESCRIPTION OF BUILDING ELEMENT | NUMBER AND TYPE OF FASTENER | SPACING AND LOCATION |
|---|---|---|
| **WALL FRAMING (CONT.)** | | |
| TOP PLATE TO TOP PLATE, AT END JOINTS | 8 - 16d COMMON (3½" x 0.162")<br>12 - 10d BOX (3" x 0.128")<br>12 - 3" x 0.131" NAILS<br>12 - 3" 14 GAGE STAPLES, 7/16" CROWN | EACH SIDE OF END JOINT, FACE NAIL (MINIMUM 24" LAP SPLICE LENGTH EACH SIDE OF END JOINT) |
| BOTTOM PLATE TO JOIST, RIM JOIST, BAND JOIST, OR BLOCKING (NOT AT BRACED WALL PANELS) | 16d COMMON (3½" x 0.162") | 16" O.C. FACE NAIL |
| | 16d BOX (3½" x 0.135")<br>3" x 0.131" NAILS<br>3" 14 GAGE STAPLES, 7/16" CROWN | 12" O.C. FACE NAIL |
| BOTTOM PLATE TO JOIST, RIM JOIST, BAND JOIST, OR BLOCKING (AT BRACED WALL PANELS) | 2 - 16d COMMON (3½" x 0.162")<br>3 - 16d BOX (3½" x 0.135")<br>4 - 3" x 0.131" NAILS<br>4 - 3" 14 GAGE STAPLES, 7/16" CROWN | 16" O.C. FACE NAIL |
| STUD TO TOP OR BOTTOM PLATE | 4 - 8d COMMON (2½" x 0.131")<br>4 - 10d BOX (3" x 0.128")<br>4 - 3" x 0.131" NAILS<br>4 - 3" 14 GAGE STAPLES, 7/16" CROWN | TOENAIL |
| | 2 - 16d COMMON (3½" x 0.162")<br>3 - 10d BOX (3" x 0.128")<br>3 - 3" x 0.131" NAILS<br>3 - 3" 14 GAGE STAPLES, 7/16" CROWN | END NAIL |
| TOP PLATES, LAPS AT CORNERS AND INTERSECTIONS | 2 - 16d COMMON (3½" x 0.162")<br>3 - 10d BOX (3" x 0.128")<br>3 - 3" x 0.131" NAILS<br>3 - 3" 14 GAGE STAPLES, 7/16" CROWN | FACE NAIL |
| **FLOOR FRAMING** | | |
| JOIST TO SKID | 3 - 8d COMMON (2½" x 0.131")<br>3 - 10d BOX (3" x 0.128")<br>3 - 3" x 0.131" NAILS<br>3 - 3" 14 GAGE STAPLES, 7/16" CROWN | TOENAIL |
| BUILT-UP BEAMS | 10d BOX (3" x 0.128")<br>3" x 0.131" NAILS<br>3" 14 GAGE STAPLES, 7/16" CROWN | 24" O.C. FACE NAIL AT TOP AND BOTTOM STAGGERED ON OPPOSITE SIDES |
| | AND:<br>3 - 10d BOX (3" x 0.128")<br>3 - 3" x 0.131" NAILS<br>3 - 3" 14 GAGE STAPLES, 7/16" CROWN | ENDS AND AT EACH SPLICE, FACE NAIL |
| JOIST TO BAND JOIST OR RIM JOIST | 3 - 16d COMMON (3½" x 0.162")<br>4 - 10d BOX (3" x 0.128")<br>4 - 3" x 0.131" NAILS<br>4 - 3" 14 GAGE STAPLES, 7/16" CROWN | END NAIL |

KEVIN L. NOLAN
LICENSE
No.77209
STATE OF FLORIDA
PROFESSIONAL ENGINEER

# LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020

Digitally signed by Kevin Nolan
DN: 0.9.2342.19200300.100.1.1=A01410C0000 0179D834EF80000196AF, cn=Kevin Nolan, c=US
Date: 2023.03.22 13:44:53 -05'00'

Weather King
PORTABLE BUILDINGS

| PROJECT NO: | |
|---|---|
| DATE: | 09-28-2021 |
| DRAWN BY: | KLN |
| CHECKED BY: | KLN |
| REVISION: | |

SHEET NUMBER
S-0.1-LB
SCALE: NONE

1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.

# FASTENING SCHEDULE (CONT.)

| DESCRIPTION OF BUILDING ELEMENT | NUMBER AND TYPE OF FASTENER | SPACING AND LOCATION | |
|---|---|---|---|
| SUBFLOOR, ROOF AND INTERIOR WALL SHEATHING [a] | | | |
| | | EDGES (INCHES) | INTERMEDIATE SUPPORTS (INCHES) |
| 3/8" TO 1/2" | 6d COMMON OR DEFORMED (2" x 0.113") (SUBFLOOR AND WALL) | 6 | 12 |
| | 8d COMMON OR DEFORMED (2 1/2" x 0.131") (ROOF) | 6 | 12 |
| | 2 3/8" x 0.113" NAIL (SUBFLOOR AND WALL) | 6 | 12 |
| | 1 3/4" 16 GAGE STAPLE, 7/16" CROWN (SUBFLOOR AND WALL) | 4 | 8 |
| | 2 3/8" x 0.113" RING SHANK NAIL (ROOF) | 6 | 12 |
| | 1 3/4" 16 GAGE STAPLE, 7/16" CROWN (ROOF) | 3 | 6 |
| 19/32" TO 3/4" | 8d COMMON (2 1/2" x 0.131") 6d DEFORMED (2" x 0.113") (SUBFLOOR AND WALL) | 6 | 12 |
| | 2 3/8" x 0.113" RING SHANK NAIL | 6 | 12 |
| EXTERIOR WALL SIDING | | | |
| 3/8" LP SMARTSIDE PRECISION PANEL OR 5/8" TREATED T1-11 SIDING | 2 3/8" x 0.113" RING SHANK NAIL | 6 (SIDE WALL) | 6 |
| | 2 3/8" x 0.113" RING SHANK NAIL | 3 (END WALL) | 6 |

a. NAILS SPACED AT 6 INCHES AT INTERMEDIATE SUPPORTS WHERE SPANS ARE 48 INCHES OR MORE. NAILS FOR WALL SHEATHING ARE PERMITTED TO BE COMMON, BOX, OR CASING.
b. WHERE A RAFTER IS FASTENED TO AN ADJACENT PARALLEL CEILING JOIST IN ACCORDANCE WITH THIS SCHEDULE AND THE CEILING JOIST IS FASTENED TO THE TOP PLATE IN ACCORDANCE WITH THIS SCHEDULE, THE NUMBER OF TOENAILS IN THE RAFTER SHALL BE PERMITTED TO BE REDUCED BY ONE NAIL.

Approved by Phillip E Robbins
Florida PE-49070
Plan No. IRPER210076 Date: 03/27/2023

NDI "APPROVED" DOCUMENT

KEVIN L. NOLAN LICENSE No.77209 STATE OF FLORIDA PROFESSIONAL ENGINEER

LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020

Digitally signed by Kevin Nolan
DN: 0.9.2342.19200300.100.1.1=A01410C00000179D834EF80000196AF, cn=Kevin Nolan, c=US
Date: 2023.03.22 13:45:13 -05'00'

Weather King
PORTABLE BUILDINGS

| PROJECT NO: | |
|---|---|
| DATE: | 09-28-2021 |
| DRAWN BY: | KLN |
| CHECKED BY: | KLN |
| REVISION: | |

SHEET NUMBER
S-0.2-LB
SCALE: NONE

1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.



