**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CONSOLIDATED INDUSTRIES, LLC** | ) | |
| **d/b/a WEATHER KING PORTABLE** | ) | |
| **BUILDINGS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. 1:22-cv-01230-STA-jay** |
| **v.** | ) | |
| | ) | |
| **JESSE A. MAUPIN, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**FIRST AMENDED SCHEDULING ORDER**

The parties have jointly moved to amend the Court's Scheduling Order entered March 3, 2023 [ECF No. 63]. The Court finds good cause to amend the order and GRANTS the motion [ECF No. 113]. Accordingly, it is hereby ORDERED that the deadlines set forth in the Scheduling Order are amended as follows:

**COMPLETING FACT DISCOVERY**: May 1, 2024.

    (a) **WRITTEN DISCOVERY**: February 1, 2024.
    (b) **FACT DEPOSITIONS**: May 1, 2024.

**EXPERT WITNESS DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(2)**:

    (a) **DISCLOSURE OF PLAINTIFF'S RULE 26(a)(2) EXPERT INFORMATION**: June 3, 2024.

    (b) **DISCLOSURE OF DEFENDANT'S RULE 26(a)(2) EXPERT INFORMATION**: July 1, 2024.

    (c) **EXPERT WITNESS DEPOSITIONS**: August 1, 2024.

**MOTIONS TO EXCLUDE EXPERTS UNDER F.R.E. 702/DAUBERT MOTIONS**: August 15, 2024,

**SUPPLEMENTATION UNDER RULE 26(e)(2)**: August 1, 2024.

**FILING DISPOSITIVE MOTIONS**: July 1, 2024.

All other deadlines and requirement set forth in the original Scheduling Order shall remain the same.  The jury trial currently set to begin May 20, 2024, is hereby continued and will be reset by separate order.

**IT IS SO ORDERED.**

**s/ S. Thomas Anderson**
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: September 1, 2023

APPROVED FOR ENTRY:


*/s/  David L. Johnson*
David L. Johnson,  BPR #18732
John H. Dollarhide, BPR #40041
BUTLER SNOW LLP
150 3rd Avenue South, Suite 1600
Nashville, TN 37201
Telephone: (615) 651-6700
Fax:  (615) 651-6701
david.johnson@butlersnow.com
john.dollarhide@butlersnow.com

Daniel W. Van Horn, BPR #18940
6075 Poplar Ave., Suite 500
Memphis, TN 38119
Telephone: (901) 680-7200
Fax: (901) 680-7201
Danny.VanHorn@butlersnow.com

*Attorneys for Plaintiff*


/s/  Thomas G. Pasternak
Thomas G. Pasternak
AKERMAN LLP
71 South Wacker Drive, 47th Floor
Chicago, IL 60606
Tel. (312) 634-5700
thomas.pasternak@akerman.com

*Attorneys for Defendants*