IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC ) <br> d/b/a WEATHER KING PORTABLE ) <br> BUILDINGS, ) <br>   ) <br>   Plaintiff, ) <br>   ) <br> v. ) <br>   ) <br> JESSE A. MAUPIN, BARRY D. ) <br> HARRELL, ADRIAN S. HARROD, ) <br> LOGAN C. FEAGIN, STEPHANIE L. ) <br> GILLESPIE, RYAN E. BROWN, DANIEL ) <br> J. HERSHBERGER, BRIAN L. LASSEN, ) <br> ALEYNA LASSEN, and AMERICAN ) <br> BARN CO., LLC, ) <br>   ) <br>   Defendants. | Civil Action No. 1:22-cv-01230-STA-jay <br><br> Chief Judge S. Thomas Anderson |

**PLAINTIFF'S UNOPPOSED RENEWED MOTION TO COMPEL FORENSIC EXAMINATION OF INDIVIDUAL DEFENDANTS' MOBILE PHONES AND OTHER COMPUTER DEVICES**

Plaintiff hereby renews it motion to compel Defendants Jesse Maupin, Barry Harrell, Adiran Harrod, Logan Feagin, Stephanie Gillespie, Ryan Brown, Daniel Hershberger, Brian Lassen, and Aleyna Lassen to produce their cell phones and other pertinent computer devices and accounts for a forensic examination. *See* Doc. 73. As grounds for this motion, Plaintiff submits that a forensic examination is necessary to attempt to retrieve pertinent documents that have not been produced in discovery and to determine the circumstances in which documents responsive to Plaintiff's discovery requests were destroyed (or attempted to be destroyed).

The parties have conferred and have reached agreement such that this motion is unopposed. In addition, the parties have agreed on a protocol for the forensic examination that is set forth in the proposed Agreed Order being submitted to the Court's chambers. Although Weather King

takes the position that Defendants should bear responsibility for the forensic vendor's expenses, the parties have agreed to reserve that issue for a later date.

                Respectfully submitted,

                BUTLER SNOW LLP

                */s/ David L. Johnson*
                David L. Johnson, BPR #18732
                John H. Dollarhide, BPR #40041
                150 3rd Avenue South, Suite 1600
                Nashville, TN 37201
                (615) 651-6700
                david.johnson@butlersnow.com
                john.dollarhide@butlersnow.com

                Daniel W. Van Horn, BPR #18940
                6075 Poplar Ave., Suite 500
                Memphis, TN 38119
                (901) 680-7200
                Danny.VanHorn@butlersnow.com

                Attorneys for Plaintiff

## CERTIFICATE OF COUNSEL

In accordance with Local Rule 7.2(a)(1)(B), I, counsel for Plaintiff, certify that the parties' counsel have conferred about the relief requested in this motion via phone conferences and email correspondence. Defendants do not oppose this motion and consent to the proposed Agreed Order being submitted with this motion.

                */s/ David L. Johnson*
                David L. Johnson

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2023, I filed the foregoing with the Court using the ECF system, which will provide notice and a copy to counsel of record:

Thomas G. Pasternak
Taft Stettinius & Hollister LLP
111 E. South Wacker Drive, Suite 2600
Chicago, IL 60601-4208
TPasternak@taftlaw.com

Attorneys for Defendants

*/s/  David L. Johnson*
David L. Johnson

84305633.v1