# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC ) <br> d/b/a WEATHER KING PORTABLE ) <br> BUILDINGS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JESSE A. MAUPIN, *et al.*, ) <br> ) <br> Defendants. ) | No. 1:22-cv-01230-STA-jay |

## JOINT MOTION TO AMEND FIRST AMENDED SCHEDULING ORDER

Despite the parties' diligently working together to advance this action toward trial as expeditiously as practicable, the parties have encountered complex issues with both nonparty discovery and the forensic examination of Defendants' devices and cloud-based accounts. Accordingly, to allow sufficient time to complete the nonparty discovery as well as the forensic examination, which both will allow depositions to be taken and discovery to be completed, the parties jointly move to extend certain deadlines set forth in the First Amended Scheduling Order entered September 1, 2023 [ECF No. 114]. The parties' proposed Second Amended Scheduling Order is being emailed to Chambers.

Respectfully submitted,

BUTLER SNOW LLP

*/s/ John H. Dollarhide*_____
David L. Johnson, BPR #18732
John H. Dollarhide, BPR #40041
150 3rd Avenue South, Suite 1600
Nashville, TN 37201
(615) 651-6700
david.johnson@butlersnow.com

2

john.dollarhide@butlersnow.com

Daniel W. Van Horn, BPR #18940
6075 Poplar Ave., Suite 500
Memphis, TN 38119
(901) 680-7200
Danny.VanHorn@butlersnow.com

*Attorneys for Plaintiff*


/s/  *Thomas G. Pasternak (w/ permission)*
Thomas G. Pasternak (admitted pro hac vice)
Benjamin S. Morrell (TBPR No. 35480)
TAFT STETTINIUS &HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
Telephone: (312) 527-4000
Facsimile: (312) 527-4011
tpasternak@taftlaw.com
bmorrell@taftlaw.com
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2024, I filed the foregoing with the Court using the ECF system, which will provide notice and a copy to counsel of record:

*/s/ John H. Dollarhide*_____
John H. Dollarhide

86822073.v1