IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC d/b/a WEATHER KING PORTABLE BUILDINGS,<br><br>    Plaintiff,<br><br>v.<br><br>JESSE A. MAUPIN, *et al.*,<br><br>    Defendants. | Civil Action No. 1:22-cv-01230-STA-jay |

## SECOND AMENDED SCHEDULING ORDER

Before the Court is the parties' Amended Joint Motion to Amend the Scheduling Order (ECF No. 129) filed April 2, 2024. The Court finds good cause to grant the request. The parties have shown in detail that despite their diligent attempts to meet the current case management deadlines, the extensions are required to allow them to complete discovery. Even so, the Court will grant a slightly shorter extension of the discovery deadline from May 1, 2024, to August 1, 2024. The parties state that "[a] shorter extension, perhaps to August 1, assumes that the collection, review, production, and analysis all proceed at best-case rates" and that an extension of the discovery period to September 30 "allows for the types and severity of delay the parties have experienced and continue to experience." Am. Jt. Mot. to Amend 3-4. Rather than anticipate delays that have not yet materialized, the Court prefers the August 1 discovery cut-off, which represents a 90-day extension of the current discovery period.

Accordingly, it is hereby ORDERED that the deadlines set forth in the First Amended Scheduling Order are amended as follows:

**COMPLETING FACT DISCOVERY**: August 1, 2024

  (a) **WRITTEN DISCOVERY**: February 1, 2024.
  (b) **FACT DEPOSITIONS**: August 1, 2024

**EXPERT WITNESS DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(2)**:

  (a) **DISCLOSURE OF PLAINTIFF'S RULE 26(a)(2) EXPERT INFORMATION**: August 30, 2024

  (b) **DISCLOSURE OF DEFENDANT'S RULE 26(a)(2) EXPERT INFORMATION**: October 6, 2024

  (c) **EXPERT WITNESS DEPOSITIONS**: November 17, 2024

**MOTIONS TO EXCLUDE EXPERTS UNDER F.R.E. 702/DAUBERT MOTIONS**: November 30, 2024

**SUPPLEMENTATION UNDER RULE 26(e)(2)**: November 30, 2024

**FILING DISPOSITIVE MOTIONS**: October 6, 2024

  All other deadlines and requirement set forth in the original Scheduling Order shall remain the same. The current trial date is continued and will be reset by separate order.

  IT IS SO ORDERED.

                s/ S. Thomas Anderson
                S. THOMAS ANDERSON
                UNITED STATED DISTRICT JUDGE

                Date: April 3, 2024