# EXHIBIT 4

4:45



Jesse

Dec 28, 2021, 8:37 AM

Morning man! What you doing on Monday January 3rd?

On my way to the doctor. Let me call you when I get out

Well I hope your ok. I'm about to land in Phoenix and will have ears on me so if I am short and don't answer certain things you know what's up

00273

**Jesse >**

tain things you know what's up

Dec 28, 2021, 12:42 PM

Give me a call whenever you're free and can speak.

Ok be about 30 minutes

Ok

Dec 28, 2021, 4:17 PM

Did y'all get the check sent out to

00274

4:45

 35      

Jesse

Dec 28, 2021, 4:17 PM

**Did y'all get the check sent out to Timmy Jim**

That for me??

**Yeah Boyd got the barn last week**

I'll check

**Thanks man**

Dec 31, 2021, 2:54 PM

**Hey man just want-**

00275

4:45



Jesse

Dec 31, 2021, 2:54 PM

Hey man just wanted to drop a line and see how you were doing. If I can ever help in anyway I'm there. Have a good new year big and good things are coming!!

I'm doing good. Throat is soar from the radiation but I guess that has to be expected. We

00276



**Jesse:** We can do whatever you want and I will have a crew of turn key guys that will follow us through hell to get it done.

**Me:** Sounds good.

**Me:** I have another idea also. Are you aware of any municipalities that requires permits for the building can be set?

00287

4:47



Jesse

I appreciate it but it's just one of those things you have to go do the treatments. Can't substitute. Lol

I understand that I'm getting things done and working on making my move

Jan 19, 2022, 2:01 PM

I've got another trailer and 2 mules at WKM would that be something that

00300



00358

## PROMISSORY NOTE

February 1, 2023                                                                                                    $550,000.00

For value received, the undersigned, **American Barn Co., LLC**, a Kentucky Limited Company ("Borrower"), promises to pay to the order of **Douglas E. Hines** ("Lender"), the sum of Five Hundred Fifty Thousand Dollars ($550,000.00) at an interest rate of Six percent (6.00%) per annum, compounded monthly, by making monthly interest only payments in the amount of Two Thousand Seven Hundred Fifty Dollars and 00/100 Cents ($2,750.00) on the First (1st) day of each month beginning March 1, 2023. The term of this Promissory Note is for Twelve (12) months. Upon thirty (30) days written notice from Borrower to Lender, Borrower can pay off this Promissory Note by paying to Lender on the First (1st) day of the month following the aforesaid thirty (30) day notice that months interest ($2,750.00) and the Five Hundred Fifty Thousand Dollar ($550,000.00) principal. Lender can request that Borrower repay the principal by giving Borrower Sixty (60) days written notice that Lender is requesting that Borrower return Lender's principal ($550,000.00) at which time Borrower shall, on the first (1st) day of the month following the aforesaid sixty (60) days notice, pay to Lender that months interest ($2,750.00) and the Five Hundred Fifty Thousand Dollar ($550,000.00) principal. The monthly interest payment shall be computed as follows: $550,000.00 x 6% / 12 = $2,750.00.

_____                          _____
Jesse Maupin, Member                                                              Douglas E. Hines
American Barn Co., LLC

_____
Virgil Wade Etherton, Member
American Barn Co., LLC

00359

STATE OF ILLINOIS )
)
COUNTY OF SALINE )

    I, the undersigned, Notary Public, in and for said County, in the State aforesaid, do hereby certify that Douglas E. Hines, personally known to me to be the same person whose name is subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that he signed, sealed and delivered the foregoing instrument as his free and voluntary act, for the uses and purposes therein set forth.

    Given under my hand and Notarial seal this \_\_\_\_\_ day of February, 2023.

_____
Notary Public


STATE OF KENTUCKY )
)
COUNTY OF CALLOWAY )

    I, the undersigned Notary Public, in and for the County and State aforesaid, do hereby certify that Jesse Maupin, personally known to me to be a Member of American Barn Co., LLC, and personally known to me to be the same person whose name is subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that as such Member, he signed and delivered the foregoing instrument as Member of said Limited Liability Company pursuant to authority given by the Articles of Organization of said Limited Liability Company as his free and voluntary act, and as the free and voluntary act of said Limited Liability Company, for the uses and purposes therein set forth.

    Given under my hand and notarial seal this \_\_\_\_\_ day of February, 2023.

_____
Notary Public

00360