# EXHIBIT 7

# David Johnson

**From:** David Johnson
**Sent:** Thursday, May 30, 2024 4:00 PM
**To:** 'Pasternak, Thomas'
**Cc:** 'Morrell, Benjamin S.'; 'Wellhausen, Elizabeth'; John Dollarhide
**Subject:** RE: 24-05-09 ABCO Letter from Butler Snow [IWOV-BUTLERSNOW.FID7205535]

I apologize for the multiple emails but we have the same questions as it relates to the withheld Ryan Brown text. Also, the privilege log indicates that Bates No. 245-46 are marked for privilege but Hines sent us 245 (perhaps inadvertently) but not 246 and 247. We will want clarification about that. Thanks.

**David L. Johnson**
**Butler Snow LLP**

D: (615) 651-6731 | F: (615) 651-6701
150 3rd Avenue South, Suite 1600, Nashville, TN 37201
David.Johnson@butlersnow.com | vCard | Bio

X (Twitter) | LinkedIn | Facebook | YouTube

**From:** David Johnson
**Sent:** Thursday, May 30, 2024 10:25 AM
**To:** 'Pasternak, Thomas' <TPasternak@taftlaw.com>
**Cc:** 'Morrell, Benjamin S.' <BMorrell@taftlaw.com>; 'Wellhausen, Elizabeth' <EWellhausen@taftlaw.com>; John Dollarhide <John.Dollarhide@butlersnow.com>
**Subject:** RE: 24-05-09 ABCO Letter from Butler Snow [IWOV-BUTLERSNOW.FID7205535]

Tom, in advance of our meet and confer tomorrow, we ask that you be in a position to advise as to whether any engagement documentation was prepared and whether any invoices for legal services were submitted as it relates to the withheld communications. Thank you.

**David L. Johnson**
**Butler Snow LLP**

D: (615) 651-6731 | F: (615) 651-6701
150 3rd Avenue South, Suite 1600, Nashville, TN 37201
David.Johnson@butlersnow.com | vCard | Bio

X (Twitter) | LinkedIn | Facebook | YouTube

**From:** David Johnson
**Sent:** Thursday, May 23, 2024 11:03 AM
**To:** 'Pasternak, Thomas' <TPasternak@taftlaw.com>
**Cc:** Morrell, Benjamin S. <BMorrell@taftlaw.com>; Wellhausen, Elizabeth <EWellhausen@taftlaw.com>; John Dollarhide <John.Dollarhide@butlersnow.com>
**Subject:** RE: 24-05-09 ABCO Letter from Butler Snow [IWOV-BUTLERSNOW.FID7205535]

Thank you for responding. We do not believe that answering the generic question posed below would waive any privilege. At this point, our intent is to ask for an *in camera* review of the withheld texts. Because the documents were requested from Mr. Maupin as part of our Rule 34 RFPs and were not produced but are now within his possession (and

1

because Defendants are the ones who are asserting the attorney-client privilege), we believe that the TN Court is the appropriate tribunal to consider that motion, and therefore, we intend to file a motion in TN. Based on our communications on this issue, we assume that your clients oppose the motion, but please let us know your availability this afternoon through Tuesday for a brief phone call to discuss it. Thank you.

**David L. Johnson**
**Butler Snow LLP**

D: (615) 651-6731 | F: (615) 651-6701
150 3rd Avenue South, Suite 1600, Nashville, TN 37201
David.Johnson@butlersnow.com | vCard | Bio

X (Twitter) | LinkedIn | Facebook | YouTube

**From:** Pasternak, Thomas <TPasternak@taftlaw.com>
**Sent:** Wednesday, May 22, 2024 11:06 AM
**To:** David Johnson <David.Johnson@butlersnow.com>
**Cc:** Morrell, Benjamin S. <BMorrell@taftlaw.com>; Wellhausen, Elizabeth <EWellhausen@taftlaw.com>; John Dollarhide <John.Dollarhide@butlersnow.com>
**Subject:** Re: 24-05-09 ABCO Letter from Butler Snow [IWOV-BUTLERSNOW.FID7205535]

David - you are asking us to waive the privilege and disclose the contents, which we can't do.
Sent from Taft



Thomas Pasternak
Partner
TPasternak@taftlaw.com
Dir: 312.836.4134
Tel: 312.527.4000   |   Fax: 312.527.4011
111 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601-4208

Taft Bio
Download vCard
taftlaw.com

On May 22, 2024, at 08:14, David Johnson <David.Johnson@butlersnow.com> wrote:

Tom/Ben, I'm again following up on the question posed below. Thanks.

**David L. Johnson**
**Butler Snow LLP**

D: (615) 651-6731 | F: (615) 651-6701
150 3rd Avenue South, Suite 1600, Nashville, TN 37201
David.Johnson@butlersnow.com | vCard | Bio

X (Twitter) | LinkedIn | Facebook | YouTube

**From:** David Johnson <David.Johnson@butlersnow.com>
**Sent:** Friday, May 17, 2024 5:10 PM
**To:** Morrell, Benjamin S. <BMorrell@taftlaw.com>; Pasternak, Thomas <TPasternak@taftlaw.com>
**Cc:** Wellhausen, Elizabeth <EWellhausen@taftlaw.com>; John Dollarhide <John.Dollarhide@butlersnow.com>
**Subject:** Re: 24-05-09 ABCO Letter from Butler Snow [IWOV-BUTLERSNOW.FID7205535]

I'm following up on this inquiry. Thanks.
Sent from my iPhone

> On May 14, 2024, at 10:20 AM, David Johnson <David.Johnson@butlersnow.com> wrote:
>
> Ben/Tom: We now have Jade's production. As it relates to the withheld documents that are Bates-labeled 279-285, can you please let us know whether those communications relate in any way to the claims at issue in this lawsuit or any conduct affecting or relating to Weather King, including but not limited to Mr. Maupin's departure from Weather King or the creation of a new business?
>
> Thanks.
>
> **David L. Johnson**
> **Butler Snow LLP**
>
> D: (615) 651-6731 | F: (615) 651-6701
> 150 3rd Avenue South, Suite 1600, Nashville, TN 37201
> David.Johnson@butlersnow.com | vCard | Bio
>
> X (Twitter) | LinkedIn | Facebook | YouTube
>
> **From:** Morrell, Benjamin S. <BMorrell@taftlaw.com>
> **Sent:** Friday, May 10, 2024 12:13 PM
> **To:** David Johnson <David.Johnson@butlersnow.com>; John Dollarhide <John.Dollarhide@butlersnow.com>
> **Cc:** Pasternak, Thomas <TPasternak@taftlaw.com>; Wellhausen, Elizabeth <EWellhausen@taftlaw.com>
> **Subject:** RE: 24-05-09 ABCO Letter from Butler Snow [IWOV-BUTLERSNOW.FID7205535]
>
> Attached please find Defendants' privilege log for the JADE Rentals production.
>
> **From:** David Johnson <David.Johnson@butlersnow.com>
> **Sent:** Thursday, May 9, 2024 4:19 PM
> **To:** Morrell, Benjamin S. <BMorrell@taftlaw.com>; John Dollarhide <John.Dollarhide@butlersnow.com>
> **Cc:** Pasternak, Thomas <TPasternak@taftlaw.com>; Wellhausen, Elizabeth

3