# Exhibit H



4:57

35   **RB**   **Ryan**

later. Thanks for checking on me.

Jul 14, 2022, 10:19 AM

Sorry was a butt dial

No problem.

Jul 27, 2022, 10:48 AM

Hey man i hope your well. I haven't checked in with you for a while things have been absolutely insane. I ask

  iMessage 

00245



Ryan >

was going to see if there's a good time to set up with you for maybe 20 minutes or so? I will pay what ever you would typically charge too! I can say you have always shot me straight and i value you highly which is why i would like your opinion.

Feb 3, 2023, 11:07 AM

  iMessage 

00247



**Where did you get those pics???**

Dec 8, 2021, 1:30 PM

### Jade rental contract issue

Hey Jesse,

Yesterday, Kimberly from Jade called and was asking about GPS coordinates on a Heather Brown order, and Karla talked to her. While talking it was found out that Jade had the wrong building number on file. Apparently, we had to change the number in the new build (no clue why). Anyways, Kimberly is stating that we have to have a whole new contract to change the building number. We have never done that. We have always just contacted the rental company with the new number (as long as the same style of building is used and the money doesn't change).

Can you please speak with Doug regarding this issue? All they really need to do is fix their system with the correct number, and everything will be ok.

Please let me know how to proceed.

Thanks

Jennifer Hollingsworth

  iMessage 

00266

 **4:45** 



**Jesse** ›

Thanks

Jennifer Hollingsworth

Holler at me on this when you can

Dec 10, 2021, 1:21 PM

Holler at me when you can bub

Sorry I missed your call. Was on the other line. Give me a call when you can. Not sure what my reception is going to

  iMessage 

00267



**Jesse** ›

Sorry I missed your call. Was on the other line. Give me a call when you can. Not sure what my reception is going to be I'm up in Iowa.

Dec 11, 2021, 10:19 AM

You and your family ok after last night? Been looking at the news clips.  Terrible

Sent as Text Message

Dec 11, 2021, 12:44 PM

   iMessage  

00268



**4:45**

< 35   **JM**   📹

**Jesse** >

Dec 11, 2021, 12:44 PM

We are ok but may-field is totaled man



**12-11-2021 Mayfield, Ky At least high end EF4 damage- total destruction- Drone**

youtu.be

Saw some of the

      iMessage   

00269

  

**Jesse**

Saw some of the news clips. Terrible. I think it looked worse than Harrisburg tornado.

It's bad man

Looked like it was in the news.

Dec 20, 2021, 2:17 PM

Holler at me when you can

Dec 21 ... 7:46 AM

  

00270

  

**Jesse** ›

Dec 21, 2021, 7:46 AM

Morning man are you ok?? Hollered at ya yesterday and never heard from ya

I want available yesterday and won't be today either until maybe late.  Can Kristin or somebody handle it.

It's not about handling anything it's when we can meet

  iMessage 

00271





4:45

**Jesse** >

uling anything it's when we can meet up

Dec 25, 2021, 3:54 PM



Merry Christmas buddy.

Dec 28, 2021, 8:37 AM

Morning man! What



iMessage


00272

 4:45  

‹ 35

**JM**

**Jesse** ›

Dec 28, 2021, 8:37 AM

Morning man! What you doing on Monday January 3rd?

On my way to the doctor. Let me call you when I get out

Well I hope your ok. I'm about to land in Phoenix and will have ears on me so if I am short and don't answer certain things you know what's up

  iMessage 

00273

tain things you know what's up

Dec 28, 2021, 12:42 PM

Give me a call whenever you're free and can speak.

Ok be about 30 minutes

Ok

Dec 28, 2021, 4:17 PM

Did y'all get the check sent out to

00274





**Jesse** >

Dec 28, 2021, 4:17 PM

Did y'all get the check sent out to Timmy Jim

That for me??

Yeah Boyd got the barn last week

I'll check

Thanks man

Dec 31, 2021, 2:54 PM

Hev man iust want-

  iMessage 

00275

  

**Jesse** >

Dec 31, 2021, 2:54 PM

Hey man just wanted to drop a line and see how you were doing. If I can ever help in anyway I'm there. Have a good new year big and good things are coming!!

I'm doing good. Throat is soar from the radiation but I guess that has to be expected. We

  

00276



**Jesse** >

the radiation but I guess that has to be expected.  We should talk a little more about this. I have a guy up here who "can"/ wants to build buildings but more of the simple buildings.  No cabins or porches.  I'm afraid if we get him building he may not want to quit or expand when we don't want him to expand.  Not sure if you want him to build though



iMessage


00277

  

**JM**

**Jesse** ›

him to build though or we just start from scratch. Good thing with him is he can start immediately, and already buys lumber In bulk bc of his truss plant. I was also thinks it may be a good idea we get things rolling up here and can then make "the big jump" if/when needed. Just a thought. Just out of curiosity how much to set up

  iMessage 

00278

4:46

35   **JM**

**Jesse** ›

Just out of curiosity how much to set up a plant?

00279

  

**Jesse**

And man I'm not trying to pressure you by no means but if I'm gonna do it your the one I would want to dominate with

If I get passed this cancer then I'm definitely interested in looking into this. I'd really like to do the Midwest where I'm at also.

