# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC d/b/a WEATHER KING PORTABLE BUILDINGS, </br></br>　　Plaintiff, </br></br>v. </br></br>JESSE A. MAUPIN, *et al.*, </br></br>　　Defendants. | )</br>)</br>)</br>)</br>)</br>)　Civil Action No. 1:22-cv-01230-STA-jay</br>)</br>)</br>)</br>)</br>) |

## ORDER GRANTING JOINT MOTION TO AMEND
## FOURTH AMENDED SCHEDULING ORDER

　　Before the Court is the parties' Joint Motion to Amend Scheduling Order Deadlines and Reset Trial Date (ECF No. 148). The Court entered its Third Amended Scheduling Order on July 26, 2024. The parties now seek more time to complete discovery. For cause the parties argue that the forensic examination of certain electronic devices has generated tens of thousands of pages of documents to be review and delayed the parties from conducting depositions. The parties now require more time to complete all discovery. The Court finds good cause to amend the order and **GRANTS** the Joint Motion.

　　Accordingly, it is hereby ORDERED that the deadlines set forth in the Third Amended Scheduling Order are amended as follows:

**Completing Document Discovery and Fact Depositions:** March 19, 2025

**Expert Witness Disclosures Pursuant to Fed. R. Civ. P. 26(A)(2):**

　　**(a) Disclosure of Plaintiff's Rule 26(A)(2) Expert Information:** March 31, 2025

　　**(b) Disclosure of Defendant's Rule 26(A)(2) Expert Information:** April 30, 2025

1

**(c) Expert Witness Depositions:** May 30, 2025

**Motions to Exclude Experts Under F.R.E. 702/Daubert Motions:** June 20, 2025

**Supplementation under Rule 26(e)(2):** June 6, 2025

**Filing Dispositive Motions:** June 30, 2025

All other deadlines and requirement set forth in the previous Scheduling Orders shall remain the same.

The trial currently set for February 24, 2025, is hereby continued. The Court will reset the trial date and all of the related pretrial deadlines by separate order.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATED DISTRICT JUDGE

Date: October 22, 2024