IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC ) <br> d/b/a WEATHER KING PORTABLE ) <br> BUILDINGS, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JESSE A. MAUPIN, BARRY D. ) <br> HARRELL, ADRIAN S. HARROD, ) <br> LOGAN C. FEAGIN, STEPHANIE L. ) <br> GILLESPIE, RYAN E. BROWN, DANIEL ) <br> J. HERSHBERGER, BRIAN L. LASSEN, ) <br> ALEYNA LASSEN, and AMERICAN ) <br> BARN CO., LLC, ) <br> ) <br> Defendants. ) | No. 1:22-cv-01230-STA-jay |

## ORDER OF REFERENCE FOR DETERMINATION

Before the Court is a series of Motions filed by the parties: counsel for Brian L. Lassen and Aleyna Lassen's Motion to Withdraw (ECF No. 152), Plaintiff Consolidated Industries, LLC's Motion to Hold Brian L. Lassen and Aleyna Lassen in Contempt (ECF No. 153), and Defendants' Consent Motion for Extension of Time (ECF No. 155). These matters are hereby referred to the United States Magistrate Judge for determination.

Any objections to the Magistrate Judge's order shall be made within fourteen (14) days after service of the order, setting forth particularly those portions of the order objected to and the reasons for the objections. Failure to timely assign as error a defect in the Magistrate Judge's order will constitute a waiver of that objection. *See* 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a).

**IT IS SO ORDERED**.

        **s/ S. Thomas Anderson**
        S. THOMAS ANDERSON
        UNITED STATES DISTRICT JUDGE

        Date: October 25, 2024