# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC ) <br> d/b/a WEATHER KING PORTABLE BUILDINGS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JESSE A. MAUPIN, et al., ) <br> ) <br> Defendants. ) | No. 1:22-cv-01230-STA-jay |

## ORDER

On October 22, 2024, counsel for Defendants Aleyna Lassen and Brian L. Lassen moved to withdraw as their attorney. (Docket Entry ["D.E."] 152.) Also pending before the Court is a Motion to Hold Defendants Bryan L. Lassen and Aleyna Lassen in Contempt for Failure to Comply with the Court's November 28, 2023, Order (D.E. 153), and a Consent Motion for an Extension of Time to File a Response to the Motion for Contempt. (D.E.155.) These three motions have been referred to the undersigned for determination. (D.E. 158.)

Although Plaintiff's counsel has filed a response indicating there is no opposition to Defense counsel's motion to withdraw from further representation of the Lassen Defendants, the Court finds that a hearing on the Motion to Withdraw is necessary due to the seriousness of the pending Motion for Contempt directed at the Lassen Defendants, and the late stage of this litigation. Accordingly, a video hearing via Microsoft TEAMS is hereby set for **November 12, 2024,** at **10:00 a.m.** Defendants Bryan L. Lassen and Aleyna Lassen are **ORDERED** to attend the video hearing. The current attorneys for the Lassen Defendants must inform the Lassen Defendants

of how to access the hearing.  An invitation to the hearing will be sent concurrently with the order.

Failure to attend may result in sanctions.

      It is further **ORDERED** that the Lassen Defendants' deadline to respond to the pending motion for contempt brought against them is hereby **STAYED** pending the November 12, 2024, video hearing.

      IT IS SO ORDERED this the 30th day of October, 2024.

                                                **s/Jon A. York**
                                                UNITED STATES MAGISTRATE JUDGE