# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| **CONSOLIDATED INDUSTRIES, LLC** ) <br> **d/b/a WEATHER KING PORTABLE BUILDINGS,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v.  ) <br> ) <br> **JESSE A. MAUPIN, et al.,** ) <br> ) <br> **Defendants.** ) | No. 1:22-cv-01230-STA-jay |

## MINUTE ENTRY AND ORDER

On November 12, 2024, a Motion Hearing was held before the undersigned magistrate judge. Attorneys Dollarhide and Johnson were in attendance for the Plaintiff. Attorneys Morrell and Pasternak were in attendance for the Defendants. Aleyna Lassen and Brian L. Lassen (the "Lassen Defendants") were also in attendance. The parties briefly discussed matters pertaining to a motion to withdraw as attorney for the Lassen Defendants and a motion to hold the Lassen Defendants in contempt for failure to comply with the Court's Order. (*See* Docket Entry ["D.E."] 152, D.E. 153, D.E. 156, D.E. 158.) As to the Lassen Defendants, the Motion to Withdraw as Attorney is GRANTED. Attorneys Morrell and Pasternak will be discharged as counsel for the Lassen Defendants but will continue as counsel for the other Defendants. The Lassen Defendants have yet to acquire replacement counsel and are hereby ORDERED to file a Notice of Appearance for replacement counsel by December 1, 2024. Failure to comply with this order may result in sanctions. A status conference to address the motion to hold the Lassen Defendants in contempt will be set after December 1, 2024.

IT IS SO ORDERED this the 12th day of November, 2024.

                                                **s/Jon A. York**
                                                UNITED STATES MAGISTRATE JUDGE