UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE EASTERN DIVISION

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC d/b/a WEATHER KING PORTABLE BUILDINGS<br><br>Plaintiff<br><br>-vs-<br><br>BRIAN L. LASSEN and ALEYNA LASSEN<br><br>Defendants, pro se | 1:22-cv-01230-STA-jay<br><br>(Case I.D. Number) |

### AFFIDAVIT

I, Aleyna Lassen, of Willcox, in COCHISE County, Arizona, MAKE OATH AND SAY THAT:

1. I, Aleyna Lassen, am creating this Affidavit as a testimony pertaining to reasons, I nearly missed a court ORDERED hearing on November 12, 2024, at 10:00 a.m. central time.

2. On October 21, 2024, I, Aleyna Lassen, and also on behalf of Brian L. Lassen, emailed our defense counsel, Taft Stettinius & Hollister LLP asking them to terminate, "our current legal relationship." for one reason, "We do not feel we are being represented well...".

3. On October 22, 2024, I, Aleyna Lassen, received by email a letter, PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION from Taft Stettinius & Hollister LLP in response to my email dated October 21, 2024.

4. On October 23, 2024, I, Aleyna Lassen, received an email from Benjamin S. Morrell, an attorney with Taft Stettinius & Hollister LLP, saying he had attached a courtesy copy of the motion (D.E.153) filed earlier that day by Weather King and also, he would file a request with the Court (D.E.155) asking it to allow additional time for us to file a response.

5. On October 24, 2024, I, Aleyna Lassen, received an email from Benjamin S. Morrell simply saying, "Please see attached" and the attachment being the PLAINTIFF'S RESPONSE TO MOTION TO WITHDRAW AS COUNSEL (D.E. 156)

6. I, Aleyna Lassen, had no further contact with Benjamin S. Morrell or any other attorney at the Taft Stettinius & Hollister LLP law firm after October 24, 2024, until the morning of November 12, 2024.

7. On November 12, 2024, I, Aleyna Lassen, received missed calls on my cell phone from "Taft Law" at 8:30 a.m. Arizona time and again at 9:07 a.m. Arizona time. At 8:14 a.m., Arizona time, an email was sent from Benjamin S. Morrell, saying we had a mandatory hearing to attend at 10:00 a.m. central time, which is 9:00 a.m. Arizona time. There were two attachments to that email. One said, "the file type is not supported". I could not open it. The other attachment is 61 pages of computer programming language. The file type is calendar.ics. But I do not have software to open this attachment.

8. On November 12, 2024, at 9:15 a.m. Arizona time, and 10:15 a.m. central time, as I, Aleyna Lassen, was on the phone with Benjamin S. Morrell, he sent me another email with a link to follow and attend the meeting on my cell phone. I was nearly 20 minutes late attending the mandatory, Court Ordered hearing.

9. During the hearing on November 12, 2024, at around 10:20 a.m. central time, Magistrate Judge, Jon A. York Granted the motion to withdraw attorneys Morrell and Pasternak as counsel for the Lassen Defendants. (D.E. 160)

10. I, Aleyna Lassen, logged on to Public Access to Court Electronic Records (PACER) the afternoon of November 12, 2024. I found ORDER (D.E. 159) and read it for the first time. It states, "The current attorneys for the Lassen Defendants must inform the Lassen Defendants of how to access the hearing. An invitation to the hearing will be sent concurrently with the order."
I, Aleyna Lassen, had not ever received notice, in any form, of this hearing.

11. I, Aleyna Lassen, stated in my original email, sent on October 21, 2024, to Taft Stettinius & Hollister LLP, that we didn't feel we were being represented well.

STATE OF ARIZONA

COUNTY OF COCHISE

SUBSCRIBED AND SWORN TO BEFORE ME, on the 15th day of November, 2024

Signature *Ana-Gabriel Zambrano*
(Seal)
NOTARY PUBLIC
My Commission expires:
June. 07, 2027



ANA-GABRIEL ZAMBRANO
Notary Public - Arizona
Cochise County
Commission # 649207
My Comm. Expires Jun 7, 2027

_____
(Signature)

Aleyna Lassen

## CERTIFICATE OF SERVICE

    UNDER PENALTY OF PERJURY, I CERTIFY that a copy of the foregoing was provided by email to the following attorneys for Plaintiff and Defendants:

_____
Aleyna Lassen, *pro se*

David L. Johnson
John H. Dollarhide
BUTLER SNOW LLP
150 3rd Avenue South, Suite 1600
Nashville, TN 37201
(615) 651-6700
david.johnson@butlersnow.com
john.dollarhide@butlersnow.com
*Attorney for Plaintiff*

Thomas G. Pasternak
Benjamin S. Morrell
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
Telephone: (312) 527-4000
Fax: (312) 527-4011
tpasternak@taftlaw.com
bmorrell@taftlaw.com
*Attorney for Defendants*

Daniel W. Van Horn
6075 Poplar Ave., Suite 500
Memphis, TN 38119
(901) 680-7200
danny.vanhorn@butlersnow.com
*Attorney for Plaintiff*