IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC <br> d/b/a/ WEATHER KING PORTABLE <br> BUILDINGS, <br><br>     Plaintiff, <br><br> v. <br><br> JESSE A. MAUPIN, BARRY D. <br> HARRELL, ADRIAN S. HARROD, <br> LOGAN C. FAGIN, STEPHANIE L. <br> GILLESPIE, RYAN E. BROWN, DANIEL <br> J. HERSHBERGER, BRIAN L. LASSEN, <br> ALEYNA LASSEN, and AMERICAN <br> BARN CO., LLC, <br><br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil action no. 1:22-cv-01230-STA-jay <br> ) <br> ) Chief Judge S. Thomas Anderson <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE
## BY PRO SE LITIGANTS

Our names are: Aleyna and Brian Lassen

We are the Defendants in this case.

We will represent ourselves, and we hereby enter our appearances with the Court. If we decide to be represented by an attorney in the future, either our attorney or we will notify the Court of the change IMMEDIATELY.

In representing ourselves, We understand that WE MUST:

    1.    Notify the Court, in writing, of any changes in our address, phone numbers or e-mail addresses.

    2.    Give or send copies of any paper we file with the Court to all other parities in this case. If the other party has an attorney, WE WILL give or send copies of any papers we file to that party's attorney via first class mail, FedEx, or email.

Our Street Address and Mailing Address is:
1405 N. Fort Grant
Willcox, AZ 85643
Brian's phone: 520-471-0205
Aleyna's phone: 520-987-0111
Our email address is: willcoxbuildings@pm.me

1

Date:   November 27, 2024

_____  
Brian L. Lassen, *pro se*  
1405 N. Fort Grant  
Willcox, AZ 85643  
Telephone:  520-471-0205  
willcoxbuildings@pm.me

_____  
Aleyna Lassen, *pro se*  
1405 N. Fort Grant  
Willcox, AZ 85643  
Telephone: 520-987-0111  
willcoxbuildings@pm.me

### CERTIFICATE OF SERVICE

UNDER PENALTY OF PERJURY, I CERTIFY that a copy of the foregoing was provided by email to the following attorneys for Plaintiff and Defendants:

_____  
Aleyna Lassen, *pro se*

David L. Johnson  
John H. Dollarhide  
BUTLER SNOW LLP  
150 3rd Avenue South, Suite 1600  
Nashville, TN 37201  
(615) 651-6700  
david.johnson@butlersnow.com  
john.dollarhide@butlersnow.com  
*Attorney for Plaintiff*

Thomas G. Pasternak  
Benjamin S. Morrell  
TAFT STETTINIUS & HOLLISTER LLP  
111 East Wacker Drive, Suite 2600  
Chicago, IL 60601  
Telephone: (312) 527-4000  
Fax: (312) 527-4011  
tpasternak@taftlaw.com  
bmorrell@taftlaw.com  
*Attorney for Defendants*

Daniel W. Van Horn  
6075 Poplar Ave., Suite 500  
Memphis, TN 38119  
(901) 680-7200  
danny.vanhorn@butlersnow.com  
*Attorney for Plaintiff*