# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC <br> d/b/a WEATHER KING PORTABLE BUILDINGS, <br><br> Plaintiff, <br><br> v. <br><br> JESSE A. MAUPIN, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) No. 1:22-cv-01230-STA-jay |

## MINUTE ENTRY AND ORDER

On January 23, 2025, a Motion Hearing was held before the undersigned magistrate judge. (Docket Entry ["D.E."] 177.) Attorneys Dollarhide and Johnson were in attendance for the Plaintiff. Attorneys Morrell and Pasternak were in attendance for the Defendants. Attorney Cobb was also in attendance. Aleyna Lassen and Brian L. Lassen (the "Lassen Defendants") were also in attendance and representing themselves pro se. The Court addressed two pending motions. First, Plaintiffs' motion to hold the Lassen Defendants in contempt for their failure to comply with the Court's order requiring the Lassen Defendants to allow for forensic examination of their personal cell phones. (Docket Entry ["D.E."] 153; *see* D.E. 121.) Second, the Lassen Defendants' motion for reconsideration of the Court order requiring forensic examination of their personal cell phones. (D.E. 162; *see* D.E. 121.) At a previous status conference, the undersigned magistrate judge ordered the parties to file briefs on the motions, and the briefs were taken under consideration. (D.E. 160; *see* D.E. 162, D.E. 166, D.E. 167, D.E. 170.)

After reviewing the parties' filings and allowing the parties an opportunity to provide

statements, the undersigned magistrate judge determined that the Plaintiff's motion to hold the Lassen Defendants in contempt and for attorneys' fees is DENIED without prejudice. The Lassen Defendants' motion for reconsideration of the agreed order granting the motion to compel forensic examination of their cell phones is DENIED. This Court described potential routes of compliance with the Lassen Defendants and explained the consequences of failing to comply with the Court's order. The parties were advised that compliance with the order requiring forensic examination of the Lassen Defendants' personal cell phones must begin within FOURTEEN (14) DAYS of this order. Failure to comply with this order may result in sanctions including, but not limited to, monetary fines, adverse jury instructions, or contempt proceedings.

     IT IS SO ORDERED this the 23rd day of January, 2025.

                                   **s/Jon A. York**
                                   UNITED STATES MAGISTRATE JUDGE

**NOTICE**

**IF DESIRED, AN APPEAL OF THIS ORDER TO THE PRESIDING DISTRICT COURT JUDGE MUST BE FILED WITHIN FOURTEEN (14) DAYS OF THE SERVICE OF A COPY OF THIS ORDER.** *SEE* **28 U.S.C. § 636(b)(1)(C); LOCAL RULE 72(g)(2). FAILURE TO OBJECT WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER AND/OR FORFEITURE OF OBJECTIONS, EXCEPTIONS, AND ANY FURTHER APPEAL.**