IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC ) <br> d/b/a WEATHER KING PORTABLE ) <br> BUILDINGS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JESSE A. MAUPIN, BARRY D. ) <br> HARRELL, ADRIAN S. HARROD, ) <br> LOGAN C. FEAGIN, STEPHANIE L. ) <br> GILLESPIE, RYAN E. BROWN, DANIEL ) <br> J. HERSHBERGER, BRIAN L. LASSEN, ) <br> ALEYNA LASSEN, and AMERICAN ) <br> BARN CO., LLC, ) <br> ) <br> Defendants. ) | Civil Action No. 1:22-cv-01230-STA-jay <br><br> Judge S. Thomas Anderson |

**CONSENT DEFAULT JUDGMENT**

As evidenced by the signatures below, Plaintiff Consolidated Industries, LLC d/b/a Weather King Portable Buildings and Defendants Brian L. Lassen and Aleyna Lassen have reached agreement whereby entry of a default judgment will be entered against Defendants Brian and Aleyna Lassen in lieu of them turning over their mobile phones for forensic examination as ordered by the Court. Accordingly, it is hereby, ORDERED, ADJUDGED, and DECREED as follows:

      1.      Pursuant to Fed. R. Civ. P. 55(b)(2), default judgment is entered in favor of Plaintiff Consolidated Industries, LLC d/b/a Weather King Portable Buildings and against Defendants Brian L. Lassen and Aleyna Lassen (collectively "the Lassen Defendants") as to liability as it relates to all claims against them in the First Amended Complaint (Doc. 26). The Lassen

1

Defendants understand and agree that their right to a trial by jury as to liability is hereby waived in exchange for the terms below.

2. The Lassen Defendants are relieved of all obligations set forth in the Court's November 28, 2023 Agreed Order Granting Motion to Compel Forensic Examination (Doc. 121), although Plaintiff reserves its right to pursue reimbursement of expenses paid to Repario under Paragraph 15 of that Order.

3. The Lassen Defendants are further relieved of all obligations set forth in the Court's January 23, 2025 Minute Entry and Order (Doc. 178) and verbalized by the Court during the proceedings held on January 22, 2025, as reflected in the January 22, 2025 Minute Entry (Doc. 177).

4. All other rights and defenses, including but not limited to damages to be assessed, are preserved.

5. Plaintiff and the Lassen Defendants acknowledge that, in entering into this Consent Default Judgment, they have not relied on any representations other than what is set forth herein.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: February 11, 2025

APPROVED FOR ENTRY:

*/s/  David L. Johnson*
David L. Johnson,  BPR #18732
John H. Dollarhide, BPR #40041
BUTLER SNOW LLP
150 3rd Avenue South, Suite 1600
Nashville, TN 37201
Telephone: (615) 651-6700
Fax:  (615) 651-6701
david.johnson@butlersnow.com
john.dollarhide@butlersnow.com

Daniel W. Van Horn, BPR #18940
6075 Poplar Ave., Suite 500
Memphis, TN 38119
Telephone: (901) 680-7200
Fax: (901) 680-7201
Danny.VanHorn@butlersnow.com

*Attorneys for Plaintiff*


_____
Brian L. Lassen
1405 N. Fort Grant Road
Willcox, AZ 85643
willcoxbuildings@pm.me

_____
Aleyna Lassen
1405 N. Fort Grant Road
Willcox, AZ 85643
willcoxbuildings@pm.me

3