# EXHIBIT 1

# EXHIBIT 2

# EXHIBIT 3

# EXHIBIT 4

# EXHIBIT 5

# EXHIBIT 6

# EXHIBIT 7

# EXHIBIT 8

# EXHIBIT 9

# EXHIBIT 10

# EXHIBIT 11

# EXHIBIT 12

# EXHIBIT 13

# EXHIBIT 14

# EXHIBIT 15

# EXHIBIT 16

# EXHIBIT 17

# EXHIBIT 18

# EXHIBIT 19

EXHIBIT 20

# EXHIBIT 21

# EXHIBIT 22

# EXHIBIT 23

# EXHIBIT 24

# EXHIBIT 25

# EXHIBIT 26

# EXHIBIT 27

# EXHIBIT 28

# EXHIBIT 29

# EXHIBIT 30

# EXHIBIT 31

EXHIBIT 32

# EXHIBIT 33

# EXHIBIT 34

# EXHIBIT 35

# EXHIBIT 36

# EXHIBIT 37

# EXHIBIT 38

# EXHIBIT 39

# EXHIBIT 40

# EXHIBIT 41

EXHIBIT 42

# EXHIBIT 43

# EXHIBIT 44

# EXHIBIT 45

# EXHIBIT 46

# EXHIBIT 47

# EXHIBIT 48

# EXHIBIT 49

# EXHIBIT 50

# EXHIBIT 51

# EXHIBIT 52

# EXHIBIT 53