# EXHIBIT 19

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 9 | Date Range: 4/1/2022 |

## Outline of Conversations

💬    **+17313635943** • 9 messages on 4/1/2022 • Adrian Harrod <7313635943> • Jesse Allen Maupin <2709709453>



5.21.24 Compromise Green Batch Mobile_000014847
ABCO_0016041

**Messages in chronological order** (times are shown in GMT -05:00)

💬 **+17313635943**

AH **Adrian Harrod <7313635943>** 4/1/2022, 8:24 AM

Hey amigo I'm assuming we wait until May or June to start confirming switch overs out west. I have folks I trust that may need a little forward heads up?

JM **Jesse Allen Maupin <2709709453>** 4/1/2022, 8:25 AM

I'm shooting for June if they don't send me packing before then if they find out they will and I will head west to get shops done and dealers visited

JM **Jesse Allen Maupin <2709709453>** 4/1/2022, 8:27 AM

Im to the point that I don't care when I leave but I owe it to the dealers drivers and builders and everyone else to have as much of it done and ready to go as possible so it keeps financial strain to nothing or minimum.

AH **Adrian Harrod <7313635943>** 4/1/2022, 8:30 AM

Ok just thinking through group and who and when. Ashfork, Richards, White Mtns, Sahuarita etc no problem just didn't want to surprise. I understand

JM **Jesse Allen Maupin <2709709453>** 4/1/2022, 8:31 AM

You have a good relationship with everyone and you know who you can trust I just want to have as much done as possible so people can stay financially sound

JM **Jesse Allen Maupin <2709709453>** 4/1/2022, 8:32 AM

I really don't know what the weather king is gonna do who is gonna go out there and find builders drivers dealers etc

JM **Jesse Allen Maupin <2709709453>** 4/1/2022, 8:32 AM

They are gonna do

JM **Jesse Allen Maupin <2709709453>** 4/1/2022, 8:33 AM

I've played it out several times in my head and I don't know what will happen the one thing that I do know is that we should be doing 3 million a month in Arizona and I've got 2 more people that are wanting to do shops in Arizona

AH **Adrian Harrod <7313635943>** 4/1/2022, 8:34 AM

I honestly believe they will concede the west I have thought and thought but don't believe they can recover. I think the only logical step would be to focus on Fl.