# EXHIBIT 20

## Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 29 | Date Range: 3/3/2022 |

### Outline of Conversations

💬 **chat390316129962240081** · 29 messages on 3/3/2022 · Barry Harrell <2702938285> · Jesse Allen Maupin <2709709453> · Wade Etherton <2709783336>



EXHIBIT 77

5.21.24 Compromise Green Batch Mobile_000013071
ABCO_0033315

**Messages in chronological order** (times are shown in GMT -06:00)

---

💬 chat390316129962240081

| | | |
|---|---|---|
| JM | **Jesse Allen Maupin <2709709453>**<br>Guess who's got a copy of the P&L for 2021?? | 3/3/2022, 7:49 AM |
| JM | **Jesse Allen Maupin <2709709453>**<br>ABCo🇺🇸💪 | 3/3/2022, 7:50 AM |
| WE | **Wade Etherton <2709783336>**<br>Profit/loss… sweet!  Gonna need that 👍 | 3/3/2022, 7:52 AM |
| JM | **Jesse Allen Maupin <2709709453>**<br>There's the total | 3/3/2022, 7:52 AM |



Image: ~_Library_SMS_Attachments_65_05_06423984-7D50-4CE1-ADC0-C7EE903F8D99_IMG_2729.PNG (4 MB)

| | | |
|---|---|---|
| WE | **Wade Etherton <2709783336>**<br>That's 13% of 51,000,000 | 3/3/2022, 7:54 AM |
| BH | **Barry Harrell <2702938285>**<br>That is Hella sweet! | 3/3/2022, 7:58 AM |
| WE | **Wade Etherton <2709783336>**<br>And correct me if I'm wrong, but that is just sales not contracts? | 3/3/2022, 8:02 AM |
| JM | **Jesse Allen Maupin <2709709453>**<br>That's correct!! | 3/3/2022, 8:02 AM |
| BH | **Barry Harrell <2702938285>**<br>Yes, that is just the plants and the lots no contracts are included in that! | 3/3/2022, 8:03 AM |
| WE | **Wade Etherton <2709783336>**<br>Makes you wonder how big we can actually take this | 3/3/2022, 8:05 AM |
| WE | **Wade Etherton <2709783336>**<br>And how important the element of surprise is to get this thing up and going | 3/3/2022, 8:08 AM |

| | | | |
|---|---|---|---|
| JM | Jesse Allen Maupin <2709709453> | | 3/3/2022, 8:10 AM |
| | We can honestly take it to a next level this is no growth and no reinvestment with snobbish greedy character running it | | |
| WE | Wade Etherton <2709783336> | | 3/3/2022, 8:10 AM |
| | Exactly! Agree! | | |
| JM | Jesse Allen Maupin <2709709453> | | 3/3/2022, 8:17 AM |
| | Now we have the perfect roadmap | | |
| WE | Wade Etherton <2709783336> | | 3/3/2022, 8:19 AM |
| | We will want to show/document that we flew out there on our dime/time to talk with plant managers so he can't say we conspired this on his money/company time | | |
| WE | Wade Etherton <2709783336> | | 3/3/2022, 8:20 AM |
| | Because that could hold water in court | | |
| JM | Jesse Allen Maupin <2709709453> | | 3/3/2022, 8:21 AM |
| | Oh yeah that's what the trip was for and it will still happen as soon as we get site 4 complete we will Make the trip | | |
| WE | Wade Etherton <2709783336> | | 3/3/2022, 8:21 AM |
| | Liked "Oh yeah that's what the trip was for and it will still happen as soon as we get site 4 complete we will Make the trip " | | |
| JM | Jesse Allen Maupin <2709709453> | | 3/3/2022, 8:23 AM |
| | I've got a meeting with our banker here Friday he's almost got our RTO pro set up and has volunteered to work our contracts for us in the beginning to help us out until we get along | | |
| JM | Jesse Allen Maupin <2709709453> | | 3/3/2022, 8:23 AM |
| | Everything is seemingly going exceptionally well for us. Stoked about signing the papers tomorrow!! | | |
| WE | Wade Etherton <2709783336> | | 3/3/2022, 8:24 AM |
| | Absolutely brother! | | |
| WE | Wade Etherton <2709783336> | | 3/3/2022, 2:28 PM |
| | ABCo got our first mail, got our 2022 KY state/Federal Labor Poster Compliance ordered. Barry you can proudly display that 860 Cloverdale Trail in a conspicuous place. | | |

File "fb35db24-8124-4ab7-89a2-240b70d9c61e.heic" is missing.
Attachment: ~_Library_SMS_Attachments_51_01_B0459E7E-7D3D-427C-A2FC-1253C6ECD97F_IMG_4829.heic

| | | | |
|---|---|---|---|
| JM | Jesse Allen Maupin <2709709453> | | 3/3/2022, 2:29 PM |
| | Liked an image | | |
| JM | Jesse Allen Maupin <2709709453> | | 3/3/2022, 2:30 PM |
| | BOOYAH!!!! | | |
| BH | Barry Harrell <2702938285> | | 3/3/2022, 2:35 PM |
| | 😂 | | |
| JM | Jesse Allen Maupin <2709709453> | | 3/3/2022, 2:38 PM |
| | Laughed at "ABCo got our first mail, got our 2022 KY state/Federal Labor Poster Compliance ordered. Barry you can proudly display that 860 Cloverdale Trail in a conspicuous place." | | |
| JM | Jesse Allen Maupin <2709709453> | | 3/3/2022, 3:26 PM |
| | I will be at Greg Taylor's office to sign at 12.30 tomorrow | | |

JM **Jesse Allen Maupin** <2709709453>  3/3/2022, 3:27 PM

BH **Barry Harrell** <2702938285>  3/3/2022, 3:45 PM
Me too!

5.21.24 Compromise Green Batch Mobile_000013074
ABCO_0033318