**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

| | |
|---|---|
| **CONSOLIDATED INDUSTRIES, LLC d/b/a WEATHER KING PORTABLE BUILDINGS,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**JESSE A. MAUPIN, BARRY D. HARRELL, ADRIAN S. HARROD, LOGAN C. FEAGIN, STEPHANIE L. GILLESPIE, RYAN E. BROWN, DANIEL J. HERSHBERGER, BRIAN L. LASSEN, ALEYNA LASSEN, and AMERICAN BARN CO., LLC,**<br><br>**Defendants.** | **Civil Action No. 1:22-cv-01230-STA-jay** |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE
RESPONSE TO PLAINTIFF'S MOTION FOR SANCTIONS**

Before the Court is Defendants Jesse A. Maupin, Barry D. Harrell, Adrian S. Harrod, Logan C. Feagin, Stephanie L. Gillespie, Ryan E. Brown, Daniel J. Hershberger, and American Barn Co., LLC (the "ABCO Defendants") Motion for an Extension of Time to respond to Plaintiff's motion for sanctions. The Court finds that the ABCO Defendants have shown good cause as to why they should be granted additional time to respond to Plaintiff's motion for sanctions given the number of exhibits Plaintiff has attached to its motion and the severity of the sanctions sought.

IT IS THEREFORE ORDERED that the ABCO Defendants are given an additional 21 days, up to and including April 3, 2025, to respond to Plaintiff's motion for sanctions.

**IT IS SO ORDERED**.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: March 3, 2025