IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC d/b/a WEATHER KING PORTABLE BUILDINGS,<br><br>　　　Plaintiff,<br><br>v.<br><br>JESSE A. MAUPIN, BARRY D. HARRELL, ADRIAN S. HARROD, LOGAN C. FEAGIN, STEPHANIE L. GILLESPIE, RYAN E. BROWN, DANIEL J. HERSHBERGER, BRIAN L. LASSEN, ALEYNA LASSEN, and AMERICAN BARN CO., LLC,<br><br>　　　Defendants. | Civil Action No. 1:22-cv-01230-STA-jay<br><br>Chief Judge S. Thomas Anderson |

## NOTICE OF FILING

Plaintiff hereby provides notice of the filing of pertinent redacted invoices of its legal counsel in support of its Motion for Sanctions. The redacted invoices are filed herewith as Exhibit 1.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/  David L. Johnson*
　　　　　　　　　　　　　　　　　　David L. Johnson,  BPR #18732
　　　　　　　　　　　　　　　　　　John H. Dollarhide, BPR #40041
　　　　　　　　　　　　　　　　　　BUTLER SNOW LLP
　　　　　　　　　　　　　　　　　　The Neuhoff Building
　　　　　　　　　　　　　　　　　　1320 Adams Street, Suite 1400
　　　　　　　　　　　　　　　　　　Nashville, TN   37208
　　　　　　　　　　　　　　　　　　Telephone: (615) 651-6700
　　　　　　　　　　　　　　　　　　Fax:  (615) 651-6701
　　　　　　　　　　　　　　　　　　david.johnson@butlersnow.com
　　　　　　　　　　　　　　　　　　john.dollarhide@butlersnow.com

Daniel W. Van Horn, BPR #18940
6075 Poplar Ave., Suite 500
Memphis, TN 38119
Telephone: (901) 680-7200
Fax: (901) 680-7201
Danny.VanHorn@butlersnow.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2025, I filed the foregoing Notice with the Court using the ECF system, which will provide notice and a copy to counsel of record:

Thomas G. Pasternak (admitted pro hac vice)
Benjamin S. Morrell (TBPR No. 35480)
TAFT STETTINIUS &HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
Telephone: (312) 527-4000
Facsimile: (312) 527-4011
tpasternak@taftlaw.com
bmorrell@taftlaw.com
*Attorneys for Defendants*

And to the following via U.S. Mail and email.

Brian L. Lassen
Aleyna Lassen
1405 N. Fort Grant Road
Willcox, AZ 85643
willcoxbuildings@pm.me

/s/ David L. Johnson
David L. Johnson

92928933.v1

2