# EXHIBIT 1

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10375652
**Invoice Date:** April 11, 2023
**DUE UPON RECEIPT**

If paying by check, please remit payment to Butler Snow at the address noted above.
Credit card payments can be made online at https://www.butlersnow.com/payments

Tim Boyd
Consolidated Industries, LLC
295 Jim Adams Dr. Ste. Aa
Paris, TN 38242

**Matter:** Breach of Legal Obligations

## INVOICE SUMMARY

For Services Rendered Through March 31, 2023

**TOTAL FEES FOR CURRENT PERIOD**

**TOTAL EXPENSES FOR CURRENT PERIOD**

**TOTAL FEES AND EXPENSES**

**TOTAL AMOUNT DUE**



*Please reference matter and invoice number(s) with payment.*

Tax I.D. 64-0331849

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC

**Matter Number:** 058422.231887

**Billing Professional:** David L. Johnson

**Invoice Number:** 10375652

**Invoice Date:** April 11, 2023

**Matter:** Breach of Legal Obligations

## INVOICE DETAIL

**PROFESSIONAL FEES**

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|



# BUTLER | SNOW

Consolidated Industries, LLC

**Invoice Number:** 10375652
**Invoice Date:** April 11, 2023
Page: 2

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 03/14/23 | | | |
| 03/14/23 | | | |
| 03/15/23 | | | |
| 03/16/23 | | | |
| 03/17/23 | | | |
| 03/20/23 | | | |
| 03/20/23 | | | |
| 03/21/23 | DLJ | Email communications with opposing counsel; preparation of discovery deficiency letter; phone conference with client representatives. | 3.40 |
| 03/21/23 | | | |
| 03/22/23 | DLJ | Preparation of discovery deficiency letter; email communications with client representatives; | 0.5 |
| 03/23/23 | DLJ | reparation of discovery deficiency letter. | 0.3 |
| 03/24/23 | | | 0.5 |
| 03/24/23 | JHD | revise discovery deficiency letter. | |
| 03/24/23 | DLJ | Preparation of discovery deficiency letter; | 0.3 |



**Rate Summary**

| PROFESSIONAL | HOURS | | RATE | TOTAL |
|--------------|-------|--|------|-------|
| David L. Johnson |  | hours at | $450.00 | |



Consolidated Industries, LLC
**Invoice Number:** 10375652
**Invoice Date:** April 11, 2023
Page: 3

| PROFESSIONAL | HOURS | RATE | TOTAL |
|---|---|---|---|
| John H. Dollarhide | ██ hours at | $400.00 | ██ |
| **Subtotal:** | | | ██ |

**EXPENSES**



**TOTAL CURRENT BILLING FOR THIS MATTER** ████████

**BUTLER** | **SNOW**

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10378721
**Invoice Date:** May 4, 2023

**DUE UPON RECEIPT**

If paying by check, please remit payment to Butler Snow at the address noted above.
Credit card payments can be made online at https://www.butlersnow.com/payments

Tim Boyd
Consolidated Industries, LLC
295 Jim Adams Dr. Ste. Aa
Paris, TN 38242

**Matter:** Breach of Legal Obligations

**INVOICE SUMMARY**

For Services Rendered Through April 30, 2023

**TOTAL FEES FOR CURRENT PERIOD**

**TOTAL EXPENSES FOR CURRENT PERIOD**

**TOTAL FEES AND EXPENSES**

**TOTAL AMOUNT DUE**

*Please reference matter and invoice number(s) with payment.*

Tax I.D. 64-0331849

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC                    **Invoice Number:** 10378721
**Matter Number:** 058422.231887                           **Invoice Date:** May 4, 2023
**Billing Professional:** David L. Johnson

**Matter:** Breach of Legal Obligations

<u>**INVOICE DETAIL**</u>

**PROFESSIONAL FEES**

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | ███████████████████████████████ | |
| 04/14/23 | DLJ | Review of letter from opposing counsel re discovery dispute and | 0.30 |
| | | ███████████████████████████████ | |
| 04/18/23 | JHD | Revise lengthy and complex discovery dispute letter to Pasternak. | 6.00 |
| 04/18/23 | DLJ | ███████ edited discovery deficiency letter; █████ | 0.5 |
| 04/19/23 | JHD | Final revisions to discovery dispute letter to Pasternak. | 0.60 |
| | | ███████████████████████████████ | |

# BUTLER | SNOW

Consolidated Industries, LLC

**Invoice Number:** 10378721
**Invoice Date:** May 4, 2023
Page: 2

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|



## Rate Summary

| PROFESSIONAL | HOURS | | RATE | TOTAL |
|--------------|-------|--|------|-------|
| David L. Johnson |  | hours at | $450.00 |  |
| John H. Dollarhide | | hours at | $400.00 | |
|  | | | | |

**EXPENSES**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|



**TOTAL CURRENT BILLING FOR THIS MATTER**

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10383382
**Invoice Date:** June 12, 2023

**DUE UPON RECEIPT**

If paying by check, please remit payment to Butler Snow at the address noted above.
Credit card payments can be made online at https://www.butlersnow.com/payments

Tim  Boyd
Consolidated Industries, LLC
295 Jim Adams Dr. Ste. Aa
Paris, TN  38242

**Matter:**  Breach of Legal Obligations

## INVOICE SUMMARY

For Services Rendered Through May 31, 2023

**TOTAL FEES FOR CURRENT PERIOD**

**TOTAL EXPENSES FOR CURRENT PERIOD**

**DISCOUNT**

**TOTAL FEES AND EXPENSES**

**TOTAL AMOUNT DUE**

*Please reference matter and invoice number(s) with payment.*

Tax I.D. 64-0331849

FOCUS | TEAMWORK | INNOVATION | SERVICE | EXPERIENCE | VALUE | RESPONSIVENESS
www.butlersnow.com | LAW ELEVATED

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10383382
**Invoice Date:** June 12, 2023

**Matter:** Breach of Legal Obligations

## INVOICE DETAIL

**PROFESSIONAL FEES**

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| ▮ | ▮ | | ▮ |
| 05/01/23 | JHD | Prepare for and participate in call w/ T. Pasternak re: discovery deficiencies, draft proposed follow up emails to Pasternak re: discovery limitations and Defendants' responsibility to conduct reasonable search and that counsel cannot blindly rely on clients' representations; send same to D. Johnson. | 4.40 |
| ▮ | ▮ | ▮ | ▮ |
| 05/01/23 | DLJ | Phone conference with opposing counsel to discuss discovery dispute; ▮ | ▮ 0.2 |
| 05/02/23 | JHD | ▮ finalize discovery conferral email to T. Pasternak. | ▮ 0.5 |
| 05/02/23 | DLJ | Research and preparation of motion to compel forensic examination of computer devices. | 5.80 |
| 05/03/23 | JHD | Emails re: collection of text messages. | 0.30 |
| 05/03/23 | DLJ | Communications with Jill Coker (0.2); continue preparation of motion to compel forensic examination (6.0). | 6.20 |
| 05/04/23 | DLJ | Continued preparation of motion to compel forensics examination. | 4.80 |
| 05/05/23 | JHD | ▮ review T. Pasternak letter re: discovery responses and related emails w/ D. Johnson. | ▮ 0.6 |
| 05/05/23 | DLJ | Review of letter from opposing counsel re discovery dispute; phone conference with David Sullivan; preparation of motion to compel. | 2.50 |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |

# BUTLER | SNOW

| DATE | PROF | DESCRIPTION | HOURS |
|---|---|---|---|
| ██ | ██ | ███████████████████ | ██ |
| ██ | ██ | ███████████████████ | ██ |
| 05/11/23 | DLJ | ██████████████ preparation of motion for forensics examination; ████ | 2.0 |
| ██ | ██ | ███████████████████ | ██ |
| ██ | ██ | ███████████████████ | ██ |
| 05/15/23 | JHD | Review and revise brief in support of motion to compel forensic examination of Defendants' devices; ████ | 1.5 |
| 05/15/23 | DLJ | ████████ preparation of motion to compel. | 1.0 |
| ██ | ██ | ███████████████████ | ██ |
| 05/16/23 | JHD | Emails w/ Defs.' counsel re: relevancy objections; continue work on revision to memo in support of motion for forensic examination of devices. | 0.80 |
| 05/16/23 | DLJ | Preparation of motion to compel (4.2); ████ | 4.2 |
| 05/17/23 | JHD | Revise motion to compel forensic examination. | 3.50 |
| 05/17/23 | DLJ | Preparation of motion to compel (6.5); edited motion for forensics examination (1.1); phone conference with David Sullivan (0.3); phone conference with John Dollarhide (0.2); email communications with opposing counsel (0.1). | 8.20 |
| 05/17/23 | DWV | Work on analysis of the memo in support of motion for a forensic examination and comments on the same. | 0.90 |
| 05/18/23 | JHD | Continue work on revisions to motion to compel forensic examination; ██████████ work on revisions to second motion to compel; ████ | 2.5 |
| 05/18/23 | DLJ | Continued preparation of motion for forensics examination; phone conference with opposing counsel; phone call with Tim Boyd; email communications with Jill Coker. | 0.50 |
| 05/19/23 | JHD | Revise and finalize motion to compel forensic examination, all exhibits, memorandum in support, and proposed order. | 5.10 |
| ██ | ██ | ███████████████████ | ██ |
| ██ | ██ | ███████████████████ | ██ |
| ██ | ██ | ███████████████████ | ██ |
| ██ | ██ | ███████████████████ | ██ |

