# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| **CONSOLIDATED INDUSTRIES, LLC D/B/A WEATHER KING PORTABLE BUILDINGS,** | **PLAINTIFF** |
| VS. | Civil Action No. 1:22-cv-01230-STA-jay |
| **JESSE A. MAUPIN, BARRY D. HARRELL, ADRIAN S. HARROD, LOGAN C. FEAGIN, STEPHANIE L. GILLESPIE, RYAN E. BROWN, DANIEL J. HERSHBERGER, BRIAN L. LASSEN, ALEYNA LASSEN, AND AMERICAN BARN CO., LLC,** | **DEFENDANTS** |

## NOTICE OF SERVICE OF EXPERT DISCLOSURE

Plaintiff Consolidated Industries, LLC d/b/a Weather King Portable Buildings hereby gives notice that it has served Plaintiff's Rule 26(a)(2) Expert Disclosure upon Defendants' counsel as of March 31, 2025.

BUTLER SNOW LLP

*/s/ John H. Dollarhide*
David L. Johnson, BPR #18732
John H. Dollarhide, BPR #40041
1320 Adams Street, Suite 1400
Nashville, TN 37208
Telephone: (615) 651-6700
Fax: (615) 651-6701
david.johnson@butlersnow.com
john.dollarhide@butlersnow.com

Daniel W. Van Horn, BPR #18940
6075 Poplar Ave., Suite 500
Memphis, TN 38119
Telephone: (901) 680-7200
Fax: (901) 680-7201
Danny.VanHorn@butlersnow.com
*Attorneys for Plaintiff*

- 2 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 31, 2025, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court.

                                              */s/ John H. Dollarhide*

93032752.v1