# EXHIBIT 1

**From:** Pasternak, Thomas <TPasternak@taftlaw.com>
**Sent:** Monday, April 28, 2025 4:47 PM
**To:** David Johnson <David.Johnson@butlersnow.com>
**Cc:** John Dollarhide <John.Dollarhide@butlersnow.com>; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Wellhausen, Elizabeth <EWellhausen@taftlaw.com>; Ahmed, Nasir <nahmed@taftlaw.com>
**Subject:** Re: Settlement [IWOV-BUTLERSNOW.FID7205535]

We oppose.

Sent from Taft

> On Apr 28, 2025, at 16:13, David Johnson <David.Johnson@butlersnow.com> wrote:
>
> Tom, under the circumstances, we will be asking the Court to set aside the order of extension entered this morning. I assume you will oppose but please confirm. Thanks.
>
> **David L. Johnson**
> **Butler Snow LLP**
> *PLEASE NOTE NEW CONTACT INFORMATION*
> D: (615) 651-6731 | F: (615) 651-6701
> 1320 Adams Street, Suite 1400, Nashville, TN 37208
> David.Johnson@butlersnow.com | vCard | Bio
>
> X (Twitter) | LinkedIn | Facebook | YouTube
>
> **From:** Pasternak, Thomas <TPasternak@taftlaw.com>
> **Sent:** Monday, April 28, 2025 4:08 PM
> **To:** David Johnson <David.Johnson@butlersnow.com>
> **Cc:** John Dollarhide <John.Dollarhide@butlersnow.com>; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Wellhausen, Elizabeth <EWellhausen@taftlaw.com>; Ahmed, Nasir <nahmed@taftlaw.com>
> **Subject:** Re: Settlement [IWOV-BUTLERSNOW.FID7205535]
>
> We can't - we need the depositions first.
> Sent from Taft
>
>> On Apr 28, 2025, at 13:28, David Johnson <David.Johnson@butlersnow.com> wrote:
>>
>> Can you agree to go ahead and provide your expert disclosure consistent with the original deadline (before the court just extended it)?

**David L. Johnson**
**Butler Snow LLP**
*PLEASE NOTE NEW CONTACT INFORMATION*
D: (615) 651-6731 | F: (615) 651-6701
1320 Adams Street, Suite 1400, Nashville, TN 37208
David.Johnson@butlersnow.com | vCard | Bio

X (Twitter) | LinkedIn | Facebook | YouTube

---

**From:** Pasternak, Thomas <TPasternak@taftlaw.com>
**Sent:** Monday, April 28, 2025 12:46 PM
**To:** David Johnson <David.Johnson@butlersnow.com>; John Dollarhide <John.Dollarhide@butlersnow.com>
**Cc:** Morrell, Benjamin S. <BMorrell@taftlaw.com>; Wellhausen, Elizabeth <EWellhausen@taftlaw.com>; Ahmed, Nasir <nahmed@taftlaw.com>
**Subject:** Settlement

David:

   Defendants have decided not to settle at this point.  Let schedule the depositions.

May 7 and 8 - western depostions, Checking if Alberquerque

We will make Stephanie available around your depostions.

Checking on Doug and Wade.

Napper will be deposed in in San Francisco.

Thanks

<image002.png>

**Thomas Pasternak**
Partner
TPasternak@taftlaw.com
**Dir:** 312.836.4134
**Tel:** 312.527.4000   |   **Fax:** 312.527.4011
111 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601-4208

**Taft Bio**
**Download vCard**
**taftlaw.com**

**Now over 1,000 attorneys strong.**
Taft has expanded to the **Mountain West region** with the addition of Sherman & Howard, a prominent 130-year-old law firm.  Learn more **here.**

Taft is expanding to **Southeast Florida** on June 30, 2025, with the addition of Mrachek Law, a distinguished litigation firm. Learn more **here.**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.
<image001.png>

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.