# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC d/b/a WEATHER KING PORTABLE BUILDINGS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JESSE A. MAUPIN, BARRY D. HARRELL, ADRIAN S. HARROD, LOGAN C. FEAGIN, STEPHANIE L. GILLESPIE, RYAN E. BROWN, DANIEL J. HERSHBERGER, BRIAN L. LASSEN, ALEYNA LASSEN, and AMERICAN BARN CO., LLC,<br><br>　　　　　Defendants. | Civil Action No. 1:22-cv-01230-STA-jay<br><br>District Judge Anderson<br><br>Magistrate Judge York |

## NOTICE OF SERVICE OF EXPERT DISCLOSURE

　　　　The ABCO Defendants hereby give notice that they have served their Rule 26(a)(2) Expert Disclosure upon Plaintiff's counsel as of May 7, 2025.

Date: May 7, 2025

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ *Benjamin S. Morrell*
　　　　　　　　　　　　　　　　　　　Thomas G. Pasternak (admitted pro hac vice)
　　　　　　　　　　　　　　　　　　　Benjamin S. Morrell (TBPR No. 35480)
　　　　　　　　　　　　　　　　　　　Taft Stettinius & Hollister LLP
　　　　　　　　　　　　　　　　　　　111 East Wacker Drive, Suite 2600
　　　　　　　　　　　　　　　　　　　Chicago, IL 60601
　　　　　　　　　　　　　　　　　　　Telephone: (312) 527-4000
　　　　　　　　　　　　　　　　　　　Facsimile: (312) 527-4011
　　　　　　　　　　　　　　　　　　　tpasternak@taftlaw.com
　　　　　　　　　　　　　　　　　　　bmorrell@taftlaw.com

　　　　　　　　　　　　　　　　　　　*Counsel for Defendants Maupin, Harrell, Harrod,*

*Feagin, Gillespie, Brown, Hershberger, and American Barn Co., LLC*

2

*Feagin, Gillespie, Brown, Hershberger, and American Barn Co., LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF filing system, which will send notice of such filing to all counsel of record. I further certify that on the date listed below, I sent the foregoing document to the following individuals at the address listed below via email as follows:

Aleyna Lassen<br>
Brian L. Lassen<br>
1405 N. Fort Grant Road<br>
Willcox, AZ 85643<br>
willcoxbuildings@pm.me

Date: May 7, 2025

/s/ *Benjamin S. Morrell*