IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC ) <br> d/b/a WEATHER KING PORTABLE ) <br> BUILDINGS, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JESSE A. MAUPIN, BARRY D. ) <br> HARRELL, ADRIAN S. HARROD, ) <br> LOGAN C. FEAGIN, STEPHANIE L. ) <br> GILLESPIE, RYAN E. BROWN, DANIEL ) <br> J. HERSHBERGER, BRIAN L. LASSEN, ) <br> ALEYNA LASSEN, and AMERICAN ) <br> BARN CO., LLC, ) <br> ) <br>     Defendants. ) | Civil Action No. 1:22-cv-01230-STA-jay <br><br> Chief Judge S. Thomas Anderson |

**NOTICE OF FILING**

Plaintiff hereby provides notice of the filing of the Second Declaration of David L. Johnson (filed herewith as Exhibit 1) in further support of its Motion for Sanctions.

    Respectfully submitted,

    /s/ David L. Johnson
    David L. Johnson, BPR #18732
    John H. Dollarhide, BPR #40041
    BUTLER SNOW LLP
    The Neuhoff Building
    1320 Adams Street, Suite 1400
    Nashville, TN 37208
    Telephone: (615) 651-6700
    Fax: (615) 651-6701
    david.johnson@butlersnow.com
    john.dollarhide@butlersnow.com

    Daniel W. Van Horn, BPR #18940
    6075 Poplar Ave., Suite 500

>Memphis, TN 38119
>Telephone: (901) 680-7200
>Fax: (901) 680-7201
>Danny.VanHorn@butlersnow.com

>*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2025, I filed the foregoing Notice with the Court using the ECF system, which will provide notice and a copy to counsel of record:

>Thomas G. Pasternak (admitted pro hac vice)
>Benjamin S. Morrell (TBPR No. 35480)
>TAFT STETTINIUS &HOLLISTER LLP
>111 East Wacker Drive, Suite 2600
>Chicago, IL 60601
>Telephone: (312) 527-4000
>Facsimile: (312) 527-4011
>tpasternak@taftlaw.com
>bmorrell@taftlaw.com
>*Attorneys for Defendants*

And to the following via U.S. Mail and email.

>Brian L. Lassen
>Aleyna Lassen
>1405 N. Fort Grant Road
>Willcox, AZ 85643
>willcoxbuildings@pm.me

>/s/ David L. Johnson
>David L. Johnson

93527109.v1

2