# EXHIBIT 1

## SECOND DECLARATION OF DAVID L. JOHNSON

1.      Following the execution of my February 27, 2025 Declaration (Doc. 210-1), which accounted for attorney's fees and expenses entered in counsel's billing system through February 24, 2025, Weather King has incurred additional attorneys' fees in the approximate amount of $22,633.50 in connection with its pending motion for sanctions. Together with the total approximated in my February 27 Declaration, the total fees incurred by Weather King in connection with the motion for sanctions, not including expenses, is $180,507.00.

2.      A true and correct copy of redacted invoices reflecting these additional fees is attached hereto as Exhibit A.  Fees in the amount of $13,190.00 incurred in connection with the motion for sanctions that were entered in our accounting system after February 24, 2025, but that includes time entries from February 20 through February 28 are included the total in paragraph 1 above, but the supporting invoice for all of February 2025 is included in Plaintiff's Notice of Filing [Doc. 198] at Exhibit 1 [Doc. 198-1] at page 78. These $13,190.00 in fees were not included in the approximate total of $167,000 listed in my February 27, 2025 Declaration.

3.      Additionally, in February of 2025, Repario charged Weather King $2,000.00 to archive the forensic collection data and that same month began charging Weather King a recurring $250.00 per month fee for archive data storage.  True and correct copies of the invoices from February and March (showing both the archival fee and the recurring storage fees) are attached hereto as Exhibit B.

4.      The aforementioned fees and expenses were reasonable and necessary in connection with Plaintiff's pursuit of its claims against Defendants and in connection with the tasks referenced in Paragraph 9 of my February 27, 2025 Declaration.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

_____
David L. Johnson

Date:   May 8, 2025

# EXHIBIT A

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC                    **Invoice Number:** 10470182
**Matter Number:** 058422.231887                           **Invoice Date:** April 7, 2025
**Billing Professional:** David L. Johnson                 **DUE UPON RECEIPT**

If paying by check, please remit payment to Butler Snow LLP at the address noted above.
Credit card payments can be made online at https://www.butlersnow.com/payments.

Tim  Boyd
Consolidated Industries, LLC
tboyd@pmbrentals.com
jillcoker@consolidatedbuildings.com
295 Jim Adams Dr., Ste. A
Paris, TN  38242

**Matter:** Breach of Legal Obligations

<u>**INVOICE SUMMARY**</u>

For Services Rendered Through March 31, 2025

**TOTAL FEES FOR CURRENT PERIOD**

**TOTAL EXPENSES FOR CURRENT PERIOD**

**TOTAL FEES AND EXPENSES**

**TOTAL AMOUNT DUE**



*Please reference matter and invoice number(s) with payment.*          Tax I.D. 64-0331849

FOCUS | TEAMWORK | INNOVATION | SERVICE | EXPERIENCE | VALUE | RESPONSIVENESS
www.butlersnow.com | LAW <u>ELEVATED</u>

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10470182
**Invoice Date:** April 7, 2025

**Matter:** Breach of Legal Obligations

## INVOICE DETAIL

**PROFESSIONAL FEES**



| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 02/26/25 | DLJ | Preparation of motion for sanctions and supporting documents. | 2.50 |
| 03/06/25 | JHD | Work on sanctions motion invoice redactions. | 0.70 |
| 03/07/25 | JHD | ; work on sanctions invoice redactions. | 0.6 |
| 03/10/25 | JEFB | Work on redactions of invoices. | 3.60 |
| 03/11/25 | JEFB | Work on redactions of invoices. | 3.20 |
| 03/20/25 | JHD | Work on finalize sanctions motion invoice redactions. | 3.50 |

# BUTLER | SNOW

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| ██ | ██ | ██████████████████████ | ██ |
| ██ | ██ | ██████████████████ | ██ |
| ██ | ██ | ████████████████████ | ██ |
| 03/28/25 | JHD | Revise response in opposition to ABCO's second motion for extension of time to file response to motion for sanctions. | 0.40 |
| 03/28/25 | DLJ | Preparation of response to motion for extension. | 0.70 |
| ██ | ██ | ███████████████████ | |
| ██ | ██ | ████████████████ | |



### Rate Summary

| PROFESSIONAL | HOURS | | RATE | TOTAL |
|--------------|-------|---|------|-------|
| ███████ | ██ | hours at | $450.00 | ██ |
| David L. Johnson | | hours at | $450.00 | |
| John H. Dollarhide | | hours at | $445.00 | |
| Jeff Baum | 6.80 | hours at | $265.00 | $1,802.00 |
| **Subtotal:** | ██ | | | ██ |



**EXPENSES**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | | |





Consolidated Industries, LLC
**Invoice Number:** 10470182
**Invoice Date:** April 7, 2025
Page: 3

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC

**Matter Number:** 058422.231887

**Billing Professional:** David L. Johnson

**Invoice Number:** 10474466

**Invoice Date:** May 7, 2025

**DUE UPON RECEIPT**

If paying by check, please remit payment to Butler Snow LLP at the address noted above.
Credit card payments can be made online at https://www.butlersnow.com/payments.

