# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC ) <br> d/b/a WEATHER KING PORTABLE ) <br> BUILDINGS, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JESSE A. MAUPIN, BARRY D. ) <br> HARRELL, ADRIAN S. HARROD, ) <br> LOGAN C. FEAGIN, STEPHANIE L. ) <br> GILLESPIE, RYAN E. BROWN, DANIEL ) <br> J. HERSHBERGER, BRIAN L. LASSEN, ) <br> ALEYNA LASSEN, and AMERICAN ) <br> BARN CO., LLC, ) <br> ) <br>    Defendants. ) | Civil Action No. 1:22-cv-01230-STA-jay |

## ORDER GRANTING JOINT MOTION FOR EXTENSION

Before the Court is the parties' Joint Motion to Extend Expert Deposition and Rule 702/Daubert Motion Deadlines. For good cause shown, the Motion is **GRANTED**. The deadline for Expert Witness Depositions is extended to June 27, 2025, and the deadline to file Motion to Exclude Experts Under F.R.E. 702/*Daubert* Motions set forth in the Fourth Amended Scheduling Order [Doc. 150] is extended to July 18, 2025.

**IT IS SO ORDERED**.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: May 15, 2025