# EXHIBIT 2

Expert Report of
Brian W. Napper

# TO BE FILED SEPARATELY UNDER SEAL