# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC ) <br> d/b/a WEATHER KING PORTABLE ) <br> BUILDINGS, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JESSE A. MAUPIN, BARRY D. ) <br> HARRELL, ADRIAN S. HARROD, ) <br> LOGAN C. FEAGIN, STEPHANIE L. ) <br> GILLESPIE, RYAN E. BROWN, DANIEL ) <br> J. HERSHBERGER, BRIAN L. LASSEN, ) <br> ALEYNA LASSEN, and AMERICAN ) <br> BARN CO., LLC, ) <br> ) <br>     Defendants. ) | Civil Action No. 1:22-cv-01230-STA-jay <br><br> Chief Judge S. Thomas Anderson |

## DECLARATION OF DAVID L. JOHNSON

1. As it relates to each of the Defendants who are represented by legal counsel, they were deposed on the following days: Jesse Maupin and American Barn Co. LLC—January 14-15, 2025; Barry Harrell and Adrian Harrod—February 11, 2025; Logan Feagin—February 12, 2025; Ryan Brown and Daniel Hershberger—May 15, 2025; and Stephanie Gillespie—May 20, 2025.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

_____
David L. Johnson

Date:   June 5, 2025