# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC ) <br> d/b/a WEATHER KING PORTABLE ) <br> BUILDINGS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JESSE A. MAUPIN, BARRY D. ) <br> HARRELL, ADRIAN S. HARROD, ) <br> LOGAN C. FEAGIN, STEPHANIE L. ) <br> GILLESPIE, RYAN E. BROWN, DANIEL ) <br> J. HERSHBERGER, BRIAN L. LASSEN, ) <br> ALEYNA LASSEN, and AMERICAN ) <br> BARN CO., LLC, ) <br> ) <br> Defendants. ) | Civil Action No. 1:22-cv-01230-STA-jay <br><br> Chief Judge S. Thomas Anderson |

## NOTICE OF FILING

Plaintiff hereby provides notice of the filing of the following in in further support of its Motion for Sanctions (Doc. 185):

1. Excerpts of the May 15, 2025, Deposition of Defendant Ryan Brown, including Exhibits 2 (excerpted) and 5 thereto, filed herewith as Collective Exhibit A;

2. Excerpts of the May 16, 2025, Deposition of Defendant Daniel Hershberger, including Exhibits 2 (excerpted), 8, 9, and 29 thereto, filed herewith as Collective Exhibit B; and

3. Excerpts of the May 20, 2025, Deposition of Defendant Stephanie Gillespie, including Exhibits 4 (excerpted) and 8 thereto, filed herewith as Collective Exhibit C.

Respectfully submitted,

/s/  David L. Johnson
David L. Johnson,  BPR #18732
John H. Dollarhide, BPR #40041
BUTLER SNOW LLP
The Neuhoff Building
1320 Adams Street, Suite 1400
Nashville, TN   37208
Telephone: (615) 651-6700
Fax:  (615) 651-6701
david.johnson@butlersnow.com
john.dollarhide@butlersnow.com

Daniel W. Van Horn, BPR #18940
6075 Poplar Ave., Suite 500
Memphis, TN 38119
Telephone: (901) 680-7200
Fax: (901) 680-7201
Danny.VanHorn@butlersnow.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2025, I filed the foregoing Notice with the Court using the ECF system, which will provide notice and a copy to counsel of record:

Thomas G. Pasternak
Benjamin S. Morrell
TAFT STETTINIUS &HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
Telephone: (312) 527-4000
Facsimile: (312) 527-4011
tpasternak@taftlaw.com
bmorrell@taftlaw.com
*Attorneys for Defendants*

And to the following via U.S. Mail and email.

Brian L. Lassen
Aleyna Lassen

2

1405 N. Fort Grant Road
Willcox, AZ 85643
willcoxbuildings@pm.me

　　　　　　　　　　　　　　　　　　　*/s/  David L. Johnson*
　　　　　　　　　　　　　　　　　　　David L. Johnson

93527109.v1