# Exhibit A



UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TENNESSEE

EASTERN DIVISION

CONSOLIDATED INDUSTRIES, LLC d/b/a WEATHER KING

PORTABLE BUILDINGS,

    Plaintiff,

v.                    Civil Action No. 1:22-cv-01230

JESSE A. MAUPIN, BARRY D. HARRELL, ADRIAN S. HARROD,

LOGAN C. FEAGIN, STEPHANIE L. GILLESPIE, RYAN E.

BROWN, DANIEL J. HERSHBERGER, BRIAN L. LASSEN,

ALEYNA LASSEN, and AMERICAN BARN CO., LLC,

    Defendants.

_____

VIDEOTAPED DEPOSITION OF

SCOTT BERRYMAN

TAKEN ON

WEDNESDAY, MAY 7, 2025

10:01 A.M.

BUTLER SNOW LLP

1320 ADAMS STREET, SUITE 1400

NASHVILLE, TENNESSEE 37208



(800) 528-3335   NAEGELI DEPOSITION & TRIAL  Established 1980   NAEGELIUSA.COM

```
 1   to be the same as the first one?
 2              MR. PASTERNAK:  Yes, please.
 3              MR. JOHNSON:  Same for -- same for us too.
 4              THE REPORTER:  And Mr. Johnson, I just
 5   want to reiterate.  You did not want roughs as well?
 6              MR. JOHNSON:  Pardon me?
 7              THE REPORTER:  You don't want roughs as
 8   well?
 9              MR. JOHNSON:  Correct, and we'll waive
10   signatures on both of those.
11              (WHEREUPON, the deposition of SCOTT
12   BERRYMAN concluded at 11:08 a.m.)
13
14
15
16
17
18
19
20
21
22
23
24
25
```