# Exhibit B

## Morrell, Benjamin S.

| | |
|---|---|
| **From:** | Morrell, Benjamin S. |
| **Sent:** | Wednesday, May 7, 2025 4:54 PM |
| **To:** | David Johnson; John Dollarhide; Danny Van Horn |
| **Cc:** | Pasternak, Thomas; Wellhausen, Elizabeth; Ahmed, Nasir |
| **Subject:** | Weather King v. Maupin - Expert disclosures |
| **Attachments:** | Expert Witness Disclosure – Napper (Weather King v. Maupin).pdf |

Attached please find the ABCO Defendants' expert disclosures.