UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC d/b/a WEATHER KING PORTABLE BUILDINGS,<br><br>        Plaintiff,<br><br>v.<br><br>JESSE A. MAUPIN, et al.<br><br>        Defendants. | No. 1:22-cv-01230-STA-jay |

### ORDER GRANTING THE ABCO DEFENDANTS' MOTION
### FOR LEAVE TO FILE REPLY BRIEF

Before the Court is the motion of Defendants Jesse A. Maupin, Barry D. Harrell, Adrian S. Harrod, Logan C. Feagin, Stephanie L. Gillespie, Ryan E. Brown, Daniel J. Hershberger, and American Barn Co., LLC (the "ABCO Defendants") for leave to file a reply brief in support of their motion to amend their answer and affirmative defenses to the First Amended Complaint, pursuant to Local Rule 7.2(c). The Court finds that the motion is well taken and is therefore **GRANTED**. For the sake of clarity, Defendants should refile their proposed reply brief and its exhibits as a new docket entry.

    **IT IS SO ORDERED**.

                                                       s/ S. Thomas Anderson
                                                       S. THOMAS ANDERSON
                                                       UNITED STATES DISTRICT JUDGE

                                                        Date: June 13, 2025