# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC ) <br> d/b/a WEATHER KING PORTABLE ) <br> BUILDINGS, ) <br>  ) <br>    Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> JESSE A. MAUPIN, BARRY D. ) <br> HARRELL, ADRIAN S. HARROD, ) <br> LOGAN C. FEAGIN, STEPHANIE L. ) <br> GILLESPIE, RYAN E. BROWN, DANIEL ) <br> J. HERSHBERGER, BRIAN L. LASSEN, ) <br> ALEYNA LASSEN, and AMERICAN ) <br> BARN CO., LLC, ) <br>  ) <br>    Defendants. ) | Civil Action No. 1:22-cv-01230-STA-jay <br><br> Chief Judge S. Thomas Anderson |

## PLAINTIFF'S MOTION TO EXCLUDE CERTAIN OPINIONS OF ABCO DEFENDANTS' EXPERT, BRIAN W. NAPPER

Pursuant to Fed. R. Evid. 702. as interpreted by *Daubert v. Merrell Dow Pharma., Inc.*, 509 U.S. 579 (1993), and its progeny, Plaintiff respectfully requests that the Court prevent defense expert Brian W. Napper from testifying to the jury that Plaintiff failed to mitigate its damages. As grounds for this motion, Plaintiff submits that Napper's opinions on this issue are irrelevant, he is unqualified to offer them, and his opinions are unreliable. In support of this motion, Defendants have filed herewith a memorandum of law as well as the following exhibits:

1. Expert Report of Brian W. Napper, dated May 7, 2025 (with only Appendix A included), filed herewith (under seal) as Exhibit 1;

2. Excerpts of the May 21, 2025 Deposition of Jill Coker, filed herewith as Exhibit 2;

3. Excerpts of Napper's June 10, 2025 deposition, filed herewith as Exhibit 3;

4. January 12, 2022 text message correspondence involving Defendant Jesse Maupin and Wade Etherton, filed herewith as Exhibit 4;

5. March 3, 2022 text message correspondence involving Maupin, Defendant Barry Harrell and Wade Etherton, filed herewith as Exhibit 5;

6. Excerpts of Maupin's January 14-15 deposition, filed herewith as Exhibit 6;

7. May 31, 2022 text message correspondence involving Maupin and Mark Lovell, filed herewith as Exhibit 7;

8. Defendant Brian Lassen's Response to Plaintiff's Second Set of Interrogatories, filed herewith as Exhibit 8; and

9. Excerpts of the May 15, 2025 Deposition of Defendant Ryan Brown, filed herewith as Exhibit 9.

Respectfully submitted,

*/s/ David L. Johnson*
David L. Johnson, BPR #18732
John H. Dollarhide, BPR #40041
BUTLER SNOW LLP
The Neuhoff Building
1320 Adams Street, Suite 1400
Nashville, TN 37208
Telephone: (615) 651-6700
Fax: (615) 651-6701
david.johnson@butlersnow.com
john.dollarhide@butlersnow.com

Daniel W. Van Horn, BPR #18940
6075 Poplar Ave., Suite 500
Memphis, TN 38119
Telephone: (901) 680-7200
Fax: (901) 680-7201
Danny.VanHorn@butlersnow.com

*Attorneys for Plaintiff*

## CERTIFICATE OF COUNSEL

In accordance with Local Rule 7.2(a)(1)(B), I certify that I conferred with Attorney Thomas Pasternak via email on June 20, 2025, and that the motion is opposed due to lack of agreement.

/s/ David L. Johnson
David L. Johnson

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2025, I filed the foregoing Notice with the Court using the ECF system, which will provide notice and a copy to counsel of record:

Thomas G. Pasternak
Benjamin S. Morrell
TAFT STETTINIUS &HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
Telephone: (312) 527-4000
Facsimile: (312) 527-4011
tpasternak@taftlaw.com
bmorrell@taftlaw.com
*Attorneys for Defendants*

And to the following via U.S. Mail and email.

Brian L. Lassen
Aleyna Lassen
1405 N. Fort Grant Road
Willcox, AZ 85643
willcoxbuildings@pm.me

/s/ David L. Johnson
David L. Johnson

94133684.v1

3