# Exhibit 1

Exhibit 1 to Plaintiffs' Motion to Exclude Certain Options of ABCO Defendants' Expert, Brian Napper will be filed under seal.