# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC d/b/a WEATHER KING PORTABLE BUILDINGS,<br><br>Plaintiff,<br><br>v.<br><br>JESSE A. MAUPIN, BARRY D. HARRELL, ADRIAN S. HARROD, LOGAN C. FEAGIN, STEPHANIE L. GILLESPIE, RYAN E. BROWN, DANIEL J. HERSHBERGER, BRIAN L. LASSEN, ALEYNA LASSEN, and AMERICAN BARN CO., LLC,<br><br>Defendants. | Civil Action No. 1:22-cv-01230-STA-jay<br><br>District Judge Anderson<br><br>Magistrate Judge York |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO EXCLUDE CERTAIN OPINIONS OF THE ABCO DEFENDANTS' EXPERT WITNESS

Defendants Jesse A. Maupin, Barry D. Harrell, Adrian S. Harrod, Logan C. Feagin, Stephanie L. Gillespie, Ryan E. Brown, Daniel J. Hershberger, and American Barn Co., LLC (the "ABCO Defendants"), by and through their undersigned counsel, respectfully move this Court for a seven-day extension of time to respond to Plaintiff's Motion to Exclude Certain Opinions of ABCO Defendants' Expert, Brian W. Napper (D.E. 227). Counsel have conferred and this motion is unopposed.

The current deadline for the ABCO Defendants' response is Monday, July 7. The ABCO Defendants request this brief extension due to the upcoming federal holiday for Independence Day and in order to facilitate settlement negotiations between the parties. For these reasons, the Court

should grant this unopposed motion and extend by seven days the deadline for the ABCO Defendants to respond to Plaintiff's Motion to Exclude Certain Opinions of ABCO Defendants' Expert, Brian W. Napper, up to and including July 14, 2025.

Date: July 2, 2025

Respectfully submitted,

/s/ *Benjamin S. Morrell*
Thomas G. Pasternak (admitted pro hac vice)
Benjamin S. Morrell (TBPR No. 35480)
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
Telephone: (312) 527-4000
Facsimile: (312) 527-4011
tpasternak@taftlaw.com
bmorrell@taftlaw.com

*Counsel for Defendants Maupin, Harrell, Harrod, Feagin, Gillespie, Brown, Hershberger, and American Barn Co., LLC*

## CERTIFICATE OF CONSULTATION

In accordance with Local Rule 7.2(a)(1)(B), I certify that counsel for the ABCO Defendants conferred with counsel for Plaintiff via email on July 1, 2025, regarding this stipulation, and Plaintiff's counsel stated that Plaintiff agrees to an extension until July 14, 2025 for the ABCO Defendants to respond to Plaintiff's Motion to Exclude Certain Opinions of ABCO Defendants' Expert, Brian W. Napper.

Date: July 2, 2025

*/s/ Benjamin S. Morrell*

## CERTIFICATE OF SERVICE

      I hereby certify that on the date listed below, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF filing system, which will send notice of such filing to all counsel of record. I further certify that on the date listed below, I sent the foregoing document to the following individuals at the address listed below via U.S. Mail first-class, postage prepaid, and via email at the email address listed below:

Aleyna Lassen
Brian L. Lassen
1405 N. Fort Grant Road
Willcox, AZ 85643
willcoxbuildings@pm.me

Date: July 2, 2025

                                              /s/ *Benjamin S. Morrell*