## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

CONSOLIDATED INDUSTRIES, LLC
d/b/a WEATHER KING PORTABLE
BUILDINGS,

             Plaintiff,

v.                                     Case No. 1:22-cv-01230-STA-jay

JESSE A. MAUPIN, BARRY D.
HARRELL, ADRIAN S. HARROD,
LOGAN C. FEAGIN, STEPHANIE L.
GILLESPIE, RYAN E. BROWN, DANIEL
J. HERSHBERGER, BRIAN L. LASSEN,
ALEYNA LASSEN, and AMERICAN
BARN CO., LLC,

             Defendants.

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

Before the Court is the unopposed motion of Defendants Jesse A. Maupin, Barry D.
Harrell, Adrian S. Harrod, Logan C. Feagin, Stephanie L. Gillespie, Ryan E. Brown, Daniel J.
Hershberger, and American Barn Co., LLC (the "ABCO Defendants") for an extension of time to
respond to Plaintiffs' Motion to Exclude Certain Opinions of ABCO Defendants' Expert, Brian
W. Napper. For good cause shown, the Motion is **GRANTED**.

The ABCO Defendants shall file their response to Plaintiffs' Motion to Exclude Certain
Opinions of ABCO Defendants' Expert, Brian W. Napper on or before July 14, 2025.

      **IT IS SO ORDERED.**

                                 **s/ S. Thomas Anderson**
                                 S. THOMAS ANDERSON
                                 UNITED STATES DISTRICT JUDGE

                                 Date: July 2, 2025