**Ok. IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

**CONSOLIDATED INDUSTRIES, LLC d/b/a WEATHER KING PORTABLE BUILDINGS,**

**Plaintiff,**

**v.**

**JESSE A. MAUPIN, BARRY D. HARRELL, ADRIAN S. HARROD, LOGAN C. FEAGIN, STEPHANIE L. GILLESPIE, RYAN E. BROWN, DANIEL J. HERSHBERGER, BRIAN L. LASSEN, ALEYNA LASSEN, and AMERICAN BARN CO., LLC,**

**Defendants.**

**Civil Action No. 1:22-cv-01230-STA-jay**

**Chief Judge S. Thomas Anderson**

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION**

Plaintiff respectfully requests a 10-day extension from July 8, 2025, until July 18, 2025, in which to respond to the ABCO Defendants' motion to bifurcate (ECF No. 230). As grounds for this motion, Plaintiff submits that an extension is warranted because of the vacation schedule of its counsel, because the parties' counsel have been conferring regarding the implications of the Court's recent sanctions order (ECF No. 233) as it relates to the ABCO Defendants' motion to bifurcate, and because no prejudice will ensue from a brief extension. Plaintiff, through counsel, has conferred with the ABCO Defendants, who do not oppose this motion.

Respectfully submitted,

*/s/ David L. Johnson*
David L. Johnson, BPR #18732
John H. Dollarhide, BPR #40041
BUTLER SNOW LLP

The Neuhoff Building
1320 Adams Street, Suite 1400
Nashville, TN 37208
Telephone: (615) 651-6700
Fax: (615) 651-6701
david.johnson@butlersnow.com
john.dollarhide@butlersnow.com

Daniel W. Van Horn, BPR #18940
6075 Poplar Ave., Suite 500
Memphis, TN 38119
Telephone: (901) 680-7200
Fax: (901) 680-7201
Danny.VanHorn@butlersnow.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2025, I filed the foregoing Motion with the Court using the ECF system, which will provide notice and a copy to counsel of record:

Thomas G. Pasternak
Benjamin S. Morrell
TAFT STETTINIUS &HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
Telephone: (312) 527-4000
Facsimile: (312) 527-4011
tpasternak@taftlaw.com
bmorrell@taftlaw.com
*Attorneys for Defendants*

And to the following via U.S. Mail and email.

Brian L. Lassen
Aleyna Lassen
1405 N. Fort Grant Road
Willcox, AZ 85643
willcoxbuildings@pm.me

*/s/ David L. Johnson*
David L. Johnson

94293257.v1