IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC ) <br> d/b/a WEATHER KING PORTABLE ) <br> BUILDINGS, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JESSE A. MAUPIN, BARRY D. ) <br> HARRELL, ADRIAN S. HARROD, ) <br> LOGAN C. FEAGIN, STEPHANIE L. ) <br> GILLESPIE, RYAN E. BROWN, DANIEL ) <br> J. HERSHBERGER, BRIAN L. LASSEN, ) <br> ALEYNA LASSEN, and AMERICAN ) <br> BARN CO., LLC, ) <br> ) <br>     Defendants. ) | Civil Action No. 1:22-cv-01230-STA-jay |

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION

Before the Court is Plaintiff's Unopposed Motion for Extension (ECF No. 235) as it relates to responding to the ABCO Defendants' Motion to Bifurcate Trial and Jury (ECF No. 230). For good cause shown, the Motion is **GRANTED**. Plaintiff's response is now due on or before July 18, 2025.

**IT IS SO ORDERED**.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: July 8, 2025