IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC ) <br> d/b/a WEATHER KING PORTABLE ) <br> BUILDINGS, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JESSE A. MAUPIN, BARRY D. ) <br> HARRELL, ADRIAN S. HARROD, ) <br> LOGAN C. FEAGIN, STEPHANIE L. ) <br> GILLESPIE, RYAN E. BROWN, DANIEL ) <br> J. HERSHBERGER, BRIAN L. LASSEN, ) <br> ALEYNA LASSEN, and AMERICAN ) <br> BARN CO., LLC, ) <br> ) <br>     Defendants. ) | Civil Action No. 1:22-cv-01230-STA-jay |

---

**ORDER DENYING DEFENDANTS' MOTION TO BIFURCATE TRIAL AND JURY AS MOOT**

---

Before the Court is Defendants Jesse A. Maupin, Barry D. Harrell, Adrian S. Harrod, Logan C. Feagin, Stephanie L. Gillespie, Ryan E. Brown, Daniel J. Hershberger, and American Barn Co., LLC's (the "ABCO Defendants") Motion to Bifurcate Trial and Jury (ECF No. 230) filed June 24, 2025. On July 8, 2025, the ABCO Defendants filed notice with the Court of their withdrawal of the Motion. Under the circumstances, the Motion is **DENIED** as moot.

    **IT IS SO ORDERED**.

                                                    s/ S. Thomas Anderson
                                                    S. THOMAS ANDERSON
                                                    UNITED STATES DISTRICT JUDGE

                                                    Date: July 8, 2025