# Exhibit B

CONFIDENTIAL

# UNITED STATED DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC d/b/a WEATHER KING PORTABLE BUILDINGS,<br><br>        Plaintiff,<br><br>v.<br><br>JESSE A. MAUPIN, BARRY D. HARRELL, ADRIAN S. HARROD, LOGAN C. FEAGIN, STEPHANIE L. GILLESPIE, RYAN E. BROWN, DANIEL J. HERSHBERGER, and AMERICAN BARN CO., LLC,<br><br>        Defendants, | Civil Action No. 1:22-cv-01230-STA-jay |

## EXPERT REPORT OF BRIAN W. NAPPER

Dated: May 7, 2025

_____