# Exhibit C

| | |
|---|---|
| **From:** | John Dollarhide |
| **To:** | Pasternak, Thomas |
| **Cc:** | Morrell, Benjamin S.; Wellhausen, Elizabeth; Ahmed, Nasir; David Johnson |
| **Subject:** | FW: Consolidated Industries, LLC d/b/a Weather King Portable Buildings v. Jesse A. Maupin, et al.; USDC Western District of TN, Civil Action No. 1:22-cv-01230-STA-jay [IWOV-BUTLERSNOW.FID7205535] |
| **Date:** | Wednesday, June 25, 2025 7:10:15 AM |
| **Attachments:** | Consolidated Industries LLC Rebuttal Report.pdf |

Tom, this email below and the attachment show where you were served a copy of the rebuttal report on June 16.

John Dollarhide
Butler Snow LLP
615-651-6782

**From:** Claire Flippin <Claire.Flippin@butlersnow.com>
**Sent:** Monday, June 16, 2025 3:35 PM
**To:** 'TPasternak@taftlaw.com' <TPasternak@taftlaw.com>; 'BMorrell@taftlaw.com' <BMorrell@taftlaw.com>; 'willcoxbuildings@pm.me' <willcoxbuildings@pm.me>
**Cc:** John Dollarhide <John.Dollarhide@butlersnow.com>; David Johnson <David.Johnson@butlersnow.com>; Danny Van Horn <Danny.VanHorn@butlersnow.com>
**Subject:** Consolidated Industries, LLC d/b/a Weather King Portable Buildings v. Jesse A. Maupin, et al.; USDC Western District of TN, Civil Action No. 1:22-cv-01230-STA-jay [IWOV-BUTLERSNOW.FID7205535]

Good afternoon,

Please see attached.

Thank you,

**Claire Flippin**
*Legal Administrative Assistant, LTC4 Certified*
**Butler Snow LLP**

D: (615) 651-6665 | F: (615) 651-6701
1320 Adams Street, Suite 1400, Nashville, TN 37208
Claire.Flippin@butlersnow.com | vCard

X (Twitter) | LinkedIn | Facebook | YouTube

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you

for your cooperation.