# Exhibit D

**Morrell, Benjamin S.**

| | |
|---|---|
| **From:** | Ahmed, Nasir <NAhmed@taftlaw.com> |
| **Sent:** | Wednesday, June 4, 2025 1:09 PM |
| **To:** | david.johnson@butlersnow.com; john.dollarhide@butlersnow.com; sharron.couch@butlersnow.com; willcoxbuildings@pm.me |
| **Cc:** | Pasternak, Thomas; Morrell, Benjamin S.; Wellhausen, Elizabeth |
| **Subject:** | FW: Weather King v. Maupin, et al. – Notice of Deposition of Douglas Southard |
| **Attachments:** | American Barn Co.'s Notice of Deposition Douglas Southard.pdf |

Good Afternoon,

Please find attached the Notice of Deposition of Douglas Southard, for June 26, 2025 at 9:00 am (CST). The deposition is to be taken at the office of Butler Snow, LLP at the following address: 1320 Adams Street, Suite 1400, Nashville, Tennessee 37208.

# Nasir Ahmed
Attorney



2555 E. Camelback Road
Suite 1050, Phoenix, AZ 85016
Direct: 602.240.3014  |  Office: 602.240.3000  |  Email: NAhmed@taftlaw.com

**Sherman & Howard has joined Taft.**  |  **Effective January 1, 2025. Learn more here.**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Ahmed, Nasir
**Sent:** Wednesday, June 4, 2025 11:07 AM
**To:** david.johnson@butlersnow.com; john.dollarhide@butlersnow.com; sharron.couch@butlersnow.com; willcovxbuildings@pm.me
**Cc:** Pasternak, Thomas <tpasternak@taftlaw.com>; Morrell, Benjamin S. <bmorrell@taftlaw.com>; Wellhausen, Elizabeth <ewellhausen@taftlaw.com>
**Subject:** Weather King v. Maupin, et al. – Notice of Deposition of Douglas Southard

Good Afternoon,

Please find attached the Notice of Deposition of Douglas Southard, for June 26, 2025 at 9:00 am (CST). The deposition is to be taken at the office of Butler Snow, LLP at the following address: 1320 Adams Street, Suite 1400, Nashville, Tennessee 37208.

# Nasir Ahmed
Attorney



2555 E. Camelback Road
Suite 1050, Phoenix, AZ 85016
Direct: 602.240.3014  |  Office: 602.240.3000  |  Email: NAhmed@taftlaw.com

**Sherman & Howard has joined Taft.** | **Effective January 1, 2025. Learn more here.**

---

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC d/b/a WEATHER KING PORTABLE BUILDINGS,<br><br>  Plaintiff,<br><br>v.<br><br>JESSE A. MAUPIN, BARRY D. HARRELL, ADRIAN S. HARROD, LOGAN C. FEAGIN, STEPHANIE L. GILLESPIE, RYAN E. BROWN, DANIEL J. HERSHBERGER, BRIAN L. LASSEN, ALEYNA LASSEN, and AMERICAN BARN CO., LLC,<br><br>  Defendants. | Civil Action No. 1:22-cv-01230-STA-jay<br><br>District Judge Anderson<br><br>Magistrate Judge York |

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE THAT** Defendants will take the deposition of **Douglas Southard**, on **June 26, 2025 at 9:00 am (CST)**, at the office of Butler Snow, LLP located at 1320 Adams Street, Suite 1400, Nashville, Tennessee 37208. The deposition will be taken before a notary public, or other person authorized under law to administer oaths with respect to evidence and material necessary to the prosecution and defense of this action. The deposition will be stenographically and videographically recorded, and will continue until completed.

Date: June 4, 2025

By: */s/ Thomas G. Pasternak*
Thomas G. Pasternak (admitted pro hac vice)
Benjamin S. Morrell (TBPR No. 35480)
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
Telephone: (312) 527-4000
Facsimile: (312) 527-4011
tpasternak@taftlaw.com
bmorrell@taftlaw.com

173270480.1

133762877v1

*Counsel for Defendants Maupin, Harrell, Harrod, Feagin, Gillespie, Brown, Hershberger, and American Barn Co., LLC*

2

133762877v1

173270480.1

**CERTIFICATE OF SERVICE**

I certify that on the date listed below, a true and correct copy of the foregoing document was served upon the following individuals and counsel via email and U.S. Mail, First-Class, postage prepaid:

Aleyna Lassen
Brian L. Lassen
1405 N. Fort Grant Road
Willcox, AZ 85643
willcoxbuildings@pm.me


David L. Johnson, #18732
John H. Dollarhide, #40041
BUTLER SNOW LLP
150 3rd Avenue South, Suite 1600
Nashville, TN 37201
Telephone: (615) 651-6700
Fax: (615) 651-6701
david.johnson@butlersnow.com
john.dollarhide@butlersnow.com

Date: June 4, 2025                              By: */s/ Thomas G. Pasternak*
                                                        Thomas G. Pasternak

133762877v1

173270480.1