IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC ) <br> d/b/a WEATHER KING PORTABLE ) <br> BUILDINGS, ) <br>  ) <br>    Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> JESSE A. MAUPIN, BARRY D. ) <br> HARRELL, ADRIAN S. HARROD, ) <br> LOGAN C. FEAGIN, STEPHANIE L. ) <br> GILLESPIE, RYAN E. BROWN, DANIEL ) <br> J. HERSHBERGER, BRIAN L. LASSEN, ) <br> ALEYNA LASSEN, and AMERICAN ) <br> BARN CO., LLC, ) <br>  ) <br>    Defendants. ) | Civil Action No. 1:22-cv-01230-STA-jay <br><br> Chief Judge S. Thomas Anderson |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY**

Plaintiff respectfully requests leave to file a succinct reply to the ABCO Defendants' Response in Opposition to Plaintiff's Motion to Exclude Certain Opinions of the ABCO Defendants' Expert, Brian W. Napper. *See* ECF Nos. 227 & 240. As grounds for the motion, Plaintiff submits that it is in the interest of justice and fairness that it be afforded the opportunity to reply to certain arguments presented by the ABCO Defendants in their response. Plaintiff, through counsel, has conferred with the ABCO Defendants, who do not oppose this motion.

                                                                                       Respectfully submitted,

                                                                                  */s/ David L. Johnson*
                                                                                   David L. Johnson, BPR #18732
                                                                                   John H. Dollarhide, BPR #40041
                                                                                   BUTLER SNOW LLP
                                                                                   The Neuhoff Building
                                                                                   1320 Adams Street, Suite 1400

       Nashville, TN   37208
       Telephone: (615) 651-6700
       Fax:  (615) 651-6701
       david.johnson@butlersnow.com
       john.dollarhide@butlersnow.com

       Daniel W. Van Horn, BPR #18940
       6075 Poplar Ave., Suite 500
       Memphis, TN 38119
       Telephone: (901) 680-7200
       Fax: (901) 680-7201
       Danny.VanHorn@butlersnow.com

       *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2025, I filed the foregoing motion with the Court using the ECF system, which will provide notice and a copy to counsel of record:

Thomas G. Pasternak
Benjamin S. Morrell
TAFT STETTINIUS &HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
Telephone: (312) 527-4000
Facsimile: (312) 527-4011
tpasternak@taftlaw.com
bmorrell@taftlaw.com

And to the following via U.S. Mail and email.

Brian L. Lassen
Aleyna Lassen
1405 N. Fort Grant Road
Willcox, AZ 85643
willcoxbuildings@pm.me

       */s/  David L. Johnson*
       David L. Johnson

94751438.v1

2