# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC ) <br> d/b/a WEATHER KING PORTABLE ) <br> BUILDINGS, ) <br>   ) <br>     Plaintiff, ) <br>   ) <br> v. ) <br>   ) <br> JESSE A. MAUPIN, BARRY D. ) <br> HARRELL, ADRIAN S. HARROD, ) <br> LOGAN C. FEAGIN, STEPHANIE L. ) <br> GILLESPIE, RYAN E. BROWN, DANIEL ) <br> J. HERSHBERGER, BRIAN L. LASSEN, ) <br> ALEYNA LASSEN, and AMERICAN ) <br> BARN CO., LLC, ) <br>   ) <br>     Defendants. ) | Civil Action No. 1:22-cv-01230-STA-jay <br><br> Chief Judge S. Thomas Anderson |

## PLAINTIFF'S MOTION FOR FEES AND EXPENSES

Pursuant to the Court's July 2, 2025 Order (ECF No. 233), Plaintiff submits this petition seeking expenses in the amount of $157,685.76 and attorney's fees in the amount of $115,325.00 against Defendants Jesse A. Maupin, Barry D. Harrell, Adrian S. Harrod, Logan C. Feagin, and American Barn Co., LLC, as a result of their failure to comply with the Court's August 29, 2023 Order (ECF No. 111). In support of this motion, Plaintiff has filed a declaration of its legal counsel, David L. Johnson, filed herewith as Exhibit 1.

                                                                                       Respectfully submitted,

                                                                                      /s/  David L. Johnson
                                                                                      David L. Johnson, BPR #18732
                                                                                      John H. Dollarhide, BPR #40041
                                                                                      BUTLER SNOW LLP
                                                                                      The Neuhoff Building
                                                                                      1320 Adams Street, Suite 1400

        Nashville, TN  37208
Telephone: (615) 651-6700
Fax:  (615) 651-6701
david.johnson@butlersnow.com
john.dollarhide@butlersnow.com

Daniel W. Van Horn, BPR #18940
6075 Poplar Ave., Suite 500
Memphis, TN 38119
Telephone: (901) 680-7200
Fax: (901) 680-7201
Danny.VanHorn@butlersnow.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2025, I filed the foregoing petition with the Court using the ECF system, which will provide notice and a copy to counsel of record:

Thomas G. Pasternak
Benjamin S. Morrell
TAFT STETTINIUS &HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
Telephone: (312) 527-4000
Facsimile: (312) 527-4011
tpasternak@taftlaw.com
bmorrell@taftlaw.com

And to the following via U.S. Mail and email.

Brian L. Lassen
Aleyna Lassen
1405 N. Fort Grant Road
Willcox, AZ 85643
willcoxbuildings@pm.me

        */s/  David L. Johnson*
        David L. Johnson

94720427.v1

2