# EXHIBIT 1

## DECLARATION OF DAVID L. JOHNSON

1.    I am a partner with Butler Snow, LLP and have served as counsel for Plaintiff Consolidated Industries, LLC d/b/a Weather King Portable Buildings ("Weather King").

2.    Thus far, Repario (the Court-appointed forensic examiner) has billed Weather King $157,685.76 associated with the forensic examination, all of which Weather King has paid or is in the process of paying. Copies of Repario's invoices are filed herewith as Exhibit A.

3.    Based on my review of Butler Snow invoices, Weather King incurred approximately $115,325.00 in attorneys' fees after the Court's August 29, 2023 Order (ECF No. 111) as a result of the failure of Defendants Jesse A. Maupin, Barry D. Harrell, Adrian S. Harrod, Logan C. Feagin, and American Barn Co., LLC to comply with that Order. True and correct copies of redacted invoices reflecting the charges encompassed within that amount are filed herewith as Exhibit B. In instances in which there are time entries reflecting multiple charges but Weather King only seeks reimbursement for a portion of those charges, the approximate time of those charges relating to Defendants' failure to comply with the Court's Order is set forth in the margin to the right.

4.    The aforementioned fees and expenses were reasonable and necessary in connection with Weather King's pursuit of its claims against Defendants and in connection with those specific aforementioned tasks. In fact, my normal hourly rate for 2025 is $630/hr. but I have held my rate at $450/hr for this matter—a significant discount.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

David L. Johnson

Date:   July 16, 2025

# EXHIBIT A



8101 College Blvd Ste 130
PMB 858188
Overland Park, KS 66210-2793

# INVOICE

| | |
|---|---|
| Invoice Number | TNY-00683 |
| Payment Terms | Due Now |
| Invoice Date | 12/30/2023 |
| Due Date | 12/30/2023 |

**Invoice To:**
**Butler Snow LLP**
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS  39157
United States

**Matter Name:** Consolidated Industries LLC ("Weather King") v. Maupin, et al (COLD STORAGE)    **Order Number:** Consolidated Industries LLC ("Weather King") v. Maupin, et al.

| Description | Unit | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| **Remote Collection Kit - Per Project Rate** TN: 774356153774 \| \| Shipping Forensic Kit US-RD-AZMF005 to Jesse Maupin \| N1223027 \| TN: 791411810597 \| N1223028 | Device | 1 | $450.00 | $450.00 |
| **Shipping** TN: 774356153774 \| EV-3722 \| Shipping Forensic Kit US-RD-AZMF005 to Jesse Maupin \| N1223027 | Item | 1 | $210.81 | $210.81 |
| **Shipping** TN: 791411810597 \| EV-3722 \| Return of Forensic Kit US-RD-AZMF005 from Jesse Maupin \| N1223028 | Item | 1 | $204.96 | $204.96 |
| **Remote Collection Kit - Per Project Rate** TN: 774356678988 \| EV-3722 \| Shipping Shemique forensic laptop to Brian Lassen \| N1223029 - N1223030 | Device | 1 | $450.00 | $450.00 |
| **Shipping** TN: 774356678988 \| EV-3722 \| Shipping Shemique forensic laptop to Brian Lassen \| N1223029 | Item | 1 | $232.96 | $232.96 |
| **Shipping** TN: 791411824571 \| EV-3722 \| Return of Shemique forensic laptop from Brian Lassen \| N1223030 | Item | 1 | $227.11 | $227.11 |
| **Remote Collection Kit - Per Project Rate** TN: 774357274646  \| EV-3722 \| Shipping Garys Forensic Laptop to Ryan Brown \| N1223031 - N1223032 | Device | 1 | $450.00 | $450.00 |
| **Shipping** TN: 774357274646  \| EV-3722 \| Shipping Garys Forensic Laptop to Ryan Brown \| N1223031 | Item | 1 | $231.66 | $231.66 |
| **Shipping** TN: 791411840800 \| EV-3722 \| Return of Garys Forensic Laptop from Ryan Brown \| N1223032 | Item | 1 | $227.11 | $227.11 |
| **Shipping** | Item | 1 | $229.90 | $229.90 |

**TERIS**

**A REPARIO COMPANY**

**8101 College Blvd Ste 130**
**PMB 858188**
**Overland Park, KS 66210-2793**

**INVOICE**

TN: 774357484870 | EV-3722 | Shipping Garys Forensic Laptop to Daniel
Herschberger | N1223033

| | | | | |
|---|---|---|---|---|
| **Shipping**<br>TN: 791411846451 | EV-3722 | Return of Garys Forensic Laptop from<br>Daniel Herschberger | N1223034 | Item | 1 | $231.37 | $231.37 |
| **Remote Collection Kit - Per Project Rate**<br>TN: 774357484870 | EV-3722 | Shipping Garys Forensic Laptop to Daniel<br>Herschberger | N1223033 - N1223034 | Device | 1 | $450.00 | $450.00 |
| **Collection - Manager**<br>Handled delivery of data collection; communications and tracking. | Hour | .75 | $250.00 | $187.50 |
| **Collection - Director**<br>Communication and coordination related to data collections. | Hour | 2.25 | $250.00 | $562.50 |
| **Shipping**<br>TN: 774559855689 | EV-4035 | Shipping Asset 2294 - Self Collection Kit |<br>N1223049 | Item | 1 | $115.29 | $115.29 |
| **Shipping**<br>TN: 791415821730| EV-4035 | Return of Asset 2294 - Self Collection Kit |<br>N1223050 | Item | 1 | $109.48 | $109.48 |
| **Collection - Director**<br>iPhone collection for Logan Feagin. | Hour | 1.25 | $250.00 | $312.50 |
| **Collection - Director**<br>Emails to the remaining custodians regarding the outstanding collections. | Hour | .5 | $250.00 | $125.00 |
| **Collection - Director**<br>Android collection for Daniel Hershberger. | Hour | 1 | $250.00 | $250.00 |
| **Collection - Director**<br>Discussions on the data collection with the legal teams. | Hour | .25 | $250.00 | $62.50 |
| **Collection - Director**<br>iPhone collection for Ryan Brown and Jesse Maupin. | Hour | 2.25 | $250.00 | $562.50 |
| **Collection - Director**<br>iPhone collection for Adrian Harrod and Barry Harrel. | Hour | 2.5 | $250.00 | $625.00 |

**(T) Subject to Sales Tax**

| Subtotal | $6,508.15 |
|---|---|
| Tax | $0.00 |
| Total | $6,508.15 |



**8101 College Blvd Ste 130**
**PMB 858188**
**Overland Park, KS 66210-2793**

**INVOICE**

**ACH Payments**                                                              **Remittance Address**
Account Holder: Repario Data LLC                                                      Repario Data
Account Type: Commercial Checking - Santander Bank                                    PO Box 12891
Routing Number:                                                              Philadelphia, PA 19176
Account Number:

**For questions about your invoice, contact Accounts Receivable at Billing@repariodata.com.**

# TERIS
## A REPARIO COMPANY

**8101 College Blvd Ste 130**
**PMB 858188**
**Overland Park, KS 66210-2793**

# INVOICE

| Invoice Number | TNY-01069 |
|---|---|
| Payment Terms | Due Now |
| Invoice Date | 01/31/2024 |
| Due Date | 01/31/2024 |

**Invoice To:**
**Butler Snow LLP**
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS  39157
United States

**Matter Name:    Consolidated    Industries    LLC    ("Weather King") v. Maupin, et al (COLD STORAGE)**     **Order Number:    Consolidated    Industries    LLC ("Weather King") v. Maupin, et al.**

| Description | Unit | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| **Fee for remote equipment use - charged by project alternative** <br> Remote Collection Kit. | Device | 1 | $450.00 | $450.00 |
| **Digital Forensic collections - Hourly** <br> Laptop collection for Barry Harrell. | Hour | 1.5 | $250.00 | $375.00 |

**(T) Subject to Sales Tax**

| Subtotal | $825.00 |
|---|---|
| Tax | $0.00 |
| Total | $825.00 |

**ACH Payments**
Account Holder: Repario Data LLC
Account Type: Commercial Checking - Santander Bank
Routing Number: ███████
Account Number: ███████

**Remittance Address**
Repario Data
PO Box 12891
Philadelphia, PA 19176

**For questions about your invoice, contact Accounts Receivable at Billing@repariodata.com.**



**8101 College Blvd Ste 130**
**PMB 858188**
**Overland Park, KS 66210-2793**

# INVOICE

**Invoice To:**
**Butler Snow LLP – Nashville**
150 3rd Avenue South, Suite 1600
Nashville, TN  37201
United States

| | |
|---|---|
| Invoice Number | TNY-01345 |
| Payment Terms | Net 30 |
| Invoice Date | 02/29/2024 |
| Due Date | 03/30/2024 |

**Matter Name:** Consolidated Industries LLC ("Weather King") v. Maupin, et al (COLD STORAGE)  **Order Number:** Consolidated Industries LLC ("Weather King") v. Maupin, et al.

| Description | Unit | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| **Digital Forensic collections - Hourly**<br>Email collection for danhersh85@gmail.com.<br>Rich Hoffman 02/29/2024 | Hour | .5 | $250.00 | $125.00 |

**(T) Subject to Sales Tax**

| | |
|---|---|
| Subtotal | $125.00 |
| Tax | $0.00 |
| Total | $125.00 |

**ACH Payments**
Account Holder: Repario Data LLC
Account Type: Commercial Checking - Santander Bank
Routing Number: ▉▉▉▉▉
Account Number: ▉▉▉▉▉

**Remittance Address**
Repario Data
PO Box 12891
Philadelphia, PA 19176

**For questions about your invoice, contact Accounts Receivable at Billing@repariodata.com.**

**TERIS**
A REPARIO COMPANY

8101 College Blvd Ste 130
PMB 858188
Overland Park, KS 66210-2793


**INVOICE**

| Invoice Number | TNY-02347 |
|---|---|
| Payment Terms | Net 30 |
| Invoice Date | 04/30/2024 |
| Due Date | 05/30/2024 |

**Invoice To:**
**Butler Snow LLP**
150 3rd Avenue South, Suite 1600
Nashville, TN  37201
United States

**Matter Name:    Consolidated    Industries    LLC    ("Weather King") v. Maupin, et al (COLD STORAGE)**   **Order Number:    Consolidated    Industries    LLC ("Weather King") v. Maupin, et al.**

| Description | Unit | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| **Digital Forensic collections (Hourly) Standard forensic billable time for collection, reporting, and investigation.** Collection of the email accounts corporate@americanbarnco.com, logan@americanbarnco.com, steph@americanbarnco.com, weatherkingco@gmail.com and weatherkingnm@yahoo.com | Hour | 2.5 | $250.00 | $625.00 |
| **Escalated forensic billable time for collection, reporting, and investigation. Analyst Level** Discussions on the data to be processed and call with the Repario team. | Hour | .5 | $250.00 | $125.00 |
| **Project manager time - Examples: primary contact for customized day to day project tasks and communications, coordination of collection, processing, production, hosting, and review tasks; preparing and providing regular status reports, custom reporting, cost estimates, etc.** Consolidated Industries (Weather King) v. Maupin: Creation of the Relativity database; Setting permissions. | Hour | .5 | $175.00 | $87.50 |
| **Project manager time - Examples: primary contact for customized day to day project tasks and communications, coordination of collection, processing, production, hosting, and review tasks; preparing and providing regular status reports, custom reporting, cost estimates, etc.** Coordinated setting up workspace and processing, | Hour | 2 | $175.00 | $350.00 |
| **Project manager time - Examples: primary contact for customized day to day project tasks and communications, coordination of collection, processing, production, hosting, and review tasks; preparing and providing regular status reports, custom reporting, cost estimates, etc.** Project kick off call. | Hour | .5 | $175.00 | $87.50 |
| **Project manager time - Examples: primary contact for customized day to day project tasks and communications, coordination of collection, processing, production, hosting, and review tasks; preparing and providing regular status reports, custom reporting, cost estimates, etc.** Coordinated conversion of PC files. | Hour | 1 | $175.00 | $175.00 |
| **Digital Forensic collections (Hourly) Standard forensic billable time for collection, reporting, and investigation.** Email collection for adrian@americanbarnco.com, weatherkingco@gmail.com, weatherkingflorida@gmail.com, westkentuckyqdma@gmail.com and willcoxbuildings@gmail.com. | Hour | 3 | $250.00 | $750.00 |



