IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC )<br>d/b/a WEATHER KING PORTABLE )<br>BUILDINGS, )<br>  )<br>   Plaintiff, )<br>  )<br>v. )<br>  )<br>JESSE A. MAUPIN, BARRY D. )<br>HARRELL, ADRIAN S. HARROD, )<br>LOGAN C. FEAGIN, STEPHANIE L. )<br>GILLESPIE, RYAN E. BROWN, DANIEL )<br>J. HERSHBERGER, BRIAN L. LASSEN, )<br>ALEYNA LASSEN, and AMERICAN )<br>BARN CO., LLC, )<br>  )<br>   Defendants. ) | Civil Action No. 1:22-cv-01230-STA-jay<br><br>Chief Judge S. Thomas Anderson |

## PLAINTIFF'S RENEWED MOTION FOR SANCTIONS AGAINST DEFENDANTS GILLESPIE, BROWN AND HERSHBERGER

Pursuant to Fed. R. Civ. P. 37(b)(2)(A), Plaintiff renews its motion for sanctions against Defendants Stephanie L. Gillespie, Ryan E. Brown, and Daniel J. Hershberger. As grounds for this motion, Plaintiff submits that these Defendants have failed to comply with the Court's August 29, 2023 Order (ECF No. 111) and have withheld responsive documents and committed other discovery abuses. Due to the egregiousness of Defendants' actions, the Court should enter default judgment against them in addition to monetary sanctions. In support of this motion, Plaintiff has filed a memorandum of law herewith and relies on the following exhibits:

   1.   The July 22, 2025 Declaration of David L. Johnson, filed herewith as Exhibit A;

2.      Excerpts of the May 20, 2025 Deposition of Defendant Stephanie Gillespie (together with Exhibits 4, 9-14, 17-19, 21-28, 31, 34, 36-37, 38 (without attachment), 39, 41, 45, 47, 58 and 59 thereto), collectively filed herewith as Exhibit B;

3.      Excerpts of the May 15, 2025 Deposition of Ryan Brown (together with Exhibits 2, 5, 7, 8, 11-14, 17, and 18 thereto), collectively filed herewith as Exhibit C; and

4.      Excerpts of the May 15, 2025 Deposition of Daniel Hershberger (together with Exhibits 2, 3, 8-13, 15-17, 19-20, and 23-31 thereto), collectively filed herewith as Exhibit D.

Respectfully submitted,

*/s/ David L. Johnson*
David L. Johnson, BPR #18732
John H. Dollarhide, BPR #40041
BUTLER SNOW LLP
The Neuhoff Building
1320 Adams Street, Suite 1400
Nashville, TN 37208
Telephone: (615) 651-6700
Fax: (615) 651-6701
david.johnson@butlersnow.com
john.dollarhide@butlersnow.com

Daniel W. Van Horn, BPR #18940
6075 Poplar Ave., Suite 500
Memphis, TN 38119
Telephone: (901) 680-7200
Fax: (901) 680-7201
Danny.VanHorn@butlersnow.com

*Attorneys for Plaintiff*

2

**CERTIFICATE OF COUNSEL**

In accordance with Local Rule 7.2(a)(1)(B), I certify that I conferred with Attorneys Thomas Pasternak and Benjamin Morrell via email on July 8, 2025, and that the motion is opposed due to lack of agreement.

                                                        /s/ David L. Johnson
                                                        David L. Johnson

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2025, I filed the foregoing Notice with the Court using the ECF system, which will provide notice and a copy to counsel of record:

Thomas G. Pasternak
Benjamin S. Morrell
TAFT STETTINIUS &HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
Telephone: (312) 527-4000
Facsimile: (312) 527-4011
tpasternak@taftlaw.com
bmorrell@taftlaw.com
*Attorneys for Defendants*

And to the following via U.S. Mail and email.

Brian L. Lassen
Aleyna Lassen
1405 N. Fort Grant Road
Willcox, AZ 85643
willcoxbuildings@pm.me

                                                        /s/ David L. Johnson
                                                        David L. Johnson

94722841.v1