# EXHIBIT C

1              IN THE UNITED STATES DISTRICT COURT

2                WESTERN DISTRICT OF TENNESSEE

3                     EASTERN DIVISION

4    CONSOLIDATED INDUSTRIES, LLC d/b/a
     WEATHER KING PORTABLE BUILDINGS,
5

6                      Plaintiff

7        vs                         No. 1:22-cv-01230-STA-jay

8    JESSE A. MAUPIN, et al,

9                     Defendants.

10

11           VIDEOTAPED DEPOSITION OF RYAN BROWN
                      MAY 15, 2025
12                     8:18 A.M.
         LOUISIANA BOULEVARD, NORTHEAST, SUITE 10400
13            ALBUQUERQUE, NEW MEXICO 87110

14

15

16           PURSUANT TO THE FEDERAL RULES OF CIVIL

17   PROCEDURE this deposition was:

18

19

20   TAKEN BY:    DAVID L. JOHNSON, ESQ.
                  ATTORNEY FOR PLAINTIFF
21

22

23   REPORTED BY:  KIM KAY SHOLLENBARGER
                   NEW MEXICO CCR#236
24

25

```
 1                    A P P E A R A N C E S

 2    For the Plaintiff:

 3         David L. Johnson, Esq.
           Butler Snow, LLP
 4         150 3rd Avenue South, Suite 1600
           Nashville, Tennessee 37201
 5         (615)651-6700
           david.johnson@butlersnow.com
 6

 7    For the Defendants:

 8         Thomas Pasternak, Esq.
           Taft Stettinius & Hollister, LLP
 9         111 East Wacker Drive, Suite 2600
           Chicago, Illinois 60601
10         (312)836-4134
           tpasternak@taftlaw.com
11
      Also Present: Charles Martinez - Videographer
12                  Dominic Martinez - Videographer (in training)
                    Jesse Maupin
13                  Daniel Hershberger

14                         I N D E X

15    EXAMINATION OF RYAN BROWN                        PAGE

16       By Mr. Johnson                              4,102

17       By Mr. Pasternak                              102

18    REPORTER'S CERTIFICATE                           104

19    EXHIBITS                              MARKED/IDENTIFIED

20    Exhibit 1. Notice to take Deposition           4

21    Exhibit 2. Responses to Interrogatories       24

22    Exhibit 3. Responses to Interrogatories       25

23    Exhibit 4. Responses to Interrogatories       25

24    Exhibit 5. ABCO 55917-55919 text              48

25    Exhibit 6. 6/13/22 letter to R. Brown         52
```

```
1    until -- or brought to fruition until after I quit Weather
2    King.  So therefore, no, I didn't do anything on their time.
3        Q.    What about in furtherance of ABCO's business?
4        A.    As far as I know, no.
5        Q.    If we look back at Exhibit 2, that may be in front
6    of you.  In response to written discovery you were asked to
7    produce correspondence that you exchanged with the other
8    Defendants, correct?  Do you recall that?
9        A.    I recall something like that.
10       Q.    If we look at Exhibit 2, we pull up request for
11   production number 7, which is on page 9.  Do you see that?
12       A.    Number 7, correct.
13       Q.    And you respond, "responsive documents will be
14   produced."  Do you see that?
15       A.    Where's that?
16       Q.    Your response to RFP Number 7.  This is on page 9.
17       A.    I'm on the wrong page.  Page 9, okay.
18       Q.    Do you see where you say, "responsive documents will
19   be produced."
20       A.    Yes.
21       Q.    And you produced emails in response to that request,
22   do you recall that?
23       A.    I recall trying to provide what was asked for.
24       Q.    I'll just have to hand it to you, because of the ten
25   Defendants, you were the only Defendant who provided
```

1    anything, and you provided emails, okay.  But you didn't
2    produce a single text message, did you, Mr. Brown?
3        A.    I don't recall what I produced.
4        Q.    You don't have any reason to deny not producing any
5    text messages in response to that request, correct?
6        A.    Like I just stated, I believe that I produced what
7    you guys requested.
8        Q.    Did anyone encourage you not to produce text
9    messages in response to this request?
10       A.    I don't recall any conversation about that.
11       Q.    Do you recall scrolling through your cell phone to
12   look to see whether you had text messages in response to that
13   request?
14       A.    I don't recall scrolling through.  I tried to print
15   off things, and just was trying to produce what you guys
16   requested.
17       Q.    What was your understanding of what the Court
18   expected you to do to look for and produce documents in
19   response to Weather King's request?
20       A.    My understanding, from what I recall was, I read the
21   questions and tried to produce what was asked for.
22       Q.    Do you recall what specifically you did to look for
23   documents in response to these requests?
24             MR. PASTERNAK:  Objection, asked and answered.
25             MR. JOHNSON:  You can answer again.

1        MR. PASTERNAK:  You can answer.

2    A.   Like I said, what I recall three years ago is what

3    was asked for, trying to find it and produce it.

4    Q.   In terms of trying to find it, what did you do to

5    try to find it?

6    A.   I can't recall specifics.  I would imagine that I

7    looked through the phone and printed off screenshots and

8    printed off emails and tried to produce what was asked for.

9    Q.   But you can't point to a single screenshot, text

10   message that you produced in response to these requests, can

11   you, Mr. Brown?

12   A.   I can't recall text messages from yesterday, let

13   alone three years ago.

14   Q.   Well, I'm not asking if you can recall what the text

15   messages say, but you're perfectly capable of getting your

16   phone and looking for text messages, were you not, Mr. Brown?

17   A.   You just asked me if I recalled having a specific

18   text message that I recall bringing up.

19   Q.   That's not what I asked.

20   A.   That's what I understand.

21   Q.   Was there anything that prevented you from searching

22   through your text messages and seeing if you had text

23   messages with Jesse Maupin?

24   A.   Not as far as I recall.

25   Q.   What kind of phone have you possessed since 2022,

1   has it been an iPhone?

2       A.   Correct.

3       Q.   And for your iPhone have you backed your messages up

4   on iCloud?

5       A.   Up until this I didn't even know what that was.  So

6   I don't even know.

7       Q.   You don't know whether you did or not?

8       A.   Correct.

9       Q.   So is it fair to assume then that you didn't check

10  your iCloud to see whether you had responsive text messages?

11      A.   Like I keep stating, at the time I can't recall

12  exact what I did or didn't do.  I believe that I read every

13  question and tried to produce what was asked for.

14      Q.   Did you have any discussions with anyone else in

15  response to discovery about looking through your iCloud to

16  see whether you had responsive text messages?

17      A.   I don't recall having any conversation with anything

18  about -- other than how this was going to go.

19      Q.   I'm going to hand you a document which we've marked

20  as Exhibit 5.  This is stamped ABCO 55917.  These are text

21  messages that were produced as part of the forensic

22  examination of cell phones in this case.  Do you recognize

23  these as March 13, 2022 text messages between you and Mr.

24  Maupin?

25      A.   March?

1    Q.   Did I say March?  I meant January.

2    A.   They are dated January.

3    Q.   January 13, 2022.

4    A.   Correct.  As far as me recognizing them, no, not

5    until I read back through them.

6    Q.   And these are text messages that are responsive to

7    request for production number 7, correct?

8    A.   These are what I gave you guys?

9    Q.   You did not give it to us, no, sir.  We got it

10   through the forensic examination of cell phones in this case.

11   A.   Okay.

12   Q.   Can you explain why you did not produce these text

13   messages?

14   A.   I can't recall any of it.

15   Q.   And you don't recall whether you searched through

16   your cell phone to determine whether you had text messages?

17   A.   Like I mentioned, when I got the request, I believe,

18   as far as my recollection goes, that I did everything I could

19   to produce what you guys wanted.

20   Q.   Looking at these text messages, does this refresh

21   your recollection of the time in which you had first

22   conversations with Mr. Maupin about joining together to

23   compete with Weather King?

24   A.   I don't recall the messages.  I'm trying to read

25   through them.

1    Q.   And I'm happy to give you some time to do that.

2    A.   Okay.  What was the question?

3    Q.   Does this refresh your recollection concerning the

4    timing of when you and Mr. Maupin first spoke about competing

5    with Weather King?

6    A.   Not really.

7    Q.   Let's look at the text messages that were exchanged

8    at 8:28 p.m. and 8:30 p.m.

9    A.   Okay.

10   Q.   You say at 8:28, "man, I'm excited and it's going to

11   be a lot of work for the next couple of years, but it's worth

12   it and right on time, we aren't getting any younger, it's

13   what happens when people mess with the alpha," correct?

14   A.   That's what it says, correct.

15   Q.   And that is referring to a new business enterprise,

16   correct?

17   A.   I'm going to assume it is.  I don't recall the

18   conversation.

