# EXHIBIT 4

## DECLARATION OF DOUGLAS K. SOUTHARD

Under 28 U.S.C. § 1746, I hereby declare as follows:

1. My name is Douglas K. Southard.

2. On or about May 13, 2025, I began work on a rebuttal analysis for the Weather King v. Maupin, et al. case.

3. Over the course of May, I continued to work on the alternative damages model using the three common valuation methodologies, including preparation of a written rebuttal report and supporting schedules.

4. Due to significant scheduling issues, including personal and family matters, I was not able to finalize my supporting schedules until June 5 and my rebuttal report until June 13.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on this 24th day of July, 2025.

_____
Douglas K. Southard