# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC d/b/a WEATHER KING PORTABLE BUILDINGS,<br><br>        **Plaintiff,**<br><br>v.<br><br>JESSE A. MAUPIN, BARRY D. HARRELL, ADRIAN S. HARROD, LOGAN C. FEAGIN, STEPHANIE L. GILLESPIE, RYAN E. BROWN, DANIEL J. HERSHBERGER, BRIAN L. LASSEN, ALEYNA LASSEN, and AMERICAN BARN CO., LLC,<br><br>        **Defendants.** | Case No. 1:22-cv-01230-STA-jay |

## ORDER GRANTING UNOPPOSED MOTION FOR
## LEAVE TO FILE REPLY BRIEF

Before the Court is the unopposed motion of Defendants Jesse A. Maupin, Barry D. Harrell, Adrian S. Harrod, Logan C. Feagin, Stephanie L. Gillespie, Ryan E. Brown, Daniel J. Hershberger, and American Barn Co., LLC (the "ABCO Defendants") for leave to file a reply in support of their motion to strike the "rebuttal report" of Plaintiff's expert witness. (D.E. 239.) The motion is **GRANTED**. The ABCO Defendants shall file a reply brief in support of their motion on or before July 31, 2025.

    **IT IS SO ORDERED.**

                                                              s/ S. Thomas Anderson
                                                              S. THOMAS ANDERSON
                                                              UNITED STATES DISTRICT JUDGE

                                                              Date: July 29, 2025