# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC d/b/a WEATHER KING PORTABLE BUILDINGS, | |
| Plaintiff, | |
| v. | Civil Action No. 1:22-cv-01230-STA-jay |
| JESSE A. MAUPIN, BARRY D. HARRELL, ADRIAN S. HARROD, LOGAN C. FEAGIN, STEPHANIE L. GILLESPIE, RYAN E. BROWN, DANIEL J. HERSHBERGER, BRIAN L. LASSEN, ALEYNA LASSEN, and AMERICAN BARN CO., LLC, | District Judge Anpderson |
| | Magistrate Judge York |
| Defendants. | |

## UNOPPOSED MOTION FOR LEAVE TO FILE REPLY BRIEF

Defendants Jesse A. Maupin, Barry D. Harrell, Adrian S. Harrod, Logan C. Feagin, Stephanie L. Gillespie, Ryan E. Brown, Daniel J. Hershberger, and American Barn Co., LLC (the "ABCO Defendants"), by and through their undersigned counsel and pursuant to Local Rule 7.2(c), respectfully request leave to file a reply brief in support of their motion to exclude Plaintiff's expert, Douglas Southard. (*See* D.E. 245; D.E. 258.) Counsel have conferred and this motion is unopposed.

As grounds for the motion, the ABCO Defendants submit that it is in the interest of justice and fairness that they be afforded the opportunity to reply to certain arguments presented in Plaintiff's response. For this reason, the Court should grant this motion and grant leave to the ABCO Defendants to file a reply in support of their motion to exclude Mr. Southard on or before August

7, 2025.

Date: August 1, 2025                        Respectfully submitted,

                                                  */s/ Benjamin S. Morrell*
                                                  Thomas G. Pasternak (admitted pro hac vice)
                                                  Benjamin S. Morrell (TBPR No. 35480)
                                                  TAFT STETTINIUS & HOLLISTER LLP
                                                  111 East Wacker Drive, Suite 2600
                                                  Chicago, IL 60601
                                                  Telephone: (312) 527-4000
                                                  Facsimile: (312) 527-4011
                                                  tpasternak@taftlaw.com
                                                  bmorrell@taftlaw.com

                                                  *Counsel for Defendants Maupin, Harrell, Harrod, Feagin, Gillespie, Brown, Hershberger, and American Barn Co., LLC*

## CERTIFICATE OF CONSULTATION

In accordance with Local Rule 7.2(a)(1)(B), I certify that counsel for the ABCO Defendants conferred with counsel for Plaintiff via email on July 31, 2025, regarding this motion, and Plaintiff's counsel responded that Plaintiff does not oppose the relief requested in this motion.

Date: August 1, 2025

                                                   /s/ *Benjamin S. Morrell*

## CERTIFICATE OF SERVICE

      I hereby certify that on the date listed below, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF filing system, which will send notice of such filing to all counsel of record. I further certify that on the date listed below, I sent the foregoing document to the following individuals at the address listed below via U.S. Mail first-class, postage prepaid, and via email at the email address listed below:

Aleyna Lassen<br>
Brian L. Lassen<br>
1405 N. Fort Grant Road<br>
Willcox, AZ 85643<br>
willcoxbuildings@pm.me

Date: August 1, 2025

                                                                              /s/ *Benjamin S. Morrell*