# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC ) <br> d/b/a WEATHER KING PORTABLE ) <br> BUILDINGS, ) <br>   ) <br>   Plaintiff, ) <br>   ) <br> v. ) <br>   ) <br> JESSE A. MAUPIN, BARRY D. ) <br> HARRELL, ADRIAN S. HARROD, ) <br> LOGAN C. FEAGIN, STEPHANIE L. ) <br> GILLESPIE, RYAN E. BROWN, DANIEL ) <br> J. HERSHBERGER, BRIAN L. LASSEN, ) <br> ALEYNA LASSEN, and AMERICAN ) <br> BARN CO., LLC, ) <br>   ) <br>   Defendants. ) | Civil Action No. 1:22-cv-01230-STA-jay |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY

Before the Court is the ABCO Defendants' Unopposed Motion for Leave to File Reply (ECF No. 263) in support of their motion to strike the testimony of Plaintiff's expert witness. For good cause shown, the Motion is **GRANTED**. Plaintiff's reply brief is due on or before August 7, 2025.

**IT IS SO ORDERED**.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: August 1, 2025