UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC d/b/a WEATHER KING PORTABLE BUILDINGS,<br><br>Plaintiff,<br><br>v.<br><br>JESSE A. MAUPIN, BARRY D. HARRELL, ADRIAN S. HARROD, LOGAN C. FEAGIN, STEPHANIE L. GILLESPIE, RYAN E. BROWN, DANIEL J. HERSHBERGER, BRIAN L. LASSEN, ALEYNA LASSEN, and AMERICAN BARN CO., LLC,<br><br>Defendants. | Civil Action No. 1:22-cv-01230-STA-jay<br><br>District Judge Anderson<br><br>Magistrate Judge York |

## MOTION TO WITHDRAW AS COUNSEL FOR THE ABCO DEFENDANTS

Attorneys Thomas G. Pasternak and Benjamin S. Morrell ("Counsel") of Taft Stettinius & Hollister LLP respectfully move to withdraw as counsel of record for Defendants Jesse A. Maupin, Barry D. Harrell, Adrian S. Harrod, Logan C. Feagin, Stephanie L. Gillespie, Ryan E. Brown, Daniel J. Hershberger, and American Barn Co., LLC (the "ABCO Defendants"), pursuant to Local Rule 83.5. The grounds for this motion are as follows:

1. Counsel have appeared on behalf of the ABCO Defendants in this lawsuit.

2. Tennessee Rule of Professional Conduct 1.16(b) states that a lawyer may withdraw from the representation of a client if, among other things:

> (5) the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled; [or]

> (6) the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client . . . .

Tenn. R. Prof'l Conduct 1.16(b).

3. Counsel have repeatedly communicated with the ABCO Defendants regarding the ABCO Defendants' failure to fulfill their obligations to Counsel. Despite these communications and the provision of a reasonable period of time to allow the ABCO Defendants to substantially fulfill their obligations, there has been no significant change in circumstance.

4. As a result, Counsel seek to withdraw from representation of the ABCO Defendants.

5. The Sixth Circuit has looked to rules of professional conduct in evaluating motions to withdraw as counsel filed under similar circumstances, and has held that "withdrawal is presumptively appropriate where the rule requirements are satisfied." *Brandon v. Blech*, 560 F.3d 536, 538 (6th Cir. 2009).

6. Counsel have satisfied the rule requirements by repeatedly communicating to the ABCO Defendants during this litigation that their failure to fulfill their obligations to Counsel would result in Counsel seeking to withdraw.

7. The undersigned is prepared to provide the Court with additional explanatory information regarding these unfulfilled obligations *in camera* if so requested.

8. Withdrawal of Counsel's appearance will not prejudice their clients as there is ample time to prepare for trial, currently set for October 30, 2025. (D.E. 150; D.E. 151.)

9. Thus, the ABCO Defendants have a reasonable opportunity to obtain replacement counsel prior to trial.

10. The name of substitute counsel is not known. Accordingly, pursuant to Local Rule

83.5, the names, addresses, and telephone numbers of the ABCO Defendants are set forth below. Additionally, the certificate of service accompanying this motion sets forth Counsel's efforts to serve this motion on the ABCO Defendants.

| | |
|---|---|
| Jesse A. Maupin | 8139 State Route 121 S., Murray, KY 42071<br>270-970-9453 |
| Barry D. Harrell | 3582 Old Newburg Rd., Murray, KY 42071<br>270-293-8285 |
| Adrian S. Harrod | 55 Nalonna Dr. Paris, TN 38242<br>731-3635-943 |
| Logan C. Feagin | 1131 Beech Grove Rd., Farmington, KY 42040<br>270-994-7886 |
| Stephanie L. Gillespie | 1308 E. Blythe St., Paris, TN 38242<br>931-237-6048 |
| Ryan E. Brown | 105 Doris Ct., Grants, NM 87020<br>719-373-8198 |
| Daniel J. Hershberger | 551 North Jackson, Wickenburg, AZ 85390<br>623-363-3997 |
| American Barn Co., LLC | 860 Cloverdale Trail, Murray, KY 42071<br>270-917-1534 |

11.  Counsel have submitted a proposed order regarding this motion to the appropriate ECF mailbox.

For these reasons, Counsel respectfully request that the Court grant their motion and enter an order granting them leave to withdraw as counsel of record for the ABCO Defendants.

Date: August 18, 2025

                                                                Respectfully submitted,

                                                                */s/ Benjamin S. Morrell*
                                                                Thomas G. Pasternak (admitted pro hac vice)
                                                                Benjamin S. Morrell (TBPR No. 35480)
                                                                Taft Stettinius & Hollister LLP
                                                                111 East Wacker Drive, Suite 2600

Chicago, IL 60601
Telephone: (312) 527-4000
Facsimile: (312) 527-4011
tpasternak@taftlaw.com
bmorrell@taftlaw.com

*Counsel for Defendants Maupin, Harrell, Harrod, Feagin, Gillespie, Brown, Hershberger, and American Barn Co., LLC*

4

## CERTIFICATE OF CONSULTATION

In accordance with Local Rule 7.2(a)(1)(B), I certify that the undersigned counsel conferred with counsel for Plaintiff via email on August 17, 2025, regarding this motion, and Plaintiff's counsel responded that Plaintiff opposes the relief requested in this motion.

Date: August 18, 2025

/s/ *Benjamin S. Morrell*

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF filing system, which will send notice of such filing to all counsel of record. I further certify that on the date listed below, I sent the foregoing document to the following individuals at the addresses listed below via U.S. Mail first-class, postage prepaid, and via email at the email addresses listed below:

Jesse A. Maupin
8139 State Route 121 S.
Murray, KY 42071
270-970-9453
jesse@americanbarnco.com

Barry D. Harrell
3582 Old Newburg Rd.
Murray, KY 42071
270-293-8285
thundermug54@yahoo.com

Adrian S. Harrod
55 Nalonna Dr.
Paris, TN 38242
731-3635-943
aharrod30@icloud.com

Logan C. Feagin
1131 Beech Grove Rd.
Farmington, KY 42040
270-994-7886
logan.feagin95@icloud.com

Stephanie L. Gillespie
1308 E. Blythe St.
Paris, TN 38242
931-237-6048
slp7386@hotmail.com

Ryan E. Brown
105 Doris Ct.,
Grants, NM 87020
719-373-8198
shedwerxoffice@gmail.com

Daniel J. Hershberger
551 North Jackson
Wickenburg, AZ 85390
623-363-3997
danhersh85@gmail.com

American Barn Co., LLC
860 Cloverdale Trail
Murray, KY  42071
270-917-1534
jesse@americanbarnco.com

Aleyna Lassen
Brian L. Lassen
1405 N. Fort Grant Road
Willcox, AZ 85643
willcoxbuildings@pm.me

Date: August 18, 2025

/s/ *Benjamin S. Morrell*