# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC d/b/a WEATHER KING PORTABLE BUILDINGS,<br><br>        Plaintiff,<br><br>v.<br><br>JESSE A. MAUPIN, BARRY D. HARRELL, ADRIAN S. HARROD, LOGAN C. FEAGIN, STEPHANIE L. GILLESPIE, RYAN E. BROWN, DANIEL J. HERSHBERGER, BRIAN L. LASSEN, ALEYNA LASSEN, and AMERICAN BARN CO., LLC,<br><br>        Defendants. | Case No. 1:22-cv-01230-STA-jay<br><br>District Judge Anderson<br><br>Magistrate Judge York |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SUR-REPLY TO PLAINTIFF'S MOTION FOR FEES AND EXPENSES

Before the Court is the unopposed motion of Defendants Jesse A. Maupin, Barry D. Harrell, Adrian S. Harrod, Logan C. Feagin, and American Barn Co., LLC (the "defaulted Defendants") for an extension of time to file a sur-reply to Plaintiffs' Motion for Fees and Expenses. The Court finds that good cause exists for this motion and it is therefore GRANTED.

The ABCO Defendants shall file their sur-reply to Plaintiffs' Motion for Fees and Expenses on or before September 15, 2025.

IT IS SO ORDERED, this, the 20th day of August, 2025.

                                                                                         s/Jon A. York
                                                                                       United States Magistrate Judge