# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| CONSOLIDATED INDUSTRIES, LLC d/b/a WEATHER KING PORTABLE BUILDINGS, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 1:22-cv-01230-STA-jay ) |
| JESSE A. MAUPIN, BARRY D. HARRELL, ADRIAN S. HARROD, LOGAN C. FEAGIN, STEPHANIE L. GILLESPIE, RYAN E. BROWN, DANIEL J. HERSHBERGER, BRIAN L. LASSEN, ALEYNA LASSEN, and AMERICAN BARN CO., LLC, | ) ) ) Chief Judge S. Thomas Anderson ) ) ) ) ) ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION TO STRIKE JURY DEMAND

Plaintiff respectfully requests that the Court strike Defendants' jury demand. As grounds for this motion, Plaintiff submits that Defendants are not entitled to a jury trial on the remaining issues in this case because the Court has entered default judgment against them. In support of this motion, Plaintiff has filed herewith a memorandum of law. Plaintiff, through counsel, have discussed this motion with the ABCO Defendants, who are still considering whether they oppose the motion. A proposed order granting this motion is being submitted to the Court.

Respectfully submitted,

BUTLER SNOW LLP

*/s/ David L. Johnson*
David L. Johnson, BPR #18732
John H. Dollarhide, BPR #40041
1320 Adams Street, Suite 1400
Nashville, TN 37208

       (615) 651-6700
       david.johnson@butlersnow.com
       john.dollarhide@butlersnow.com

       Daniel W. Van Horn, BPR #18940
       6075 Poplar Ave., Suite 500
       Memphis, TN 38119
       (901) 680-7200
       Danny.VanHorn@butlersnow.com

       *Attorneys for Plaintiff*

## CERTIFICATION

Pursuant to Local Rule 7.2(a)(1)(B), Plaintiff's counsel certifies that he has conferred with counsel for the ABCO Defendants (including by email correspondence dated September 23, 2025, and October 2-3, 2025), and that the ABCO Defendants are still considering whether they oppose this motion.

       /s/ David L. Johnson
       David L. Johnson

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2025, I filed the foregoing with the Court using the ECF system, which will provide notice and a copy to counsel of record:

Thomas G. Pasternak (admitted pro hac vice)
Benjamin S. Morrell (TBPR No. 35480)
TAFT STETTINIUS &HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
Telephone: (312) 527-4000
Facsimile: (312) 527-4011
tpasternak@taftlaw.com
bmorrell@taftlaw.com
*Attorneys for ABCO Defendants*

And to the following via U.S. Mail and email.

2

Brian L. Lassen
Aleyna Lassen
1405 N. Fort Grant Road
Willcox, AZ 85643
willcoxbuildings@pm.me

                                                                        */s/ David L. Johnson*
                                                                         David L. Johnson

97744374.v1