Approved by Phillip E Robbins
Florida PE-49070
Plan No. 1RPER210076 Date: 03/27/2023
NDI "APPROVED" DOCUMENT
32'-0" MAX LENGTH (11'-2" WIDE)
30'-0" MAX LENGTH (10'-0" WIDE)
20'-0" MAX LENGTH (8'-0" WIDE)
1'-0" MAX (TYP)
11'-2" MAX WIDTH
± 5'-4"
OUTSIDE 4x6 TRTD SKID (REQ'D FOR 11'-2" WIDE BUILDINGS ONLY)
INSIDE 4x6 TRTD SKID
OUTSIDE 4x6 TRTD SKID (REQ'D FOR 11'-2" WIDE BUILDINGS ONLY)
TREATED RIM JOIST (TYP)
CONT. 2x4 TREATED FLOOR JOISTS @ 16" O.C. MAX. (8' WIDE)
CONT. 2x6 TREATED FLOOR JOISTS @ 16" O.C. MAX (10' & 11'-2" WIDE)
(SPLICED JOISTS ARE NOT PERMITTED)
TYPICAL FLOOR FRAMING PLAN
KEVIN L. NOLAN LICENSE No.77209 STATE OF FLORIDA PROFESSIONAL ENGINEER
LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020
Digitally signed by Kevin Nolan
DN: 0.9.2342.19200300.100.1.1=A01410C00000179D834EF80000196AF, cn=Kevin Nolan, c=US
Date: 2023.03.22 13:45:32 -05'00'
Weather King PORTABLE BUILDINGS
PROJECT NO:
DATE: 09-28-2021
DRAWN BY: KLN
CHECKED BY: KLN
REVISION:
SHEET NUMBER
S-1.0-LB
SCALE: NOT TO SCALE
1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.



Approved by Phillip E Robbins
Florida PE-49070
Plan No. 1RPER210076 Date: 03/27/2023
NDI "APPROVED" DOCUMENT
32'-0" MAX LENGTH (11'-2" WIDE)
30'-0" MAX LENGTH (10'-0" WIDE)
4'-0" OR 6'-0" PORCH
2x4 STUD WALL ABOVE
TREATED RIM JOIST (TYP)
1'-0" MAX (TYP)
3 S-3.2
OUTSIDE 4x6 TRTD SKID (REQ'D FOR 11'-2" WIDE BUILDINGS ONLY)
INSIDE 4x6 TRTD SKID
OUTSIDE 4x6 TRTD SKID (REQ'D FOR 11'-2" WIDE BUILDINGS ONLY)
10'-0" OR 11'-2"
± 5'-4"
SPAN OF TRTD PORCH DECKING
4x6 TRTD POST ABOVE (TYP)
CONT. 2x4 TREATED FLOOR JOISTS @ 16" O.C. MAX. (8' WIDE)
CONT. 2x6 TREATED FLOOR JOISTS @ 16" O.C. MAX (10' & 11'-2" WIDE)
(SPLICED JOISTS ARE NOT PERMITTED)
1 S-3.2
TYP
LOFTED BARN CABIN FLOOR FRAMING PLAN (OPTIONAL)
KEVIN L. NOLAN LICENSE No.77209 STATE OF FLORIDA PROFESSIONAL ENGINEER
LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020
Digitally signed by Kevin Nolan
DN: 0.9.2342.19200300.100.1.1=A01410C0000 0179D834EF80000196AF, cn=Kevin Nolan, c=US
Date: 2023.03.22 13:45:55 -05'00'
Weather King PORTABLE BUILDINGS
PROJECT NO:
DATE: 09-28-2021
DRAWN BY: KLN
CHECKED BY: KLN
REVISION:
SHEET NUMBER
S-1.1-LB
SCALE: NOT TO SCALE
1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.



Approved by Phillip E Robbins
Florida PE-49070
Plan No. 1RPER210076 Date: 03/27/2023
NDI "APPROVED" DOCUMENT
32'-0" MAX LENGTH (11'-2" WIDE)
30'-0" MAX LENGTH (10'-0" WIDE)
1'-0" MAX (TYP)
TREATED RIM JOIST (TYP)
OUTSIDE 4x6 TRTD SKID (REQ'D FOR 11'-2" WIDE BUILDINGS ONLY)
INSIDE 4x6 TRTD SKID
OUTSIDE 4x6 TRTD SKID (REQ'D FOR 11'-2" WIDE BUILDINGS ONLY)
10'-0" OR 11'-2"
± 5'-4"
3 S-3.2 OPP
4'-0" PORCH
4x6 TRTD POST ABOVE (TYP)
1 S-3.2
2 S-3.2
2x4 STUD WALL ABOVE (TYP)
CONT. 2x4 TREATED FLOOR JOISTS @ 16" O.C. MAX. (8' WIDE)
CONT. 2x6 TREATED FLOOR JOISTS @ 16" O.C. MAX (10' & 11'-2" WIDE)
(SPLICED JOISTS ARE NOT PERMITTED)
SPAN OF TRTD PORCH DECKING
12'-0" MAX PORCH
SIDE LOFTED BARN CABIN FLOOR FRAMING PLAN (OPTIONAL)
LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020
KEVIN L. NOLAN LICENSE No. 77209 STATE OF FLORIDA PROFESSIONAL ENGINEER
Digitally signed by Kevin Nolan
DN: 0.9.2342.19200300.100.1.1=A01410C000 00179D834EF80000196AF, cn=Kevin Nolan, c=US
Date: 2023.03.22 13:46:31 -05'00'
1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.
Weather King PORTABLE BUILDINGS
PROJECT NO:
DATE: 09-28-2021
DRAWN BY: KLN
CHECKED BY: KLN
REVISION:
SHEET NUMBER
S-12-LB
SCALE: NOT TO SCALE



Approved by Phillip E Robbins
Florida PE-49070
Plan No. IRPER210076 Date: 03/27/2023
NDI "APPROVED" DOCUMENT
32'-0" MAX LENGTH
4'-0"
2x4 STUD WALL ABOVE (TYP)
1'-0" MAX (TYP)
11'-2"
± 5'-4"
3 S-3.2
OUTSIDE 4x6 TRTD SKID
INSIDE 4x6 TRTD SKID
OUTSIDE 4x6 TRTD SKID
SPAN OF TRTD PORCH DECKING
TREATED RIM JOIST (TYP)
CONT. 2x6 TREATED FLOOR JOISTS @ 16" O.C. MAX. (SPLICED JOISTS ARE NOT PERMITTED)
4x6 TRTD POST ABOVE (TYP)
1 S-3.2
2 S-3.2
12'-0"

DELUXE LOFTED BARN CABIN FLOOR FRAMING PLAN (OPTIONAL)

# LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020

KEVIN L. NOLAN
LICENSE
No.77209
STATE OF FLORIDA
PROFESSIONAL ENGINEER

Weather King
PORTABLE BUILDINGS

Digitally signed by Kevin Nolan
DN: 0.9.2342.19200300.100.1.1=A01410C0000 0179D834EF80000196AF, cn=Kevin Nolan, c=US
Date: 2023.03.22 13:47:01 -05'00'

| PROJECT NO: | |
|---|---|
| DATE: | 09-28-2021 |
| DRAWN BY: | KLN |
| CHECKED BY: | KLN |
| REVISION: | |

SHEET NUMBER
S-1.3-LB
SCALE: NOT TO SCALE

1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.