We can do whatever

   



Jesse

We can do whatever you want and I will have a crew of turn key guys that will follow us through hell to get it done.

Sounds good.

I have another idea also. Are you aware of any municipalities that requires permits for the building can be set?

  iMessage 

00287





**Jesse**

building can be set?

It's hit or Miss and I know which ones are strict and to stay away from and where we. Can get with anything but that's one thing we will need is a pro-fessional engineer that we can get to work with us

What I'm looking at is if they have to have a permit then



iMessage


00288





**Jesse**

is if they have to have a permit then we find out who got bldgs and then market to them to do a new contract with us.  Never have to touch a bldg and can contact renters that are good risk.

The lots pull them permits because I'm supposed to since I am the qualifying party but I have written letters to the



iMessage


00289

4:47





Jesse



party but I have written letters to the state giving the dealers permission to act on my behalf in my absence

Just do a FOIA request every month for permits from prior month.

Then just figure out who you want to "refinance".

Oh yeah!! Well man get some rest and if

  iMessage 

00290




**Jesse**



Oh yeah!! Well man get some rest and if I can help in any way let me know and when your ready to sit down and look at some numbers let me know and I will make it happen

Ok.  Have a happy new year.

You too man you will beat this your one tough SOB and I've

    iMessage   

00291





**JM**

Jesse >

beat this your one tough SOB and I've never know you to back away from anything you've got this!!

Lol.

Jan 6, 2022, 9:45 AM

Morning man. Just wanted to check in on ya and see how you were? I hope you kicking ass and taking names if i can




iMessage



00292





4:47

**Jesse** >

on ya and see how you were? I hope you kicking ass and taking names if i can help in anyway please let me know and I'm there

I'm still doing good. If it wasn't for the soar throat where the radiation burned me up won't have a symptom.

Good deal man I'm hoping that continues



iMessage


00293


4:47



35

**JM**

Jesse ›

Good deal man I'm hoping that contin- ues

Me too.

Jan 13, 2022, 2:07 PM

Hey man just want- ed to holler at you and see how you were doing let me know if you need anything man

Text Message

Hey man just want-

     iMessage    

00294

4:47





Jesse >

~~Text Message~~

Hey man just wanted to holler at you and see how you were doing let me know if you need anything man

iMessage

Just got done with treatment.  2 of 3 chemos done and will be half way through radiation tomorrow.  Feeling pretty still.  Just

    iMessage   

00295

  

**Jesse**

tomorrow. Feeling pretty still. Just having to be careful with infections/ Covid.

Man I'm glad to hear your ok

Jan 17, 2022, 4:56 PM

Hey man just wanted to say hello and I hope all is going good your way. If there is anything I can do to help let

  iMessage 

00296

4:47 



Jesse >

there is anything I can do to help let me know

Jan 17, 2022, 6:16 PM

Appreciate it. Weekend was a little rough. Food tastes TERRIBLE. What you can get down tastes like eating through a bunch of old dirty socks.

That would get old

  iMessage 

00297



4:47

< 35   **JM**   ⬜📹

Jesse >

That would get old quick man

I was ready to quit.

Well if you need me I'm there

Ok. Thanks

Jan 19, 2022, 9:47 AM

Morning man!! Just wanted to say hey and check on ya. I hope your doing ok



iMessage

00298

  

**Jesse**

wanted to say hey and check on ya. I hope your doing ok

Morning.  Doing a lot better.  Going to start staying at my parents so I can get some help.

Well man if I can help in any way let me know.

I'm glad to hear that

I appreciate it but it's just one of those

  iMessage 

00299





**Jesse** ›

I appreciate it but it's just one of those things you have to go do the treatments. Can't substitute. Lol

I understand that I'm getting things done and working on making my move

Jan 19, 2022, 2:01 PM

I've got another trailer and 2 mules at WKM would that be something that



iMessage


00300

  

Jesse >

I've got another trailer and 2 mules at WKM would that be something that James could get and take to your place??

Yes. I can send him to get them.

Ok I'm sending a check to Norman today so it'll be next week before they will be paid for

Ok. Be next week

  iMessage 

00301

  

**Jesse** >

week before they
will be paid for

Ok. Be next week
before he can go I'm
going to guess. Not
sure how bad this
storm is going to be.
It was sleeting in
Carterville when I
came out of treat-
ment but still about
36 air temp so it's
not sticking. Later
today is when it's
supposed to get
bad.

  iMessage 

00302



4:48

35

Jesse

supposed to get
bad.

Yes it's warm here
but is gonna change
fast. Hope you keep
kicking ass and your
old sock taste gets
the hell gone

I'm trying.

Jan 20, 2022, 3:47 PM

Hey man you doing
ok??

Pretty right now

  iMessage 

4:48 


Jesse >

Hey man you doing ok??

Pretty right now. Just got home from treatment.  Thanks

Good deal
Man just wanted to check on you

What the address of where that trailer of mine is I'm getting a quote to get it hauled to Arizona

315 Baker Street

  iMessage 

00304