# BUTLER | SNOW

Consolidated Industries, LLC
**Invoice Number:** 10383382
**Invoice Date:** June 12, 2023
Page: 3

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| ██ | █ | ██████████ | █ |
| 05/23/23 | JHD | Revise extensive brief in support of motion to compel Defendants to provide full responses to discovery requests. | 4.10 |
| 05/23/23 | DLJ | Preparation of motion to compel supplementation of discovery responses and supporting brief and order. | 6.40 |
| ██ | █ | ██████████ | █ |
| 05/24/23 | JHD | Continue work on revisions to brief in support of motion to compel full discovery responses and related revisions to motion itself and proposed order. | 2.20 |
| 05/24/23 | DLJ | Finalized motion to compel and supporting documents. | 1.70 |



### Rate Summary

| PROFESSIONAL | HOURS | | RATE | TOTAL |
|--------------|-------|--------|---------|-------|
| Daniel W. Van Horn | | hours at | $505.00 | |
| David L. Johnson | | hours at | $450.00 | |
| John H. Dollarhide | | hours at | $400.00 | |
| **Subtotal:** | | | | |



**EXPENSES**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| ██ | ██████████ | ██ |



 

Consolidated Industries, LLC
**Invoice Number:** 10383382
**Invoice Date:** June 12, 2023
Page: 4

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| ██ | ████████████ | ██ |

**Subtotal of Expenses:** ████

**TOTAL CURRENT BILLING FOR THIS MATTER** ████

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10386826
**Invoice Date:** July 13, 2023

**DUE UPON RECEIPT**

If paying by check, please remit payment to Butler Snow at the address noted above.
Credit card payments can be made online at https://www.butlersnow.com/payments

Tim  Boyd
Consolidated Industries, LLC
295 Jim Adams Dr. Ste. Aa
Paris, TN  38242

**Matter:**  Breach of Legal Obligations

## INVOICE SUMMARY

For Services Rendered Through June 30, 2023



**TOTAL FEES FOR CURRENT PERIOD**

**TOTAL EXPENSES FOR CURRENT PERIOD**

**TOTAL FEES AND EXPENSES**

**TOTAL AMOUNT DUE**

*Please reference matter and invoice number(s) with payment.*

Tax I.D. 64-0331849

FOCUS | TEAMWORK | INNOVATION | SERVICE | EXPERIENCE | VALUE | RESPONSIVENESS

www.butlersnow.com | LAW ELEVATED

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10386826
**Invoice Date:** July 13, 2023

**Matter:** Breach of Legal Obligations

## INVOICE DETAIL

### PROFESSIONAL FEES



| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/22/23 | DLJ | ████ preparation of motion to compel brief; ████ | ██ 4.0 |
| 06/01/23 | | ███████████████████████ | |
| 06/01/23 | | | |
| 06/01/23 | | | |
| 06/02/23 | | | |
| 06/05/23 | DLJ | ████ review of response to motion for forensics examination; ████ | ██ 0.2 |
| 06/06/23 | DLJ | Strategy conference with John Dollarhide; preparation of reply brief supporting motion for forensic examination; preparation for motion for leave to file reply brief. | 3.30 |
| 06/06/23 | JHD | Review and analyze Defendants' response to motion for forensic examination; review Mitch Sykes subpoena status; review Defs.' deadline to respond to motion to compel supplemental discovery responses. | 2.10 |
| 06/07/23 | JHD | ████ review response to motion compel discovery supplementation. | ██ 0.8 |
| 06/07/23 | DLJ | Phone conferences with Tim Boyd and Jill Coker; review of response to motion to supplement discovery; coordination of reply brief; finalized motion for leave to submit reply brief. | 3.00 |
| 06/08/23 | DLJ | Interview of Mitch Sykes; preparation of memo regarding interview; preparation of declaration of Mitch Sykes; preparation of reply brief supporting motion to compel. | 7.70 |
| 06/08/23 | | ███████████████████████ | |
| 06/09/23 | JHD | Work on revisions to reply in support of motion to compel supplemental responses; ████ | ██ 2.5 |
| 06/09/23 | DLJ | ████ o compel preparation of motion for leave to file reply. | 3.20 |
| 06/12/23 | ██ | ██ ███████████████ | ██ |

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| ███ | █ | ████████████ | ██ |
| 06/13/23 | JHD | Revise reply in support of motion for forensic examination. | 1.20 |
| 06/13/23 | | | |
| 06/13/23 | DLJ | ████████ | ██ 2.0 |
| | | ████████, finalized and filed motion for leave to file reply brief supporting motion to compel; preparation of reply brief supporting motion to compel for computer forensics; preparation of declarations to be filed with motion to compel reply brief. | |
| 06/13/23 | DWV | Review of Consolidate's reply brief. | 0.50 |
| 06/14/23 | DLJ | ████████████ preparation of declarations; finalized and filed reply brief supporting motion for forensic examination; ████████ edited reply brief supporting motion to compel discovery supplementation (0.3); ████████ | ██ 2.0 |
| 06/14/23 | JHD | ████████████ revise reply in support of motion for forensic examination; revise reply in support of motion to compel supplemental responses; ████████ | ██ 2.0 |
| 06/14/23 | JHD █ | | ██ |
| 06/15/23 | JHD | Revise declarations and other documents re: discovery motions. | 1.10 |
| 06/15/23 | DLJ | ████████ ████████ made edits to reply brief supporting motion to compel (0.3); ████████ | ██ 0.3 |
| 06/16/23 | DWV | Work on review of the reply brief in support of the motion to compel and for sanctions. | 0.50 |
| 06/16/23 | JHD | Work on Andrew Rapolevich declaration. | 1.10 |
| 06/16/23 | DLJ | Edited reply brief supporting motion to compel supplementation of discovery (0.3); ████████████ | ██ 0.3 |
| 06/19/23 | DLJ | Finalize reply brief supporting motion to compel (2.2); ████████ | ██ 2.2 |
| 06/19/23 | JHD | Work on memo in support of motion for sanctions (0.4); ████████ | ██ 0.4 |
| 06/20/23 | JHD | Revisions to reply in support of motion to compel; work on motion for sanctions. | 3.80 |
| 06/20/23 | DLJ | Finalized reply brief supporting motion to compel (1.1); preparation of motion for sanctions and supporting brief (1.4); ████████████ | ██ 2.5 |
| 06/20/23 | | ████████████████████████ | |
| 06/20/23 | | | |

# BUTLER | SNOW

Consolidated Industries, LLC

**Invoice Number:** 10386826
**Invoice Date:** July 13, 2023
Page: 3



| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | | |
| | | | |
| 06/22/23 | JHD | review order of reference re: motion to compel and for sanctions; call w/ D. Johnson re: Defs.' offer to pay attorneys' fees; work on securing list of time entries to calculate fees. | 0.2 |
| | | | |
| 06/23/23 | JHD | Review and edit spreadsheet with fees on motions to compel and for sanctions. | 0.50 |
| 06/23/23 | DLJ | Email communications re motion for sanctions | 0.1 |

**Rate Summary**



| PROFESSIONAL | HOURS | | RATE | TOTAL |
|--------------|-------|------|------|-------|
| Daniel W. Van Horn | | hours at | $505.00 | |
| David L. Johnson | | hours at | $450.00 | |
| John H. Dollarhide | | hours at | $400.00 | |

# BUTLER|SNOW

Consolidated Industries, LLC
**Invoice Number:** 10386826
**Invoice Date:** July 13, 2023
Page: 4

**EXPENSES**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
|  | | |

**TOTAL CURRENT BILLING FOR THIS MATTER**

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10389915
**Invoice Date:** August 4, 2023

**DUE UPON RECEIPT**

If paying by check, please remit payment to Butler Snow at the address noted above.
Credit card payments can be made online at https://www.butlersnow.com/payments

Tim  Boyd
Consolidated Industries, LLC
295 Jim Adams Dr. Ste. Aa
Paris, TN  38242

**Matter:**  Breach of Legal Obligations

## INVOICE SUMMARY

For Services Rendered Through July 31, 2023

**TOTAL FEES FOR CURRENT PERIOD**

**TOTAL EXPENSES FOR CURRENT PERIOD**

**TOTAL FEES AND EXPENSES**

**TOTAL AMOUNT DUE**



*Please reference matter and invoice number(s) with payment.*          Tax I.D. 64-0331849

FOCUS | TEAMWORK | INNOVATION | SERVICE | EXPERIENCE | VALUE | RESPONSIVENESS
www.butlersnow.com | LAW ELEVATED

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10389915
**Invoice Date:** August 4, 2023

**Matter:** Breach of Legal Obligations

## INVOICE DETAIL

**PROFESSIONAL FEES**



| | | | |
|---|---|---|---|
| 07/07/23 | DLJ | review of defendant's response to motion for sanctions and email communications re same. | 1.0 |
| 07/14/23 | DLJ | Preparation of motion for leave to submit reply brief; | 1.0 |
| 07/20/23 | DLJ | Preparation of reply to response to motion for sanctions. | 6.50 |
| 07/21/23 | JHD | Revise reply in support of motion for sanctions; | 1.2 |

# BUTLER | SNOW

Consolidated Industries, LLC
**Invoice Number:** 10389915
**Invoice Date:** August 4, 2023
Page: 2