Tim  Boyd
Consolidated Industries, LLC
tboyd@pmbrentals.com
jillcoker@consolidatedbuildings.com
295 Jim Adams Dr., Ste. A
Paris, TN  38242

**Matter:**  Breach of Legal Obligations

## <u>INVOICE SUMMARY</u>

For Services Rendered Through April 30, 2025

**TOTAL FEES FOR CURRENT PERIOD**

**TOTAL EXPENSES FOR CURRENT PERIOD**

**TOTAL FEES AND EXPENSES**

**TOTAL AMOUNT DUE**



*Please reference matter and invoice number(s) with payment.*    Tax I.D. 64-0331849

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10474466
**Invoice Date:** May 7, 2025

**Matter:** Breach of Legal Obligations

## INVOICE DETAIL

**PROFESSIONAL FEES**



| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 04/17/25 | DLJ | review of response to motion for sanctions (0.6). | |

# BUTLER | SNOW

Consolidated Industries, LLC
**Invoice Number:** 10474466
**Invoice Date:** May 7, 2025
Page: 2

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 04/28/25 | DLJ | Preparation of reply brief supporting motion for sanctions. | 3.10 |
| 04/28/25 | DWV | Work on reply memo in support of sanctions. | 0.80 |
| 04/29/25 | JHD | Work on revisions to reply brief in support of motion for sanctions. | 1.70 |
| 04/29/25 | DLJ | Continued preparation of reply brief supporting motion for sanctions and supporting documents. | 2.20 |



### Rate Summary

| PROFESSIONAL | HOURS | | RATE | TOTAL |
|--------------|-------|---|------|-------|
| Daniel W. Van Horn | | hours at | $595.00 | |
| David L. Johnson | | hours at | $450.00 | |
| John H. Dollarhide | | hours at | $445.00 | |
| **Subtotal:** | | | | |





Consolidated Industries, LLC
**Invoice Number:** 10474466
**Invoice Date:** May 7, 2025
Page: 3

# EXHIBIT B

# TERIS
### A REPARIO COMPANY

**11333 N Scottsdale Road
Suite 294
Scottsdale, AZ 85254**

# INVOICE

| | |
|---|---|
| Invoice Number | TNY-05322 |
| Payment Terms | Net 30 |
| Invoice Date | 02/28/2025 |
| Due Date | 03/30/2025 |

**Invoice To:**

**Butler Snow LLP – Nashville**
150 3rd Avenue South, Suite 1600
Nashville, TN  37201
United States

**Matter Name:    Consolidated    Industries    LLC    ("Weather    Order Number:
King") v. Maupin, et al (COLD STORAGE)**

| Description | Unit | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| **Relativity hosting per GB and access fee**<br>BUTLER SNOW - WEATHER KING - REVIEW [NEARLINE] | GB | 2044.3158 | $0.0000 | $0.00 |
| **Archive Data storage to external hard drive (PM time, HDD, Shipping)**<br>ARM<br>Robin Figiel | Item | 1 | $2,000.00 | $2,000.00 |
| **Data storage moved to cold storage for long-term retention**<br>Monthly Cold Storage<br>Kim Hoffman | GB | 250 | $1.00 | $250.00 |

**(T) Subject to Sales Tax**

| | |
|---|---|
| Subtotal | $2,250.00 |
| Tax | $0.00 |
| Total | $2,250.00 |

**ACH Payments**
Account Holder: Repario Data LLC
Account Type: Commercial Checking - Santander Bank
Routing Number: ███2691
Account Number: ███1551

**Remittance Address**
Repario Data
P.O. Box 12891
Philadelphia, PA 19176

**For questions about your invoice, contact Accounts Receivable at Billing@repariodata.com.**



**11333 N Scottsdale Road**
**Suite 294**
**Scottsdale, AZ 85254**

# INVOICE

**Invoice To:**

**Butler Snow LLP – Nashville**
150 3rd Avenue South, Suite 1600
Nashville, TN  37201
United States

| | |
|---|---|
| Invoice Number | TNY-06079 |
| Payment Terms | Net 30 |
| Invoice Date | 03/31/2025 |
| Due Date | 04/30/2025 |

**Matter Name:    Consolidated    Industries    LLC    ("Weather King") v. Maupin, et al (COLD STORAGE)**    **Order Number:    Consolidated    Industries    LLC ("Weather King") v. Maupin, et al.**

| Description | Unit | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| **Data storage moved to cold storage for long-term retention** BUTLER SNOW - WEATHER KING - REVIEW [NEARLINE] 03/27/2025 | GB | 1 | $250.00 | $250.00 |

**(T) Subject to Sales Tax**

| | |
|---|---|
| Subtotal | $250.00 |
| Tax | $0.00 |
| Total | $250.00 |

**ACH Payments**
Account Holder: Repario Data LLC
Account Type: Commercial Checking - Santander Bank
Routing Number: ▮▮▮2691
Account Number: ▮▮▮1551

**Remittance Address**
Repario Data
P.O. Box 12891
Philadelphia, PA 19176

**For questions about your invoice, contact Accounts Receivable at Billing@repariodata.com.**