**8101 College Blvd Ste 130**
**PMB 858188**
**Overland Park, KS 66210-2793**

**INVOICE**

**(T) Subject to Sales Tax**

| Subtotal | $2,200.00 |
|---|---|
| Tax | $0.00 |
| Total | $2,200.00 |

**ACH Payments**
Account Holder: Repario Data LLC
Account Type: Commercial Checking - Santander Bank
Routing Number:
Account Number:

**Remittance Address**
Repario Data
PO Box 12891
Philadelphia, PA 19176

**For questions about your invoice, contact Accounts Receivable at Billing@repariodata.com.**

# TERIS
## A REPARIO COMPANY

8101 College Blvd Ste 130
PMB 858188
Overland Park, KS 66210-2793


**INVOICE**

**Invoice To:**
150 3rd Avenue South, Suite 1600
Nashville, TN  37201
United States

| | |
|---|---|
| Invoice Number | TNY-02692 |
| Payment Terms | Net 30 |
| Invoice Date | 05/31/2024 |
| Due Date | 06/30/2024 |

**Matter Name:** Consolidated Industries LLC ("Weather King") v. Maupin, et al (COLD STORAGE)    **Order Number:** Consolidated Industries LLC ("Weather King") v. Maupin, et al.

| Description | Unit | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| **Data ingestion, processing, filtering and export (Flat Fee)** <br> ESI Processing of Custodian(s): Brown, RyanFeagin, LoganGillespie, StephanieHarrell, BarryHarrod, AdrianMaupin, JesseLassen, BrianHershberger, Daniel <br> Amar Rawat 05/01/2024 | Item | 531 | $30.00 | $15,930.00 |
| **Digital Forensic collections (Hourly) Standard forensic billable time for collection, reporting, and investigation.** <br> Filtered phone collections by phone number and dates. Exported the hits as RSMF for Ryan Brown, Adrian Harrod and Stephanie Gillepire. <br> Rich Hoffman 05/03/2024 | Hour | 1.5 | $250.00 | $375.00 |
| **Data ingestion, processing, filtering and export (Flat Fee)** <br> ESI Processing of Custodian(s):Harrell, Barry <br> Dhiraj Darji 05/09/2024 | Item | 23 | $30.00 | $690.00 |
| **Data ingestion, processing, filtering and export (Flat Fee)** <br> Relativity Processing of Custodian(s):Hershberger, DanielGillespie, StephanieFeagin, LoganMaupin, JesseHarrell, BarryHarrod, AdrianBrown, Ryan <br> Sagar Khatal 05/10/2024 | Item | 186 | $30.00 | $5,580.00 |
| **Escalated forensic billable time for collection, reporting, and investigation. Analyst Level** <br> Identify, filter, and export selected files from Windows user profile.Custodian: Barry Harrell <br> Ryan O'Malley 05/08/2024 | Hour | 1.75 | $250.00 | $437.50 |
| **Project manager time** <br> Applied search terms and data culling. <br> Robin Figiel 05/08/2024 | Hour | 1 | $175.00 | $175.00 |
| **Project manager time** <br> Coordinated processing of hard drive. <br> Robin Figiel 05/08/2024 | Hour | 1 | $175.00 | $175.00 |
| **Project manager time** <br> Coordinated processing of mobile data. <br> Robin Figiel 05/09/2024 | Hour | 1 | $175.00 | $175.00 |
| **Digital Forensic collections (Hourly) Standard forensic billable time for collection, reporting, and investigation.** <br> Creation of the RSMF from the Barry Harrel, Jesse Maupin, Logan Feagin and Daniel Hershberger mobile device collections. <br> Rich Hoffman 05/10/2024 | Hour | 2.75 | $250.00 | $687.50 |
| **Project manager time** | Hour | .5 | $175.00 | $87.50 |

**TERIS**

**A R̲ REPARIO COMPANY**

**8101 College Blvd Ste 130
PMB 858188
Overland Park, KS 66210-2793**

**INVOICE**

Culled data per date filters.
Robin Figiel 05/10/2024

| | | | | |
|---|---|---|---|---|
| **Project manager time** | Hour | 1 | $175.00 | $175.00 |
| Applied search terms and data culling. | | | | |
| Robin Figiel 05/14/2024 | | | | |
| **Project manager time** | Hour | 1 | $175.00 | $175.00 |
| Applied green and orange search terms to data per J. Dollarhide. | | | | |
| Robin Figiel 05/16/2024 | | | | |
| **Project manager time** | Hour | 4 | $175.00 | $700.00 |
| Communications and coordination regarding 4 Productions | | | | |
| Robin Figiel 05/21/2024 | | | | |
| **Relativity hosting per GB and access fee** | GB | 2282.9416 | $7.0000 | $15,980.59 |
| Consolidated Industries (Weather King) v. Maupin | | | | |
| 05/29/2024 | | | | |

**(T) Subject to Sales Tax**

| | |
|---|---|
| Subtotal | $41,343.09 |
| Tax | $0.00 |
| Total | $41,343.09 |

**ACH Payments**
Account Holder: Repario Data LLC
Account Type: Commercial Checking - Santander Bank
Routing Number: ▮▮▮▮▮▮
Account Number: ▮▮▮▮▮▮

**Remittance Address**
Repario Data
PO Box 12891
Philadelphia, PA 19176

**For questions about your invoice, contact Accounts Receivable at Billing@repariodata.com.**



**8101 College Blvd Ste 130**
**PMB 858188**
**Overland Park, KS 66210-2793**

# INVOICE

| | |
|---|---|
| Invoice Number | TNY-03189 |
| Payment Terms | Net 30 |
| Invoice Date | 06/30/2024 |
| Due Date | 07/30/2024 |

**Invoice To:**
150 3rd Avenue South, Suite 1600
Nashville, TN 37201
United States

**Matter Name:** Consolidated Industries LLC ("Weather King") v. Maupin, et al (COLD STORAGE)

**Order Number:** Consolidated Industries LLC ("Weather King") v. Maupin, et al.

| Description | Unit | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| **Production Electronics Bates Stamping and Annotations**<br>Production volume: WK Native Search<br>Nathaniel Hursh 06/03/2024 | Image | 18 | $0.03 | $0.54 |
| **Project manager time**<br>Communications and coordination regarding production of native search.<br>Robin Figiel 06/03/2024 | Hour | 1.5 | $175.00 | $262.50 |
| **Project manager time**<br>Search for additional documents per J. Dollarhide.<br>Robin Figiel 06/03/2024 | Hour | .5 | $175.00 | $87.50 |
| **Project manager time**<br>Coordinated native overlay for all productions.<br>Robin Figiel 06/06/2024 | Hour | 1 | $175.00 | $175.00 |
| **Relativity hosting per GB and access fee**<br>Consolidated Industries (Weather King) v. Maupin<br> 06/26/2024 | GB | 2274.8774 | $7.0000 | $15,924.14 |

**(T) Subject to Sales Tax**

| | |
|---|---|
| Subtotal | $16,449.68 |
| Tax | $0.00 |
| Total | $16,449.68 |

**ACH Payments**
Account Holder: Repario Data LLC
Account Type: Commercial Checking - Santander Bank
Routing Number: ███████
Account Number: ███████

**Remittance Address**
Repario Data
PO Box 12891
Philadelphia, PA 19176

**For questions about your invoice, contact Accounts Receivable at Billing@repariodata.com.**

# TERIS
## A REPARIO COMPANY

**8101 College Blvd Ste 130
PMB 858188
Overland Park, KS 66210-2793**

# INVOICE

**Invoice To:**
**Butler Snow LLP**
150 3rd Avenue South, Suite 1600
Nashville, TN  37201
United States

| | |
|---|---|
| Invoice Number | TNY-03260 |
| Payment Terms | Net 30 |
| Invoice Date | 07/31/2024 |
| Due Date | 08/30/2024 |

**Matter Name:    Consolidated    Industries    LLC    ("Weather King") v. Maupin, et al (COLD STORAGE)**    **Order Number:    Consolidated    Industries    LLC ("Weather King") v. Maupin, et al.**

| Description | Unit | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| **Project manager time**<br>Production Volume: PROD GREEN MOBILE 02<br>Denesh Niranjan 07/11/2024 | Hour | 1.5 | $175.00 | $262.50 |
| **Project manager time**<br>Coordinated production of additional mobile data.<br>Robin Figiel 07/11/2024 | Hour | 1.5 | $175.00 | $262.50 |
| **Relativity hosting per GB and access fee**<br>Consolidated Industries (Weather King) v. Maupin<br> 07/26/2024 | GB | 2274.8774 | $7.0000 | $15,924.14 |
| **Project manager time**<br>Export of file extensions of documents produced.<br>Robin Figiel 07/26/2024 | Hour | .5 | $175.00 | $87.50 |

**(T) Subject to Sales Tax**

| | |
|---|---|
| Subtotal | $16,536.64 |
| Tax | $0.00 |
| Total | $16,536.64 |

**ACH Payments**
Account Holder: Repario Data LLC
Account Type: Commercial Checking - Santander Bank
Routing Number: █
Account Number: █

**Remittance Address**
Repario Data
PO Box 12891
Philadelphia, PA 19176

**For questions about your invoice, contact Accounts Receivable at Billing@repariodata.com.**



**8101 College Blvd Ste 130
PMB 858188
Overland Park, KS 66210-2793**

# INVOICE

**Invoice To:**
150 3rd Avenue South, Suite 1600
Nashville, TN  37201
United States

| Invoice Number | TNY-03558 |
|---|---|
| Payment Terms | Net 30 |
| Invoice Date | 08/31/2024 |
| Due Date | 09/30/2024 |

**Matter Name: Consolidated Industries LLC ("Weather King") v. Maupin, et al (COLD STORAGE)**

**Order Number: Consolidated Industries LLC ("Weather King") v. Maupin, et al.**

| Description | Unit | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| **Project manager time**<br>Export of file extensions of documents produced.<br>Robin Figiel 07/26/2024 | Hour | .5 | $175.00 | $87.50 |
| **Relativity hosting per GB and access fee**<br>Consolidated Industries (Weather King) v. Maupin<br> 08/27/2024 | GB | 2032.4644 | $7.0000 | $14,227.25 |

**(T) Subject to Sales Tax**

| Subtotal | $14,314.75 |
|---|---|
| Tax | $0.00 |
| Total | $14,314.75 |

**ACH Payments**
Account Holder: Repario Data LLC
Account Type: Commercial Checking - Santander Bank
Routing Number: ███████
Account Number ███████

**Remittance Address**
Repario Data
PO Box 12891
Philadelphia, PA 19176

**For questions about your invoice, contact Accounts Receivable at Billing@repariodata.com.**

**TERIS**

A **R** E P A R I O  C O M P A N Y

8101 College Blvd Ste 130
PMB 858188
Overland Park, KS 66210-2793

# INVOICE

| Invoice Number | TNY-03992 |
|---|---|
| Payment Terms | Net 30 |
| Invoice Date | 09/30/2024 |
| Due Date | 10/30/2024 |