19   Q.   Is the alpha Mr. Maupin?

20   A.   I don't know.

21   Q.   And then, what does Mr. Maupin say at 8:30?

22   A.   8:30, "I'm beyond excited, I have Arizona a hundred

23   percent on board and locked in, I'm ordering the truss

24   presses and saws next week, two-month turnaround on them."

25   Q.   And do you construe that as indicating that he had

1   the Arizona builders a hundred percent locked down on board?

2       A.   I can't comment to what he actually meant on Arizona

3   being a hundred percent. He just says, "I have Arizona as a

4   hundred percent," but that could mean lots of different

5   things.

6       Q.   I mean, you've got some commonsense, don't you,

7   Mr. Brown? Don't you think he's referring to having a

8   hundred percent of Weather King's builders in Arizona on

9   board?

10           MR. PASTERNAK: Objection to form, calls for

11  speculation.

12      Q.   You can answer.

13      A.   What I'm going to answer is, when you're asking

14  about a conversation of what I remember what it was referring

15  to three years ago, I can't tell you where my mind was. I

16  can't tell you where his mind was. I can read text messages.

17      Q.   Where is your mind now?

18      A.   My mind now is, pretty funny that I said, "messing

19  with alpha."

20      Q.   Okay. Well, where's your mind now? What does your

21  mind tell you when he says, "Arizona's a hundred percent on

22  board," Mr. Brown?

23           MR. PASTERNAK: Objection, asked and answered.

24  Calls for speculation.

25      Q.   What do you think that means?

1    A.    When I'm reading it, I would actually assume that he

2    has Arizona -- that maybe the dealers -- that he's talked to

3    the dealers.  I don't know it refers to builders.  I don't

4    know it refers to dealers.  I don't know what it refers to.

5         Q.    Okay, fair enough.  Handing you a document which

6    we've marked as Exhibit 6.  Do you recognize this as a letter

7    that I sent to you and your wife on June 13, 2022?

8         A.    We've gotten a lot of paperwork, so I'm sure this

9    was probably one of them.

10        Q.    Do you recall receiving this letter soon after --

11   well, on June 13th -- it looks like it was emailed to you on

12   June 13th or soon thereafter.

13        A.    I don't recall when we got it, but that probably

14   sounds correct.

15        Q.    Did you understand your obligations referenced in

16   this letter to preserve evidence?

17        A.    As far as I recall, I believe so.  But you're

18   pointing out that I have stuff that I missed anyway.

19        Q.    And this letter here demanded that you preserve text

20   messages that you had with the other Defendants and others,

21   correct?

22        A.    As far as I recall.

23        Q.    What, if anything, did you do after you received

24   this letter to make sure that you complied with the

25   preservation demand set forth in the letter?

1    A.   As far as I recall, just what you guys asked for,

2    didn't do anything.

3    Q.   Did you communicate with Mr. Maupin or anyone else

4    about preserving evidence?

5    A.   I don't remember having any conversations with

6    anybody.

7    Q.   Before papers are filed in the court in this case,

8    have you reviewed drafts of filings that your counsel has

9    filed on your behalf?

10   A.   Very little.

11   Q.   What about drafts of letters that your counsel has

12   sent to us before they were sent?

13   A.   Again, very little.

14   Q.   Are you aware that your counsel has represented to

15   the Court on your behalf that you didn't posses any text

16   messages responsive to Weather King's request?

17   A.   Again, I don't recall a lot of what's going on.

18   Q.   Do you have an understanding of what representations

19   were made to the Court on your behalf as to why you didn't

20   produce text messages in response to our requests?

21   A.   Again, from what I recall, I believe that I produced

22   whatever you guys asked for.

23   Q.   Ultimately you turned over your cell phone for

24   forensic examination, correct?

25   A.   Correct.

1    Q.   And do you understand that the forensic examiner
2    found text messages on your phone that Weather King demanded
3    be preserved, but you claim not to posses?
4    A.   You just pointed out some that I didn't know that
5    were even in existence.
6    Q.   As we sit here today, do you have an explanation as
7    to why you claim not to posses these text messages and why
8    you didn't produce them when Weather King asked for them in
9    discovery?
10   A.   Like I mentioned earlier, as far as I recall, I did
11   my best to produce whatever you guys asked for.
12   Q.   Did you delete any correspondence?
13   A.   Not as far as I recall.
14   Q.   Did you discuss deleting anything with any of the
15   Defendants?
16   A.   Never recall having any of those conversations.
17   Q.   Did you have any conversations with any of the
18   Defendants about searching for information responsive to
19   Weather King's discovery request?
20   A.   I don't recall any conversation.
21   Q.   As of late May 2022, did you have an understanding
22   of the extent to which Mr. Maupin and others had lined up
23   builders to join ABCO's business enterprise?
24   A.   Again, I can't really recall last week, let alone
25   three years ago.  I don't know what he had lined up.

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| **CONSOLIDATED INDUSTRIES, LLC** | ) |
| **d/b/a WEATHER KING PORTABLE** | ) |
| **BUILDINGS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **Civil Action No. 1:22-cv-01230** |
| **v.** | ) |
| | ) |
| **JESSE A. MAUPIN, BARRY D.** | ) |
| **HARRELL, ADRIAN S. HARROD,** | ) |
| **LOGAN C. FEAGIN, STEPHANIE L.** | ) |
| **GILLESPIE, RYAN E. BROWN, DANIEL** | ) |
| **J. HERSHBERGER, BRIAN L. LASSEN,** | ) |
| **ALEYNA LASSEN, and AMERICAN** | ) |
| **BARN CO., LLC,** | ) |
| | ) |
| **Defendants.** | ) |

## RYAN E. BROWN'S RESPONSES TO PLAINTIFF'S
## FIRST SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION OF
## DOCUMENTS, AND REQUESTS FOR ADMISSION

Pursuant to Fed. R. Civ. P. 26, 33, 34, and 36, Ryan E. Brown by and through his attorneys,

states the following responses.

## INTERROGATORIES

1.    Identify each business enterprise that has been engaged in the Portable Buildings

Industry with which you played any role in planning its creation or formation and, with respect to

each such enterprise, identify: (a) your specific role(s) relating to the creation/formation; (b) the

dates in which you were involved in the planning; and (c) all other individuals and entities who

were involved in planning the creation/formation.

### RESPONSE:

68561391;1



Brown objects to this interrogatory as unduly broad, overly burdensome, and not proportional to the needs of the case, nor relevant to ay issue in the case. To collect all of this information would impose an unnecessary burden on Brown. Subject to and without waiving these objections, Brown states as follows:

R & D Hauling – 2012 – owner and creator

Pikes Peak Portable – part owner – 2014

R& D Trucking LLC – 2017 - owner and creator

Dragonfly Portables LLC – part owner – 2017

Shed Werx LLC – owner - 2017

2.       Other than Weather King, identify each business enterprise in the Portable Buildings Industry in which you have held an ownership interest and/or performed services (whether as an employee, an independent contractor, or in any other capacity) since January 1, 2021, and, with respect to each such enterprise, identify: (a) your specific relationship with the entity, including but not limited to all titles and positions you have held; (b) the nature and extent of any ownership interest in the enterprise; (c) the dates of your relationship; and (d) your role and duties for the entity.

**RESPONSE:**

Brown objects to this interrogatory as unduly broad, overly burdensome, and not proportional to the needs of the case, nor relevant to ay issue in the case. To collect all of this information would impose an unnecessary burden on Brown. Subject to and without waiving these objections, Brown states as follows:

R&D Hauling – all duties related to the business

Pike Peak Portables LLC – all duties related to the business

- 2 -

R&D Trucking – all duties related to the business

Dragonfuly Portables LLC – all duties related to the business

Shed Werx LLC – all duties related to the business

3.    Identify each communication you have had with any person or entity (other than confidential communications solely with your legal counsel, your spouse, or your accountant) between January 1, 2021, and through the day of the termination of your employment with Weather King (including but not limited to communications with lenders or potential lenders, investors or potential investors, business partners or potential business partners, Weather King employees, Weather King contractors, Weather King dealers, Weather King builders, Weather King drivers, other Weather King business partners, rental companies, and Weather King customers) relating to the creation/formation or potential creation/formation of, funding or potential funding of, and/or operation or potential operation of any business enterprise in the Portable Buildings Industry (other than Weather King) and, with respect to each such communication, identify: (a) the substance of the communication; (b) all parties to the communication; (c) the date of the communication; and (d) the mode of the communication (*i.e.*, telephonic conversation, email, text message, etc.).

**RESPONSE:**

Brown objects to this interrogatory as unduly broad, overly burdensome, and not proportional to the needs of the case, nor relevant to ay issue in the case. To collect all of this information would impose an unnecessary burden on Brown. Subject to and without waiving these objections, Brown states as follows: The only conversation I recall is with Jesse Maupin telling him that I was going to quit and he asked me if I had ever considered running my own plant. I do not recall the date.