Approved by Phillip E Robbins
Florida PE-49070
Plan No. 1RPER210076 Date: 03/27/2023
32'-0" MAX LENGTH (11'-2" WIDE)
30'-0" MAX LENGTH (10'-0" WIDE)
1'-0" MAX (TYP)
TREATED RIM JOIST (TYP)
OUTSIDE 4x6 TRTD SKID (REQ'D FOR 11'-2" WIDE BUILDINGS ONLY)
INSIDE 4x6 TRTD SKID
OUTSIDE 4x6 TRTD SKID (REQ'D FOR 11'-2" WIDE BUILDINGS ONLY)
10'-0" OR 11'-2"
± 5'-4"
4'-0" PORCH
CONT. 2x6 TREATED FLOOR JOISTS @ 16" O.C. MAX (SPLICED JOISTS ARE NOT PERMITTED)
4x6 TRTD POST ABOVE. REF 2/S-3.2 (TYP, 2)
2x4 STUD WALL ABOVE (TYP)
SPAN OF TRTD PORCH DECKING
4'-0"
4'-0"
4'-0"
12'-0" MAX PORCH
CENTER PORCH CABIN FLOOR FRAMING PLAN (OPTIONAL)
KEVIN L. NOLAN LICENSE No.77209 STATE OF FLORIDA PROFESSIONAL ENGINEER
LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020
Digitally signed by Kevin Nolan
DN: 0.9.2342.19200300.100.1.1=A01410C00000179D834EF80000196AF, cn=Kevin Nolan, c=US
Date: 2023.03.22 13:47:28 -05'00'
1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.
Weather King®
PORTABLE BUILDINGS
PROJECT NO:
DATE: 09-28-2021
DRAWN BY: KLN
CHECKED BY: KLN
REVISION: 03-22-2023
SHEET NUMBER
S-1.4-LB
SCALE: NOT TO SCALE



Approved by Phillip E Robbins
Florida PE-49070
Plan No. 1RPER210076 Date: 03/27/2023
32'-0" MAX LENGTH
1'-0" MAX (TYP)
11'-2"
± 5'-4"
NDI "APPROVED" DOCUMENT
OUTSIDE 4x6 TRTD SKID
INSIDE 4x6 TRTD SKID
OUTSIDE 4x6 TRTD SKID
TREATED RIM JOIST (TYP)
CONT. 2x6 TREATED FLOOR JOISTS @ 12" O.C. (SPLICED JOISTS ARE NOT PERMITTED)

LOFTED BARN w/ ROLL-UP DOOR FLOOR FRAMING PLAN (OPTIONAL)

KEVIN L. NOLAN
LICENSE
No.77209
STATE OF FLORIDA
PROFESSIONAL ENGINEER

# LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020

Digitally signed by Kevin Nolan
DN: 0.9.2342.19200300.100.1.1=A01410C0000 0179D834EF80000196AF, cn=Kevin Nolan, c=US
Date: 2023.03.22 13:48:25 -05'00'

Weather King®
PORTABLE BUILDINGS

| PROJECT NO: | |
|---|---|
| DATE: | 09-28-2021 |
| DRAWN BY: | KLN |
| CHECKED BY: | KLN |
| REVISION: | 03-22-2023 |

SHEET NUMBER
S-1.5-LB
SCALE: NOT TO SCALE

1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.



Approved by Phillip E Robbins
Florida PE-49070
Plan No. 1RPER210076 Date: 03/27/2023
NDI "APPROVED" DOCUMENT
32'-0" MAX LENGTH (11'-2" WIDE)
30'-0" MAX LENGTH (10'-0" WIDE)
20'-0" MAX LENGTH (8'-0" WIDE)
11'-2" MAX WIDTH
RIDGE
SLOPE
RIDGE
SLOPE
RIDGE
ROOF TRUSSES. REFER TO SHEETS S-2.4 AND S-2.5
ROOF FRAMING PLAN
FASTEN ROOF SHEATHING TO FRAMING AT 6 INCHES O.C. AT EDGES AND IN THE FIELD, UNO. REFER TO FASTENING SCHEDULE FOR ADDITIONAL INFORMATION.
3'-0"
VARIES
3'-0"
RIDGE
FASTEN ROOF SHEATHING TO FRAMING AT 4 INCHES O.C. AT EDGES AND IN THE FIELD WITHIN THE END STRIP AT EACH ENDWALL. REFER TO FASTENING SCHEDULE FOR ADDITIONAL INFORMATION.
ROOF SHEATHING DIAGRAM
KEVIN L. NOLAN LICENSE No.77209 STATE OF FLORIDA PROFESSIONAL ENGINEER
LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020
Digitally signed by Kevin Nolan
DN: 0.9.2342.19200300.100.1.1=A01410C00000179D834EF80000196AF, cn=Kevin Nolan, c=US
Date: 2023.03.22 13:49:25 -05'00'
Weather King PORTABLE BUILDINGS
PROJECT NO:
DATE: 09-28-2021
DRAWN BY: KLN
CHECKED BY: KLN
REVISION: 03-22-2023
SHEET NUMBER
S-1.6-LB
SCALE: NOT TO SCALE
1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.



REFER TO NOTE 10 ON SHEET S-0 FOR ROOF SHEATHING
ASTM D3161 CLASS F OR ASTM D7158 CLASS H ASPHALT SHINGLES OR 29-GAGE METAL ROOFING
ROOF TRUSS. REFER TO SHEETS S-2.4 AND S-2.5
7/16" OSB OR 1/2" PLYWOOD DECKING @ LOFT AREAS
PROVIDE CONT. METAL DRIP EDGE AT EAVES AND GABLE ENDS. REF. DETAIL 3/S-3.0 (TYP)
2x4 STUDS @ 16" O.C. PROVIDE DOUBLE STUDS AT WALL SIDING VERTICAL SEAMS
2x4 LOFT JOIST @ 24" O.C.
5/8" T1-11 SIDING, 3/8" LP SMARTSIDE PRECISION SERIES 190 SIDING, OR 29 GA METAL SIDING (REF NOTES)
DOUBLE TOP PLATE
5/8" TREATED PLYWOOD OR PERFORMAX 500 FLOOR DECKING.
(2) 4x6 TRTD SKID
2x4 TRTD FLOOR JOISTS @ 16" O.C. MAX
20°
60°
10'-8"
6'-3"
5 5/8"
± 5'-4"
8'-0"
8' WIDE
REFER TO NOTE 10 ON SHEET S-0 FOR ROOF SHEATHING
ASTM D3161 CLASS F OR ASTM D7158 CLASS H ASPHALT SHINGLES OR 29-GAGE METAL ROOFING
ROOF TRUSS. REFER TO SHEETS S-2.4 AND S-2.5
7/16" OSB OR 1/2" PLYWOOD DECKING @ LOFT AREAS
PROVIDE CONT. METAL DRIP EDGE AT EAVES AND GABLE ENDS. REF. DETAIL 3/S-3.0 (TYP)
2x4 STUDS @ 16" O.C. PROVIDE DOUBLE STUDS AT WALL SIDING VERTICAL SEAMS
2x6 LOFT JOIST @ 24" O.C.
5/8" T1-11 SIDING, 3/8" LP SMARTSIDE PRECISION SERIES 190 SIDING, OR 29 GA METAL SIDING (REF NOTES)
DOUBLE TOP PLATE
5/8" TREATED PLYWOOD OR PERFORMAX 500 FLOOR DECKING.
(2) 4x6 TRTD SKID
2x6 TRTD FLOOR JOISTS @ 16" O.C. MAX
20°
60°
11'-2"
6'-3"
10 5/8"
± 5'-4"
10'-0"
10' WIDE
Approved by Phillip E Robbins Florida PE-49070
Plan No. 1RPER210076 Date: 03/27/2023
NDI "APPROVED" DOCUMENT

NOTES FOR METAL WALL/ROOF PANELS:

1) METAL WALL PANELS WITH THE RIBS RUNNING HORIZONTALLY SHALL BE ATTACHED TO WALL SHEATHING PER DETAIL 4 ON SHEET S-3.3 AND DETAIL 1 ON SHEET S-3.4.
2) METAL WALL PANELS WITH THE RIBS RUNNING VERTICALLY SHALL BE ATTACHED TO 2x4 GIRTS IN ACCORDANCE WITH DETAILS 2 AND 3 ON SHEET S-3.3.
3) METAL PANELS ATTACHED DIRECTLY TO WOOD FRAMING SHALL BE ATTACHED IN ACCORDANCE WITH DETAIL 3 ON SHEET S-3.3
4) METAL PANELS ATTACHED TO DECKING SHALL BE ATTACHED IN ACCORDANCE WITH DETAIL 4 ON SHEET S-3.3

NOTE: REFER TO FASTENING SCHEDULE ON SHEETS S-0.1 & S-0.2 FOR MEMBER ATTACHMENTS UNLESS NOTED OTHERWISE.