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/21/23 | DLJ | Finalized reply supporting motion for sanctions. | 1.30 |




### Rate Summary

| PROFESSIONAL | HOURS | | RATE | TOTAL |
|---|---|---|---|---|
| David L. Johnson | | hours at | $450.00 | |
| John H. Dollarhide | | hours at | $400.00 | |
| **Subtotal:** | | | | |

**EXPENSES**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|



**TOTAL CURRENT BILLING FOR THIS MATTER**

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10394421
**Invoice Date:** September 12, 2023

**DUE UPON RECEIPT**

If paying by check, please remit payment to Butler Snow at the address noted above.
Credit card payments can be made online at https://www.butlersnow.com/payments

Tim Boyd
Consolidated Industries, LLC
295 Jim Adams Dr. Ste. Aa
Paris, TN 38242

**Matter:** Breach of Legal Obligations

## INVOICE SUMMARY

For Services Rendered Through August 31, 2023

**TOTAL FEES FOR CURRENT PERIOD**

**TOTAL EXPENSES FOR CURRENT PERIOD**

**TOTAL FEES AND EXPENSES**

**TOTAL AMOUNT DUE**



*Please reference matter and invoice number(s) with payment.*

Tax I.D. 64-0331849

FOCUS | TEAMWORK | INNOVATION | SERVICE | EXPERIENCE | VALUE | RESPONSIVENESS

www.butlersnow.com | LAW ELEVATED

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10394421
**Invoice Date:** September 12, 2023

---

**Matter:** Breach of Legal Obligations

## INVOICE DETAIL

**PROFESSIONAL FEES**

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| ██ | █ | ████████████ | █ |
| 08/07/23 | DLJ | Email communications with the court regarding hearing on pending motions; ███████████ ; identify the court of all filings relating to each motion. | █ 0.3 |
| 08/07/23 | JHD | ████████████ ; emails re: court conference on motions. | █ 0.2 |
| ██ | █ | ████████████ | █ |
| ██ | █ | ████████████ | █ |
| ██ | █ | ████████████ | █ |
| ██ | █ | ████████████ | █ |
| ██ | █ | ████████████ | █ |
| 08/21/23 | JHD | Work on response to subpoena objections. | 2.30 |
| ██ | █ | ████████████ | █ |
| 08/22/23 | JHD | Continue work on responses to subpoena objection letters; work on motion hearing prep. | 4.40 |
| 08/22/23 | DLJ | Edited letters to third parties regarding subpoena compliance. | 0.60 |
| 08/23/23 | JHD | Prepare for hearing on multiple discovery motions. | 2.5 |
| 08/23/23 | DLJ | Prepared for hearing on motions. | 2.0 |
| 08/24/23 | DLJ | Prepare for and attended hearing on discovery motions; travel to and from Jackson. | 7.5 |
| 08/24/23 | JHD | Travel to/from Jackson and participate in partially successful motion hearing. | 7.5 |
| ██ | █ | ████████████ | █ |

# BUTLER | SNOW

Consolidated Industries, LLC

**Invoice Number:** 10394421
**Invoice Date:** September 12, 2023
Page: 2

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| ███ | ███ | ████████ | ███ |
| ███ | ██ | ████████ | ███ |
| 08/29/23 | DLJ | Review of court order on discovery motions and communications with client re same. | 0.2 |
| 08/29/23 | JHD | Review court order on discovery motions. | 0.2 |
| ███ | ██ | ████████ | ███ |
| ███ | ██ | ████████ | ███ |
| ███ | ██ | ████████ | ███ |



## Rate Summary

| PROFESSIONAL | HOURS | | RATE | TOTAL |
|--------------|-------|--|------|-------|
| David L. Johnson | ███ | hours at | $450.00 | ███ |
| John H. Dollarhide | ███ | hours at | $400.00 | ███ |
| **Subtotal:** | | | | ███ |



## EXPENSES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| ███ | ████████ | ███ |
| ███ | ████████ | ███ |
| ███ | ████████ | ███ |



**Subtotal of Expenses:** ███



Consolidated Industries, LLC
**Invoice Number:** 10394421
**Invoice Date:** September 12, 2023
Page: 3

**TOTAL CURRENT BILLING FOR THIS MATTER**

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10398611
**Invoice Date:** October 10, 2023

**DUE UPON RECEIPT**

If paying by check, please remit payment to Butler Snow at the address noted above.
Credit card payments can be made online at https://www.butlersnow.com/payments

Tim  Boyd
Consolidated Industries, LLC
295 Jim Adams Dr., Ste. A
Paris, TN  38242

**Matter:**  Breach of Legal Obligations

**INVOICE SUMMARY**

For Services Rendered Through September 30, 2023

**TOTAL FEES FOR CURRENT PERIOD**

**TOTAL EXPENSES FOR CURRENT PERIOD**

**DISCOUNT**

**TOTAL FEES AND EXPENSES**

**TOTAL AMOUNT DUE**



*Please reference matter and invoice number(s) with payment.*

Tax I.D. 64-0331849

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10398611
**Invoice Date:** October 10, 2023

**Matter:** Breach of Legal Obligations

### INVOICE DETAIL

**PROFESSIONAL FEES**



| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/08/23 | JHD | work on follow up letters to subpoenaed third parties. | 1.0 |
| 09/11/23 | JHD | Work on follow up letters to subpoenaed third parties; | 1.0 |

# BUTLER | SNOW

Consolidated Industries, LLC
**Invoice Number:** 10398611
**Invoice Date:** October 10, 2023
Page: 2

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| ██ | █ | ████████ | █ |
| ██ | █ | ████████ | █ |
| ██ | █ | ████████ | █ |



### Rate Summary

| PROFESSIONAL | HOURS | RATE | TOTAL |
|--------------|-------|------|-------|
| ████ | ██ hours at | $400.00 | ████ |
| John H. Dollarhide | | | |
| **Subtotal:** | | | |



**EXPENSES**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| ██ | ████████ | ██ |
| ██ | ████████ | ██ |



| | Subtotal of Expenses: | ████ |
|---|---|---|

**TOTAL CURRENT BILLING FOR THIS MATTER**  ████

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10401831
**Invoice Date:** November 7, 2023

**DUE UPON RECEIPT**

If paying by check, please remit payment to Butler Snow at the address noted above.
Credit card payments can be made online at https://www.butlersnow.com/payments

Tim  Boyd
Consolidated Industries, LLC
295 Jim Adams Dr., Ste. A
Paris, TN  38242

**Matter:**  Breach of Legal Obligations

<u>**INVOICE SUMMARY**</u>
For Services Rendered Through October 31, 2023

**TOTAL FEES FOR CURRENT PERIOD**

**TOTAL EXPENSES FOR CURRENT PERIOD**

**DISCOUNT**

**TOTAL FEES AND EXPENSES**

**TOTAL AMOUNT DUE**



*Please reference matter and invoice number(s) with payment.*                    Tax I.D. 64-0331849

FOCUS | TEAMWORK | INNOVATION | SERVICE | EXPERIENCE | VALUE | RESPONSIVENESS
www.butlersnow.com | LAW <u>ELEVATED</u>

# BUTLER|SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10401831
**Invoice Date:** November 7, 2023

**Matter:** Breach of Legal Obligations

**<u>INVOICE DETAIL</u>**

**PROFESSIONAL FEES**

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| ██████ | ██ | ████████████████████████ | ██ |
| ██████ | █ | ████████████████████████ | ██ |
| ██████ | ██ | ████████████████████████ | ██ |
| ██████ | ██ | ████████████████████████ | ██ |
| ██████ | ██ | ████████████████████████ | ██ |
| ██████ | ██ | ████████████████████████ | ██ |
| 10/17/23 | DLJ | Comparison of supplemental discovery responses with court order and made notes re same in preparation for motion for sanctions and to compel. | 2.00 |
| ██████ | ██ | ████████████████████████ | ██ |
| 10/18/23 | DLJ | Preparation of brief supporting renewed motion to compel. | 2.30 |
| 10/19/23 | DLJ | Preparation of brief supporting renewed motion to compel. | 3.90 |
| 10/20/23 | DLJ | Preparation of brief supporting renewed motion to compel. | 1.10 |
| 10/21/23 | JHD | Careful study of supplemental discovery responses and work on motion for forensic examination. | 2.50 |
| 10/23/23 | JHD | Continue work on renewed motion for forensic examination and for sanctions. | 3.60 |
| 10/24/23 | JHD | Continue work on revisions to renewed sanctions and forensic exam motion and related emails w/ T. Pasternak re: Defendants' doc production and verifications. | 1.50 |
| 10/24/23 | DLJ | Continued preparation of renewed motion to compel and email | 4.30 |

# BUTLER | SNOW

Consolidated Industries, LLC
**Invoice Number:** 10401831
**Invoice Date:** November 7, 2023
Page: 2

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | communications with client re same. | |
| 10/25/23 | JHD |  evise renewed motion for sanctions/forensic exam. | 1.0 |
| 10/25/23 | DLJ | Continued preparation of renewed motion to compel; email communications with Jill Coker and co-counsel re same; email communications to Tom Pasternak. | 4.20 |
| 10/27/23 | DWV | Work on review of discovery produced by Pasternak, the deficiencies to the same and consultation on whether to just file a motion to compel or to consult with Pasternak again. | 0.60 |
| 10/31/23 | DLJ | Phone conference with opposing counsel; review of supplemental discovery responses; preparation of renewed motion for forensic examination; phone conference with Jill Coker. | 1.70 |