**Invoice To:**
**Butler Snow LLP**
150 3rd Avenue South, Suite 1600
Nashville, TN  37201
United States

**Matter Name:** Consolidated Industries LLC ("Weather King") v. Maupin, et al (COLD STORAGE)

**Order Number:** Consolidated Industries LLC ("Weather King") v. Maupin, et al.

| Description | Unit | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| **Project manager time**<br>Search for additional documents to produce.<br>Robin Figiel 09/13/2024 | Hour | 1 | $175.00 | $175.00 |
| **Project manager time**<br>Prepare requested metadata overlay.<br>Robin Figiel 09/17/2024 | Hour | .5 | $175.00 | $87.50 |
| **Project manager time**<br>Meeting to discuss production specifications with Taft. Communications and coordination regarding upcoming production.<br>Robin Figiel 09/17/2024 | Hour | 2.5 | $175.00 | $437.50 |
| **Production Electronics Bates Stamping and Annotations**<br>Production Volume: COMMS001<br>Govind Avarsang 09/20/2024 | Image | 16750 | $0.03 | $502.50 |
| **Project manager time**<br>Call with client.<br>Robin Figiel 09/19/2024 | Hour | .5 | $175.00 | $87.50 |
| **Project manager time**<br>Provided list of already produced documents.<br>Robin Figiel 09/19/2024 | Hour | .5 | $175.00 | $87.50 |
| **Project manager time**<br>Communications and coordination of production.<br>Robin Figiel 09/20/2024 | Hour | 2 | $175.00 | $350.00 |
| **Evidence identification and data reduction by an eDiscovery Analyst**<br>Production Volume: COMMS001<br>Govind Avarsang 09/21/2024 | Hour | 1.5 | $95.00 | $142.50 |
| **Project manager time**<br>Coordination cell phone collections for Brian and Aleyna Lassen.<br>Robin Figiel 09/24/2024 | Hour | 1 | $175.00 | $175.00 |
| **Escalated forensic billable time for collection, reporting, and investigation. Director Level**<br>Texted and called Aleyna and Brian multiple times with no response. Communication with the team on the status.<br>Rich Hoffman 09/25/2024 | Hour | .5 | $250.00 | $125.00 |
| **Relativity hosting per GB and access fee**<br>Consolidated Industries (Weather King) v. Maupin<br> 09/28/2024 | GB | 2044.3158 | $7.0000 | $14,310.21 |



**8101 College Blvd Ste 130**
**PMB 858188**
**Overland Park, KS 66210-2793**

**INVOICE**

**(T) Subject to Sales Tax**

| Subtotal | $16,480.21 |
|---|---|
| Tax | $0.00 |
| Total | $16,480.21 |

**ACH Payments**                                           **Remittance Address**
Account Holder: Repario Data LLC                                   Repario Data
Account Type: Commercial Checking - Santander Bank                  PO Box 12891
Routing Number:                                            Philadelphia, PA 19176
Account Number:

**For questions about your invoice, contact Accounts Receivable at Billing@repariodata.com.**

# TERIS
## A REPARIO COMPANY

**8101 College Blvd Ste 130**
**PMB 858188**
**Overland Park, KS 66210-2793**

# INVOICE

| | |
|---|---|
| Invoice Number | TNY-04351 |
| Payment Terms | Net 30 |
| Invoice Date | 10/31/2024 |
| Due Date | 11/30/2024 |

**Invoice To:**
**Butler Snow LLP**
150 3rd Avenue South, Suite 1600
Nashville, TN  37201
United States

**Matter Name:    Consolidated    Industries    LLC    ("Weather King") v. Maupin, et al (COLD STORAGE)**    **Order Number:    Consolidated    Industries    LLC ("Weather King") v. Maupin, et al.**

| Description | Unit | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| **Relativity hosting per GB and access fee**<br>Consolidated Industries (Weather King) v. Maupin<br>10/25/2024 | GB | 2044.3158 | $7.0000 | $14,310.21 |
| **Evidence identification and data reduction by an eDiscovery Analyst**<br>Move case to nearline status: Consolidated Industries LLC ("Weather King") v. Maupin, et al<br>Denesh Niranjan 10/29/2024 | Hour | .25 | $95.00 | $23.75 |
| **Project manager time**<br>Communications and coordination regarding placing workspace in nearline status.<br>Robin Figiel 10/29/2024 | Hour | .5 | $175.00 | $87.50 |
| **Project manager time**<br>Communications regarding Brian and Aleyna Lassen collections.<br>Robin Figiel 10/08/2024 | Hour | .5 | $175.00 | $87.50 |

**(T) Subject to Sales Tax**

| | |
|---|---|
| Subtotal | $14,508.96 |
| Tax | $0.00 |
| Total | $14,508.96 |

**ACH Payments**
Account Holder: Repario Data LLC
Account Type: Commercial Checking - Santander Bank
Routing Number: ████████
Account Number: ████████

**Remittance Address**
Repario Data
PO Box 12891
Philadelphia, PA 19176

**For questions about your invoice, contact Accounts Receivable at Billing@repariodata.com.**

# TERIS
A **R** REPARIO COMPANY

**8101 College Blvd Ste 130**
**PMB 858188**
**Overland Park, KS 66210-2793**

# INVOICE

| | |
|---|---|
| Invoice Number | TNY-04548 |
| Payment Terms | Net 30 |
| Invoice Date | 11/30/2024 |
| Due Date | 12/30/2024 |

**Invoice To:**
**Butler Snow LLP**
150 3rd Avenue South, Suite 1600
Nashville, TN  37201
United States

**Matter Name:**  Consolidated Industries LLC ("Weather King") v. Maupin, et al (COLD STORAGE)   **Order Number:**  Consolidated Industries LLC ("Weather King") v. Maupin, et al.

| Description | Unit | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| **Project manager time** <br> Investigation into files produced. <br> Robin Figiel 11/12/2024 | Hour | .5 | $175.00 | $87.50 |
| **Relativity hosting per GB and access fee** <br> Consolidated Industries (Weather King) v. Maupin <br> 11/27/2024 | GB | 2044.3158 | $4.0000 | $8,177.26 |

**(T) Subject to Sales Tax**

| | |
|---|---|
| Subtotal | $8,264.76 |
| Tax | $0.00 |
| Total | $8,264.76 |

**ACH Payments**
Account Holder: Repario Data LLC
Account Type: Commercial Checking – Santander Bank
Routing Number: ▮
Account Number: ▮

**Remittance Address**
Repario Data
PO Box 12891
Philadelphia, PA 19176

**For questions about your invoice, contact Accounts Receivable at Billing@repariodata.com.**

**TERIS**
A REPARIO COMPANY

8101 College Blvd Ste 130
PMB 858188
Overland Park, KS 66210-2793

# INVOICE

| Invoice Number | TNY-04942 |
|---|---|
| Payment Terms | Net 30 |
| Invoice Date | 12/31/2024 |
| Due Date | 01/30/2025 |

**Invoice To:**
**Butler Snow LLP – Nashville**
150 3rd Avenue South, Suite 1600
Nashville, TN  37201
United States

**Matter Name:**  Consolidated Industries LLC ("Weather King") v. Maupin, et al (COLD STORAGE)  **Order Number:**  Consolidated Industries LLC ("Weather King") v. Maupin, et al.

| Description | Unit | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| **Project manager time** <br> Provided requested document. <br> Robin Figiel 12/17/2024 | Hour | .5 | $175.00 | $87.50 |
| **Project manager time** <br> Investigation into document per J. Dollarhide. <br> Robin Figiel 12/19/2024 | Hour | .5 | $175.00 | $87.50 |
| **Relativity hosting per GB and access fee** <br> Consolidated Industries (Weather King) v. Maupin <br> 12/27/2024 | GB | 2044.3158 | $4.0000 | $8,177.26 |

**(T) Subject to Sales Tax**

| | |
|---|---|
| Subtotal | $8,352.26 |
| Tax | $0.00 |
| Total | $8,352.26 |

**ACH Payments**
Account Holder: Repario Data LLC
Account Type: Commercial Checking - Santander Bank
Routing Number: ███
Account Number: ███

**Remittance Address**
Repario Data
PO Box 12891
Philadelphia, PA 19176

**For questions about your invoice, contact Accounts Receivable at Billing@repariodata.com.**

**TERIS**
**A ☈ REPARIO COMPANY**

**8101 College Blvd Ste 130**
**PMB 858188**
**Overland Park, KS 66210-2793**

**INVOICE**

| Invoice Number | TNY-05183 |
|---|---|
| Payment Terms | Net 30 |
| Invoice Date | 01/31/2025 |
| Due Date | 03/02/2025 |

**Invoice To:**

**Butler Snow LLP – Nashville**
150 3rd Avenue South, Suite 1600
Nashville, TN  37201
United States

**Matter Name:    Consolidated    Industries    LLC    ("Weather King") v. Maupin, et al (COLD STORAGE)**    **Order Number:    Consolidated    Industries    LLC ("Weather King") v. Maupin, et al.**

| Description | Unit | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| **Project manager time**<br>Investigation into icloud text messages per J. Dollarhide.<br>Robin Figiel 01/07/2025 | Hour | 1 | $175.00 | $175.00 |
| **Project manager time**<br>Communications and coordination regarding Relativity archive and cold storage.<br>Robin Figiel 01/17/2025 | Hour | 1 | $175.00 | $175.00 |
| **Relativity hosting per GB and access fee**<br>BUTLER SNOW - WEATHER KING - REVIEW [NEARLINE]<br> 01/28/2025 | GB | 2044.3158 | $4.0000 | $8,177.26 |

**(T) Subject to Sales Tax**

| Subtotal | $8,527.26 |
|---|---|
| Tax | $0.00 |
| Total | $8,527.26 |

**ACH Payments**
Account Holder: Repario Data LLC
Account Type: Commercial Checking - Santander Bank
Routing Number: ███████
Account Number ███████

**Remittance Address**
Repario Data
PO Box 12891
Philadelphia, PA 19176

**For questions about your invoice, contact Accounts Receivable at Billing@repariodata.com.**

**TERIS**
A **R**EPARIO COMPANY

8101 College Blvd Ste 130
PMB 858188
Overland Park, KS 66210-2793

# INVOICE

| Invoice Number | TNY-05322 |
|---|---|
| Payment Terms | Net 30 |
| Invoice Date | 02/28/2025 |
| Due Date | 03/30/2025 |

**Invoice To:**
**Butler Snow LLP – Nashville**
150 3rd Avenue South, Suite 1600
Nashville, TN  37201
United States

**Matter Name:** Consolidated Industries LLC ("Weather King") v. Maupin, et al (COLD STORAGE)   **Order Number:**

| Description | Unit | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| **Relativity hosting per GB and access fee**<br>BUTLER SNOW - WEATHER KING - REVIEW [NEARLINE] | GB | 2044.3158 | $0.0000 | $0.00 |
| **Archive Data storage to external hard drive (PM time, HDD, Shipping)**<br>ARM<br>Robin Figiel | Item | 1 | $2,000.00 | $2,000.00 |
| **Data storage moved to cold storage for long-term retention**<br>Monthly Cold Storage<br>Kim Hoffman | GB | 250 | $1.00 | $250.00 |

**(T) Subject to Sales Tax**

| Subtotal | $2,250.00 |
|---|---|
| Tax | $0.00 |
| Total | $2,250.00 |

**ACH Payments**
Account Holder: Repario Data LLC
Account Type: Commercial Checking - Santander Bank
Routing Number: ▮▮▮▮▮
Account Number: ▮▮▮▮▮

**Remittance Address**
Repario Data
PO Box 12891
Philadelphia, PA 19176

**For questions about your invoice, contact Accounts Receivable at Billing@repariodata.com.**



8101 College Blvd Ste 130
PMB 858188
Overland Park, KS 66210-2793

# INVOICE

| Invoice Number | TNY-06079 |
|---|---|
| Payment Terms | Net 30 |
| Invoice Date | 03/31/2025 |
| Due Date | 04/30/2025 |

**Invoice To:**
**Butler Snow LLP – Nashville**
150 3rd Avenue South, Suite 1600
Nashville, TN  37201
United States

**Matter Name:   Consolidated   Industries   LLC   ("Weather King") v. Maupin, et al (COLD STORAGE)**   **Order Number:   Consolidated   Industries   LLC ("Weather King") v. Maupin, et al.**

| Description | Unit | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| **Data storage moved to cold storage for long-term retention** BUTLER SNOW - WEATHER KING - REVIEW [NEARLINE] 03/27/2025 | GB | 1 | $250.00 | $250.00 |

**(T) Subject to Sales Tax**

| Subtotal | $250.00 |
|---|---|
| Tax | $0.00 |
| Total | $250.00 |

**ACH Payments**
Account Holder: Repario Data LLC
Account Type: Commercial Checking - Santander Bank
Routing Number:
Account Number:

**Remittance Address**
Repario Data
PO Box 12891
Philadelphia, PA 19176

**For questions about your invoice, contact Accounts Receivable at Billing@repariodata.com.**

# TERIS
**A 🌀 R E P A R I O  C O M P A N Y**

**8101 College Blvd Ste 130
PMB 858188
Overland Park, KS 66210-2793**

## INVOICE

| | |
|---|---|
| Invoice Number | TNY-06331 |
| Payment Terms | Net 30 |
| Invoice Date | 04/30/2025 |
| Due Date | 05/30/2025 |