- 3 -

68561391;1

4.    Identify each communication you had between January 1, 2021, and through the day of the termination of your employment with Weather King with any person then-employed by Weather King relating to that person's potential departure from Weather King and/or your potential departure from Weather King and, with respect to each such communication: (a) describe in detail the substance of the communication; (b) identify all parties to the communication; (c) identify the date of the communication; and (d) identify the mode of the communication (*i.e.*, telephonic conversation, email, text message, etc.).

**RESPONSE:**

See Response to Interrogatory No. 3.

5.    Identify each communication you had between January 1, 2021, and the day of the termination of your employment from Weather King with any person or entity who, at the time of the communication, was a Weather King dealer, driver, customer, lender, landlord, rental company, or other business partner relating to your potential departure from Weather King and, with respect to each such communication: (a) describe in detail the substance of the communication; (b) identify all parties to the communication; (c) identify the date of the communication; and (d) identify the mode of the communication (*i.e.*, telephonic conversation, email, text message, etc.).

**RESPONSE:**

None.

6.    Identify each person and/or entity with whom you have discussed funding, potential funding, or providing other financial support to or for any business enterprise in the Portable Business Industry since January 1, 2021, whether as an investor, a lender, or in any other capacity.

**RESPONSE:**

- 4 -

68561391;1

Jesse Maupin.

7.      Identify all property of Weather King (including but not limited to electronically stored information) that has been in your possession at any time after the date of the termination of your employment with Weather King and, with respect to the property, (a) identify where or how it has been stored; and (b) set forth in detail the circumstances in which you have made use of, copied, or shared the property with anyone else (including but not limited to the identity of the person or entity and the date(s) in which the property was shared).

**RESPONSE:**

None.

8.      Identify all Weather King property, whether tangible or intelligible (including but not limited to financial information and inventory count information) of which you were not an authorized recipient but that you accessed or obtained without a Weather King officer's permission and, with respect to each such item, identify: (a) the specific property you accessed or obtained; (b) the circumstances in which you accessed or obtained it, including but not limited to the date(s) of access or obtainment; (c) the circumstances in which you shared the property with anyone else, including but not limited to the identity of all such person and the date(s); and (d) the circumstances in which you otherwise made use of the property.

**RESPONSE:**

None.

9.      Identify all Weather King property, whether tangible or intelligible (including but not limited to financial information and inventory count information) to which you had authorized access but that you shared with a third-party or otherwise made use of the property for any purpose other than the furtherance of Weather King's business and, with respect to each such item, identify:

- 5 -

68561391;1

(a) the specific property; (b) the circumstances in which you shared the property with anyone else, including but not limited to the identity of all such person and the date(s); and (c) the circumstances in which you made use of the property for any purpose other than the furtherance of Weather King's business.

**RESPONSE:**

None.

10.     Identify all email accounts, cell phone numbers (and providers), messaging services, Google drive accounts, Dropbox accounts, and any other cloud-based account that you have used at any time since January 1, 2022, through the present.

**RESPONSE:**

Brown objects to this interrogatory as not being proportional to the needs of the case.

11.     Identify each device in your possession, custody, or control, including but not limited to laptop computers, desktop computers, cell phones (including number and provider), tablets, or other portable electronic or storage devices, that contains or contained any information that refers to, relates to, or was created by Weather King.

**RESPONSE:**

None.

12.     For each lawsuit, bankruptcy proceeding, criminal proceeding, or administrative proceeding, including divorce proceedings, to which you have been a party, state: (a) the court or agency in which said proceeding was instituted, the names of the parties to the proceeding, the docket number of said proceeding, the date the proceeding was filed and the date the proceeding was finally terminated; (b) the nature of the proceeding, including a description of the claims and

- 6 -

defenses, if applicable, and (c) the manner in which the proceeding was resolved (for example, by

settlement, by court order).

**RESPONSE:**

Brown objects to this interrogatory as not being proportional to the needs of the case.


**VERIFICATION**

I, Ryan E. Brown, declare under penalty of perjury that the foregoing responses to

Plaintiff's First Set of Interrogatories are true and correct to the best of my knowledge, information,

and belief.


Ryan E. Brown

DATE: 5/20/25

-7-

68561391;1

## **REQUESTS FOR PRODUCTION**

Please produce the following:

1.    All correspondence and other documents relating to the creation or formation of any business enterprise in the Portable Buildings Industry.

### **RESPONSE:**

Responsive documents will be produced.

2.    All documents which set forth the relationship you have had with any business enterprise in the Portable Buildings Industry since January 1, 2021, other than Weather King.

### **RESPONSE:**

Responsive documents will be produced.

3.    All correspondence and other documents exchanged with any lenders or potential lenders (including but not limited to FirstBank and Centennial Bank and any individuals) since January 1, 2021, relating to funding or potential funding or other financial support of any business enterprise in the Portable Buildings Industry.

### **RESPONSE:**

None.

4.    All correspondence and other documents exchanged with any investors or potential investors since January 1, 2021, relating to any business enterprise in the Portable Buildings Industry.

### **RESPONSE:**

None.

5.    All correspondence and other documents exchanged with Virgil W. Etherton between January 1, 2021, and July 1, 2022.

- 8 -

68561391;1

**RESPONSE:**

None.

6.      All correspondence and other documents exchanged with any former Weather King

employees between January 1, 2022, and July 1, 2022.

**RESPONSE:**

Responsive documents will be produced.

7.      All correspondence and other documents exchanged with any then-current Weather

King employees after January 1, 2022.

**RESPONSE:**

Responsive documents will be produced.

8.      All correspondence and other documents exchanged with any then-current Weather

King dealers (including but not limited to employees and agents of those dealers) between January

1, 2022, and July 1, 2022.

**RESPONSE:**

None.

9.      All correspondence and other documents exchanged with any then-current Weather

King builders (including but not limited to employees and agents of those builders) between

January 1, 2022, and July 1, 2022.

**RESPONSE:**

None.

10.     All correspondence and other documents exchanged with any then-current Weather

King customers (including but not limited to employees and agents of those customers) between

January 1, 2022, and July 1, 2022.

- 9 -

**RESPONSE:**

None.

11.    All correspondence and other documents exchanged with any then-current Weather
King drivers (including but not limited to employees and agents of those drivers) between January
1, 2022, and July 1, 2022.

**RESPONSE:**

None.

12.    All correspondence and other documents exchanged with any Portable Buildings
Industry rental companies and/or rental companies being formed (including but not limited to
employees and agents of those entities) between January 1, 2022, and July 1, 2022.

**RESPONSE:**

None.

13.    All correspondence and other documents exchanged with BPS, LLC, BPS Rentals,
LLC, Keith Priestley, Jerry Sawyer or Troy Buttrey between July 1, 2021, and July 1, 2022.

**RESPONSE:**

None.

14.    All non-privileged correspondence and other documents related to:

(a) any of the Defendants' departure from Weather King;

(b) any of the Defendants' communications with any Weather King employees about the
possibility of leaving Weather King or joining ABCO;

(c) any of the Defendants' communications with any Weather King builders, dealers,
drivers, rental companies, or contractors, about the possibility of doing business with
ABCO or ceasing doing business with Weather King;

- 10 -

(d) any claims or potential claims made by Weather King against any of the Defendants;

(e) any of the Defendants' possession of or use of any Weather King property; or

(f) derogatory remarks made by any of the Defendants relating to Weather King;

## RESPONSE:

None.

15.    All correspondence and other documents exchanged with any person or entity related to the leasing or potential leasing of any property located in Arizona or New Mexico.

## RESPONSE:

Brown objects to this request as not being proportional to the needs of the case.

16.    All emails and attachments sent from your Weather King company email address to any personal email address since January 1, 2021.

## RESPONSE:

None.

17.    All correspondence and other documents referencing or relating to any Weather King drawings, blueprints, or other engineering plans, including but not limited to plans prepared by Kevin Nolan, P.E.

## RESPONSE:

None.

18.    All documents relating to any sales of units using any Weather King drawings, blueprints, or other plans, including but not limited to plans prepared by Kevin Nolan, P.E.

## RESPONSE:

None.

- 11 -

68561391;1

19.     All documents reflecting contacts, notes, calendars, diaries, pictures, audio or video recordings, business records, computer disks, files, printouts, or any other written or recorded material that you received, obtained, copied, downloaded, transferred, or removed from Weather King and/or that were obtained, copied, downloaded, transferred, or removed from Weather King or contain Weather King information.

**RESPONSE:**

None.

20.     All correspondence and other documents relating to your use of any Weather King property for any purpose other than the furtherance of Weather King's business.

**RESPONSE:**

None.