BUILDING SECTIONS

# LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020

KEVIN L. NOLAN
LICENSE
No.77209
STATE OF FLORIDA
PROFESSIONAL ENGINEER

Digitally signed by Kevin Nolan
DN: 0.9.2342.19200300.100.1.1=A01410C00000179D834EF80000196AF, cn=Kevin Nolan, c=US
Date: 2023.03.22 13:49:58 -05'00'

1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.

Weather King®
PORTABLE BUILDINGS

| | |
|---|---|
| PROJECT NO: | |
| DATE: | 09-28-2021 |
| DRAWN BY: | KLN |
| CHECKED BY: | KLN |
| REVISION: | |

SHEET NUMBER
S-2.0-LB
SCALE: 1/4" = 1'-0"



REFER TO NOTE 10 ON SHEET S-0 FOR ROOF SHEATHING
ASTM D3161 CLASS F OR ASTM D7158 CLASS H ASPHALT SHINGLES OR 29-GAGE METAL ROOFING
ROOF TRUSS. REFER TO SHEETS S-2.4 AND S-2.5
7/16" OSB OR 1/2" PLYWOOD DECKING @ LOFT AREAS
PROVIDE CONT. METAL DRIP EDGE AT EAVES AND GABLE ENDS. REF. DETAIL 3/S-3.0 (TYP)
20°
60°
11'-5"
6'-3"
2x6 LOFT JOIST @ 24" O.C.
2x4 STUDS @ 16" O.C. PROVIDE DOUBLE STUDS AT WALL SIDING VERTICAL SEAMS
5/8" T1-11 SIDING, 3/8" LP SMARTSIDE PRECISION SERIES 190 SIDING, OR 29 GA METAL SIDING (REF NOTES)
DOUBLE TOP PLATE
5/8" TREATED PLYWOOD OR PERFORMAX 500 FLOOR DECKING.
10 5/8"
± 5'-4"
(4) 4x6 TRTD SKID
11'-2"
2x6 TRTD FLOOR JOISTS @ 16" O.C. MAX

11'-2" WIDE

NOTES FOR METAL WALL/ROOF PANELS:

1) METAL WALL PANELS WITH THE RIBS RUNNING HORIZONTALLY SHALL BE ATTACHED TO WALL SHEATHING PER DETAIL 4 ON SHEET S-3.3 AND DETAIL 1 ON SHEET S-3.4.
2) METAL WALL PANELS WITH THE RIBS RUNNING VERTICALLY SHALL BE ATTACHED TO 2x4 GIRTS IN ACCORDANCE WITH DETAILS 2 AND 3 ON SHEET S-3.3.
3) METAL PANELS ATTACHED DIRECTLY TO WOOD FRAMING SHALL BE ATTACHED IN ACCORDANCE WITH DETAIL 3 ON SHEET S-3.3
4) METAL PANELS ATTACHED TO DECKING SHALL BE ATTACHED IN ACCORDANCE WITH DETAIL 4 ON SHEET S-3.3

Approved by Phillip E Robbins
Florida PE-49070
Plan No. 1RPER210076 Date: 03/27/2023

NDI "APPROVED" DOCUMENT

NOTE: REFER TO FASTENING SCHEDULE ON SHEETS S-0.1 & S-0.2 FOR MEMBER ATTACHMENTS UNLESS NOTED OTHERWISE.

BUILDING SECTION

KEVIN L. NOLAN
LICENSE
No.77209
STATE OF FLORIDA
PROFESSIONAL ENGINEER

# LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020

Digitally signed by Kevin Nolan
DN: 0.9.2342.19200300.100.1.1=A01410C00000179D834EF80000196AF, cn=Kevin Nolan, c=US
Date: 2023.03.22 13:50:28 -05'00'

1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.

Weather King®
PORTABLE BUILDINGS

| | |
|---|---|
| PROJECT NO: | |
| DATE: | 09-28-2021 |
| DRAWN BY: | KLN |
| CHECKED BY: | KLN |
| REVISION: | |

SHEET NUMBER
S-21-LB
SCALE: 1/4" = 1'-0"



ROOF TRUSS
REFER TO DETAIL 5 ON SHEET S3.1 FOR STRAP ATTACHMENT. (TYP)
2x4 STUDS @ 16" O.C.
LAP THE TOP PLATE FROM THE SIDE WALL OVER THE END WALL PLATE AT EACH CORNER.
1¼" - 16 GA METAL BRACING STRAP (SEE NOTE, TYP)
4'-0" MAX OPENING
DOUBLE TOP PLATE
REFER TO DETAIL 4 ON SHEET S3.1 FOR STRAP ATTACHMENT. (TYP)
8' WIDE FRONT ENDWALL
ROOF TRUSS
REFER TO DETAIL 5 ON SHEET S3.1 FOR STRAP ATTACHMENT. (TYP)
2x4 STUDS @ 16" O.C.
DOUBLE TOP PLATE
1¼" - 16 GA METAL BRACING STRAP (SEE NOTE, TYP)
6'-0" MAX OPENING
LAP THE TOP PLATE FROM THE SIDE WALL OVER THE END WALL PLATE AT EACH CORNER.
REFER TO DETAIL 4 ON SHEET S3.1 FOR STRAP ATTACHMENT. (TYP)
ATTACH STRAP TO EACH STUD W/ (2) 8d NAILS MIN. (TYP)
ADDITIONAL 1¼" - 16 GA STRAP FOR BUILDINGS 22'-0" TO 30'-0" LONG (SEE NOTE, TYP)
10'-0" WIDE FRONT ENDWALL
2x4 STUDS @ 16" O.C.
ROOF TRUSS
REFER TO DETAIL 5 ON SHEET S3.1 FOR STRAP ATTACHMENT. (TYP)
DOUBLE TOP PLATE
OPTIONAL WINDOW 36" WIDE MAX (TYP)
1¼" - 16 GA METAL BRACING STRAP (SEE NOTE, TYP)
LAP THE TOP PLATE FROM THE SIDE WALL OVER THE END WALL PLATE AT EACH CORNER.
REFER TO DETAIL 4 ON SHEET S3.1 FOR STRAP ATTACHMENT. (TYP)
ATTACH STRAP TO EACH STUD W/ (2) 8d NAILS MIN. (TYP)
8' WIDE REAR ENDWALL
NDI "APPROVED" DOCUMENT
2x4 STUDS @ 16" O.C.
ROOF TRUSS
REFER TO DETAIL 5 ON SHEET S3.1 FOR STRAP ATTACHMENT. (TYP)
DOUBLE TOP PLATE
1¼" - 16 GA METAL BRACING STRAP (SEE NOTE, TYP)
LAP THE TOP PLATE FROM THE SIDE WALL OVER THE END WALL PLATE AT EACH CORNER.
REFER TO DETAIL 4 ON SHEET S3.1 FOR STRAP ATTACHMENT. (TYP)
ATTACH STRAP TO EACH STUD W/ (2) 8d NAILS MIN. (TYP)
10'-0" WIDE REAR ENDWALL
NOTE: METAL STRAP BRACING IS NOT REQUIRED FOR WALLS SHEATHED WITH WOOD SIDING, PLYWOOD,OR OSB
Approved by Phillip E Robbins Florida PE-49070
Plan No. 1RPER210076 Date: 03/27/2023

KEVIN L. NOLAN
LICENSE
No.77209
STATE OF FLORIDA
PROFESSIONAL ENGINEER

# LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020

Digitally signed by Kevin Nolan
DN: 0.9.2342.19200300.100.1.1=A01410C000001 79D834EF80000196AF, cn=Kevin Nolan, c=US
Date: 2023.03.22 13:51:05 -05'00'

Weather King®
PORTABLE BUILDINGS

| | |
|---|---|
| PROJECT NO: | |
| DATE: | 09-28-2021 |
| DRAWN BY: | KLN |
| CHECKED BY: | KLN |
| REVISION: | |

SHEET NUMBER
S-2.2-LB
SCALE: NOT TO SCALE

1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.