### Rate Summary

| PROFESSIONAL | HOURS | | RATE | TOTAL |
|--------------|-------|--|------|-------|
| David L. Johnson | | hours at | $450.00 | |
| John H. Dollarhide | | hours at | $400.00 | 0 |
| **Subtotal:** | | | | |

### EXPENSES



| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

**Subtotal of Expenses:**



Consolidated Industries, LLC
**Invoice Number:** 10401831
**Invoice Date:** November 7, 2023
Page: 3

**TOTAL CURRENT BILLING FOR THIS MATTER**  ███████

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10406470
**Invoice Date:** December 11, 2023

**DUE UPON RECEIPT**

If paying by check, please remit payment to Butler Snow at the address noted above.
Credit card payments can be made online at https://www.butlersnow.com/payments

Tim Boyd
Consolidated Industries, LLC
295 Jim Adams Dr., Ste. A
Paris, TN 38242

**Matter:** Breach of Legal Obligations

## INVOICE SUMMARY

For Services Rendered Through November 30, 2023

**TOTAL FEES FOR CURRENT PERIOD**

**TOTAL EXPENSES FOR CURRENT PERIOD**

**DISCOUNT**

**TOTAL FEES AND EXPENSES**

**TOTAL AMOUNT DUE**

*Please reference matter and invoice number(s) with payment.*          Tax I.D. 64-0331849

FOCUS | TEAMWORK | INNOVATION | SERVICE | EXPERIENCE | VALUE | RESPONSIVENESS
www.butlersnow.com | LAW ELEVATED

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10406470
**Invoice Date:** December 11, 2023

**Matter:** Breach of Legal Obligations

## INVOICE DETAIL

### PROFESSIONAL FEES

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 11/02/23 | JHD | Confer w/ D. Johnson re: forensic examination of Defendants' devices. | 0.60 |
| 11/02/23 | DLJ | Strategy conference with John Dollarhide; review of supplemental discovery responses; email communications with opposing counsel. | 0.60 |
| 11/03/23 | JHD | Work on forensic collection options and related meeting with D. Johnson and call w/ new forensic vendor. | 0.60 |
| 11/03/23 | DLJ | Email communications with opposing counsel. | 0.60 |
| 11/06/23 | JHD | Call w/ T. Pasternak re: forensic examination; emails with forensic vendor; review order denying Defendants' motion for summary judgment. | 1.50 |
| 11/06/23 | DLJ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ hone conference with Tom Pasternak to discuss forensic examination. | ▮ 0.3 |
| 11/07/23 | DLJ | Preparation of unopposed motion for forensic examination and proposed order; phone conference with client regarding same; ▮▮▮▮▮▮▮▮▮ | ▮ 1.2 |
| 11/08/23 | JHD | Review and revise motion for forensic exam and proposed order and protocol; related emails w/ data collection vendor re: protocol. | 1.60 |
| 11/08/23 | DLJ | ▮▮▮▮▮▮▮▮▮ edited motion for forensics order. | ▮ 0.3 |
| 11/09/23 | JHD | Emails w/ forensic vendor re: proposed collection protocol; related emails w/ Pasternak. | 0.30 |
| 11/13/23 | DLJ | Email communications with opposing counsel; finalized motion for forensic examination. | 0.20 |
| 11/20/23 | DLJ | Review of supplemental discovery responses; communications with client; conference with John Dollarhide. | 0.20 |
| ▮▮▮▮ | ▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮ |
| 11/28/23 | JHD | Review order compelling forensic exam and related emails w/ forensic vendor and opposing counsel. | 0.70 |
| 11/28/23 | DLJ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; communications with client re forensics order; ▮▮▮▮▮▮▮ | ▮ |
| ▮▮▮ | ▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮ |



Consolidated Industries, LLC

**Invoice Number:** 10406470
**Invoice Date:** December 11, 2023
Page: 2

## Rate Summary

| PROFESSIONAL | HOURS | | RATE | TOTAL |
|---|---|---|---|---|
| David L. Johnson | | hours at | $450.00 | |
| John H. Dollarhide | | hours at | $400.00 | |
| **Subtotal:** | | | | |

**EXPENSES**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
  

Subtotal of Expenses:

**TOTAL CURRENT BILLING FOR THIS MATTER**

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10410158
**Invoice Date:** January 8, 2024

**DUE UPON RECEIPT**

If paying by check, please remit payment to Butler Snow at the address noted above.
Credit card payments can be made online at https://www.butlersnow.com/payments

Tim  Boyd
Consolidated Industries, LLC
295 Jim Adams Dr., Ste. A
Paris, TN  38242

**Matter:**  Breach of Legal Obligations

### INVOICE SUMMARY

For Services Rendered Through December 31, 2023

**TOTAL FEES FOR CURRENT PERIOD**

**TOTAL EXPENSES FOR CURRENT PERIOD**

**TOTAL FEES AND EXPENSES**

**TOTAL AMOUNT DUE**



*Please reference matter and invoice number(s) with payment.*

Tax I.D. 64-0331849

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10410158
**Invoice Date:** January 8, 2024

**Matter:** Breach of Legal Obligations

## INVOICE DETAIL

### PROFESSIONAL FEES

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 12/01/23 | JHD | ████████████████████ emails re: forensic collection. | ██ 0.3 |
| 12/01/23 | ██ | ████████████████████████ | ██ |
| 12/04/23 | DLJ | ████████████████████ worked on search terms for forensic examination. | ██ 0.5 |
| 12/05/23 | JHD | Work on analysis of search terms for forensic examination. | 1.40 |
| ████ | ██ | ████████████████ | ██ |
| ████ | ██ | ████████████████ | ██ |
| ████ | ██ | ████████████████ | ██ |
| ████ | ██ | ████████████████ | ██ |
| 12/08/23 | JHD | Emails re: Defendants' failure to present devices for collection; ████████████ | ██ 0.3 |
| 12/08/23 | DLJ | Email communications re forensic examination. | 0.20 |
| 12/11/23 | JHD | Review emails re: forensic collection. | 0.20 |
| 12/11/23 | DLJ | ████████████ email communications with examiner and opposing counsel; | ██ 0.2 |
| ████ | ██ | ██████ emails re: forensic collection. | ██ 0.2 |
| 12/12/23 | DLJ | Email communications regarding forensic examination. | 0.10 |
| ████ | ██ | ████████████████ | ██ |
| 12/14/23 | JHD | Emails re: device collection | 0.2 |
| ████ | ██ | ████████████████ | ██ |
| ████ | ██ | ████████████████ | ██ |
| 12/19/23 | DLJ | Email communications re status of forensic examination and subpoenas. | 0.10 |
| ████ | ██ | ████████████████ | ██ |
| ████ | ██ | ████████████████ | ██ |
| ████ | ██ | ████████████████ | ██ |

# BUTLER | SNOW

Consolidated Industries, LLC

**Invoice Number:** 10410158
**Invoice Date:** January 8, 2024
Page: 2

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| ██ | █ | ███████████ | █ |

### Rate Summary



| PROFESSIONAL | HOURS | | RATE | TOTAL |
|--------------|-------|---|------|-------|
| David L. Johnson | █ | hours at | $450.00 | █ |
| John H. Dollarhide | █ | hours at | $400.00 | |
| **Subtotal:** | | | | |

**EXPENSES**



| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

**Subtotal of Expenses:**

**TOTAL CURRENT BILLING FOR THIS MATTER**

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10414670
**Invoice Date:** February 12, 2024

**DUE UPON RECEIPT**

If paying by check, please remit payment to Butler Snow at the address noted above.
Credit card payments can be made online at https://www.butlersnow.com/payments

Tim  Boyd
Consolidated Industries, LLC
295 Jim Adams Dr., Ste. A
Paris, TN  38242

**Matter:**  Breach of Legal Obligations

## INVOICE SUMMARY
For Services Rendered Through January 31, 2024

**TOTAL FEES FOR CURRENT PERIOD**

**TOTAL EXPENSES FOR CURRENT PERIOD**

**DISCOUNT**

**TOTAL FEES AND EXPENSES**

**TOTAL AMOUNT DUE**



*Please reference matter and invoice number(s) with payment.*          Tax I.D. 64-0331849

FOCUS | TEAMWORK | INNOVATION | SERVICE | EXPERIENCE | VALUE | RESPONSIVENESS
www.butlersnow.com | LAW ELEVATED

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10414670
**Invoice Date:** February 12, 2024

**Matter:** Breach of Legal Obligations

## INVOICE DETAIL

### PROFESSIONAL FEES

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| ███ | ██ | ████████████████████ | █ |
| 01/04/24 | JHD | ████████ work on search terms analysis. | 0.5 |
| 01/05/24 | JHD | Review discovery responses and documents for emails, phone numbers, and keywords and input same into proposed search terms and parameters document for forensic exam of Defendants' devices collected by vendor; ████████ | 5.0 |
| ███ | ██ | ████████████████ | █ |
| 01/08/24 | JHD | Continue work on revisions to proposed search terms. | 2.10 |
| 01/08/24 | DLJ | Preparation of search terms for subpoena. | 1.00 |
| 01/09/24 | JHD | Continue work on revisions to proposed search terms and send to S. Funk and E. Rothey for input. | 2.20 |
| ███ | ██ | ████████████████ | █ |
| 01/16/24 | JHD | ████ review forensic examination order for requirements re: spoliation of evidence searches. | 0.5 |
| 01/16/24 | DLJ | Attended to issues ████████ re forensic examination. | 0.2 |
| 01/17/24 | JHD | Work on and send email to forensic vendor to begin analysis of Defendants' devices for evidence of mass data transfer or mass deletions. | 1.10 |
| 01/18/24 | JHD | Prepare for good faith conferral call with Defendants' counsel re: search terms. | 1.80 |
| 01/18/24 | DLJ | Phone conference with David Sullivan; email communications re forensic search. | 0.20 |
| 01/22/24 | JHD | Prepare for and participate in meet and confer re: forensic search terms. | 0.50 |
| ███ | ██ | ████████████████ | █ |
| ███ | ██ | ████████████████ | █ |
| ███ | ██ | ████████████████ | █ |