**Invoice To:**
**Butler Snow LLP – Nashville**
150 3rd Avenue South, Suite 1600
Nashville, TN 37201
United States

**Matter Name:** **Consolidated Industries LLC ("Weather King") v. Maupin, et al (COLD STORAGE)**  **Order Number:** **Consolidated Industries LLC ("Weather King") v. Maupin, et al.**

| Description | Unit | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| **Relativity hosting and access fee for database in cold storage** | GB | 1 | $250.00 | $250.00 |

Avinash Kumar 04/28/2025

**(T) Subject to Sales Tax**

| | |
|---|---|
| Subtotal | $250.00 |
| Tax | $0.00 |
| Total | $250.00 |

**ACH Payments**
Account Holder: Repario Data LLC
Account Type: Commercial Checking – Santander Bank
Routing Number:
Account Number: ▮▮▮▮▮

**Remittance Address**
Repario Data
PO Box 12891
Philadelphia, PA 19176

**For questions about your invoice, contact Accounts Receivable at Billing@repariodata.com.**



**8101 College Blvd Ste 130**
**PMB 858188**
**Overland Park, KS 66210-2793**

# INVOICE

| | |
|---|---|
| Invoice Number | TNY-06563 |
| Payment Terms | Net 30 |
| Invoice Date | 05/31/2025 |
| Due Date | 06/30/2025 |

**Invoice To:**
**Butler Snow LLP – Nashville**
150 3rd Avenue South, Suite 1600
Nashville, TN  37201
United States

**Matter Name:    Consolidated    Industries    LLC    ("Weather King") v. Maupin, et al (COLD STORAGE)**   **Order Number:    Consolidated    Industries    LLC ("Weather King") v. Maupin, et al.**

| Description | Unit | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| **Relativity hosting and access fee for database in cold storage** | GB | 1 | $250.00 | $250.00 |

Riaz Ahmed 05/28/2025

**(T) Subject to Sales Tax**

| | |
|---|---|
| Subtotal | $250.00 |
| Tax | $0.00 |
| Total | $250.00 |

**ACH Payments**
Account Holder: Repario Data LLC
Account Type: Commercial Checking - Santander Bank
Routing Number: ███████
Account Number: ███████

**Remittance Address**
Repario Data
PO Box 12891
Philadelphia, PA 19176

**For questions about your invoice, contact Accounts Receivable at Billing@repariodata.com.**



**8101 College Blvd Ste 130**
**PMB 858188**
**Overland Park, KS 66210-2793**

# INVOICE

| Invoice Number | TNY-06779 |
|---|---|
| Payment Terms | Net 30 |
| Invoice Date | 06/30/2025 |
| Due Date | 07/30/2025 |

**Invoice To:**
**Butler Snow LLP – Nashville**
150 3rd Avenue South, Suite 1600
Nashville, TN  37201
United States

**Matter Name:**  Consolidated Industries LLC ("Weather King") v. Maupin, et al (COLD STORAGE)     **Order Number:**  Consolidated Industries LLC ("Weather King") v. Maupin, et al.

| Description | Unit | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| **Relativity hosting and access fee for database in cold storage** | GB | 1 | $250.00 | $250.00 |
| Cold Storage Fee | | | | |
| Riaz Ahmed 06/27/2025 | | | | |

**(T) Subject to Sales Tax**

| Subtotal | $250.00 |
|---|---|
| Tax | $0.00 |
| Total | $250.00 |

**ACH Payments**
Account Holder: Reppario Data LLC
Account Type: Commercial Checking - Santander Bank
Routing Number:
Account Number:

**Remittance Address**
Reppario Data
PO Box 12891
Philadelphia, PA 19176

**For questions about your invoice, contact Accounts Receivable at Billing@repariodata.com.**

# EXHIBIT B

$\mathbf{B} \mathbf{U} \mathbf{T} \mathbf{L} \mathbf{E} \mathbf{R} \mid \mathbf{S} \mathbf{N} \mathbf{O} \mathbf{W}$

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10398611
**Invoice Date:** October 10, 2023

**DUE UPON RECEIPT**

If paying by check, please remit payment to Butler Snow at the address noted above.
Credit card payments can be made online at https://www.butlersnow.com/payments

Tim Boyd
Consolidated Industries, LLC
295 Jim Adams Dr., Ste. A
Paris, TN 38242

**Matter:** Breach of Legal Obligations

**INVOICE SUMMARY**

For Services Rendered Through September 30, 2023

**TOTAL FEES FOR CURRENT PERIOD**

**TOTAL EXPENSES FOR CURRENT PERIOD**

**DISCOUNT**

**TOTAL FEES AND EXPENSES**

**TOTAL AMOUNT DUE**



*Please reference matter and invoice number(s) with payment.*

Tax I.D. 64-0331849

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10398611
**Invoice Date:** October 10, 2023

**Matter:** Breach of Legal Obligations

## INVOICE DETAIL

**PROFESSIONAL FEES**



| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/08/23 | JHD | work on follow up letters to subpoenaed third parties. | 1.0 |
| 09/11/23 | JHD | Work on follow up letters to subpoenaed third parties; | 1.0 |

# BUTLER | SNOW

Consolidated Industries, LLC
**Invoice Number:** 10398611
**Invoice Date:** October 10, 2023
Page: 2

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| ███ | ██ | ████████████ | █ |
| ███ | █ | ████████████ | █ |
| ███ | ██ | ████████████ | █ |

**Rate Summary**

| PROFESSIONAL | HOURS | RATE | TOTAL |
|--------------|-------|------|-------|
| ████ | | | |
| John H. Dollarhide | █ hours at | $400.00 | █ |
| **Subtotal:** | | | |

**EXPENSES**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| ██ | ████████ | █ |

**Subtotal of Expenses:** ████

**TOTAL CURRENT BILLING FOR THIS MATTER** ████

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional**: David L. Johnson

**Invoice Number:** 10401831
**Invoice Date:** November 7, 2023

**DUE UPON RECEIPT**

If paying by check, please remit payment to Butler Snow at the address noted above.
Credit card payments can be made online at https://www.butlersnow.com/payments

Tim Boyd
Consolidated Industries, LLC
295 Jim Adams Dr., Ste. A
Paris, TN 38242

**Matter:** Breach of Legal Obligations

## INVOICE SUMMARY

For Services Rendered Through October 31, 2023

**TOTAL FEES FOR CURRENT PERIOD**

**TOTAL EXPENSES FOR CURRENT PERIOD**

**DISCOUNT**

**TOTAL FEES AND EXPENSES**

**TOTAL AMOUNT DUE**



*Please reference matter and invoice number(s) with payment.*

Tax I.D. 64-0331849

FOCUS | TEAMWORK | INNOVATION | SERVICE | EXPERIENCE | VALUE | RESPONSIVENESS
www.butlersnow.com | LAW ELEVATED

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10401831
**Invoice Date:** November 7, 2023

**Matter:** Breach of Legal Obligations

## INVOICE DETAIL

**PROFESSIONAL FEES**

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| ▮ | ▮ | | ▮ |
| ▮ | ▮ | | ▮ |
| ▮ | ▮ | | ▮ |
| ▮ | ▮ | | ▮ |
| ▮ | ▮ | | ▮ |
| ▮ | ▮ | | ▮ |
| 10/17/23 | DLJ | Comparison of supplemental discovery responses with court order and made notes re same in preparation for motion for sanctions and to compel. | 2.00 |
| ▮ | ▮ | | ▮ |
| 10/18/23 | DLJ | Preparation of brief supporting renewed motion to compel. | 2.30 |
| 10/19/23 | DLJ | Preparation of brief supporting renewed motion to compel. | 3.90 |
| 10/20/23 | DLJ | Preparation of brief supporting renewed motion to compel. | 1.10 |
| 10/21/23 | JHD | Careful study of supplemental discovery responses and work on motion for forensic examination. | 2.50 |
| 10/23/23 | JHD | Continue work on renewed motion for forensic examination and for sanctions. | 3.60 |
| 10/24/23 | JHD | Continue work on revisions to renewed sanctions and forensic exam motion and related emails w/ T. Pasternak re: Defendants' doc production and verifications. | 1.50 |
| 10/24/23 | DLJ | Continued preparation of renewed motion to compel and email | 4.30 |

$\text{B U T L E R} \mid \text{S N O W}$

Consolidated Industries, LLC
**Invoice Number:** 10401831
**Invoice Date:** November 7, 2023
Page: 2

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | communications with client re same. | |
| 10/25/23 | JHD | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ evise renewed | ▮ 1.0 |
| | | motion for sanctions/forensic exam. | |
| 10/25/23 | DLJ | Continued preparation of renewed motion to compel; email communications with Jill Coker and co-counsel re same; email communications to Tom Pasternak. | 4.20 |
| 10/27/23 | DWV | Work on review of discovery produced by Pasternak, the deficiencies to the same and consultation on whether to just file a motion to compel or to consult with Pasternak again. | 0.60 |
| 10/31/23 | DLJ | Phone conference with opposing counsel; review of supplemental discovery responses; preparation of renewed motion for forensic examination; phone conference with Jill Coker. | 1.70 |

**Rate Summary**



| PROFESSIONAL | HOURS | | RATE | TOTAL |
|--------------|-------|---|------|-------|
| David L. Johnson | hours at | | $450.00 | |
| John H. Dollarhide | hours at | | $400.00 | 0 |
| Subtotal: | | | | |

**EXPENSES**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|



**Subtotal of Expenses:** ▮▮▮▮▮

BUTLER | SNOW

**TOTAL CURRENT BILLING FOR THIS MATTER**

 

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10406470
**Invoice Date:** December 11, 2023

**DUE UPON RECEIPT**

If paying by check, please remit payment to Butler Snow at the address noted above.
Credit card payments can be made online at https://www.butlersnow.com/payments

Tim Boyd
Consolidated Industries, LLC
295 Jim Adams Dr., Ste. A
Paris, TN 38242

**Matter:** Breach of Legal Obligations

## INVOICE SUMMARY

For Services Rendered Through November 30, 2023

**TOTAL FEES FOR CURRENT PERIOD**

**TOTAL EXPENSES FOR CURRENT PERIOD**

**DISCOUNT**

**TOTAL FEES AND EXPENSES**

**TOTAL AMOUNT DUE**



*Please reference matter and invoice number(s) with payment.*

Tax I.D. 64-0331849

FOCUS | TEAMWORK | INNOVATION | SERVICE | EXPERIENCE | VALUE | RESPONSIVENESS
www.butlersnow.com | LAW ELEVATED

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client: Consolidated Industries, LLC**
**Matter Number: 058422.231887**
**Billing Professional: David L. Johnson**

**Invoice Number: 10406470**
**Invoice Date: December 11, 2023**

**Matter: Breach of Legal Obligations**

## INVOICE DETAIL

**PROFESSIONAL FEES**

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 11/02/23 | JHD | Confer w/ D. Johnson re: forensic examination of Defendants' devices. | 0.60 |
| 11/02/23 | DLJ | Strategy conference with John Dollarhide; review of supplemental discovery responses; email communications with opposing counsel. | 0.60 |
| 11/03/23 | JHD | Work on forensic collection options and related meeting with D. Johnson and call w/ new forensic vendor. | 0.60 |
| 11/03/23 | DLJ | Email communications with opposing counsel. | 0.60 |
| 11/06/23 | JHD | Call w/ T. Pasternak re: forensic examination; emails with forensic vendor; review order denying Defendants' motion for summary judgment. | 1.50 |
| 11/06/23 | DLJ | ▮▮▮▮▮▮ hone conference with Tom Pasternak to discuss forensic examination. | 0.3 |
| 11/07/23 | DLJ | Preparation of unopposed motion for forensic examination and proposed order; phone conference with client regarding same; ▮▮▮▮▮ | 1.2 |
| 11/08/23 | JHD | Review and revise motion for forensic exam and proposed order and protocol; related emails w/ data collection vendor re: protocol. | 1.60 |
| 11/08/23 | DLJ | ▮▮▮▮▮▮▮ edited motion for forensics order. | 0.3 |
| 11/09/23 | JHD | Emails w/ forensic vendor re: proposed collection protocol; related emails w/ Pasternak. | 0.30 |
| 11/13/23 | DLJ | Email communications with opposing counsel; finalized motion for forensic examination. | 0.20 |
| 11/20/23 | DLJ | Review of supplemental discovery responses; communications with client; conference with John Dollarhide. | 0.20 |
| ▮▮▮▮ | ▮ | ▮▮▮▮▮ | ▮ |
| 11/28/23 | JHD | Review order compelling forensic exam and related emails w/ forensic vendor and opposing counsel. | 0.70 |
| 11/28/23 | DLJ | ▮▮▮▮▮; communications with client re forensics order; ▮▮▮▮▮ | ▮ |
| ▮▮▮ | ▮ | ▮▮▮▮▮▮ | ▮ |