21.     All correspondence and other documents relating to any and all instances in which you advised any other person or entity not to make use of any Weather King engineering plans or other property.

**RESPONSE:**

None.

22.     All communications and other documents related to your use of any Weather King templates or form documents for any purpose other than the furtherance of Weather King's business.

**RESPONSE:**

None.

23.     All correspondence and other documents referencing or relating to Weather King's business operations.

- 12 -

**RESPONSE:**

None.

24.     All documents evidencing distributions, salary, wages, bonuses, commissions, or other compensation paid or accrued to you by any entity in the Portable Buildings Industry, other than Weather King, from January 1, 2021, through the date of response.

**RESPONSE:**

None.

25.     All agreements between you and any of the other Defendants.

**RESPONSE:**

None.

26.     All agreements between you and any dealers, builders, lenders, investors, or rental companies in the Portable Buildings Industry.

**RESPONSE:**

None.

27.     All photographs, video, and/or audio recordings of Weather King property and/or current or former Weather King employees or officers.

**RESPONSE:**

None.

28.     All documents reflecting notes, diaries, journals, expense records, day planners, calendars, and/or other record(s) maintained by you that record, refer, or otherwise relate to your activities, including, but not limited to any appointment, meeting, interview, placement, or other business activities in the Portable Buildings Industry from January 1, 2022, through July 1, 2022.

**RESPONSE:**

- 13 -

68561391;1

None.

29.     All correspondence and/or other documents which relate to or refer in any way to

your decision to become affiliated with a business enterprise in the Portable Buildings Industry

other than Weather King or to depart from Weather King.

**RESPONSE:**

None.

30.     All phone records from January 1, 2022, through July 1, 2022, related to any device

that you have used during that time period.

**RESPONSE:**

Brown objects to this request as not being proportional to the needs of the case.

31.     All correspondence and other documents exchanged between you and anyone else

related to Weather King's toll-free telephone number or Caller ID.

**RESPONSE:**

None.

32.     All documents supporting your "[m]istake of fact" affirmative defense.

**RESPONSE**:

None.

33.     All documents supporting or relating to any other defenses you intend to assert

against Plaintiff's claims.

**RESPONSE**:

None.

34.     All documents referenced in your responses to Plaintiff's interrogatories and/or

upon which you relied in responding to Plaintiff's interrogatories.

- 14 -

**RESPONSE**:

None.

35.     All non-privileged communications between you and any of the other Defendants
pertaining to this lawsuit.

**RESPONSE**:

None.


## REQUESTS FOR ADMISSION

Pursuant to Fed. R. Civ. P. 36, Plaintiff requests that Defendant Ryan E. Brown admit to
the truth of the following:

1.     While still employed by Weather King, you encouraged one or more other Weather
King employees to join you (in the future) at ABCO.

**RESPONSE:**

Denied.

2.     While still employed by Weather King, you suggested to one or more other Weather
King employees that ABCO would be taking over Weather King's operations in the western
United States.

**RESPONSE:**

Denied.

3.     While still employed by Weather King, you encouraged one or more Weather King
dealers to plan to do business with ABCO.

**RESPONSE:**

Denied.

- 15 -

4. While still employed by Weather King, you encouraged one or more Weather King

dealers to cease doing business (in the future) with Weather King.

**RESPONSE:**

Denied.

5. While still employed by Weather King, you said negative or derogatory things

about Weather King to one or more Weather King dealers.

**RESPONSE:**

Denied.

6. While still employed by Weather King, you suggested to one or more Weather King

dealers that ABCO would be taking over Weather King's operations in the western United States.

**RESPONSE:**

Denied.

7. While still employed by Weather King, you encouraged one or more Weather King

drivers to plan to do business with ABCO.

**RESPONSE:**

Denied.

8. While still employed by Weather King, you encouraged one or more Weather King

drivers to cease doing business (in the future) with Weather King.

**RESPONSE:**

Denied.

9. While still employed by Weather King, you said negative or derogatory things

about Weather King to one or more Weather King drivers.

**RESPONSE:**

- 16 -

68561391:1

Denied.

10.     While still employed by Weather King, you suggested to one or more Weather King

drivers that ABCO would be taking over Weather King's operations in the western United States.

**RESPONSE:**

Denied.

11.     While still employed by Weather King, you encouraged one or more Weather King

builders to plan to do business with ABCO.

**RESPONSE:**

Denied.

12.     While still employed by Weather King, you encouraged one or more Weather King

builders to cease doing business (in the future) with Weather King.

**RESPONSE:**

Denied.

13.     While still employed by Weather King, you said negative or derogatory things

about Weather King to one or more Weather King builders.

**RESPONSE:**

Denied.

14.     While still employed by Weather King, you suggested to one or more Weather King

builders that ABCO would be taking over Weather King's operations in the western United States.

**RESPONSE:**

Denied.

15.     After your termination from Weather King, you have suggested to one or more

third-parties that ABCO was taking over Weather King's operations in the western United States.

- 17 -

68561391;1

**RESPONSE:**

Denied.

16.     You encouraged Weather King dealers to coordinate such that their customers canceled their orders with Weather King and placed new orders with ABCO.

**RESPONSE:**

Denied.

17.     You suggested to Weather King dealers that Weather King was or would be in financial distress.

**RESPONSE:**

Denied.

18.     You suggested to Weather King dealers that Weather King was having or would have difficulty paying its bills.

**RESPONSE:**

Denied.

19.     While still employed by Weather King, Jesse Maupin encouraged you to (in the future) leave Weather King and join ABCO.

**RESPONSE:**

Denied.

20.     While still employed by Weather King, one or more of the other Defendants encouraged Weather King employees to (in the future) leave Weather King and join ABCO.

**RESPONSE:**

Brown lacks sufficient information to admit or deny this request and therefore denies it.

- 18 -

21.    While still employed by Weather King, one or more of the other Defendants encouraged Weather King dealers, builders, drivers, or others with whom Weather King had a business relationship to plan to do business with ABCO.

**RESPONSE:**

Brown lacks sufficient information to admit or deny this request and therefore denies it.

22.    One or more of the other Defendants has made use of Weather King property in furtherance of an interest other than Weather King's business interest.

**RESPONSE:**

Brown lacks sufficient information to admit or deny this request and therefore denies it.

Date: March 20, 2023                          */s/ Thomas G. Pasternak*
                                              Thomas G. Pasternak
                                              AKERMAN LLP
                                              71 South Wacker Drive, 47th Floor
                                              Chicago, IL 60606
                                              Tel. 312.634.5700
                                              thomas.pasternak@akerman.com

                                              *Attorneys for Defendant,*
                                              *Ryan E. Brown*

- 19 -

68561391;1

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Ryan E. Brown's Responses to

Plaintiff's First Interrogatories and Requests for Production and Requests for Admission was

served upon the following counsel via email on March 20, 2023:

> David L. Johnson, #18732
> John H. Dollarhide, #40041
> Y. Larry Cheng, #36707
> BUTLER SNOW LLP
> 150 3rd Avenue South, Suite 1600
> Nashville, TN 37201
> Telephone: (615) 651-6700
> Fax: (615) 651-6701
> david.johnson@butlersnow.com
> john.dollarhide@butlersnow.com
> larry.cheng@butlersnow.com
>
> Daniel W. Van Horn, #18940
> BUTLER SNOW LLP
> 6075 Poplar Ave., Suite 500
> Memphis, TN 38119
> Telephone: (901) 680-7200
> Fax: (901) 680-7201
> Danny.VanHorn@butlersnow.com

> */s/ Thomas G. Pasternak*
> Thomas G. Pasternak

- 20 -

68561391;1

**Short Message Report**

Conversations: 1
Total Messages: 18

Participants: 2
Date Range: 1/13/2022

**Outline of Conversations**

💬    **+17193738198** · 18 messages on 1/13/2022 · Jesse Allen Maupin <2709709453> · Ryan Brown
<7193738198>



**Messages in chronological order** (times are shown in GMT -06:00)

📟  **+17193738198**

RB    **Ryan Brown <7193738198>**                                                                      1/13/2022, 2:23 PM



*Image: ~_Library_SMS_Attachments_a9_09_AF5F3921-8CF4-4C5C-80B7-7262AF0D8C31_Screenshot_20220113-121659.png (251 KB)*

JM    **Jesse Allen Maupin <2709709453>**                                                              1/13/2022, 8:20 PM
This is 100% on point on we are fixing to be the ones with cool shit but not some homo shit Lamborghini

RB    **Ryan Brown <7193738198>**                                                                      1/13/2022, 8:23 PM
Lmao! Thats right! Will have gallup signed no later then monday.