REFER TO DETAIL 5 ON SHEET S3.1 FOR STRAP ATTACHMENT. (TYP)
ROOF TRUSS
2x4 STUDS @ 16" O.C.
DOUBLE TOP PLATE
1¼" - 16 GA METAL BRACING STRAP (SEE NOTE, TYP)
6'-0" OPENING
LAP THE TOP PLATE FROM THE SIDE WALL OVER THE END WALL PLATE AT EACH CORNER.
REFER TO DETAIL 4 ON SHEET S3.1 FOR STRAP ATTACHMENT. (TYP)
ATTACH STRAP TO EACH STUD W/ (2) 8d NAILS MIN. (TYP)
11'-2" WIDE FRONT ENDWALL
2x4 STUDS @ 16" O.C.
ROOF TRUSS
REFER TO DETAIL 5 ON SHEET S3.1 FOR STRAP ATTACHMENT. (TYP)
DOUBLE TOP PLATE
1¼" - 16 GA METAL BRACING STRAP (SEE NOTE, TYP)
LAP THE TOP PLATE FROM THE SIDE WALL OVER THE END WALL PLATE AT EACH CORNER.
REFER TO DETAIL 4 ON SHEET S3.1 FOR STRAP ATTACHMENT. (TYP)
ATTACH STRAP TO EACH STUD W/ (2) 8d NAILS MIN. (TYP)
11'-2" WIDE REAR ENDWALL
NDI "APPROVED" DOCUMENT
ATTACH EACH JAMB STUD TO ROOF TRUSS w/ (3) 3" x 0.131" RING SHANK NAILS
ROOF TRUSS
LAP THE TOP PLATE FROM THE SIDE WALL OVER THE END WALL PLATE AT EACH CORNER.
2x4 FLAT w/ 2x4 ON EDGE OVER THE DOOR. REF DETAIL 6/S-3.0
2x4 KNEE BRACE EACH SIDE OF DOOR
(2) 2x4 FULL HEIGHT STUDS EACH SIDE OF DOOR. NOTCH THE STUDS AT THE ROOF TRUSS.
9'-0" OPENING
Approved by Phillip E Robbins
Florida PE-49070
Plan No. 1RPER210076 Date: 03/27/2023
11'-2" WIDE FRONT ENDWALL
W/ ROLL-UP DOOR (OPTIONAL)

NOTES FOR ROLL-UP DOOR OPTION:

1. FOR BUILDINGS SHEATHED WITH T1-11 OR LP SIDING, PROVIDE FULL HEIGHT 7/16" OSB OR PLYWOOD WALL SHEATHING ON THE INTERIOR FACE OF THE WALL. ATTACH THE SHEATHING TO THE WALL FRAMING WITH 2⅜" x 0.113" RING SHANK NAILS SPACED AT 3" MAX.
2. FOR BUILDINGS SHEATHED WITH METAL SIDING, PROVIDE 7/16" OSB OR PLYWOOD WALL SHEATHING ON THE INTERIOR FACE PLUS THE EXTERIOR FACE OF THE WALL. THE EXTERIOR METAL SIDING SHALL BE ATTACHED TO SHEATHING PER DETAIL 1 ON SHEET S-3.3. ATTACH THE SHEATHING TO THE WALL FRAMING WITH 2⅜" x 0.113" RING SHANK NAILS SPACED AT 3" MAX.

NOTE: METAL STRAP BRACING IS NOT REQUIRED FOR WALLS SHEATHED WITH WOOD SIDING, PLYWOOD, OR OSB

KEVIN L. NOLAN LICENSE No.77209 STATE OF FLORIDA PROFESSIONAL ENGINEER

# LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020

Digitally signed by Kevin Nolan
DN: 0.9.2342.19200300.100.1.1=A01410C00000179D834EF80000196AF, cn=Kevin Nolan, c=US
Date: 2023.03.22 13:52:40 -05'00'

1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.

Weather King®
PORTABLE BUILDINGS

| PROJECT NO: | |
|---|---|
| DATE: | 09-28-2021 |
| DRAWN BY: | KLN |
| CHECKED BY: | KLN |
| REVISION: | |

SHEET NUMBER
S-2.3-LB
SCALE: NOT TO SCALE

GENERAL NOTES:

1. REFER TO SHEET S-0 FOR DESIGN LOADS.
2. MAXIMUM TRUSS SPACING = 24" O.C. UNLESS NOTED OTHERWISE.
3. TRUSS TOP CHORD SHALL BE BRACED W/ STRUCTURAL WOOD SHEATHING ATTACHED DIRECTLY TO TRUSS MEMBERS.
4. ALL TRUSS MEMBERS ARE TO BE SPF #2 OR BETTER.
5. TRUSS PLATES ARE TO BE A MINIMUM OF 20 GAGE (MT20) HYDRAULICALLY PRESSED IN PLACE EACH SIDE OF TRUSS.
6. REACTIONS DUE TO WIND ARE BASED ON MWFRS END ZONE PRESSURES. INDIVIDUAL MEMBERS DESIGNED FOR COMPONENTS AND CLADDING WIND PRESSURE.
7. DEFLECTION MEETS L/240 LIVE LOAD AND L/180 TOTAL LOAD.
8. LOAD DURATION ADJUSTMENT FACTORS:
   ROOF LIVE: 1.25
   WIND: 1.60
9. REPETITIVE MEMBER INCREASE: 1.15
10. HORIZONTAL THRUST IS TO BE RESISTED BY LOFT JOISTS. REFER TO SHEETS S-2.0, S-2.1, AND S-3.0 FOR LOFT JOIST SIZE, AND ATTACHMENT INFORMATION.

MAX REACTIONS
HORIZ: 108 LBS.
NET UPLIFT: -175 LBS.
GRAVITY: 269 LBS.

8' WIDE LOFTED BARN TRUSS

NDI "APPROVED" DOCUMENT

MAX REACTIONS
HORIZ: 121 LBS.
NET UPLIFT: -227 LBS.
GRAVITY: 333 LBS.

Approved by Phillip E Robbins
Florida PE-49070
Plan No. 1RPER210076 Date: 03/27/2023

10' WIDE LOFTED BARN TRUSS

MAX REACTIONS
HORIZ: 108 LBS.
NET UPLIFT: -179 LBS.
GRAVITY: 250 LBS.

8' WIDE LOFTED BARN TRUSS (OPTIONAL)

MAX REACTIONS
HORIZ: 121 LBS.
NET UPLIFT: -231 LBS.
GRAVITY: 314 LBS.

10' WIDE LOFTED BARN TRUSS (OPTIONAL)

# LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020

KEVIN L. NOLAN LICENSE No. 77209 STATE OF FLORIDA PROFESSIONAL ENGINEER

Digitally signed by Kevin Nolan
DN: 0.9.2342.19200300.100.1.1=A01410C00000179D834EF80000196AF, cn=Kevin Nolan, c=US
Date: 2023.03.22 13:53:18 -05'00'

1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.

| PROJECT NO: | |
|---|---|
| DATE: | 09-28-2021 |
| DRAWN BY: | KLN |
| CHECKED BY: | KLN |
| REVISION: | |

SHEET NUMBER
S-2.4-LB
SCALE: 1/4" = 1'-0"



2x4 TRUSS MEMBER (TYP)
4'-6 1/2"
2x4 TRUSS PLATE (TYP)
20°
4'-3 5/8"
60°
3'-1 3/4"
SEE NOTE 10
11'-2"

MAX REACTIONS
HORIZ: 125 LBS.
NET UPLIFT: -258 LBS.
GRAVITY: 370 LBS.