# BUTLER | SNOW

Consolidated Industries, LLC
**Invoice Number:** 10414670
**Invoice Date:** February 12, 2024
Page: 2

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | engagement. | |



### Rate Summary

| PROFESSIONAL | HOURS | | RATE | TOTAL |
|--------------|-------|--|------|-------|
| David L. Johnson | | hours at | $450.00 | |
| John H. Dollarhide | | hours at | $445.00 | |
| **Subtotal:** | | | | |

**EXPENSES**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | | |



**Subtotal of Expenses:**

**TOTAL CURRENT BILLING FOR THIS MATTER**

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10419947
**Invoice Date:** March 15, 2024

**DUE UPON RECEIPT**

If paying by check, please remit payment to Butler Snow LLP at the address noted above.
Credit card payments can be made online at https://www.butlersnow.com/payments.

Tim  Boyd
Consolidated Industries, LLC
tboyd@pmbrentals.com
295 Jim Adams Dr., Ste. A
Paris, TN  38242

**Matter:**  Breach of Legal Obligations

## INVOICE SUMMARY

For Services Rendered Through February 29, 2024

**TOTAL FEES FOR CURRENT PERIOD**

**TOTAL EXPENSES FOR CURRENT PERIOD**

**DISCOUNT**

**TOTAL FEES AND EXPENSES**

**TOTAL AMOUNT DUE**



*Please reference matter and invoice number(s) with payment.*

Tax I.D. 64-0331849

FOCUS | TEAMWORK | INNOVATION | SERVICE | EXPERIENCE | VALUE | RESPONSIVENESS
www.butlersnow.com | LAW ELEVATED

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10419947
**Invoice Date:** March 15, 2024

**Matter: Breach of Legal Obligations**

## INVOICE DETAIL

### PROFESSIONAL FEES

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 02/05/24 | JHD | Review forensic vendor email re: collection process, analyze same with reference to court's forensic collection order, and respond to forensic vendor w/ requirement that email accounts be collected. | 1.30 |
| | | | |
| 02/08/24 | JHD | Emails w/ forensic vendor and Defendants' counsel re: collection of email accounts. | 0.40 |
| 02/08/24 | DLJ | Email communications re forensic examination. | 0.10 |
| | | | |
| | | | |
| | | | |
| | | | |
| 02/15/24 | JHD | Emails w/ forensic vendor and opposing counsel re: collection process and status. | 0.20 |
| 02/19/24 | JHD | Review forensic collection letter from Defendants' counsel and begin working on response. | 1.10 |
| | | | |
| 02/20/24 | JHD | Continue work on response to T. Pasternak letter re: forensic search; related email to J. Coker. | 2.80 |
| 02/20/24 | DLJ | Email communications with counsel re forensic search. | 0.10 |
| 02/21/24 | JHD | Continue work on response to Defendants' objection letter re: forensic collection. | 2.60 |
| 02/21/24 | DLJ | . | 0.90 |
| 02/22/24 | JHD | Finalize letter to Defendants' counsel re: response to forensic search terms issues; | 2.0 |
| | | | |
| | | | |
| | | | |
| | | | |



Consolidated Industries, LLC
**Invoice Number:** 10419947
**Invoice Date:** March 15, 2024
Page: 2

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 02/28/24 | DLJ | Communications re forensic examination. | 0.10 |

**Rate Summary**

| PROFESSIONAL | HOURS | | RATE | TOTAL |
|--------------|-------|--|------|-------|
| David L. Johnson | | hours at | $450.00 | |
| John H. Dollarhide | | hours at | $445.00 | |
| Subtotal: | | | | |




**EXPENSES**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | | |

Subtotal of Expenses:

**TOTAL CURRENT BILLING FOR THIS MATTER**

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10421631
**Invoice Date:** April 4, 2024

**DUE UPON RECEIPT**

If paying by check, please remit payment to Butler Snow LLP at the address noted above.
Credit card payments can be made online at https://www.butlersnow.com/payments.

Tim  Boyd
Consolidated Industries, LLC
tboyd@pmbrentals.com
295 Jim Adams Dr., Ste. A
Paris, TN  38242

**Matter:**  Breach of Legal Obligations

**INVOICE SUMMARY**

For Services Rendered Through March 31, 2024

**TOTAL FEES FOR CURRENT PERIOD**

**TOTAL EXPENSES FOR CURRENT PERIOD**

DISCOUNT

**TOTAL FEES AND EXPENSES**

**TOTAL AMOUNT DUE**



*Please reference matter and invoice number(s) with payment.*

Tax I.D. 64-0331849

FOCUS | TEAMWORK | INNOVATION | SERVICE | EXPERIENCE | VALUE | RESPONSIVENESS
www.butlersnow.com | LAW ELEVATED

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10421631
**Invoice Date:** April 4, 2024

---

**Matter:** Breach of Legal Obligations

### INVOICE DETAIL

**PROFESSIONAL FEES**



| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 03/05/24 | JHD | Extensive study of previous correspondence and documents to determine updated set of agreed and disputed search terms, parameters, and phone numbers and work on response to Defs.' counsel re: same; | 5.8 |
| 03/06/24 | JHD | Continue work on response to forensic search term letter. | 0.40 |
| 03/08/24 | JHD | Continue work on response to forensic search term letter; | 1.7 |
| 03/08/24 | DLJ | Email communications re forensic examination and other issues. | 0.10 |
| 03/19/24 | DLJ | Review of letter from Tom Pasternak; communications with John Dollarhide. | 0.20 |
| 03/25/24 | JHD | Detailed study of conferral letters regarding forensic search and draft detailed response including work on spreadsheet of proposed search terms and parameters. | 5.70 |
| 03/26/24 | JHD | Finalize response letter re: search terms; | 0.4 |

**Rate Summary**

| PROFESSIONAL | HOURS | | RATE | TOTAL |
|--------------|-------|------|------|-------|
| David L. Johnson |  | hours at | $450.00 |  |
| John H. Dollarhide | | hours at | $445.00 | |
| **Subtotal:** | | | | |

# BUTLER | SNOW

Consolidated Industries, LLC
**Invoice Number:** 10421631
**Invoice Date:** April 4, 2024
Page: 2

**EXPENSES**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|



Subtotal of Expenses:

**TOTAL CURRENT BILLING FOR THIS MATTER**

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10425684
**Invoice Date:** May 7, 2024

**DUE UPON RECEIPT**

If paying by check, please remit payment to Butler Snow LLP at the address noted above.
Credit card payments can be made online at https://www.butlersnow.com/payments.

Tim  Boyd
Consolidated Industries, LLC
tboyd@pmbrentals.com
295 Jim Adams Dr., Ste. A
Paris, TN  38242

**Matter:**  Breach of Legal Obligations

## INVOICE SUMMARY

For Services Rendered Through April 30, 2024

**TOTAL FEES FOR CURRENT PERIOD**

**TOTAL EXPENSES FOR CURRENT PERIOD**

**TOTAL FEES AND EXPENSES**

**TOTAL AMOUNT DUE**



*Please reference matter and invoice number(s) with payment.*

Tax I.D. 64-0331849

FOCUS | TEAMWORK | INNOVATION | SERVICE | EXPERIENCE | VALUE | RESPONSIVENESS
www.butlersnow.com | LAW ELEVATED

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10425684
**Invoice Date:** May 7, 2024

**Matter:** Breach of Legal Obligations

## INVOICE DETAIL

**PROFESSIONAL FEES**

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| ██████ | ██ | ████████████████████████████████ | ██ |
| ██████ | ██ | ████████████████████████████████ | ██ |
| ██████ | ██ | ████████████████████████████████ | ██ |
| ██████ | ██ | ████████████████████████████████ | ██ |
| ██████ | ██ | ████████████████████████████████ | ██ |
| ██████ | ██ | ████████████████████████████████ | ██ |
| ██████ | ██ | ████████████████████████████████ | ██ |
| 04/12/24 | JHD | Review Maupin counsel letter re: search terms and begin work on response. | 0.50 |
| 04/15/24 | JHD | Revise and finalize updated search terms and related email to Maupin's counsel. | 2.10 |
| 04/16/24 | JHD | Work on correspondence to forensic vendor with compilation of all negotiations on search terms. | 2.60 |
| 04/17/24 | JHD | Finalize memorandum to forensic vendor re: search terms and limiting/filtering to be applied to Defendants' devices and emails accounts. | 2.40 |
| 04/23/24 | JHD | Review matter status and provide update to clients. | 0.70 |
| 04/24/24 | JHD | Emails w/ forensic vendor re: preparation for call to discuss search terms and filtering processing. | 0.30 |
| ██████ | ██ | ████████████████████████████████ | ██ |
| 04/26/24 | JHD | Prepare for and participate in call w/ forensic vendor and Defendants' counsel re: processing of data. | 0.80 |
| ██████ | ██ | ████████████████████████████████ | ██ |
| ██████ | ██ | ████████████████████████████████ | ██ |
| ██████ | ██ | ████████████████████████████████ | ██ |

BUTLER | SNOW

Consolidated Industries, LLC
**Invoice Number:** 10425684
**Invoice Date:** May 7, 2024
Page: 2



| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| ■ | ■ | ■ | ■ |

**Rate Summary**

| PROFESSIONAL | HOURS | RATE | TOTAL |
|--------------|-------|------|-------|
| ■ John H. Dollarhide | ■ hours at | $445.00 | ■ |
| **Subtotal:** | | | |

**EXPENSES**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| ■ | ■ | ■ |
| | **Subtotal of Expenses:** | ■ |

**TOTAL CURRENT BILLING FOR THIS MATTER** ■

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10431063
**Invoice Date:** June 14, 2024

**DUE UPON RECEIPT**

If paying by check, please remit payment to Butler Snow LLP at the address noted above.
Credit card payments can be made online at https://www.butlersnow.com/payments.