# BUTLER | SNOW



Consolidated Industries, LLC
Invoice Number: 10406470
Invoice Date: December 11, 2023
Page: 2

**Rate Summary**

| PROFESSIONAL | HOURS | | RATE | TOTAL |
|---|---|---|---|---|
| David L. Johnson | | hours at | $450.00 | |
| John H. Dollarhide | | hours at | $400.00 | |
| **Subtotal:** | | | | |



**EXPENSES**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|



**Subtotal of Expenses:**

**TOTAL CURRENT BILLING FOR THIS MATTER**



# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10410158
**Invoice Date:** January 8, 2024

**DUE UPON RECEIPT**

If paying by check, please remit payment to Butler Snow at the address noted above.
Credit card payments can be made online at https://www.butlersnow.com/payments

Tim Boyd
Consolidated Industries, LLC
295 Jim Adams Dr., Ste. A
Paris, TN 38242

**Matter:** Breach of Legal Obligations

## INVOICE SUMMARY

For Services Rendered Through December 31, 2023

**TOTAL FEES FOR CURRENT PERIOD**

**TOTAL EXPENSES FOR CURRENT PERIOD**

**TOTAL FEES AND EXPENSES**

**TOTAL AMOUNT DUE**



*Please reference matter and invoice number(s) with payment.*                Tax I.D. 64-0331849

FOCUS | TEAMWORK | INNOVATION | SERVICE | EXPERIENCE | VALUE | RESPONSIVENESS
www.butlersnow.com | LAW ELEVATED

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10410158
**Invoice Date:** January 8, 2024

**Matter:** Breach of Legal Obligations

## INVOICE DETAIL

**PROFESSIONAL FEES**

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 12/01/23 | JHD | ███████████████████████████ emails re: forensic collection. | 0.3 |
| 12/01/23 | ██ | ████████████████████████████ | ██ |
| 12/04/23 | DLJ | ████████████████████ worked on search terms for forensic examination. | 0.5 |
| 12/05/23 | JHD | Work on analysis of search terms for forensic examination. | 1.40 |
| ██████ | ██ | | ██ |
| ██████ | ██ | | ██ |
| ██████ | ██ | | ██ |
| 12/08/23 | JHD | Emails re: Defendants' failure to present devices for collection; | 0.3 |
| 12/08/23 | DLJ | Email communications re forensic examination. | 0.20 |
| 12/11/23 | JHD | Review emails re: forensic collection. | 0.20 |
| 12/11/23 | DLJ | ████ email communications with examiner and opposing counsel; | 0.2 |
| ██████ | ██ | ████████ emails re: forensic collection. | 0.2 |
| 12/12/23 | DLJ | Email communications regarding forensic examination. | 0.10 |
| ██████ | ██ | | ██ |
| 12/14/23 | JHD | Emails re: device collection ████████ | 0.2 |
| ██████ | ██ | | ██ |
| 12/19/23 | DLJ | Email communications re status of forensic examination and subpoenas. | 0.10 |
| ██████ | ██ | | ██ |
| ██████ | ██ | | ██ |
| ██████ | ██ | | ██ |

# BUTLER | SNOW

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| ▮ | ▮ | ▮ | ▮ |

**Rate Summary**




| PROFESSIONAL | HOURS | | RATE | TOTAL |
|--------------|-------|--|------|-------|
| David L. Johnson | | hours at | $450.00 | |
| John H. Dollarhide | | hours at | $400.00 | |
| **Subtotal:** | | | | |

**EXPENSES**



| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

**Subtotal of Expenses:**

**TOTAL CURRENT BILLING FOR THIS MATTER**

$$\mathbf{B\,U\,T\,L\,E\,R}\,\Big|\,\mathbf{S\,N\,O\,W}$$

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10414670
**Invoice Date:** February 12, 2024

**DUE UPON RECEIPT**

If paying by check, please remit payment to Butler Snow at the address noted above.
Credit card payments can be made online at https://www.butlersnow.com/payments

Tim Boyd
Consolidated Industries, LLC
295 Jim Adams Dr., Ste. A
Paris, TN 38242

**Matter:** Breach of Legal Obligations

## INVOICE SUMMARY

For Services Rendered Through January 31, 2024

**TOTAL FEES FOR CURRENT PERIOD**

**TOTAL EXPENSES FOR CURRENT PERIOD**

**DISCOUNT**

**TOTAL FEES AND EXPENSES**

**TOTAL AMOUNT DUE**



*Please reference matter and invoice number(s) with payment.*

Tax I.D. 64-0331849

FOCUS | TEAMWORK | INNOVATION | SERVICE | EXPERIENCE | VALUE | RESPONSIVENESS
www.butlersnow.com | LAW ELEVATED

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10414670
**Invoice Date:** February 12, 2024

**Matter:** Breach of Legal Obligations

## INVOICE DETAIL

**PROFESSIONAL FEES**

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | ███████████████████████ | |
| 01/04/24 | JHD | work on search terms analysis. | 0.5 |
| 01/05/24 | JHD | Review discovery responses and documents for emails, phone numbers, and keywords and input same into proposed search terms and parameters document for forensic exam of Defendants' devices collected by vendor; ████████ | 5.0 |
| | | ████████████ | |
| 01/08/24 | JHD | Continue work on revisions to proposed search terms. | 2.10 |
| 01/08/24 | DLJ | Preparation of search terms for subpoena. | 1.00 |
| 01/09/24 | JHD | Continue work on revisions to proposed search terms and send to S. Funk and E. Rothey for input. | 2.20 |
| 01/16/24 | JHD | review forensic examination order for requirements re: spoliation of evidence searches. | 0.5 |
| 01/16/24 | DLJ | Attended to issues ████████ re forensic examination. | 0.2 |
| 01/17/24 | JHD | Work on and send email to forensic vendor to begin analysis of Defendants' devices for evidence of mass data transfer or mass deletions. | 1.10 |
| 01/18/24 | JHD | Prepare for good faith conferral call with Defendants' counsel re: search terms. | 1.80 |
| 01/18/24 | DLJ | Phone conference with David Sullivan; email communications re forensic search. | 0.20 |
| 01/22/24 | JHD | Prepare for and participate in meet and confer re: forensic search terms. | 0.50 |

# BUTLER | SNOW

Consolidated Industries, LLC
**Invoice Number:** 10414670
**Invoice Date:** February 12, 2024
Page: 2

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | engagement. | |

**Rate Summary**

| PROFESSIONAL | HOURS | | RATE | TOTAL |
|--------------|-------|--|------|-------|
| David L. Johnson | | hours at | $450.00 | |
| John H. Dollarhide | | hours at | $445.00 | |
| **Subtotal:** | | | | |

**EXPENSES**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | | |

**Subtotal of Expenses:**

**TOTAL CURRENT BILLING FOR THIS MATTER**



**BUTLER** | **SNOW**

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional**: David L. Johnson

**Invoice Number:** 10419947
**Invoice Date:** March 15, 2024

**DUE UPON RECEIPT**

If paying by check, please remit payment to Butler Snow LLP at the address noted above.
Credit card payments can be made online at https://www.butlersnow.com/payments.

Tim Boyd
Consolidated Industries, LLC
tboyd@pmbrentals.com
295 Jim Adams Dr., Ste. A
Paris, TN 38242

**Matter:** Breach of Legal Obligations

**INVOICE SUMMARY**

For Services Rendered Through February 29, 2024

**TOTAL FEES FOR CURRENT PERIOD**

**TOTAL EXPENSES FOR CURRENT PERIOD**

**DISCOUNT**

**TOTAL FEES AND EXPENSES**

**TOTAL AMOUNT DUE**



*Please reference matter and invoice number(s) with payment.*

Tax I.D. 64-0331849

FOCUS | TEAMWORK | INNOVATION | SERVICE | EXPERIENCE | VALUE | RESPONSIVENESS
www.butlersnow.com | LAW ELEVATED

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10419947
**Invoice Date:** March 15, 2024

**Matter:** Breach of Legal Obligations

## INVOICE DETAIL

**PROFESSIONAL FEES**

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 02/05/24 | JHD | Review forensic vendor email re: collection process, analyze same with reference to court's forensic collection order, and respond to forensic vendor w/ requirement that email accounts be collected. | 1.30 |
| 02/08/24 | JHD | Emails w/ forensic vendor and Defendants' counsel re: collection of email accounts. | 0.40 |
| 02/08/24 | DLJ | Email communications re forensic examination. | 0.10 |
| 02/15/24 | JHD | Emails w/ forensic vendor and opposing counsel re: collection process and status. | 0.20 |
| 02/19/24 | JHD | Review forensic collection letter from Defendants' counsel and begin working on response. | 1.10 |
| 02/20/24 | JHD | Continue work on response to T. Pasternak letter re: forensic search; related email to J. Coker. | 2.80 |
| 02/20/24 | DLJ | Email communications with counsel re forensic search. | 0.10 |
| 02/21/24 | JHD | Continue work on response to Defendants' objection letter re: forensic collection. | 2.60 |
| 02/21/24 | DLJ | | 0.90 |
| 02/22/24 | JHD | Finalize letter to Defendants' counsel re: response to forensic search terms issues; | 2.0 |

# BUTLER | SNOW

Consolidated Industries, LLC
Invoice Number: 10419947
Invoice Date: March 15, 2024
Page: 2

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 02/28/24 | DLJ | Communications re forensic examination. | 0.10 |

### Rate Summary

| PROFESSIONAL | HOURS | | RATE | TOTAL |
|--------------|-------|---|------|-------|
| David L. Johnson | | hours at | $450.00 | |
| John H. Dollarhide | | hours at | $445.00 | |
| Subtotal: |  | | | |

**EXPENSES**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | | |

Subtotal of Expenses:

**TOTAL CURRENT BILLING FOR THIS MATTER**

$$\mathbf{B}\,\mathbf{U}\,\mathbf{T}\,\mathbf{L}\,\mathbf{E}\,\mathbf{R} \,\big|\, \mathbf{S}\,\mathbf{N}\,\mathbf{O}\,\mathbf{W}$$

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional**: David L. Johnson

**Invoice Number:** 10421631
**Invoice Date:** April 4, 2024

**DUE UPON RECEIPT**

If paying by check, please remit payment to Butler Snow LLP at the address noted above.
Credit card payments can be made online at https://www.butlersnow.com/payments.

Tim Boyd
Consolidated Industries, LLC
tboyd@pmbrentals.com
295 Jim Adams Dr., Ste. A
Paris, TN 38242

**Matter:** Breach of Legal Obligations

**INVOICE SUMMARY**

For Services Rendered Through March 31, 2024



**TOTAL FEES FOR CURRENT PERIOD**

**TOTAL EXPENSES FOR CURRENT PERIOD**

**DISCOUNT**

**TOTAL FEES AND EXPENSES**

**TOTAL AMOUNT DUE**

*\*Please reference matter and invoice number(s) with payment.*

Tax I.D. 64-0331849

FOCUS | TEAMWORK | INNOVATION | SERVICE | EXPERIENCE | VALUE | RESPONSIVENESS
www.butlersnow.com | LAW ELEVATED

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client: Consolidated Industries, LLC**
**Matter Number: 058422.231887**
**Billing Professional: David L. Johnson**

**Invoice Number: 10421631**
**Invoice Date: April 4, 2024**

**Matter: Breach of Legal Obligations**

## INVOICE DETAIL

**PROFESSIONAL FEES**



| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 03/05/24 | JHD | Extensive study of previous correspondence and documents to determine updated set of agreed and disputed search terms, parameters, and phone numbers and work on response to Defs.' counsel re: same; | 5.8 |
| 03/06/24 | JHD | Continue work on response to forensic search term letter. | 0.40 |
| 03/08/24 | JHD | Continue work on response to forensic search term letter; | 1.7 |
| 03/08/24 | DLJ | Email communications re forensic examination and other issues. | 0.10 |
| 03/19/24 | DLJ | Review of letter from Tom Pasternak; communications with John Dollarhide. | 0.20 |
| 03/25/24 | JHD | Detailed study of conferral letters regarding forensic search and draft detailed response including work on spreadsheet of proposed search terms and parameters. | 5.70 |
| 03/26/24 | JHD | Finalize response letter re: search terms; | 0.4 |

**Rate Summary**

| PROFESSIONAL | HOURS | | RATE | TOTAL |
|--------------|-------|------|------|-------|
| David L. Johnson |  | hours at | $450.00 | |
| John H. Dollarhide | | hours at | $445.00 |  |
| **Subtotal:** | | | |  |

# BUTLER | SNOW

**EXPENSES**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
|      |             |        |

**Subtotal of Expenses:**

**TOTAL CURRENT BILLING FOR THIS MATTER**

$$BUTLER \mid SNOW$$

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10425684
**Invoice Date:** May 7, 2024

**DUE UPON RECEIPT**

If paying by check, please remit payment to Butler Snow LLP at the address noted above.
Credit card payments can be made online at https://www.butlersnow.com/payments.