JM    **Jesse Allen Maupin <2709709453>**                                                              1/13/2022, 8:24 PM
That's good stuff

RB    **Ryan Brown <7193738198>**                                                                      1/13/2022, 8:28 PM
Man im excited and its gonna be alot of work for next couple years but its worth it and right on time we arent getting any
younger. Its what happens when people mess with the alpha 😎

JM    **Jesse Allen Maupin <2709709453>**                                                              1/13/2022, 8:30 PM
I'm beyond excited and I have Arizona 100% on board and locked in im ordering the truss presses and saws next week
2 month turnaround on them

RB    **Ryan Brown <7193738198>**                                                                      1/13/2022, 8:31 PM
Awesome!!

JM    **Jesse Allen Maupin <2709709453>**                                                              1/13/2022, 8:36 PM
This is probably your first forklift

*File "7d1bb1ce-0f31-44fd-9a6b-4ec27eec9131.HEIC" is missing.*
*Attachment: ~_Library_SMS_Attachments_ed_13_92453F0C-9906-43FE-88D9-16EBB8E37A4B_IMG_1740.HEIC*

Comms_000008509
ABCO_0055918

| RB | **Ryan Brown <7193738198>** | 1/13/2022, 8:47 PM |
| | Thats fantastic! To get the other one hauled and crushed they usually need title to dispose..... when u going to be able to make it back out? | |

| JM | **Jesse Allen Maupin <2709709453>** | 1/13/2022, 8:48 PM |
| | They don't have titles | |

| JM | **Jesse Allen Maupin <2709709453>** | 1/13/2022, 8:48 PM |
| | Be 2 weeks | |

| JM | **Jesse Allen Maupin <2709709453>** | 1/13/2022, 8:48 PM |
| | Or at least the ones I've bought don't have them | |

| RB | **Ryan Brown <7193738198>** | 1/13/2022, 8:48 PM |
| | Ok | |

| JM | **Jesse Allen Maupin <2709709453>** | 1/13/2022, 8:49 PM |
| | It may be sooner we have got to start getting your place ready | |

| RB | **Ryan Brown <7193738198>** | 1/13/2022, 8:50 PM |
| | Im gonna get working on it. I was thinking title or a Billis sale just so we can have our ducks in a row so when he loses his mind | |

| JM | **Jesse Allen Maupin <2709709453>** | 1/13/2022, 8:51 PM |
| | That's a good running forklift cost me 40k but I've gotta pick it up | |

| RB | **Ryan Brown <7193738198>** | 1/13/2022, 8:51 PM |
| | I really hope he wants three grand in his pocket for the rotting tractor | |

| RB | **Ryan Brown <7193738198>** | 1/13/2022, 8:52 PM |
| | Well if we had a trailer i could get it. I just dont know of anyone wit a flat bed.... | |

Comms_000008510
ABCO_0055919

## Short Message Report

Conversations: 1
Total Messages: 7

Participants: 2
Date Range: 1/26/2022

### Outline of Conversations

💬 **+17193738198** · 7 messages on 1/26/2022 · Jesse Allen Maupin <2709709453> · Ryan Brown
<7193738198>



5.21.24 Compromise Orange Batch Mobile_000005314
ABCO_0051554

**Messages in chronological order** (times are shown in GMT -06:00)

💬 **+17193738198**

| | | |
|---|---|---|
| JM | **Jesse Allen Maupin <2709709453>** <br> I'm on the other line. I will call you back shortly. | 1/26/2022, 10:16 AM |
| RB | **Ryan Brown <7193738198>** <br> 👍 | 1/26/2022, 10:17 AM |
| JM | **Jesse Allen Maupin <2709709453>** <br> Check your email not the plants lease is in there | 1/26/2022, 2:11 PM |
| RB | **Ryan Brown <7193738198>** <br> 👍 | 1/26/2022, 2:11 PM |
| RB | **Ryan Brown <7193738198>** <br> Im sorry it doesnt help when i have like 15 emails. Which one did u send it to? | 1/26/2022, 2:16 PM |
| JM | **Jesse Allen Maupin <2709709453>** <br> wkmilanplant@gmail.com | 1/26/2022, 2:18 PM |
| RB | **Ryan Brown <7193738198>** <br> Found it. Was in spam | 1/26/2022, 2:19 PM |

**Short Message Report**

Conversations: 1
Total Messages: 47

Participants: 2
Date Range: 4/12/2022

**Outline of Conversations**

💬   **+17193738198** · 47 messages on 4/12/2022 · Jesse Allen Maupin <2709709453> · Ryan Brown
<7193738198>



**Messages in chronological order** (times are shown in GMT -05:00)

| | **+17193738198** | |
|---|---|---|
| RB | **Ryan Brown <7193738198>**<br>Im guessing you have nail guns takin care of? | 4/12/2022, 11:16 AM |
| JM | **Jesse Allen Maupin <2709709453>**<br>Oh yeah!!! | 4/12/2022, 11:25 AM |
| RB | **Ryan Brown <7193738198>**<br>Awesome! | 4/12/2022, 11:25 AM |
| RB | **Ryan Brown <7193738198>**<br>How much was the sellicks? | 4/12/2022, 1:28 PM |
| JM | **Jesse Allen Maupin <2709709453>**<br>35k | 4/12/2022, 1:28 PM |
| RB | **Ryan Brown <7193738198>**<br>Ty trying to look for lifts and......so far not a lot of great choices | 4/12/2022, 1:29 PM |
| JM | **Jesse Allen Maupin <2709709453>**<br>I've got this one | 4/12/2022, 1:37 PM |
| JM | **Jesse Allen Maupin <2709709453>** | 4/12/2022, 1:38 PM |

*Attachment ~_Library_SMS_Attachments_77_07_88DDEEC9-B971-4824-865A-9069C68D4025_IMG_3116.MOV (13 MB)*

| JM | **Jesse Allen Maupin <2709709453>**<br>It's gonna be 35-40 it's older than your but don't have side shift | 4/12/2022, 1:38 PM |
|---|---|---|
| JM | **Jesse Allen Maupin <2709709453>**<br>I can get this one but I don't like it not having side shift but it runs like a sewing machine | 4/12/2022, 1:39 PM |
| RB | **Ryan Brown <7193738198>**<br>The closest thing ive found so far is a case 8k ill try and figure out how to send a link | 4/12/2022, 1:42 PM |
| JM | **Jesse Allen Maupin <2709709453>** | 4/12/2022, 1:48 PM |

*Attachment ~_Library_SMS_Attachments_62_02_CC20FA7B-93C4-4BA5-AE19-2336C6D6FED3_IMG_3115.MOV (26 MB)*

| RB | **Ryan Brown <7193738198>**<br>You know that may be the best 8k option for now. The closest thing I can find and I know you have a bunch going on but go to discount forklift.com. In the search bar type Marybeth. That's an 8K case. The two shoplifts I found is Shelby or Esther. When u have time to glance let me know ur thoughts | 4/12/2022, 1:51 PM |
|---|---|---|
| JM | **Jesse Allen Maupin <2709709453>**<br>This one came from there name is Rhonda | 4/12/2022, 1:52 PM |
| RB | **Ryan Brown <7193738198>** | 4/12/2022, 2:10 PM |

The biggest thing is trying to get going on a budget but also not trying to be so tight that it ends up hurting us with down time. I have no basis to know what good numbers are

JM      **Jesse Allen Maupin <2709709453>**                                                    4/12/2022, 2:14 PM
        I like that Toyota lift man everyone that has those Toyota lifts swears by them

RB      **Ryan Brown <7193738198>**                                                            4/12/2022, 2:15 PM
        It looks like tool kits, saws, air hoses... all the stuff from home depot is going to come in just under 10. Industrial table
        6..... does all of that sound right to you? I really like the Toyota too. The hours make me a little nervous but im not sure
        if that is really alot of hours or not. The hyster doesnt even show hours

RB      **Ryan Brown <7193738198>**                                                            4/12/2022, 2:16 PM
        I like that discount forklift shows real video and pics

JM      **Jesse Allen Maupin <2709709453>**                                                    4/12/2022, 2:23 PM
        1200 hours a year man if I can get close to 2 years out of these startup forklifts I can buy all new ones after that

RB      **Ryan Brown <7193738198>**                                                            4/12/2022, 2:25 PM
        The prices seem right?

JM      **Jesse Allen Maupin <2709709453>**                                                    4/12/2022, 2:25 PM
        Fucking lifts are high now man

RB      **Ryan Brown <7193738198>**                                                            4/12/2022, 2:31 PM
        Its weird how there seems to be a shortage of everything. Those are what caught my eye. I like the idea of the the
        hyster would be second. Ultimately it comes down to you the other investors budget and all of that good stuff.

RB      **Ryan Brown <7193738198>**                                                            4/12/2022, 2:31 PM
        Toyota 1st

JM      **Jesse Allen Maupin <2709709453>**                                                    4/12/2022, 2:35 PM
        What do you think about that sellick

RB      **Ryan Brown <7193738198>**                                                            4/12/2022, 2:36 PM
        I like the sellick i dont thing that the side shift will make that big of difference.