11'-2" WIDE LOFTED BARN TRUSS

2x4 TRUSS MEMBER (TYP)
4'-6 1/2"
2x4 TRUSS PLATE (TYP)
20°
4'-3 5/8"
60°
SEE NOTE 10
3'-1 3/4"
1'-5" MAX
11'-2"

MAX REACTIONS
HORIZ: 125 LBS.
NET UPLIFT: -262 LBS.
GRAVITY: 351 LBS.

11'-2" WIDE LOFTED BARN TRUSS (OPTIONAL)

Approved by Phillip E Robbins
Florida PE-49070
Plan No. 1RPER210076 Date: 03/27/2023

NDI "APPROVED" DOCUMENT

# LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020

KEVIN L. NOLAN LICENSE No.77209 STATE OF FLORIDA PROFESSIONAL ENGINEER

Digitally signed by Kevin Nolan
DN: 0.9.2342.19200300.100.1.1=A01410C00000179D834EF80000196AF, cn=Kevin Nolan, c=US
Date: 2023.03.22 13:53:54 -05'00'

1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.

Weather King
PORTABLE BUILDINGS

| | |
|---|---|
| PROJECT NO: | |
| DATE: | 09-28-2021 |
| DRAWN BY: | KLN |
| CHECKED BY: | KLN |
| REVISION: | |

SHEET NUMBER
S-2.5-LB
SCALE: 1/4" = 1'-0"



ATTACH SIDING TO WALL FRAMING W/ 2⅜" x 0.113" RING SHANK NAILS @ 6" O.C. IN FIELD & ALONG EDGES. (SPACE NAILS AT 3" O.C. ALONG PANEL EDGES AT ENDWALLS)
(3) 3" NAILS THROUGH BOTTOM PLATE INTO EACH STUD
(3) 3" NAILS
1-TYPICAL DETAIL
CONT. 2x TREATED RIM BOARD W/ 3" NAILS @ 6" INTO BRIDGING & (3) 3" NAILS TOENAILED INTO SKID
FLOOR JOIST
(4) 3" x 0.131" RING SHANK TOE NAILS INTO SKID
CONT. 2x4 TRTD BRIDGING W/ (5) 3" NAILS IN EACH SKID
1" MAX NOTCH IN SKID
SKID
2-FLOOR JST TO SKID DETAIL
Approved by Phillip E Robbins Florida PE-49070
Plan No. IRPER210076 Date: 03/27/2023
NDI "APPROVED" DOCUMENT
ATTACH LOFT JOIST TO TRUSS w/ (5) 10d NAILS MIN
METAL DRIP EDGE. ATTACH TO ROOF w/ 1"x¾" STAPLES @ 12" O.C.
⁷⁄₁₆" OSB OR ½" PLYWOOD DECKING
LOFT JOIST
SIMPSON MTS16 STRAP w/ (7) 10d x 1½" NAILS (MIN) IN EACH END OF THE STRAP AT EACH TRUSS. WRAP AROUND AND NAIL TO WALL TOP PLATE WHEN TRUSS DOES NOT LINE UP WITH A WALL STUD BELOW. REF DETAIL 4/S-3.0 FOR AN ALTERNATE HOLD DOWN OPTION IN LIEU OF THE METAL STRAP.
TOE NAIL TRUSS/JOIST TO TOP PLATE W/ (4) 10d NAILS MIN
DOUBLE TOP PLATE
3-LOFT EAVE DETAIL
ROOF TRUSS
LOFT JOIST
IN LIEU OF MTS16 STRAP, PROVIDE A SIMPSON 0.152 x 6" SDWC TRUSS SCREW (SDWC15600) OR EQUIVALENT AT EACH ROOF TRUSS.
NOTE: REFER TO 3/S3.0 FOR INFO NOT SHOWN.
4-ALTERNATE TRUSS HOLD DOWN DETAIL
NOTE: ALL MEMBERS ARE 2x4
(1) 2x4, FLAT
38" MAX
(3) 3" NAILS (TYP)
DETAIL @ ENDWALL
DOUBLE TOP PLATE
NOTE: ALL MEMBERS ARE 2x4, UNO
38" MAX
STUD
DETAIL @ SIDEWALL
5-TYP WINDOW FRAMING
2x4 (TYP)
3" NAILS @ 8" O.C.
ENDWALL HEADER FOR OPENINGS UP TO 6'-0". SIDEWALL HEADER FOR OPENINGS UP TO 4'-0".
(2) 2x4 w/ ⁷⁄₁₆" OSB FLITCH PLATE
SIDEWALL HEADER FOR OPENINGS UP TO 6'-0".
(2) 2x6 w/ ⁷⁄₁₆" OSB FLITCH PLATE
SIDEWALL HEADER FOR OPENINGS UP TO 8'-0"
NOTES:
1. PROVIDE 2x4 JACK STUD UNDER EACH END OF LOAD BEARING HEADERS. NAIL TO ADJACENT STUD PER FASTENING SCHEDULE. NOT REQUIRED AT END WALL OPENINGS.
6-DOOR HEADER SCHEDULE
KEVIN L. NOLAN LICENSE No.77209 STATE OF FLORIDA PROFESSIONAL ENGINEER
LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020
NOTE: REFER TO FASTENING SCHEDULE ON SHEETS S-0.1 AND S-0.2 FOR ATTACHMENT INFORMATION NOT NOTED ON THIS SHEET.
Digitally signed by Kevin Nolan DN: 0.9.2342.19200300.100.1.1=A01410C0000017 9D834EF80000196AF, cn=Kevin Nolan, c=US Date: 2023.03.22 13:54:36 -05'00'
1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.
Weather King® PORTABLE BUILDINGS
PROJECT NO:
DATE: 09-28-2021
DRAWN BY: KLN
CHECKED BY: KLN
REVISION:
SHEET NUMBER
S-3.0-LB
SCALE: 1"=1'-0



ROOF TRUSS (TYP)
TOP PLATE JOINT
CONT. DOUBLE TOP PLATE
BOTTOM PLATE JOINT OVER A STUD
STUD (TYP)
24" MIN
1- WALL TOP PLATE SPLICE DETAIL
VARIES (SEE PLAN)
TREATED 2x4 x 6'-0" LONG SPLICE PLATE CENTERED ON SPLICE, EACH SIDE OF SKID w/ 2 ROWS 10d NAILS @ 4" O.C. STAGGERED
TREATED 4x6 SKID
Approved by Phillip E Robbins Florida PE-49070
Plan No. 1RPER210076 Date: 03/27/2023
2- SKID SPLICE DETAIL
NDI "APPROVED" DOCUMENT
SIMPSON MTS16 STRAP w/ (7) 10d x 1½" NAILS (MIN) IN EACH END OF THE STRAP AT EACH TRUSS. WRAP AROUND TOP PLATE. REF DETAIL 4/S-3.0 FOR AN ALTERNATE HOLD DOWN OPTION IN LIEU OF THE METAL STRAP.
7/16" OSB OR ½" PLYWOOD DECKING
LOFT JOIST
5/8" P.T. PLYWOOD CEILING AT PORCH ONLY.
PORCH POST BEYOND. REF DETAILS ON SHEET S3.2 FOR ADD'L INFO.
DOUBLE TOP PLATE EXTENDED FROM BUILDING
NOTE: REFER TO 3/S3.0 FOR INFO NOT SHOWN.
3- PORCH EAVE DETAIL
1¼" - 16 GA STEEL STRAP. WRAP AROUND JOIST & ATTACH TO JOIST W/ (4) 10d X 1½" NAILS EACH SIDE OF JOIST.
4-STRAP ATTACHMENT
SCALE = 1½" = 1'-0"
1¼" - 16 GA STEEL STRAP. WRAP OVER WALL TOP PLATE. PROVIDE (3) 8d NAILS INTO TOP OF PLATE. PROVIDE (5) 10d NAILS MIN INTO STUD/ SIDE OF PLATE.
DOUBLE TOP PLATE
STUD
5-STRAP ATTACHMENT
SCALE = 1½" = 1'-0"
3" NAILS @ 12" O.C.
(2) 2x4 STUDS (SIDE WALL)
2x4 STUD (END WALL)
3" NAILS @ 12" O.C. STAGGERED
6-TYPICAL CORNER DETAIL
KEVIN L. NOLAN LICENSE No.77209 STATE OF FLORIDA PROFESSIONAL ENGINEER
LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020
NOTE: REFER TO FASTENING SCHEDULE ON SHEETS S-0.1 AND S-0.2 FOR ATTACHMENT INFORMATION NOT NOTED ON THIS SHEET.
Digitally signed by Kevin Nolan
DN: 0.9.2342.19200300.100.1.1=A01410C0000017 9D834EF80000196AF, cn=Kevin Nolan, c=US
Date: 2023.03.22 13:55:27 -05'00'
Weather King® PORTABLE BUILDINGS
PROJECT NO:
DATE: 09-28-2021
DRAWN BY: KLN
CHECKED BY: KLN
REVISION:
SHEET NUMBER S-3.1-LB
SCALE: 1"=1'-0
1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.