Tim Boyd
Consolidated Industries, LLC
tboyd@pmbrentals.com
295 Jim Adams Dr., Ste. A
Paris, TN 38242

**Matter:** Breach of Legal Obligations

### INVOICE SUMMARY
For Services Rendered Through May 31, 2024



**TOTAL FEES FOR CURRENT PERIOD**

**TOTAL EXPENSES FOR CURRENT PERIOD**

**DISCOUNT**

**TOTAL FEES AND EXPENSES**

**TOTAL AMOUNT DUE**

*Please reference matter and invoice number(s) with payment.*            Tax I.D. 64-0331849

FOCUS | TEAMWORK | INNOVATION | SERVICE | EXPERIENCE | VALUE | RESPONSIVENESS

www.butlersnow.com | LAW ELEVATED

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10431063
**Invoice Date:** June 14, 2024

**Matter:** Breach of Legal Obligations

## INVOICE DETAIL

**PROFESSIONAL FEES**

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| ▮ | ▮ | ▮ | ▮ |
| 05/07/24 | JHD | Emails w/ Defs.' counsel re: Repario hosting fees. | 0.20 |
| ▮ | ▮ | ▮ | ▮ |
| 05/08/24 | JHD | Emails w/ Defs.' counsel re: payment of vendor fees and related review of Doug Hines correspondence. | 0.3 |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| 05/10/24 | JHD | Review, analyze, and draft emails re: search terms result reports. | 2.90 |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| 05/14/24 | JHD | ; emails w/ clients re: forensic search; review updated search terms document and emails w/ forensic vendor and defense counsel re: search term hit delivery to defense counsel; work on custodian of records affidavit for JADE Rentals. | 3.5 |
| ▮ | ▮ | ▮ | ▮ |
| 05/20/24 | JHD | Review Defendants' counsel letter re: search term hits and narrowing and related analysis of proposed response; revise previous spreadsheets showing compromised search terms and reserving other terms for future disputes. | 3.80 |
| 05/21/24 | JHD | Continue work on analysis of search term result counts and modifying first two batches to compromise and start Defendants' counsel review of documents; multiple emails w/ Defs.' counsel and forensic vendor. | 3.60 |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| 05/23/24 | JHD | Emails w/ Defs.' counsel re: forensic search for native files. | 0.30 |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |



# BUTLER | SNOW

Consolidated Industries, LLC

**Invoice Number:** 10431063
**Invoice Date:** June 14, 2024
Page: 2

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| ■ | ■ | ■ | ■ |
| 05/31/24 | JHD | Prepare for and participate in good faith conferral call re: forensic search of native files; related email to vendor for search of Defendants' devices for Weather King native files. | 2.80 |
| ■ | ■ | ■ | ■ |



**Rate Summary**

| PROFESSIONAL | HOURS | | RATE | TOTAL |
|--------------|-------|---|------|-------|
| ■ | ■ | | ■ | ■ |
| John H. Dollarhide | ■ | hours at | $445.00 | ■ |

**Subtotal:**



**EXPENSES**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| ■ | ■ | ■ |

**Subtotal of Expenses:** ■

**TOTAL CURRENT BILLING FOR THIS MATTER** ■

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10433318
**Invoice Date:** July 5, 2024

**DUE UPON RECEIPT**

If paying by check, please remit payment to Butler Snow LLP at the address noted above.
Credit card payments can be made online at https://www.butlersnow.com/payments.

Tim Boyd
Consolidated Industries, LLC
tboyd@pmbrentals.com
295 Jim Adams Dr., Ste. A
Paris, TN 38242

**Matter:** Breach of Legal Obligations

## INVOICE SUMMARY
For Services Rendered Through June 30, 2024

**TOTAL FEES FOR CURRENT PERIOD**

**TOTAL EXPENSES FOR CURRENT PERIOD**

**TOTAL FEES AND EXPENSES**

**TOTAL AMOUNT DUE**



*Please reference matter and invoice number(s) with payment.*          Tax I.D. 64-0331849

FOCUS | TEAMWORK | INNOVATION | SERVICE | EXPERIENCE | VALUE | RESPONSIVENESS
www.butlersnow.com | LAW ELEVATED

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10433318
**Invoice Date:** July 5, 2024

**Matter:** Breach of Legal Obligations

### INVOICE DETAIL

**PROFESSIONAL FEES**

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/03/24 | JHD | Review results of forensic vendor searching native files and related emails w/ vendor re: production of same. | 0.70 |



| 06/13/24 | JHD | Analyze emails between Defs.' counsel and forensic vendor re: search results and related analysis of search results. | 0.90 |
| 06/14/24 | JHD | Review Repario invoice and provide status to D. Johnson and clients; email w/ Defs.' counsel re:. | 0.50 |



Consolidated Industries, LLC
**Invoice Number:** 10433318
**Invoice Date:** July 5, 2024
Page: 2

## Rate Summary

| PROFESSIONAL | HOURS | | RATE | TOTAL |
|---|---|---|---|---|
| John H. Dollarhide |  | hours at | $445.00 |  |
| **Subtotal:** | | | | |

**EXPENSES**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| |  | |

**Subtotal of Expenses:**

**TOTAL CURRENT BILLING FOR THIS MATTER**

**B U T L E R | S N O W**

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC           **Invoice Number:** 10437664
**Matter Number:** 058422.231887                    **Invoice Date:** August 7, 2024
**Billing Professional:** David L. Johnson

**DUE UPON RECEIPT**

If paying by check, please remit payment to Butler Snow LLP at the address noted above.
Credit card payments can be made online at https://www.butlersnow.com/payments.

Tim  Boyd
Consolidated Industries, LLC
tboyd@pmbrentals.com
295 Jim Adams Dr., Ste. A
Paris, TN  38242

**Matter:** Breach of Legal Obligations

**INVOICE SUMMARY**

For Services Rendered Through July 31, 2024

**TOTAL FEES FOR CURRENT PERIOD**

**TOTAL EXPENSES FOR CURRENT PERIOD**

**TOTAL FEES AND EXPENSES**

**TOTAL AMOUNT DUE**

*Please reference matter and invoice number(s) with payment.*           Tax I.D. 64-0331849

FOCUS | TEAMWORK | INNOVATION | SERVICE | EXPERIENCE | VALUE | RESPONSIVENESS

www.butlersnow.com | LAW ELEVATED

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10437664
**Invoice Date:** August 7, 2024

**Matter:** Breach of Legal Obligations

### INVOICE DETAIL

**PROFESSIONAL FEES**

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| ███ | ██ | ██████████████████ | ██ |
| 07/02/24 | JHD | Review status of requests to Defs.' counsel for forensic document search results and email Defs.' counsel to get update. | 0.20 |
| 07/03/24 | JHD | Emails w/ Defs.' counsel re: production of native Weather King documents found on Defendants' devices; review letter from Defs.' counsel re: renewal of objections to search terms. | 0.50 |
| ███ | ██ | ██████████████████ | ██ |
| ███ | ██ | ██████████████████ | ██ |
| 07/08/24 | JHD | Extensive review and study of prior letters and emails re: forensic document collection and search in preparing response to July 3 letter re: increased search results and modify proposed non-mobile data search terms list to include in letter to Defs.' counsel. | 5.50 |
| ███ | ██ | ██████████████████ | ██ |
| ███ | ██ | ██████████████████ | ██ |
| ███ | ██ | ██████████████████ | ██ |
| ███ | ██ | ██████████████████ | ██ |
| ███ | ██ | ██████████████████ | ██ |
| ███ | ██ | ██████████████████ | ██ |
| ███ | ██ | ██████████████████ | ██ |
| ███ | ██ | ██████████████████ | ██ |
| ███ | ██ | ██████████████████ | ██ |
| ███ | ██ | ██████████████████ | ██ |
| ███ | ██ | ██████████████████ | ██ |

# BUTLER | SNOW

Consolidated Industries, LLC
**Invoice Number:** 10437664
**Invoice Date:** August 7, 2024
Page: 2



| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| ██ | █ | ████████████████████ | ██ |

**Rate Summary**

| PROFESSIONAL | HOURS | RATE | TOTAL |
|--------------|-------|------|-------|
| ██ | | | |
| John H. Dollarhide | ██ hours at | $445.00 | ██ |

**Subtotal:**

**EXPENSES**



| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| ██ | ████████████ | ██ |
| ██ | ████████ | ██ |

**Subtotal of Expenses:**

**TOTAL CURRENT BILLING FOR THIS MATTER**

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10442215
**Invoice Date:** September 12, 2024

**DUE UPON RECEIPT**

If paying by check, please remit payment to Butler Snow LLP at the address noted above.
Credit card payments can be made online at https://www.butlersnow.com/payments.