Tim Boyd
Consolidated Industries, LLC
tboyd@pmbrentals.com
295 Jim Adams Dr., Ste. A
Paris, TN 38242

**Matter:** Breach of Legal Obligations

## INVOICE SUMMARY

For Services Rendered Through April 30, 2024

**TOTAL FEES FOR CURRENT PERIOD**

**TOTAL EXPENSES FOR CURRENT PERIOD**

**TOTAL FEES AND EXPENSES**

**TOTAL AMOUNT DUE**



*Please reference matter and invoice number(s) with payment.*

Tax I.D. 64-0331849

FOCUS | TEAMWORK | INNOVATION | SERVICE | EXPERIENCE | VALUE | RESPONSIVENESS
www.butlersnow.com | LAW ELEVATED

**BUTLER | SNOW**

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10425684
**Invoice Date:** May 7, 2024

**Matter:** Breach of Legal Obligations

## INVOICE DETAIL

**PROFESSIONAL FEES**

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | | |
| 04/12/24 | JHD | Review Maupin counsel letter re: search terms and begin work on response. | 0.50 |
| 04/15/24 | JHD | Revise and finalize updated search terms and related email to Maupin's counsel. | 2.10 |
| 04/16/24 | JHD | Work on correspondence to forensic vendor with compilation of all negotiations on search terms. | 2.60 |
| 04/17/24 | JHD | Finalize memorandum to forensic vendor re: search terms and limiting/filtering to be applied to Defendants' devices and emails accounts. | 2.40 |
| 04/23/24 | JHD | Review matter status and provide update to clients. | 0.70 |
| 04/24/24 | JHD | Emails w/ forensic vendor re: preparation for call to discuss search terms and filtering processing. | 0.30 |
| 04/26/24 | JHD | Prepare for and participate in call w/ forensic vendor and Defendants' counsel re: processing of data. | 0.80 |

# BUTLER | SNOW

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| ███ | █ | ████████ | █ |

### Rate Summary

| PROFESSIONAL | HOURS | | RATE | TOTAL |
|--------------|-------|--|------|-------|
| ███ | ███ | | | |
| John H. Dollarhide | | hours at | $445.00 | ██ |
| **Subtotal:** | | | | |

**EXPENSES**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| ██ | ████████ | ██ |

**Subtotal of Expenses:** ████

**TOTAL CURRENT BILLING FOR THIS MATTER** ████



**B U T L E R** | **S N O W**

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10431063
**Invoice Date:** June 14, 2024

**DUE UPON RECEIPT**

If paying by check, please remit payment to Butler Snow LLP at the address noted above.
Credit card payments can be made online at https://www.butlersnow.com/payments.

Tim Boyd
Consolidated Industries, LLC
tboyd@pmbrentals.com
295 Jim Adams Dr., Ste. A
Paris, TN 38242

**Matter:** Breach of Legal Obligations

**INVOICE SUMMARY**

For Services Rendered Through May 31, 2024

**TOTAL FEES FOR CURRENT PERIOD**

**TOTAL EXPENSES FOR CURRENT PERIOD**

**DISCOUNT**

**TOTAL FEES AND EXPENSES**

**TOTAL AMOUNT DUE**



*Please reference matter and invoice number(s) with payment.*

Tax I.D. 64-0331849

FOCUS | TEAMWORK | INNOVATION | SERVICE | EXPERIENCE | VALUE | RESPONSIVENESS
www.butlersnow.com | LAW ELEVATED

# BUTLER|SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10431063
**Invoice Date:** June 14, 2024

**Matter:** Breach of Legal Obligations

## INVOICE DETAIL

**PROFESSIONAL FEES**

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | | |
| 05/07/24 | JHD | Emails w/ Defs.' counsel re: Repario hosting fees. | 0.20 |
| 05/08/24 | JHD | Emails w/ Defs.' counsel re: payment of vendor fees and related review of Doug Hines correspondence. | 0.3 |
| | | | |
| | | | |
| 05/10/24 | JHD | Review, analyze, and draft emails re: search terms result reports. | 2.90 |
| | | | |
| 05/14/24 | JHD | ; emails w/ clients re: forensic search; review updated search terms document and emails w/ forensic vendor and defense counsel re: search term hit delivery to defense counsel; work on custodian of records affidavit for JADE Rentals. | 3.5 |
| | | | |
| 05/20/24 | JHD | Review Defendants' counsel letter re: search term hits and narrowing and related analysis of proposed response; revise previous spreadsheets showing compromised search terms and reserving other terms for future disputes. | 3.80 |
| 05/21/24 | JHD | Continue work on analysis of search term result counts and modifying first two batches to compromise and start Defendants' counsel review of documents; multiple emails w/ Defs.' counsel and forensic vendor. | 3.60 |
| | | | |
| | | | |
| 05/23/24 | JHD | Emails w/ Defs.' counsel re: forensic search for native files. | 0.30 |
| | | | |
| | | | |

# BUTLER | SNOW



| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | █ | | █ |
| 05/31/24 | JHD | Prepare for and participate in good faith conferral call re: forensic search of native files; related email to vendor for search of Defendants' devices for Weather King native files. | 2.80 |
| | █ | | █ |

**Rate Summary**

| PROFESSIONAL | HOURS | RATE | TOTAL |
|--------------|-------|------|-------|
| John H. Dollarhide | hours at | $445.00 | |
| Subtotal: | | | |

**EXPENSES**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | | |

**Subtotal of Expenses:**

**TOTAL CURRENT BILLING FOR THIS MATTER**



$$BUTLER | SNOW$$

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number: 10433318**
**Invoice Date:** July 5, 2024

**DUE UPON RECEIPT**

If paying by check, please remit payment to Butler Snow LLP at the address noted above.
Credit card payments can be made online at https://www.butlersnow.com/payments.

Tim Boyd
Consolidated Industries, LLC
tboyd@pmbrentals.com
295 Jim Adams Dr., Ste. A
Paris, TN 38242

**Matter:** Breach of Legal Obligations

**INVOICE SUMMARY**

For Services Rendered Through June 30, 2024

**TOTAL FEES FOR CURRENT PERIOD**

**TOTAL EXPENSES FOR CURRENT PERIOD**

**TOTAL FEES AND EXPENSES**

**TOTAL AMOUNT DUE**



*Please reference matter and invoice number(s) with payment.*                    Tax I.D. 64-0331849

FOCUS | TEAMWORK | INNOVATION | SERVICE | EXPERIENCE | VALUE | RESPONSIVENESS
www.butlersnow.com | LAW ELEVATED

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10433318
**Invoice Date:** July 5, 2024

**Matter:** Breach of Legal Obligations

## INVOICE DETAIL

**PROFESSIONAL FEES**



| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/03/24 | JHD | Review results of forensic vendor searching native files and related emails w/ vendor re: production of same. | 0.70 |
| 06/13/24 | JHD | Analyze emails between Defs.' counsel and forensic vendor re: search results and related analysis of search results. | 0.90 |
| 06/14/24 | JHD | Review Repario invoice and provide status to D. Johnson and clients; email w/ Defs.' counsel re:. | 0.50 |

# BUTLER | SNOW



Consolidated Industries, LLC
**Invoice Number:** 10433318
**Invoice Date:** July 5, 2024
Page: 2



**Rate Summary**

| PROFESSIONAL | HOURS | | RATE | TOTAL |
|---|---|---|---|---|
| John H. Dollarhide | | hours at | $445.00 | |
| **Subtotal:** | | | | |

**EXPENSES**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | | |

**Subtotal of Expenses:**

**TOTAL CURRENT BILLING FOR THIS MATTER**

$\text{B}\,\text{U}\,\text{T}\,\text{L}\,\text{E}\,\text{R}\,|\,\text{S}\,\text{N}\,\text{O}\,\text{W}$

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10437664
**Invoice Date:** August 7, 2024

**DUE UPON RECEIPT**

If paying by check, please remit payment to Butler Snow LLP at the address noted above.
Credit card payments can be made online at https://www.butlersnow.com/payments.

Tim Boyd
Consolidated Industries, LLC
tboyd@pmbrentals.com
295 Jim Adams Dr., Ste. A
Paris, TN 38242

**Matter:** Breach of Legal Obligations

**INVOICE SUMMARY**

For Services Rendered Through July 31, 2024

**TOTAL FEES FOR CURRENT PERIOD**

**TOTAL EXPENSES FOR CURRENT PERIOD**

**TOTAL FEES AND EXPENSES**

**TOTAL AMOUNT DUE**



*Please reference matter and invoice number(s) with payment.*

Tax I.D. 64-0331849

FOCUS | TEAMWORK | INNOVATION | SERVICE | EXPERIENCE | VALUE | RESPONSIVENESS
www.butlersnow.com | LAW ELEVATED

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10437664
**Invoice Date:** August 7, 2024

**Matter:** Breach of Legal Obligations

## INVOICE DETAIL

**PROFESSIONAL FEES**

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/02/24 | JHD | Review status of requests to Defs.' counsel for forensic document search results and email Defs.' counsel to get update. | 0.20 |
| 07/03/24 | JHD | Emails w/ Defs.' counsel re: production of native Weather King documents found on Defendants' devices; review letter from Defs.' counsel re: renewal of objections to search terms. | 0.50 |
| | | | |
| | | | |
| 07/08/24 | JHD | Extensive review and study of prior letters and emails re: forensic document collection and search in preparing response to July 3 letter re: increased search results and modify proposed non-mobile data search terms list to include in letter to Defs.' counsel. | 5.50 |

# BUTLER | SNOW

Consolidated Industries, LLC
**Invoice Number:** 10437664
**Invoice Date:** August 7, 2024
Page: 2

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|



## Rate Summary

| PROFESSIONAL | HOURS | RATE | TOTAL |
|--------------|-------|------|-------|
| John H. Dollarhide | hours at | $445.00 | |
| Subtotal: | | | |

**EXPENSES**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|



**Subtotal of Expenses:**

**TOTAL CURRENT BILLING FOR THIS MATTER**

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10442215
**Invoice Date:** September 12, 2024

**DUE UPON RECEIPT**

If paying by check, please remit payment to Butler Snow LLP at the address noted above.
Credit card payments can be made online at https://www.butlersnow.com/payments.