RB      **Ryan Brown <7193738198>**                                                            4/12/2022, 2:36 PM
        Think

JM      **Jesse Allen Maupin <2709709453>**                                                    4/12/2022, 2:36 PM
        I'm hesitant to buy too many lifts cuz part of me feels like we are gonna end up with what you've got anyway

RB      **Ryan Brown <7193738198>**                                                            4/12/2022, 2:41 PM
        I agree. Thats all the part of getting what we need but not a bunch of extra. Like when i was looking at tool kits i thought
        about figuring in one or two extra for back up but then i decided to just figure what we need to get going because within
        a couple months it should become clearer how it will play out...... it really plays with the mind!

JM      **Jesse Allen Maupin <2709709453>**                                                    4/12/2022, 2:46 PM
        It does with mine too but who is gonna come and run and recruit and build and teach nobody the only thing that makes
        sense is to throw in the towel for them

RB      **Ryan Brown <7193738198>**                                                            4/12/2022, 2:49 PM
        I know i keep thinking the same thing!

JM      **Jesse Allen Maupin <2709709453>**                                                    4/12/2022, 2:50 PM
        I think if we start out with 2 and then wait for them to quit maybe it'll pan out and if not then we just buy more

RB      **Ryan Brown <7193738198>**                                                            4/12/2022, 2:53 PM

5.21.24 Compromise Green Batch Mobile_000013390
ABCO_0033374

I like that plan! Two will get is through.... If they end up trying to put up a fight we ramp up and buy the back ups then. I think the sellick and the toyota would be a great start!

| JM | **Jesse Allen Maupin <2709709453>** | 4/12/2022, 2:54 PM |

Man I don't see them staying their backlog of Customers alone is gonna bury them

| RB | **Ryan Brown <7193738198>** | 4/12/2022, 2:56 PM |

Yeah but he is a little strange he may try and fight at first cuz hes got a god complex

| JM | **Jesse Allen Maupin <2709709453>** | 4/12/2022, 2:57 PM |

Facts

| JM | **Jesse Allen Maupin <2709709453>** | 4/12/2022, 2:57 PM |

No lots

| JM | **Jesse Allen Maupin <2709709453>** | 4/12/2022, 2:57 PM |

No dealers

| JM | **Jesse Allen Maupin <2709709453>** | 4/12/2022, 2:57 PM |

No builders

| JM | **Jesse Allen Maupin <2709709453>** | 4/12/2022, 2:57 PM |

400 customers across the board that need built

| JM | **Jesse Allen Maupin <2709709453>** | 4/12/2022, 2:58 PM |

500 buildings across the board that will need moved with no where to put them

| JM | **Jesse Allen Maupin <2709709453>** | 4/12/2022, 2:58 PM |

And storage rates will apply to each building after written notice has been given

| RB | **Ryan Brown <7193738198>** | 4/12/2022, 2:59 PM |

Oh i agree 100% my gut just says not to underestimate and plan for the worst. But at the end i think yes he will fold like a cheap deck of cards.

| JM | **Jesse Allen Maupin <2709709453>** | 4/12/2022, 2:59 PM |

They will have 2 million dollars in material sitting with nobody to do anything with it and if they did no means of transport or sale. Other than their robbing ass corporate sales

| JM | **Jesse Allen Maupin <2709709453>** | 4/12/2022, 3:00 PM |

Oh not gonna underestimate

| JM | **Jesse Allen Maupin <2709709453>** | 4/12/2022, 3:02 PM |

The key will be making Scott at Derksen an ally. Let
Him know we don't want to be competitors we did this out of necessity because our concerns and values were not being addressed and had we not done it it was gonna fail anyway so what were we supposed to do. Just watch what we all built just crumble to shit due to some greedy retards

| JM | **Jesse Allen Maupin <2709709453>** | 4/12/2022, 3:03 PM |

She don't give up!!

*File "df3ecf88-3d05-41f6-ad5f-4c25f6f20820.PNG" is missing.*
*Image. ~_Library_SMS_Attachments_ca_10_9366E635-C104-4F94-A36E-929CB8FFEF98_IMG_3987.PNG*

| RB | **Ryan Brown <7193738198>** | 4/12/2022, 3:12 PM |

Yeah i think thats a great plan talking to scott!! No the pynes are a pain in the ass

5.21.24 Compromise Green Batch Mobile_000013392
ABCO_0033376

## Short Message Report

Conversations: 1
Total Messages: 4

Participants: 2
Date Range: 3/23/2022

## Outline of Conversations

💬 **+17193738198** • 4 messages on 3/23/2022 • Jesse Allen Maupin <2709709453> • Ryan Brown <7193738198>



Comms_000008597
ABCO_0061893

**Messages in chronological order** (times are shown in GMT -05:00)

💬 **+17193738198**

**Jesse Allen Maupin <2709709453>**                                   3/23/2022, 10:29 AM
I'm on the other line. I will call you back shortly.

RB  **Ryan Brown <7193738198>**                                       3/23/2022, 10:29 AM
    ↻

**Jesse Allen Maupin <2709709453>**                                   3/23/2022, 5:23 PM
I fear this isn't gonna go well



Image: ~_Library_SMS_Attachments_56_06_2918C462-A593-40C1-B3F5-7CC2A97D7787_IMG_3431.PNG (339 KB)

RB  **Ryan Brown <7193738198>**                                       3/23/2022, 7:55 PM
    Hey man sorry to bother you during family time been thinking about this since we talked. I actually think you responding
    to her might actually play out the best. But I can actually work on typing up the response send it over to you let you read
    it make sure you agree and then you can forward it over to her. I want to make sure though nobody also sees your
    email. The reason I think this is because she obviously likes dealing with Who she feels is important. What are your
    thoughts?

Comms_000008598
ABCO_0061894



**.ıll LTE** ▪ ·

< Inbox

**5052907326@vzwpix.com** 5:04 PM
To: Jesse Allen Maupin >

# No Subject

Hello Jessie,
What is the guys name who is on our
property in Grants? We know he inquired
about extra property but you haven't paid
the extra $100 for Feb and March. We
were driving in Phoenix when he called.
PLEASE send the $200 that you owed with
the signed lease and give me his name and
phone number. Ronny isn't too excited to
lease more property but he will call him.
Cheryl

Comms_000008599
ABCO_0061895

**Short Message Report**

Conversations: 1
Total Messages: 36

Participants: 2
Date Range: 3/24/2022

**Outline of Conversations**

💬    **+17193738198** • 36 messages on 3/24/2022 • Jesse Allen Maupin <2709709453> • Ryan Brown
<7193738198>



5.21.24 Compromise Green Batch Mobile_000013372
ABCO_0033364

**Messages in chronological order** (times are shown in GMT -05:00)

💬 **+17193738198**

| | Jesse Allen Maupin <2709709453> | 3/24/2022, 6:17 AM |
|---|---|---|
| | Sorry man I didn't get this until this morning I will call her and give it my best but I don't Have a good feeling about this I haven't since the beginning working with these fucktards holler at me when you get to the shop and we will talk it Over 👍 | |

| | Jesse Allen Maupin <2709709453> | 3/24/2022, 8:03 AM |
|---|---|---|

| RB | Ryan Brown <7193738198> | 3/24/2022, 10:22 AM |
|---|---|---|
| | Sent that letter. Let me know how you like it | |

| | Jesse Allen Maupin <2709709453> | 3/24/2022, 10:25 AM |
|---|---|---|
| | Seen it will holler at here asap | |

| RB | Ryan Brown <7193738198> | 3/24/2022, 10:25 AM |
|---|---|---|
| | K | |

| | Jesse Allen Maupin <2709709453> | 3/24/2022, 3:04 PM |
|---|---|---|
| | What does that lease say on it?? | |

| | Jesse Allen Maupin <2709709453> | 3/24/2022, 3:04 PM |
|---|---|---|
| | Who's name?? | |

| RB | Ryan Brown <7193738198> | 3/24/2022, 3:08 PM |
|---|---|---|
| | Give me a few and ill look for sure but thought is was weather king or consolidated. | |

| | Jesse Allen Maupin <2709709453> | 3/24/2022, 3:09 PM |
|---|---|---|
| | I may just cross that out and sign It myself and see what happens | |

| RB | Ryan Brown <7193738198> | 3/24/2022, 3:09 PM |
|---|---|---|
| | Not a bad idea | |

| | Jesse Allen Maupin <2709709453> | 3/24/2022, 3:10 PM |
|---|---|---|
| | That old bitch ain't gonna deal | |