REF DETAILS 3/S-3.1 & 4/S-3.0 FOR ROOF TRUSS HOLD-DOWN INFORMATION NOT SHOWN FOR CLARITY (TYP)
REF DETAILS 3 & 4/S-3.0 FOR ROOF TRUSS HOLD-DOWN INFORMATION NOT SHOWN FOR CLARITY (TYP)
Approved by Phillip E Robbins
Florida PE-49070
Plan No. 1RPER210076 Date: 03/27/2023
(2) 5/16" x 6" LAG SCREWS THROUGH TOP PLATES INTO 4x6 P.T. POST
5/8" P.T. PLYWOOD CEILING AT PORCH ONLY.
ROOF TRUSS (TYP)
LOFT JOIST (TYP)
4x6 P.T. POST
P.T. 1x PORCH BOARDS w/ (2) 3" NAILS INTO EACH FLOOR JOIST
CONT. 2x P.T. RIM JOIST
DOUBLE TOP PLATE EXTENDED TO PORCH POST
7'-8" TALL END WALL
(6) 3" x 0.131" RING SHANK NAILS (MIN) FROM END JOIST INTO CORNER POST
4x6 P.T. SKID
1- CORNER PORCH POST DETAIL
BOTTOM PLATE (TYP)
REF DETAILS 1 & 2/S3.2 FOR POST BASE ATTACHMENT
(9) 3" x 0.131" RING SHANK NAILS (MIN) FROM JOIST INTO POST
FLOOR JOIST (TYP)
PORCH VARIES (SEE PLAN)
NOTE: REFER TO 1/S3.2 FOR INFO NOT SHOWN.
2- INTERMEDIATE PORCH POST DETAIL
NOTE: REFER TO DETAILS 1/S3.2 AND 2/S3.2 FOR INFO NOT SHOWN.
3- OPTIONAL PORCH SECTION
NOT TO SCALE
NDI "APPROVED" DOCUMENT
KEVIN L. NOLAN LICENSE No.77209 STATE OF FLORIDA PROFESSIONAL ENGINEER
LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020
NOTE: REFER TO FASTENING SCHEDULE ON SHEETS S-0.1 AND S-0.2 FOR ATTACHMENT INFORMATION NOT NOTED ON THIS SHEET.
Digitally signed by Kevin Nolan
DN: 0.9.2342.19200300.100.1.1=A01410C00000179D834EF80000196AF, cn=Kevin Nolan, c=US
Date: 2023.03.22 13:56:13 -05'00'
Weather King PORTABLE BUILDINGS
PROJECT NO:
DATE: 09-28-2021
DRAWN BY: KLN
CHECKED BY: KLN
REVISION:
SHEET NUMBER
S-3.2-LB
SCALE: 1"=1'-0
1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.



Approved by Phillip E Robbins
Florida PE-49070
Plan No. 1RPER210076 Date: 03/27/2023
ROOF TRUSS
ROOF DECKING
2x4 STUDS (FLAT) @ 16" O.C. TOENAIL TO TRUSS T.C. w/ (2) 3" NAILS
LOFT DECKING
CONTINUOUS ALUMINUM Z-BAR FLASHING AT HORIZONTAL SIDING JOINT. ATTACH TO FRAMING w/ 1"x¾" STAPLES @ 12" O.C.
LOFT JOIST
DOUBLE TOP PLATE
2x4 STUDS @ 16" O.C.
SIDING (TYP)
1-TYPICAL END WALL DETAIL
REFER TO DETAIL 4/S-3.3 FOR ATTACHMENT OF METAL ROOFING TO THE ROOF DECK
2x10 TOP PLATE (2x4 BOT PLATE)
LOFT JOIST
29 GA. METAL SIDING. ATTACH TO GIRTS PER DETAIL 3/S-3.3
SIMPSON MTS16 STRAP w/ (7) 10d x 1½" NAILS (MIN) IN EACH END OF THE STRAP AT EACH TRUSS. WRAP AROUND AND NAIL TO WALL TOP PLATE WHEN TRUSS DOES NOT LINE UP WITH A WALL STUD BELOW. REF DETAIL 4/S-3.0 FOR AN ALTERNATE HOLD DOWN OPTION IN LIEU OF THE METAL STRAP.
2x4 WALL GIRT. ATTACH TO EACH STUD w/ (3) 3" x 0.131" RING SHANK NAILS (TYP)
CLEAR SPAN BETWEEN GIRTS = 30" MAX
2x4 STUDS @ 16" O.C.
2-TYPICAL VERT METAL SIDING DETAIL
NOTE: REFER TO DETAILS 1/S3.0 AND 3/S3.0 FOR INFO NOT SHOWN.
29 GA METAL PANEL
¼"-14 SELF DRILLING SCREW w/ WASHER SPACED @ 24" O.C. ALONG EA SIDELAP
#10-14 x 1½" WOOD SCREW w/ WASHER @ 3.5"-5.5"-3.5" O.C. (EACH SIDE OF EVERY MAJOR RIB)
3½" 5½" 3½"
2x FRAMING
FASTENING PATTERN AT PANEL ENDLAP
29 GA METAL PANEL
¼"-14 SELF DRILLING SCREW w/ WASHER SPACED @ 24" O.C. ALONG EA SIDELAP
9" TYP
#10-14 x 1½" WOOD SCREW w/ WASHER @ 9" O.C. (ONE SIDE OF EVERY MAJOR RIB)
2x FRAMING
FASTENING PATTERN AT INTERIOR PANEL SUPPORT
NDI "APPROVED" DOCUMENT
3-METAL PANEL FASTENING TO WOOD FRAMING
SCALE = 1½" = 1'-0"
29 GA METAL PANEL
#10-15 x 1½" WOOD SCREW w/ WASHER @ 9" O.C. (ONE SIDE OF EVERY MAJOR RIB) SPACE SCREWS AT 16" O.C. MAX ALONG PANEL LENGTH.
9"
ROOF DECKING
2x FRAMING SPACED AT 24" O.C. MAX
4-METAL PANEL FASTENING TO SHEATHING
KEVIN L. NOLAN LICENSE No.77209 STATE OF FLORIDA PROFESSIONAL ENGINEER
LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020
NOTE: REFER TO FASTENING SCHEDULE ON SHEETS S-0.1 AND S-0.2 FOR ATTACHMENT INFORMATION NOT NOTED ON THIS SHEET.
Digitally signed by Kevin Nolan
Weather King PORTABLE BUILDINGS
PROJECT NO:
DATE: 09-28-2021
DRAWN BY: KLN
CHECKED BY: KLN
REVISION:
SHEET NUMBER
S-3.3-LB
SCALE: 1"=1'-0
1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.