Tim  Boyd
Consolidated Industries, LLC
tboyd@pmbrentals.com
295 Jim Adams Dr., Ste. A
Paris, TN  38242

**Matter:**  Breach of Legal Obligations

**INVOICE SUMMARY**

For Services Rendered Through August 31, 2024

**TOTAL FEES FOR CURRENT PERIOD**

**TOTAL EXPENSES FOR CURRENT PERIOD**

**DISCOUNT**

**TOTAL FEES AND EXPENSES**

**TOTAL AMOUNT DUE**

*Please reference matter and invoice number(s) with payment.*

Tax I.D. 64-0331849

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10442215
**Invoice Date:** September 12, 2024

**Matter:** Breach of Legal Obligations

<u>**INVOICE DETAIL**</u>

**PROFESSIONAL FEES**

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/04/24 | JHD | █████████████ email to Defs.' counsel re: when we can expect doc production. | 0.10 |
| ████ | ██ | ███████████████████████ | ██ |
| ████ | ██ | ███████████████████████ | ██ |
| 08/12/24 | JHD | Emails re: Repario monthly data hosting fee. | 0.10 |
| ████ | ██ | ████████████████ | ██ |
| ████ | ██ | ████████████████ | ██ |
| ████ | ██ | ████████████████ | ██ |
| ████ | ██ | ████████████████ | ██ |
| ████ | ██ | ████████████████ | ██ |
| ████ | ██ | ████████████████ | ██ |
| ████ | ██ | ████████████████ | ██ |
| ████ | ██ | ████████████████ | ██ |
| 08/22/24 | DLJ | █████████████ crated request for additional forensic searching. | 0.5 |
| ████ | ██ | ████████████████ | ██ |
| ████ | ██ | ████████████████ | ██ |



# BUTLER | SNOW

Consolidated Industries, LLC
**Invoice Number:** 10442215
**Invoice Date:** September 12, 2024
Page: 2

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| ████ | | ███████████████████████ | ██ |
| 08/28/24 | JHD | Emails w/ forensic vendor re: whether text messages were deleted; work on letter to Defs.' counsel re: request for additional texts and emails not limited by search terms. | 2.70 |
| ████ | ██ | ███████████████████████ | ██ |
| 08/29/24 | JHD | Finalize draft letter to Defs.' counsel re: additional text and email searches. | 0.80 |
| ████ | | ███████████████████████ | ██ |
| 08/30/24 | JHD | Revise letter to Defs.' counsel re: additional communications exports requested from forensic vendor. | 0.70 |
| ████ | | ███████████████ | ██ |



**Rate Summary**

| PROFESSIONAL | HOURS | | RATE | TOTAL |
|--------------|-------|---|------|-------|
| ████ | █ | | | ██ |
| David L. Johnson | | hours at | $450.00 | ██ |
| John H. Dollarhide | | hours at | $445.00 | |
| **Subtotal:** | █ | | | ██ |

**EXPENSES**



| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

**Subtotal of Expenses:** ████

**TOTAL CURRENT BILLING FOR THIS MATTER** ████

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10446209
**Invoice Date:** October 8, 2024

**DUE UPON RECEIPT**

If paying by check, please remit payment to Butler Snow LLP at the address noted above.
Credit card payments can be made online at https://www.butlersnow.com/payments.

Tim Boyd
Consolidated Industries, LLC
tboyd@pmbrentals.com
295 Jim Adams Dr., Ste. A
Paris, TN 38242

**Matter:** Breach of Legal Obligations

## INVOICE SUMMARY

For Services Rendered Through September 30, 2024

**TOTAL FEES FOR CURRENT PERIOD**

**TOTAL EXPENSES FOR CURRENT PERIOD**

**DISCOUNT**

**TOTAL FEES AND EXPENSES**

Total of Unpaid Balances From Prior Invoices*

**TOTAL AMOUNT DUE**



*Please reference matter and invoice number(s) with payment.*     Tax I.D. 64-0331849

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10446209
**Invoice Date:** October 8, 2024

**Matter:** Breach of Legal Obligations

## INVOICE DETAIL

**PROFESSIONAL FEES**



| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/06/24 | JHD | Emails re: forensic search. | 0.20 |
| 09/09/24 | JHD | Provide status of vendor response to cost lowering question. | 0.10 |
| 09/11/24 | JHD | Emails re: forensic search for additional texts and emails and related letter to forensic vendor and follow-up emails. | 0.90 |
| 09/12/24 | JHD | Participate in meet and confer with Defendants' counsel re: forensic search vendor producing additional documents. | 0.30 |
| 09/16/24 | JHD | Review and analyze issue re: Aleyna Lassen mobile device not being collected and related email to Repario; analyze issue re: Defendants' use of computer-assisted document review and begin work on request for document review statistics. | 3.50 |

# BUTLER | SNOW

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/23/24 | JHD | Emails re: collection of data from Lassens' devices. | 0.20 |
| 09/23/24 | DLJ | Email communications re status of forensics. | 0.20 |



**Rate Summary**

| PROFESSIONAL | HOURS | | RATE | TOTAL |
|--------------|-------|---|------|-------|



| | | | | |
| David L. Johnson | | hours at | $450.00 | |
| John H. Dollarhide | | hours at | $445.00 | |
| **Subtotal:** | | | | |

**EXPENSES**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|



 

Consolidated Industries, LLC
**Invoice Number:** 10446209
**Invoice Date:** October 8, 2024
Page: 3

**Subtotal of Expenses:** ███████

**TOTAL CURRENT BILLING FOR THIS MATTER** ████████

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

---

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10450113
**Invoice Date:** November 8, 2024

**DUE UPON RECEIPT**

If paying by check, please remit payment to Butler Snow LLP at the address noted above.
Credit card payments can be made online at https://www.butlersnow.com/payments.

---

Tim  Boyd
Consolidated Industries, LLC
tboyd@pmbrentals.com
jillcoker@consolidatedbuildings.com
295 Jim Adams Dr., Ste. A
Paris, TN  38242

**Matter:** Breach of Legal Obligations

<u>**INVOICE SUMMARY**</u>

For Services Rendered Through October 31, 2024

**TOTAL FEES FOR CURRENT PERIOD**

**TOTAL EXPENSES FOR CURRENT PERIOD**

**TOTAL FEES AND EXPENSES**

**TOTAL AMOUNT DUE**



*Please reference matter and invoice number(s) with payment.*          Tax I.D. 64-0331849

FOCUS | TEAMWORK | INNOVATION | SERVICE | EXPERIENCE | VALUE | RESPONSIVENESS
www.butlersnow.com | LAW <u>ELEVATED</u>

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10450113
**Invoice Date:** November 8, 2024

**Matter:** Breach of Legal Obligations

### INVOICE DETAIL

**PROFESSIONAL FEES**



| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 10/08/24 | JHD | Emails w/ opposing counsel re: collection of Lassen devices. | 0.10 |

# BUTLER | SNOW

Consolidated Industries, LLC
**Invoice Number:** 10450113
**Invoice Date:** November 8, 2024
Page: 2



| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| ██ | █ | ████████████ | █ |
| ██ | █ | ████████████ | █ |
| ██ | █ | ████████████ | █ |
| 10/21/24 | DLJ | Preparation of motion for contempt as it relates to Lassen defendants. | 1.90 |
| ██ | █ | ████████████ | █ |
| 10/22/24 | JHD | ████████ call w/ Defs.' counsel re: Lassen contempt ████ | 0.2 |
| ██ | █ | ████████████ | █ |
| 10/22/24 | DLJ | Continued preparation of motion for contempt and supporting documents. | 0.80 |
| 10/23/24 | JHD | Revise motion for contempt, supporting memo, and proposed order re: Lassens. | 1.80 |
| 10/23/24 | DLJ | Email communications with opposing counsel; finalization of motion for contempt. | 0.30 |
| ██ | █ | ████████████ | █ |
| ██ | █ | ████████████ | █ |
| ██ | █ | ████████████ | █ |
| 10/29/24 | DLJ | ██████ communications with John Dollarhide re forensic costs; ████████ | 0.2 |
| ██ | █ | ████████████ | █ |
| ██ | █ | ████████████ | █ |

**Rate Summary**

| PROFESSIONAL | HOURS | RATE | TOTAL |
|--------------|-------|------|-------|
| ██████ | ██ hours at | $450.00 | ████ |
| David L. Johnson | █ hours at | $445.00 | ██ |
| John H. Dollarhide | | | |
| **Subtotal:** | | | |



**EXPENSES**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|



**Subtotal of Expenses:**

**TOTAL CURRENT BILLING FOR THIS MATTER**

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC

**Matter Number:** 058422.231887

**Billing Professional:** David L. Johnson

**Invoice Number:** 10461750

**Invoice Date:** February 17, 2025

**DUE UPON RECEIPT**

If paying by check, please remit payment to Butler Snow LLP at the address noted above.
Credit card payments can be made online at https://www.butlersnow.com/payments.