Tim Boyd
Consolidated Industries, LLC
tboyd@pmbrentals.com
295 Jim Adams Dr., Ste. A
Paris, TN 38242

**Matter:** Breach of Legal Obligations

## INVOICE SUMMARY

For Services Rendered Through August 31, 2024

**TOTAL FEES FOR CURRENT PERIOD**

**TOTAL EXPENSES FOR CURRENT PERIOD**

**DISCOUNT**

**TOTAL FEES AND EXPENSES**

**TOTAL AMOUNT DUE**



*Please reference matter and invoice number(s) with payment.*

Tax I.D. 64-0331849

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10442215
**Invoice Date:** September 12, 2024

**Matter:** Breach of Legal Obligations

## INVOICE DETAIL

**PROFESSIONAL FEES**



| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/04/24 | JHD | email to Defs.' counsel re: when we can expect doc production. | 0.10 |
| 08/12/24 | JHD | Emails re: Repario monthly data hosting fee. | 0.10 |
| 08/22/24 | DLJ | crated request for additional forensic searching. | 0.5 |

# BUTLER | SNOW

Consolidated Industries, LLC
**Invoice Number:** 10442215
**Invoice Date:** September 12, 2024
Page: 2

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| ▮ | ▮ | ▮ | ▮ |
| 08/28/24 | JHD | Emails w/ forensic vendor re: whether text messages were deleted; work on letter to Defs.' counsel re: request for additional texts and emails not limited by search terms. | 2.70 |
| ▮ | ▮ | ▮ | ▮ |
| 08/29/24 | JHD | Finalize draft letter to Defs.' counsel re: additional text and email searches. | 0.80 |
| ▮ | ▮ | ▮ | ▮ |
| 08/30/24 | JHD | Revise letter to Defs.' counsel re: additional communications exports requested from forensic vendor. | 0.70 |
| ▮ | ▮ | ▮ | ▮ |

**Rate Summary**



| PROFESSIONAL | HOURS | | RATE | TOTAL |
|--------------|-------|------|------|-------|
| ▮ | ▮ | | | |
| David L. Johnson | ▮ | hours at | $450.00 | |
| John H. Dollarhide | ▮ | hours at | $445.00 | |
| **Subtotal:** | | | | |

**EXPENSES**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| ▮ | ▮ | ▮ |



**Subtotal of Expenses:** ▮

**TOTAL CURRENT BILLING FOR THIS MATTER** ▮

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10446209
**Invoice Date:** October 8, 2024

**DUE UPON RECEIPT**

If paying by check, please remit payment to Butler Snow LLP at the address noted above.
Credit card payments can be made online at https://www.butlersnow.com/payments.

Tim Boyd
Consolidated Industries, LLC
tboyd@pmbrentals.com
295 Jim Adams Dr., Ste. A
Paris, TN 38242

**Matter: Breach of Legal Obligations**

## INVOICE SUMMARY

For Services Rendered Through September 30, 2024

**TOTAL FEES FOR CURRENT PERIOD**

**TOTAL EXPENSES FOR CURRENT PERIOD**

**DISCOUNT**

**TOTAL FEES AND EXPENSES**

Total of Unpaid Balances From Prior Invoices*

**TOTAL AMOUNT DUE**





*Please reference matter and invoice number(s) with payment.*

Tax I.D. 64-0331849

FOCUS | TEAMWORK | INNOVATION | SERVICE | EXPERIENCE | VALUE | RESPONSIVENESS
www.butlersnow.com | LAW ELEVATED

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10446209
**Invoice Date:** October 8, 2024

**Matter:** Breach of Legal Obligations

## INVOICE DETAIL

**PROFESSIONAL FEES**



| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/06/24 | JHD | Emails re: forensic search. | 0.20 |
| 09/09/24 | JHD | Provide status of vendor response to cost lowering question. | 0.10 |
| 09/11/24 | JHD | Emails re: forensic search for additional texts and emails and related letter to forensic vendor and follow-up emails. | 0.90 |
| 09/12/24 | JHD | Participate in meet and confer with Defendants' counsel re: forensic search vendor producing additional documents. | 0.30 |
| 09/16/24 | JHD | Review and analyze issue re: Aleyna Lassen mobile device not being collected and related email to Repario; analyze issue re: Defendants' use of computer-assisted document review and begin work on request for document review statistics. | 3.50 |

# BUTLER | SNOW

Consolidated Industries, LLC
**Invoice Number:** 10446209
**Invoice Date:** October 8, 2024
Page: 2

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/23/24 | JHD | Emails re: collection of data from Lassens' devices. | 0.20 |
| 09/23/24 | DLJ | Email communications re status of forensics. | 0.20 |



**Rate Summary**

| PROFESSIONAL | HOURS | | RATE | TOTAL |
|--------------|-------|---|------|-------|
| David L. Johnson | | hours at | $450.00 | |
| John H. Dollarhide | | hours at | $445.00 | |
| **Subtotal:** | | | | |



**EXPENSES**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|



# BUTLER | SNOW

**Subtotal of Expenses:**

**TOTAL CURRENT BILLING FOR THIS MATTER**

 **BUTLER**  **SNOW**

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional**: David L. Johnson

**Invoice Number:** 10450113
**Invoice Date:** November 8, 2024

**DUE UPON RECEIPT**

If paying by check, please remit payment to Butler Snow LLP at the address noted above.
Credit card payments can be made online at https://www.butlersnow.com/payments.

Tim Boyd
Consolidated Industries, LLC
tboyd@pmbrentals.com
jillcoker@consolidatedbuildings.com
295 Jim Adams Dr., Ste. A
Paris, TN 38242

**Matter:** Breach of Legal Obligations

**INVOICE SUMMARY**

For Services Rendered Through October 31, 2024

**TOTAL FEES FOR CURRENT PERIOD**

**TOTAL EXPENSES FOR CURRENT PERIOD**

**TOTAL FEES AND EXPENSES**

**TOTAL AMOUNT DUE**



*Please reference matter and invoice number(s) with payment.*

Tax I.D. 64-0331849

FOCUS | TEAMWORK | INNOVATION | SERVICE | EXPERIENCE | VALUE | RESPONSIVENESS
www.butlersnow.com | LAW ELEVATED

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10450113
**Invoice Date:** November 8, 2024

**Matter:** Breach of Legal Obligations

**INVOICE DETAIL**

**PROFESSIONAL FEES**



| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 10/08/24 | JHD | Emails w/ opposing counsel re: collection of Lassen devices. | 0.10 |

# BUTLER | SNOW

Consolidated Industries, LLC
**Invoice Number:** 10450113
**Invoice Date:** November 8, 2024
Page: 2



| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | | |
| | | | |
| | | | |
| 10/21/24 | DLJ | Preparation of motion for contempt as it relates to Lassen defendants. | 1.90 |
| | | | |
| 10/22/24 | JHD | call w/ Defs.' counsel re: Lassen contempt | 0.2 |
| | | | |
| 10/22/24 | DLJ | Continued preparation of motion for contempt and supporting documents. | 0.80 |
| 10/23/24 | JHD | Revise motion for contempt, supporting memo, and proposed order re: Lassens. | 1.80 |
| 10/23/24 | DLJ | Email communications with opposing counsel; finalization of motion for contempt. | 0.30 |
| | | | |
| | | | |
| | | | |
| 10/29/24 | DLJ | communications with John Dollarhide re forensic costs; | 0.2 |
| | | | |
| | | | |

**Rate Summary**



| PROFESSIONAL | HOURS | RATE | TOTAL |
|--------------|-------|------|-------|
| David L. Johnson | hours at | $450.00 | |
| John H. Dollarhide | hours at | $445.00 | |
| **Subtotal:** | | | |

# BUTLER | SNOW

**EXPENSES**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|



**Subtotal of Expenses:**

**TOTAL CURRENT BILLING FOR THIS MATTER**



**BUTLER** | **SNOW**

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10461750
**Invoice Date:** February 17, 2025

**DUE UPON RECEIPT**

If paying by check, please remit payment to Butler Snow LLP at the address noted above.
Credit card payments can be made online at https://www.butlersnow.com/payments.

Tim Boyd
Consolidated Industries, LLC
tboyd@pmbrentals.com
jillcoker@consolidatedbuildings.com
295 Jim Adams Dr., Ste. A
Paris, TN 38242

**Matter:** Breach of Legal Obligations

## INVOICE SUMMARY

For Services Rendered Through January 31, 2025

**TOTAL FEES FOR CURRENT PERIOD**

**TOTAL EXPENSES FOR CURRENT PERIOD**

**DISCOUNT**

**TOTAL FEES AND EXPENSES**

**TOTAL AMOUNT DUE**



*Please reference matter and invoice number(s) with payment.*

Tax I.D. 64-0331849

FOCUS | TEAMWORK | INNOVATION | SERVICE | EXPERIENCE | VALUE | RESPONSIVENESS
www.butlersnow.com | LAW ELEVATED

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10461750
**Invoice Date:** February 17, 2025

**Matter:** Breach of Legal Obligations

## INVOICE DETAIL

**PROFESSIONAL FEES**



| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 01/06/25 | JHD | | 0.2 |
| | | emails w/ forensic vendor re: location of certain text messages; | |
| 01/15/25 | DLJ | ; phone conference with Jim Letten re witness tampering issue. | 0.6 |

# BUTLER | SNOW

Consolidated Industries, LLC
**Invoice Number:** 10461750
**Invoice Date:** February 17, 2025
Page: 2

| DATE | PROF | DESCRIPTION | HOURS |
|---|---|---|---|
| 01/15/25 | JIML | Email exchange with David Johnson and John Dollarhide re questions involving title 18 USC obstruction and related matters; followed by call with DJ (18m); and research/email of DOJ pub on same (14m). | 0.30 |
| 01/16/25 | JHD | Emails w/ DJ and Taft re: offlining Repario data. | 0.30 |
| 01/16/25 | DLJ | Research re subpoena interference; phone conference with Danny Van Horn to discuss strategy as it relates to defendant's discovery abuses. | 2.40 |
| 01/17/25 | DLJ | Preparation of sanctions brief. | 5.60 |
| 01/20/25 | DLJ | Preparation of motions for sanctions brief. | 6.20 |
| 01/21/25 | DLJ | Continued preparation of brief supporting motion for sanctions. | 3.90 |
| 01/22/25 | DLJ | Continued preparation of brief supporting motion for sanctions. | 1.70 |
| 01/23/25 | DLJ | Continued preparation of brief supporting motion for sanctions. | 0.60 |
| 01/29/25 | DLJ | Preparation of motion for sanctions and supporting documents. | 8.40 |
| 01/30/25 | DLJ | Preparation of brief supporting motion for sanctions and supporting documents. | 4.80 |
| 01/31/25 | JHD | Review and revise motion for sanctions. | 2.00 |
| 01/31/25 | DLJ | Preparation of sanctions brief. | 0.90 |

# BUTLER | SNOW

Consolidated Industries, LLC
**Invoice Number:** 10461750
**Invoice Date:** February 17, 2025
Page: 3

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| ▮ | ▮ |  | ▮ |

**Rate Summary**

| PROFESSIONAL | HOURS | | RATE | TOTAL |
|--------------|-------|------|------|-------|
| ▮ | | | | |
| David L. Johnson | | hours at | $450.00 | |
| John H. Dollarhide | | hours at | $445.00 | |
| ▮ | | | | |
| Jim Letten | | hours at | $725.00 | |
| **Subtotal:** | | | | |

**EXPENSES**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|



# BUTLER | SNOW

Consolidated Industries, LLC
**Invoice Number:** 10461750
**Invoice Date:** February 17, 2025
Page: 4

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|



**Subtotal of Expenses:**

**TOTAL CURRENT BILLING FOR THIS MATTER**

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10465704
**Invoice Date:** March 6, 2025

**DUE UPON RECEIPT**

If paying by check, please remit payment to Butler Snow LLP at the address noted above.
Credit card payments can be made online at https://www.butlersnow.com/payments.