| RB | Ryan Brown <7193738198> | 3/24/2022, 3:10 PM |
|---|---|---|
| | Lol. We are gonna end up finding another place.... And it is what it is | |

| | Jesse Allen Maupin <2709709453> | 3/24/2022, 3:11 PM |
|---|---|---|
| | I can't understand people like that | |

| RB | Ryan Brown <7193738198> | 3/24/2022, 3:11 PM |
|---|---|---|
| | I know | |

| RB | Ryan Brown <7193738198> | 3/24/2022, 3:14 PM |
|---|---|---|
| | Ok its at home so give me just a bit. Getting ready to road test the goat | |

| | Jesse Allen Maupin <2709709453> | 3/24/2022, 3:15 PM |
|---|---|---|
| | No worries man and here's to that!! 🥂 🥂 🥂 | |

| RB | Ryan Brown <7193738198> | 3/24/2022, 4:13 PM |
|---|---|---|



*Image ~_Library_SMS_Attachments_88_08_62BE0502-1B88-4D10-91BC-A18FEA2F37B5_66984919846__01EB9953-1C8A-4B85-8548-E3870DEB2C41 JPG (2 MB)*

| | | |
|---|---|---|
| RB | **Ryan Brown <7193738198>** | 3/24/2022, 4:14 PM |
| | Well it has you as thecompany... maybe ask ur lawyer if that would hold up as yours | |
| | **Jesse Allen Maupin <2709709453>** | 3/24/2022, 4:20 PM |
| | If I cross consolidated out it should be legal | |
| | **Jesse Allen Maupin <2709709453>** | 3/24/2022, 4:20 PM |
| | Usual in a lease if it's crossed out and initialed it will hold now I have to figure out how to get the amount changed | |
| RB | **Ryan Brown <7193738198>** | 3/24/2022, 4:20 PM |
| | U think they will take it? | |
| | **Jesse Allen Maupin <2709709453>** | 3/24/2022, 4:20 PM |
| | Worth a shot if they don't to hell with it | |
| RB | **Ryan Brown <7193738198>** | 3/24/2022, 4:21 PM |
| | Yup | |
| RB | **Ryan Brown <7193738198>** | 3/24/2022, 4:22 PM |
| | The funniest part is I think consolidates been charging Dawnettes 550 for all this time so she wants 600 now yeah it's all damn ass | |
| RB | **Ryan Brown <7193738198>** | 3/24/2022, 4:22 PM |
| | Mess | |
| | **Jesse Allen Maupin <2709709453>** | 3/24/2022, 4:22 PM |
| | For sure | |
| RB | **Ryan Brown <7193738198>** | 3/24/2022, 4:35 PM |
| | Ok back to the shop. So do u want me to mail this to you? And the good thing is it can be terminated within 30days and if you think it will be goo we will start looking for another local now | |
| | **Jesse Allen Maupin <2709709453>** | 3/24/2022, 5:00 PM |
| | Mail it back to me at my house faster than regular mail | |
| RB | **Ryan Brown <7193738198>** | 3/24/2022, 5:00 PM |
| | K | |
| RB | **Ryan Brown <7193738198>** | 3/24/2022, 5:00 PM |
| | Whats address | |

| | | |
|---|---|---|
| ⊡ | **Jesse Allen Maupin <2709709453>**<br><br>Murray KY 42071<br>United States | 3/24/2022, 5:01 PM |
| RB | **Ryan Brown <7193738198>**<br>Get it right out | 3/24/2022, 5:02 PM |
| RB | **Ryan Brown <7193738198>**<br>It'll be there Monday | 3/24/2022, 5:36 PM |
| | **Jesse Allen Maupin <2709709453>**<br>Sweet how did the goat do??? | 3/24/2022, 5:51 PM |
| RB | **Ryan Brown <7193738198>**<br>Driving her now it's doing good think we're back in business | 3/24/2022, 5:53 PM |
| | **Jesse Allen Maupin <2709709453>**<br>Hell yes!!!! | 3/24/2022, 6:06 PM |

the event either party desires to terminate this lease, be adequate notice. This notice will serve as termination lease.

Please indicate your acceptance of this lease agreement by returning to me at the above address.

Best regards.

HORIZON PROPERTIES, LTD.

Ronny Pynes

Ronny Pynes, Vice President

Date:

_____

Jessie Maupin, Consolidated Industries, LLC

5.21.24 Compromise Green Batch Mobile_000013376
ABCO_0033368

Message
_____

**From:**          Jesse Maupin [westkentuckyqdma@gmail.com]
**on behalf of**   Jesse Maupin <westkentuckyqdma@gmail.com> [westkentuckyqdma@gmail.com]
**Sent:**          3/24/2022 10:20:17 AM
**To:**            Ryan Brown [wkmilanplant@gmail.com]
**Subject:**       Re: Cheryl letter

I'm
On it

Jesse Maupin
Weather King Portable Buildings
295 Jim Adams Drive
P. O. Box 108
Paris, TN 38242
Phone 270-970-9453
Email jmaupin@consolidatedbuildings.com

On Mar 24, 2022, at 9:57 AM, Ryan Brown <wkmilanplant@gmail.com> wrote:

Hello Cheryl,

Sorry if there is confusion on this whole thing. I was actually the one who asked Ryan to reach out to you.
When we first spoke a while back about the lease I was going to talk to you about the lease going into their
names, and that we/Weather king don't actually hold leases on any sales lots anymore for various reasons.
Originally we did it because we had a lot of people come and go, but Ryan and Dawnette have been with us for
many years now and run three other lots and Ryan actually oversees the Milan production facility. I know that
Ryan wanted to meet and talk with you and he has been in contact with me letting me know that you were
travelling and when you got home he was going to meet with you and try and get this all straightened out. I also
know they are not set on having more property but thought it would be something to talk about since we were
changing the lease around. When I came out to visit I actually gave Ryan the lease to get with you on. Again
Cheryl I am sorry that this has all gotten drug out a bit and there has been a little confusion but if you can get
with Ryan and Dawnette they will get you taken care of as soon as today im sure! If you ever need anything I
will always be just a phone call away!
Ryan Brown (719) 373-8198
Dawnette Brown (719) 332-9890
          (505) 320-8198



Comms_000001141
ABCO_0058908

**Short Message Report**

Conversations: 1
Total Messages: 22

Participants: 2
Date Range: 4/11/2022

**Outline of Conversations**

💬 **+17193738198** · 22 messages on 4/11/2022 · Jesse Allen Maupin <2709709453> · Ryan Brown
<7193738198>

EXHIBIT

14

RBROWN

5/15/25

5.21.24 Compromise Green Batch Mobile_000013384
ABCO_0015879

**Messages in chronological order** (times are shown in GMT -05:00)

💬 **+17193738198**

**Jesse Allen Maupin <2709709453>** 4/11/2022, 8:19 AM

Good morning! I hit JHOLL up about the grants lot rent going up 100.00 a month and she's directed me back to jill so I don't know what our best resolve on that is I know Cheryl is gonna start to lose her shit with the rent checks being 100.00 short

RB **Ryan Brown <7193738198>** 4/11/2022, 8:34 AM

I think i would spin it pretty much how it played. They contacted u with raising rent you turned it over to us and they didnt want to do it and now the "company" has to renew the lease. Which is if im right only 50 more cuz they have been making money on us

**Jesse Allen Maupin <2709709453>** 4/11/2022, 8:41 AM

Oh yeah!! They make money on eveyone!! That's their MO!!😂😂

RB **Ryan Brown <7193738198>** 4/11/2022, 8:44 AM

Lol yup. But you started of try to help get rid of the " liability" for the company and pynes had nothing of it.... And a few payments went by. Easy explanation. You we're just doing your job trying to look out for the company.

RB **Ryan Brown <7193738198>** 4/11/2022, 8:44 AM

And you didn't go to them right off the get-go because it should've been no big deal just normal business

RB **Ryan Brown <7193738198>** 4/11/2022, 8:45 AM

The will probably still chew on you a little bit but it makes too much sense for him to chew on you too long

**Jesse Allen Maupin <2709709453>** 4/11/2022, 8:47 AM

Oh no I will handle it for sure

**Jesse Allen Maupin <2709709453>** 4/11/2022, 11.05 AM

Man I've got so much going on I can't even remember what the rent went up too is it 600 now

RB **Ryan Brown <7193738198>** 4/11/2022, 11:07 AM

Yes 600 lol. Man im with you i feel like a drooling retard most days now..... i thought it was just age

**Jesse Allen Maupin <2709709453>** 4/11/2022, 11:07 AM

Hell it might be!!!