REFER TO DETAIL 4/S-3.3 FOR ATTACHMENT OF METAL ROOFING TO THE ROOF DECK
LOFT JOIST
29 GA. METAL SIDING OVER 7/16" OSB OR PLYWOOD WALL SHEATHING. REFER TO DETAIL 4/S-3.3 FOR SIDING ATTACHMENT
SIMPSON MTS16 STRAP w/ (7) 10d x 1½" NAILS (MIN) IN EACH END OF THE STRAP AT EACH TRUSS. WRAP AROUND AND NAIL TO WALL TOP PLATE WHEN TRUSS DOES NOT LINE UP WITH A WALL STUD BELOW. REF DETAIL 4/S-3.0 FOR AN ALTERNATE HOLD DOWN OPTION IN LIEU OF THE METAL STRAP.
ATTACH SHEATHING TO WALL FRAMING W/ 2⅜" x 0.113" RING SHANK NAILS @ 6" O.C. IN FIELD & ALONG EDGES. (SPACE NAILS AT 3" O.C. ALONG PANEL EDGES AT ENDWALLS)
2x4 STUDS @ 16" O.C.

1-TYPICAL HORIZ METAL SIDING DETAIL

NOTE: REFER TO DETAILS 1/S3.0 AND 3/S3.0 FOR INFO NOT SHOWN.

Approved by Phillip E Robbins
Florida PE-49070
Phillip E Robbins
Plan No. 1RPER210076 Date: 03/27/2023

NDI "APPROVED" DOCUMENT

KEVIN L. NOLAN LICENSE No.77209 STATE OF FLORIDA PROFESSIONAL ENGINEER

# LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020

NOTE: REFER TO FASTENING SCHEDULE ON SHEETS S-0.1 AND S-0.2 FOR ATTACHMENT INFORMATION NOT NOTED ON THIS SHEET.

Digitally signed by Kevin Nolan
DN: 0.9.2342.19200300.100.1.1=A01410C00000179D834EF80000196AF, cn=Kevin Nolan, c=US
Date: 2023.03.22 13:58:01 -05'00'

1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.

Weather King® PORTABLE BUILDINGS

| | |
|---|---|
| PROJECT NO: | |
| DATE: | 09-28-2021 |
| DRAWN BY: | KLN |
| CHECKED BY: | KLN |
| REVISION: | |

SHEET NUMBER
S-3.4-LB
SCALE: 1"=1'-0



EXTERIOR WOOD SIDING. REF DETAIL 1/S-3.0 FOR NAILING REQUIREMENTS
⅝" TRTD PLYWOOD TRIM
ROLL-UP DOOR GUIDE. ATTACH TO WOOD JAMB w/ ¼" x 1.75" LONG LAG SCREWS @ 12" O.C. PER MANUF. SPECS. BOTTOM SCREW TO BE 6" MAX ABOVE FINISHED FLOOR. LOCATE GUIDE FOR LAG SCREW TO BE CENTERED ON JAMB STUD CLOSEST TO DOOR OPENING
(2) 2x4 SP #2 (OR BETTER) JAMB STUD. REFER TO FASTENING SCHEDULE FOR NAILING REQUIREMENTS
0.79"
1.96"
1-ROLL-UP DOOR JAMB DETAIL
(WOOD SIDING)
METAL WALL SIDING OVER 7/16" OSB OR PLYWOOD WALL SHEATHING. REF DETAIL 1/S-3.0 FOR NAILING REQUIREMENTS
⅝" TRTD PLYWOOD TRIM
ROLL-UP DOOR GUIDE. ATTACH TO WOOD JAMB w/ ¼" x 1.75" LONG LAG SCREWS @ 12" O.C. PER MANUF. SPECS. BOTTOM SCREW TO BE 6" MAX ABOVE FINISHED FLOOR. LOCATE GUIDE FOR LAG SCREW TO BE CENTERED ON JAMB STUD CLOSEST TO DOOR OPENING
(2) 2x4 SP #2 (OR BETTER) JAMB STUD. REFER TO FASTENING SCHEDULE FOR NAILING REQUIREMENTS
0.79"
1.96"
2-ROLL-UP DOOR JAMB DETAIL
(HORIZ METAL SIDING)
2x4 WALL GIRT. REFER TO DETAIL 2/S3.3 FOR SPACING AND NAILING REQUIREMENTS
METAL WALL SIDING w/ RIBS RUNNING VERTICALLY. ATTACH TO WALL GIRT PER DETAIL 3/S-3.3
⅝" TRTD PLYWOOD TRIM
ROLL-UP DOOR GUIDE. ATTACH TO WOOD JAMB w/ ¼" x 1.75" LONG LAG SCREWS @ 12" O.C. PER MANUF. SPECS. BOTTOM SCREW TO BE 6" MAX ABOVE FINISHED FLOOR. LOCATE GUIDE FOR LAG SCREW TO BE CENTERED ON JAMB STUD CLOSEST TO DOOR OPENING
(2) 2x4 SP #2 (OR BETTER) JAMB STUD. REFER TO FASTENING SCHEDULE FOR NAILING REQUIREMENTS
0.79"
1.96"
3-ROLL-UP DOOR JAMB DETAIL
(VERT METAL SIDING)
Approved by Phillip E Robbins . Florida PE-49070
Plan No. 1RPER210076 Date: 03/27/2023
NDI "APPROVED" DOCUMENT
KEVIN L. NOLAN LICENSE No.77209 STATE OF FLORIDA PROFESSIONAL ENGINEER
LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020
NOTE: REFER TO FASTENING SCHEDULE ON SHEETS S-0.1 AND S-0.2 FOR ATTACHMENT INFORMATION NOT NOTED ON THIS SHEET.
Digitally signed by Kevin Nolan
Date: 2023.03.22 13:58:47 -05'00'
Weather King® PORTABLE BUILDINGS
PROJECT NO:
DATE: 09-28-2021
DRAWN BY: KLN
CHECKED BY: KLN
REVISION:
SHEET NUMBER
S-3.5-LB
SCALE: 1 1/2"=1'-0
1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.



DECORATIVE TRIM
PROVIDE CONTINUOUS ALUMINUM Z-BAR FLASHING AT SIDING HORIZONTAL JOINTS. ATTACH TO FRAMING w/ 1"x¾" STAPLES AT 12" O.C. (TYP)
FRONT ELEVATION
DOOR AND WINDOW LOCATIONS VARY PER CUSTOMER.
SIDE ELEVATION
Approved by Phillip E Robbins , Florida PE-49070
Plan No. 1RPER210076 Date: 03/27/2023
NDI "APPROVED" DOCUMENT
PROVIDE CONTINUOUS ALUMINUM Z-BAR FLASHING AT SIDING HORIZONTAL JOINTS. ATTACH TO FRAMING w/ 1"x¾" STAPLES AT 12" O.C. (TYP)
OPTIONAL DOOR OR WINDOW. LOCATIONS VARY PER CUSTOMER.
REAR ELEVATION
NOTE:
WINDOWS, DOORS, AND TRIM SHOWN ARE CONCEPTUAL. ACTUAL WINDOW, DOOR, AND TRIM MAY VARY PER CUSTOMER REQUEST.
KEVIN L. NOLAN LICENSE No.77209 STATE OF FLORIDA PROFESSIONAL ENGINEER
LOFTED BARN--FLORIDA--WIND=160 MPH--FBC 2020
Digitally signed by Kevin Nolan
DN: 0.9.2342.19200300.100.1.1=A01410C00000179D834EF80000196AF, cn=Kevin Nolan, c=US
Date: 2023.03.22 14:00:02 -05'00'
Weather King PORTABLE BUILDINGS
PROJECT NO:
DATE: 09-28-2021
DRAWN BY: KLN
CHECKED BY: KLN
REVISION:
SHEET NUMBER
S-4-LB
SCALE: NOT TO SCALE
1. This item has been electronically signed and sealed by Kevin L Nolan, PE on 03/22/2023 using a digital signature.
2. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.