Tim  Boyd
Consolidated Industries, LLC
tboyd@pmbrentals.com
jillcoker@consolidatedbuildings.com
295 Jim Adams Dr., Ste. A
Paris, TN  38242

**Matter:** Breach of Legal Obligations

### INVOICE SUMMARY

For Services Rendered Through January 31, 2025

**TOTAL FEES FOR CURRENT PERIOD**

**TOTAL EXPENSES FOR CURRENT PERIOD**

**DISCOUNT**

**TOTAL FEES AND EXPENSES**

**TOTAL AMOUNT DUE**

*Please reference matter and invoice number(s) with payment.*    Tax I.D. 64-0331849

FOCUS | TEAMWORK | INNOVATION | SERVICE | EXPERIENCE | VALUE | RESPONSIVENESS

www.butlersnow.com | LAW ELEVATED

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10461750
**Invoice Date:** February 17, 2025

**Matter:** Breach of Legal Obligations

**INVOICE DETAIL**

**PROFESSIONAL FEES**



| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 01/06/25 | JHD | emails w/ forensic vendor re: location of certain text messages; | 0.2 |
| 01/15/25 | DLJ | ; phone conference with Jim Letten re witness tampering issue. | 0.6 |

# BUTLER | SNOW

Consolidated Industries, LLC
**Invoice Number:** 10461750
**Invoice Date:** February 17, 2025
Page: 2

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 01/15/25 | JIML | Email exchange with David Johnson and John Dollarhide re questions involving title 18 USC obstruction and related matters; followed by call with DJ (18m); and research/email of DOJ pub on same (14m). | 0.30 |
| 01/16/25 | JHD | Emails w/ DJ and Taft re: offlining Repario data. | 0.30 |
| 01/16/25 | DLJ | Research re subpoena interference; phone conference with Danny Van Horn to discuss strategy as it relates to defendant's discovery abuses. | 2.40 |
| 01/17/25 | DLJ | Preparation of sanctions brief. | 5.60 |
| | | | |
| 01/20/25 | DLJ | Preparation of motions for sanctions brief. | 6.20 |
| 01/21/25 | DLJ | Continued preparation of brief supporting motion for sanctions. | 3.90 |
| | | | |
| 01/22/25 | DLJ | Continued preparation of brief supporting motion for sanctions. | 1.70 |
| 01/23/25 | DLJ | Continued preparation of brief supporting motion for sanctions. | 0.60 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 01/29/25 | DLJ | Preparation of motion for sanctions and supporting documents. | 8.40 |
| | | | |
| 01/30/25 | DLJ | Preparation of brief supporting motion for sanctions and supporting documents. | 4.80 |
| | | | |
| 01/31/25 | JHD | Review and revise motion for sanctions. | 2.00 |
| 01/31/25 | DLJ | Preparation of sanctions brief. | 0.90 |



Consolidated Industries, LLC
**Invoice Number:** 10461750
**Invoice Date:** February 17, 2025
Page: 3

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| ■ | ■ | ■ | ■ |

### Rate Summary



| PROFESSIONAL | HOURS | | RATE | TOTAL |
|--------------|-------|--|------|-------|
| ■ | | | | |
| David L. Johnson | ■ | hours at | $450.00 | ■ |
| John H. Dollarhide | ■ | hours at | $445.00 | ■ |
| ■ | | | | |
| Jim Letten | ■ | hours at | $725.00 | |
| **Subtotal:** | ■ | | | ■ |

**EXPENSES**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|



**BUTLER | SNOW**

Consolidated Industries, LLC
**Invoice Number:** 10461750
**Invoice Date:** February 17, 2025
Page: 4

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|



**Subtotal of Expenses:**

**TOTAL CURRENT BILLING FOR THIS MATTER**

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10465704
**Invoice Date:** March 6, 2025

**DUE UPON RECEIPT**

If paying by check, please remit payment to Butler Snow LLP at the address noted above.
Credit card payments can be made online at https://www.butlersnow.com/payments.

Tim  Boyd
Consolidated Industries, LLC
tboyd@pmbrentals.com
jillcoker@consolidatedbuildings.com
295 Jim Adams Dr., Ste. A
Paris, TN  38242

**Matter:**  Breach of Legal Obligations

### INVOICE SUMMARY

For Services Rendered Through February 28, 2025

**TOTAL FEES FOR CURRENT PERIOD**

**TOTAL EXPENSES FOR CURRENT PERIOD**

**TOTAL FEES AND EXPENSES**

**TOTAL AMOUNT DUE**



*Please reference matter and invoice number(s) with payment.*          Tax I.D. 64-0331849

FOCUS | TEAMWORK | INNOVATION | SERVICE | EXPERIENCE | VALUE | RESPONSIVENESS

www.butlersnow.com | LAW ELEVATED

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10465704
**Invoice Date:** March 6, 2025

**Matter:** Breach of Legal Obligations

### INVOICE DETAIL

**PROFESSIONAL FEES**

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 02/03/25 | JHD | ███ work on revising motion for sanctions and related exhibits. | 3.5 |
| 02/04/25 | JHD | Work on tabulating discovery sanction fees; work on locating proper Maupin deposition exhibits for use in sanctions motion; | 2.5 |
| 02/04/25 | JEFB | Analysis of bills to determine total for sanctions filing. | 3.90 |
| 02/04/25 | DLJ | Preparation of sanctions briefing. | 0.60 |
| 02/05/25 | DLJ | Preparation of motion for sanctions filings. | 0.20 |
| 02/05/25 | DWV | Work on review of the motion for sanctions. | 0.50 |
| 02/06/25 | JEFB | Further analysis and chart of bills to determine total for sanctions filing. | 0.40 |
| 02/06/25 | DLJ | Preparation of sanctions calculation. | 0.30 |
| 02/12/25 | DLJ | Preparation of sanctions brief and research as it relates to same. | 3.20 |
| 02/13/25 | DLJ | Preparation of motion for sanctions brief. | 2.50 |
| 02/14/25 | DLJ | Continued preparation of brief supporting motion for sanctions. | 1.60 |

# BUTLER | SNOW

Consolidated Industries, LLC
**Invoice Number:** 10465704
**Invoice Date:** March 6, 2025
Page: 2

| DATE | PROF | DESCRIPTION | HOURS |
|---|---|---|---|
| 02/17/25 | DLJ | Continued preparation of sanctions brief. | 3.60 |
| 02/18/25 | DLJ | Preparation of brief supporting motion for sanctions. | 2.40 |
| 02/19/25 | DLJ | Continued preparation of brief supporting motion for sanctions and other supporting documents. | 5.10 |
| 02/20/25 | DLJ | Preparation of motion for sanctions and supporting documents; strategy conference with Danny Van Horn re same. | 5.00 |
| 02/21/25 | DLJ | Preparation of sanctions motion and supporting documents. | 2.60 |
| 02/21/25 | DWV | Work on analysis of the motion for sanctions. | 1.10 |
| 02/21/25 | DLJ | Strategy conference with Danny Van Horn and John Dollarhide. | 0.50 |
| 02/23/25 | JHD | Work on sanctions motion and supporting brief and declaration. | 2.30 |
| 02/24/25 | JHD | Work on finalizing motion for sanctions and motion for page limit extension. | 1.00 |
| 02/24/25 | DLJ | Meet and confer conference with opposing counsel; preparation of motion for sanctions and supporting documents. | 1.80 |
| 02/24/25 | DLJ | Strategy discussions with John Dollarhide and Danny Van Horn; | 0.3 |
| 02/24/25 | DWV | Work on review of the motion for sanctions and brief in support thereof. | 1.90 |
| 02/25/25 | JHD | Work on preparing exhibit for false discovery responses contradicted by Defendants' deposition testimony; work on finalizing motion for sanctions. | 2.10 |
| 02/25/25 | DLJ | Preparation of sanctions brief. | 1.60 |
| 02/26/25 | JHD | Work on discovery inconsistency chart and updates to motion for sanctions; select documents from forensic production as representative of proof that Defendants' discovery responses were untruthful; | 6.8 |
| 02/26/25 | JEFB | Work on drafting and preparing cites for sanctions motion. | 3.10 |
| 02/27/25 | JHD | Finalize motion for sanctions and related filings. | 3.30 |
| 02/27/25 | JHD | Work on proposed order granting motion for sanctions per court rules. | 0.80 |
| 02/27/25 | DLJ | Finalized motion for sanctions and supporting documents; email communications with client. | 0.60 |

**Rate Summary**



Consolidated Industries, LLC
**Invoice Number:** 10465704
**Invoice Date:** March 6, 2025
Page: 3

| PROFESSIONAL | HOURS | | RATE | TOTAL |
|---|---|---|---|---|
| ███████ | ██ | | ████ | ███████ |
| Daniel W. Van Horn | | hours at | $595.00 | |
| David L. Johnson | | hours at | $450.00 | |
| John H. Dollarhide | | hours at | $445.00 | |
| ███████ | | | | |
| Jeff Baum | 7.40 | hours at | $265.00 | $1,961.00 |
| **Subtotal:** | ███ | | | ███████ |

**EXPENSES**



BUTLER | SNOW

Consolidated Industries, LLC
**Invoice Number:** 10465704
**Invoice Date:** March 6, 2025
Page: 4

**TOTAL CURRENT BILLING FOR THIS MATTER** ████████