Tim Boyd
Consolidated Industries, LLC
tboyd@pmbrentals.com
jillcoker@consolidatedbuildings.com
295 Jim Adams Dr., Ste. A
Paris, TN 38242

**Matter:** Breach of Legal Obligations

### INVOICE SUMMARY

For Services Rendered Through February 28, 2025

**TOTAL FEES FOR CURRENT PERIOD**

**TOTAL EXPENSES FOR CURRENT PERIOD**

**TOTAL FEES AND EXPENSES**

**TOTAL AMOUNT DUE**



*Please reference matter and invoice number(s) with payment.*                    Tax I.D. 64-0331849

FOCUS | TEAMWORK | INNOVATION | SERVICE | EXPERIENCE | VALUE | RESPONSIVENESS
www.butlersnow.com | LAW ELEVATED

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10465704
**Invoice Date:** March 6, 2025

**Matter:** Breach of Legal Obligations

## INVOICE DETAIL

**PROFESSIONAL FEES**

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 02/03/25 | JHD | work on revising motion for sanctions and related exhibits. | 3.5 |
| | | | |
| | | | |
| 02/04/25 | JHD | Work on tabulating discovery sanction fees; work on locating proper Maupin deposition exhibits for use in sanctions motion; | 2.5 |
| 02/04/25 | JEFB | Analysis of bills to determine total for sanctions filing. | 3.90 |
| 02/04/25 | DLJ | Preparation of sanctions briefing. | 0.60 |
| 02/05/25 | DLJ | Preparation of motion for sanctions filings. | 0.20 |
| 02/05/25 | DWV | Work on review of the motion for sanctions. | 0.50 |
| 02/06/25 | JEFB | Further analysis and chart of bills to determine total for sanctions filing. | 0.40 |
| 02/06/25 | DLJ | Preparation of sanctions calculation. | 0.30 |
| | | | |
| | | | |
| 02/12/25 | DLJ | Preparation of sanctions brief and research as it relates to same. | 3.20 |
| 02/13/25 | DLJ | Preparation of motion for sanctions brief. | 2.50 |
| 02/14/25 | DLJ | Continued preparation of brief supporting motion for sanctions. | 1.60 |

# BUTLER | SNOW

Consolidated Industries, LLC
**Invoice Number:** 10465704
**Invoice Date:** March 6, 2025
Page: 2

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 02/17/25 | DLJ | Continued preparation of sanctions brief. | 3.60 |
| | ▉ | | ▉ |
| 02/18/25 | DLJ | Preparation of brief supporting motion for sanctions. | 2.40 |
| | ▉ | | ▉ |
| 02/19/25 | DLJ | Continued preparation of brief supporting motion for sanctions and other supporting documents. | 5.10 |
| 02/20/25 | DLJ | Preparation of motion for sanctions and supporting documents; strategy conference with Danny Van Horn re same. | 5.00 |
| 02/21/25 | DLJ | Preparation of sanctions motion and supporting documents. | 2.60 |
| | ▉ | | ▉ |
| 02/21/25 | DWV | Work on analysis of the motion for sanctions. | 1.10 |
| 02/21/25 | DLJ | Strategy conference with Danny Van Horn and John Dollarhide. | 0.50 |
| 02/23/25 | JHD | Work on sanctions motion and supporting brief and declaration. | 2.30 |
| 02/24/25 | JHD | Work on finalizing motion for sanctions and motion for page limit extension. | 1.00 |
| 02/24/25 | DLJ | Meet and confer conference with opposing counsel; preparation of motion for sanctions and supporting documents. | 1.80 |
| 02/24/25 | DLJ | Strategy discussions with John Dollarhide and Danny Van Horn; | ▉ 0.3 |
| 02/24/25 | DWV | Work on review of the motion for sanctions and brief in support thereof. | 1.90 |
| 02/25/25 | JHD | Work on preparing exhibit for false discovery responses contradicted by Defendants' deposition testimony; work on finalizing motion for sanctions. | 2.10 |
| 02/25/25 | DLJ | Preparation of sanctions brief. | 1.60 |
| 02/26/25 | JHD | Work on discovery inconsistency chart and updates to motion for sanctions; select documents from forensic production as representative of proof that Defendants' discovery responses were untruthful; | ▉ 6.8 |
| 02/26/25 | JEFB | Work on drafting and preparing cites for sanctions motion. | 3.10 |
| 02/27/25 | JHD | Finalize motion for sanctions and related filings. | 3.30 |
| 02/27/25 | JHD | Work on proposed order granting motion for sanctions per court rules. | 0.80 |
| | ▉ | | ▉ |
| 02/27/25 | DLJ | Finalized motion for sanctions and supporting documents; email communications with client. | 0.60 |
| ▉ | ▉ | ▉ | ▉ |

**Rate Summary**



| PROFESSIONAL | HOURS | | RATE | TOTAL |
|---|---|---|---|---|
| Daniel W. Van Horn | | hours at | $595.00 | |
| David L. Johnson | | hours at | $450.00 | |
| John H. Dollarhide | | hours at | $445.00 | |
| Jeff Baum | 7.40 | hours at | $265.00 | $1,961.00 |
| **Subtotal:** | | | | |

**EXPENSES**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|



# BUTLER | SNOW

Consolidated Industries, LLC
**Invoice Number:** 10465704
**Invoice Date:** March 6, 2025
Page: 4

**TOTAL CURRENT BILLING FOR THIS MATTER**

# $B\,U\,T\,L\,E\,R \mid S\,N\,O\,W$

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10470182
**Invoice Date:** April 7, 2025

**DUE UPON RECEIPT**

If paying by check, please remit payment to Butler Snow LLP at the address noted above.
Credit card payments can be made online at https://www.butlersnow.com/payments.

Tim Boyd
Consolidated Industries, LLC
tboyd@pmbrentals.com
jillcoker@consolidatedbuildings.com
295 Jim Adams Dr., Ste. A
Paris, TN 38242

**Matter:** Breach of Legal Obligations

## INVOICE SUMMARY

For Services Rendered Through March 31, 2025

**TOTAL FEES FOR CURRENT PERIOD**

**TOTAL EXPENSES FOR CURRENT PERIOD**

**TOTAL FEES AND EXPENSES**

**TOTAL AMOUNT DUE**



*Please reference matter and invoice number(s) with payment.*                    Tax I.D. 64-0331849

FOCUS | TEAMWORK | INNOVATION | SERVICE | EXPERIENCE | VALUE | RESPONSIVENESS
www.butlersnow.com | LAW ELEVATED

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10470182
**Invoice Date:** April 7, 2025

**Matter:** Breach of Legal Obligations

## INVOICE DETAIL

**PROFESSIONAL FEES**



| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 02/26/25 | DLJ | Preparation of motion for sanctions and supporting documents. | 2.50 |
| 03/06/25 | JHD | Work on sanctions motion invoice redactions. | 0.70 |
| 03/07/25 | JHD | ; work on sanctions invoice redactions. | 0.6 |
| 03/10/25 | JEFB | Work on redactions of invoices. | 3.60 |
| 03/11/25 | JEFB | Work on redactions of invoices. | 3.20 |
| 03/20/25 | JHD | Work on finalize sanctions motion invoice redactions. | 3.50 |

# BUTLER | SNOW

Consolidated Industries, LLC
**Invoice Number:** 10470182
**Invoice Date:** April 7, 2025
Page: 2

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | | |
| | | | |
| | | | |
| 03/28/25 | JHD | Revise response in opposition to ABCO's second motion for extension of time to file response to motion for sanctions. | 0.40 |
| 03/28/25 | DLJ | Preparation of response to motion for extension. | 0.70 |
| | | | |
| | | | |



### Rate Summary

| PROFESSIONAL | HOURS | | RATE | TOTAL |
|--------------|-------|--|------|-------|
| David L. Johnson | | hours at | $450.00 | |
| John H. Dollarhide | | hours at | $445.00 | |
| Jeff Baum | 6.80 | hours at | $265.00 | $1,802.00 |
| **Subtotal:** | | | | |



## EXPENSES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | | |



# BUTLER | SNOW

Consolidated Industries, LLC
**Invoice Number:** 10470182
**Invoice Date:** April 7, 2025
Page: 3

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
|      |             |        |

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10474466
**Invoice Date:** May 7, 2025

**DUE UPON RECEIPT**

If paying by check, please remit payment to Butler Snow LLP at the address noted above.
Credit card payments can be made online at https://www.butlersnow.com/payments.

Tim Boyd
Consolidated Industries, LLC
tboyd@pmbrentals.com
jillcoker@consolidatedbuildings.com
295 Jim Adams Dr., Ste. A
Paris, TN 38242

**Matter:** Breach of Legal Obligations

## INVOICE SUMMARY

For Services Rendered Through April 30, 2025

**TOTAL FEES FOR CURRENT PERIOD**

**TOTAL EXPENSES FOR CURRENT PERIOD**

**TOTAL FEES AND EXPENSES**

**TOTAL AMOUNT DUE**



*Please reference matter and invoice number(s) with payment.*

Tax I.D. 64-0331849

FOCUS | TEAMWORK | INNOVATION | SERVICE | EXPERIENCE | VALUE | RESPONSIVENESS
www.butlersnow.com | LAW ELEVATED

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10474466
**Invoice Date:** May 7, 2025

**Matter:** Breach of Legal Obligations

**INVOICE DETAIL**

**PROFESSIONAL FEES**



| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 04/17/25 | DLJ | review of response to motion for sanctions (0.6). | |

# BUTLER | SNOW

| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| ███ | ██ | | ██ |
| ███ | █ | | ██ |
| ███ | ██ | | ██ |
| ███ | ██ | | ██ |
| 04/28/25 | DLJ | Preparation of reply brief supporting motion for sanctions. | 3.10 |
| 04/28/25 | DWV | Work on reply memo in support of sanctions. | 0.80 |
| 04/29/25 | JHD | Work on revisions to reply brief in support of motion for sanctions. | 1.70 |
| ███ | ██ | | ██ |
| ███ | ██ | | ██ |
| 04/29/25 | DLJ | Continued preparation of reply brief supporting motion for sanctions and supporting documents. | 2.20 |
| ███ | ██ | | ██ |
| ███ | ██ | | ██ |



**Rate Summary**

| PROFESSIONAL | HOURS | | RATE | TOTAL |
|--------------|-------|---|------|-------|
| Daniel W. Van Horn | ███ | hours at | $595.00 | |
| David L. Johnson | ███ | hours at | $450.00 | |
| John H. Dollarhide | ███ | hours at | $445.00 | |
| ███ | | | | |
| **Subtotal:** | ███ | | | ███ |





# BUTLER | SNOW

Consolidated Industries, LLC
**Invoice Number:** 10474466
**Invoice Date:** May 7, 2025
Page: 3

 

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10478587
**Invoice Date:** June 16, 2025

**DUE UPON RECEIPT**

If paying by check, please remit payment to Butler Snow LLP at the address noted above.
Credit card payments can be made online at https://www.butlersnow.com/payments.

Tim Boyd
Consolidated Industries, LLC
tboyd@pmbrentals.com
jillcoker@consolidatedbuildings.com
295 Jim Adams Dr., Ste. A
Paris, TN 38242

**Matter:** Breach of Legal Obligations

**INVOICE SUMMARY**

For Services Rendered Through May 31, 2025

**TOTAL FEES FOR CURRENT PERIOD**

**TOTAL EXPENSES FOR CURRENT PERIOD**

**TOTAL FEES AND EXPENSES**

**TOTAL AMOUNT DUE**



*Please reference matter and invoice number(s) with payment.*

Tax I.D. 64-0331849

FOCUS | TEAMWORK | INNOVATION | SERVICE | EXPERIENCE | VALUE | RESPONSIVENESS
www.butlersnow.com | LAW ELEVATED

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

**Client:** Consolidated Industries, LLC
**Matter Number:** 058422.231887
**Billing Professional:** David L. Johnson

**Invoice Number:** 10478587
**Invoice Date:** June 16, 2025

**Matter:** Breach of Legal Obligations

## INVOICE DETAIL

**PROFESSIONAL FEES**



| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/02/25 | JHD | Work on supplemental attorneys' fees issue. | 0.30 |
| 05/05/25 | JHD | work on supplemental attorneys' fees. | 0.5 |
| 05/06/25 | JHD | Work on redacting additional attorneys' fees invoices and related revision to D. Johnson declaration in support of additional sanctions fees. | 0.50 |
| 05/07/25 | JHD | Work on additional attorneys' fees submission; | 0.5 |
| 05/08/25 | JHD | work on additional attorneys' fees invoices and declaration for D. Johnson. | 0.4 |
| 05/08/25 | DLJ | finalized notice of filing with second declaration as it relates to attorney's fees claim. | 0.4 |

# BUTLER | SNOW

Consolidated Industries, LLC
**Invoice Number:** 10478587
**Invoice Date:** June 16, 2025
Page: 2



| DATE | PROF | DESCRIPTION | HOURS |
|------|------|-------------|-------|

**Rate Summary**



**PROFESSIONAL**

David L. Johnson
John H. Dollarhide
**Subtotal:**



| HOURS | RATE |
|-------|------|
| hours at | $450.00 |
| hours at | $445.00 |



**TOTAL**





# BUTLER | SNOW

Consolidated Industries, LLC
**Invoice Number:** 10478587
**Invoice Date:** June 16, 2025
Page: 4

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|



**Subtotal of Expenses:**

**TOTAL CURRENT BILLING FOR THIS MATTER**