RB **Ryan Brown <7193738198>** 4/11/2022, 11:07 AM

Maybe both

**Jesse Allen Maupin <2709709453>** 4/11/2022, 11:16 AM

What you think

**Jesse Allen Maupin <2709709453>** 4/11/2022, 11:17 AM

*Attachment: ~_Library_SMS_Attachments_ec_12_FF1F6AE0-94F0-40F4-B693-03FDE0A0A71D_IMG_3927.HEIC (1 MB)*

RB **Ryan Brown <7193738198>** 4/11/2022, 11:21 AM

Looks goog

| RB | Ryan Brown <7193738198> | 4/11/2022, 11:21 AM |
| | Good | |

| | Jesse Allen Maupin <2709709453> | 4/11/2022, 11:25 AM |
| | Now I just hope they don't call her. | |

| | Jesse Allen Maupin <2709709453> | 4/11/2022, 11:25 AM |
| | ☹ | |

| | Jesse Allen Maupin <2709709453> | 4/11/2022, 11:27 AM |
| | Should I mention that I've let Dawnette know so she could be looking for a new lot?? | |

| RB | Ryan Brown <7193738198> | 4/11/2022, 11:33 AM |
| | Soon as the company not like having lots in their name? | |

| | Jesse Allen Maupin <2709709453> | 4/11/2022, 11:37 AM |
| | What?? | |

| RB | Ryan Brown <7193738198> | 4/11/2022, 11:38 AM |
| | Sorry what I was asking is the company doesn't like having leases in their names right? | |

| RB | Ryan Brown <7193738198> | 4/11/2022, 11:43 AM |
| | Sorry man I've been multitasking there's just a couple different things running through my head of them trying to corner are you on give me a call when you have a few minutes in private to chitchat | |

5.21.24 Compromise Green Batch Mobile_000013386
ABCO_0015881



Grants list - Message (HTML)

To: JJ Coker  cjfecker@consolidatedbuildings.com; jerrykehl@consolidatedbuildings.com

Subject: Grants list

Mrs. Pines called me on Friday evening to tell me that they were going to go up on the rent to 600.00. She said that they haven't raised it in 10 years and they had no choice, etc, etc. She said that our lease was up and its been month to month. I told her that we would sign a new lease, but didn't want a new lease because tractor Supply was looking at all the property and was subject to by it. She didn't really seem agreeable to much of anything.

*Jesse Maupin*
Weather King Portable Buildings
295 Jim Adams Drive Suite A
P.O. Box 108
Paris, TN 38242
Cell- 270-970-9453
Phone- 866-977-6440 Ext. 378
Fax- 888-695-7616
Email- jmaupin@consolidatedbuildings.com

5.21.24 Compromise Green Batch Mobile_000013387
ABCO_0015882

**Short Message Report**

Conversations: 1
Total Messages: 22

Participants: 2
Date Range: 6/10/2022

**Outline of Conversations**

💬     **+17193738198** · 22 messages on 6/10/2022 · Jesse Allen Maupin <2709709453> · Ryan Brown
       <7193738198>



5.21.24 Compromise Orange Batch Mobile_000005335
ABCO_0058036

**Messages in chronological order** (times are shown in GMT -05:00)

💬  **+17193738198**

RB  **Ryan Brown <7193738198>**                                                                     6/10/2022, 9:07 AM
    Well the truck got here early so all the guys havent made it in yet but what a great sight



*Image: ~_Library_SMS_Attachments_ec_12_01C0E996-87DB-4BC3-96AC-0FD685896DA6_IMG_6109 JPG (3 MB)*



*Image: ~_Library_SMS_Attachments_41_01_8B795F4A-D3EE-4D20-8C13-2CAF08BA227C_IMG_6105 JPG (3 MB)*

JM  **Jesse Allen Maupin <2709709453>**                                                             6/10/2022, 9:08 AM
    Liked an image

JM  **Jesse Allen Maupin <2709709453>**                                                             6/10/2022, 9:08 AM
    And they are gonna keep rolling in brother

JM  **Jesse Allen Maupin <2709709453>**                                                             6/10/2022, 9:09 AM
    Liked an image

JM  **Jesse Allen Maupin <2709709453>**                                                             6/10/2022, 9:10 AM
    This is just plain bad ass!!!

JM  **Jesse Allen Maupin <2709709453>**                                                             6/10/2022, 9:11 AM
    Seeing you guys standing in front of that load just fucking have me goosebumps  man

RB  **Ryan Brown <7193738198>**                                                                     6/10/2022, 9:15 AM
    Its good stuff!! It looks like the green will be for 8x12's its the az log so not real great but it will get some things rolling! Ill
    give you a call here in a bit so we can discuss game plan

JM  **Jesse Allen Maupin <2709709453>**                                                             6/10/2022, 9:16 AM

i knew that the Mexican treated will be coming in soon and I'm gonna order a load of Freestate Monday

JM    **Jesse Allen Maupin <2709709453>**                                                    6/10/2022, 9:17 AM

Man I'm just glad we've got something to get rolling with I didn't wanna leave Victor hung with that stuff since WK ain't
gonna be buying anything anymore

RB    **Ryan Brown <7193738198>**                                                            6/10/2022, 9:20 AM

Man it is no worries!! We can build and mainly i just want to keep you posted of what we are getting

RB    **Ryan Brown <7193738198>**                                                            6/10/2022, 11:52 AM

Give me a holler when you can

JM    **Jesse Allen Maupin <2709709453>**                                                    6/10/2022, 12:00 PM

On plane now man so just text

RB    **Ryan Brown <7193738198>**                                                            6/10/2022, 12:14 PM

Ok. Just wanted to let you know i just talked to scott. He said he had it arrange for a higher % and to get the buildings
built. I then explained that ive been talking with the new group and it isnt in our best interest to move forward unless the
wanted to sign over the lease. He said that probably wasnt going to happen and said probably have to give back all the
peoples money and dealers would get paid but alright. So the ball is back in there court.

JM    **Jesse Allen Maupin <2709709453>**                                                    6/10/2022, 12:17 PM

Man I just don't think they get it that there is an option and it's getting bad for them quick

RB    **Ryan Brown <7193738198>**                                                            6/10/2022, 12:20 PM

I know! But we will keep moving forward. You and i need to get together on how to handle getting things paid getting
building. So as of now we are missing hardware like hinges and truss plates.

JM    **Jesse Allen Maupin <2709709453>**                                                    6/10/2022, 12:23 PM

They are not used to someone dangling a carrot in front of them and them not jumping on it. And their other 2 shops are
crumbling fast. And I will go to Midco in the morning and get that stuff and send it out UPS fast until the big Midco truck
gets there

RB    **Ryan Brown <7193738198>**                                                            6/10/2022, 12:26 PM

Sounds great! Yeah theyare missing that im giving them a great way out...... travel safe and holler when you have time
later

JM    **Jesse Allen Maupin <2709709453>**                                                    6/10/2022, 12:27 PM

Man not having that 2 weeks to order material and get it in the pipeline did not help but I can get my hand on it and if I
have to load a damn uhaul and bring it out there to all 4 places I will.

JM    **Jesse Allen Maupin <2709709453>**                                                    6/10/2022, 12:27 PM

As soon as I land I will call I'm Wi-Fi only now still on the plane

RB    **Ryan Brown <7193738198>**                                                            6/10/2022, 4:53 PM

Ill call u right back

JM    **Jesse Allen Maupin <2709709453>**                                                    6/10/2022, 4:55 PM

I'm on the other line. I will call you back shortly.

RB    **Ryan Brown <7193738198>**                                                            6/10/2022, 4:55 PM

👍

**Short Message Report**

Conversations: 1                              Participants: 3
Total Messages: 5                             Date Range: 12/14/2022

**Outline of Conversations**

💬   **+15054290564** · 5 messages on 12/14/2022 · <7193738198> · Travis Kohen. Driver <5054290564> ·
colokid23@yahoo.com <colokid23@yahoo.com>



5.21.24 Compromise Orange Batch Mobile_000000088
ABCO_0068311

**Messages in chronological order** (times are shown in GMT -06:00)

💬 **+15054290564**

TD   **Travis Kohen. Driver <5054290564>**                                          12/14/2022, 6:22 PM
Good evening Ryan, well I got it delivered. Would it be too big of a bother for you to email me a copy of your happy sheets?
If it is, that's fine. Or maybe those are your special sheets and you don't send those on that's fine too. Thanks.

#   **<7193738198>**                                                                12/14/2022, 6:23 PM
I'm glad you had a good first day! No, I'll get one emailed to you!!

TD   **Travis Kohen. Driver <5054290564>**                                          12/14/2022, 6:27 PM
Thankyou sir!

#   **<7193738198>**                                                                12/14/2022, 7:09 PM
We emailed one over to you. It was one that says Weather King in the top corner so it's important to print it off white out the Weather King and then make yourself a copy.

TD   **Travis Kohen. Driver <5054290564>**                                          12/14/2022, 7:12 PM
Ok ya I'll for sure do that.